## Liddy Legal Support Services

PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737

Client Matter   Salt River Wild Horses
Account         # 1069
Invoice         # 105658
Liddy           # 469724-8

### UNITED STATES DISTRICT COURT, STATE OF ARIZONA

401 W. Washington Street, Ste 130, SPC 1, Phoenix, AZ 85003

Salt River Wild Horse Management Group and
American Wild Horse Conservation,

    Plaintiff(s) / Petitioner(s),

vs

United States Government, et al.,

    Defendant(s) / Respondent(s).

**AFFIDAVIT OF ATTEMPTED SERVICE BY PRIVATE PROCESS SERVER**
Case No. CV-24-08148-PCT-JJT

**ORIGINAL**

STATE OF ARIZONA, County of Maricopa

On 07/25/2024 I received a Summons in a Civil Action, Civil Cover Sheet, Complaint, Corporate Disclosure Statement, Application for Temporary Restraining Order, Exhibit 2 to Delcaration of Simone Netherlands, Exhibit 3 to Declaration of Simone Netherlands, Notice of Errata, Proposed Order, Signed Order Re: Temporary Restrianing Order, Notice of Filing 1st Amended Complaint and First Amended Complaint, and in each instance I personally attempted to serve a copy of each document listed on those named below in the manner at the time and place shown, that all attempts, except where noted were made within Maricopa County, Arizona.

Upon RAIL LAZY H CONTRACTING & CONUSLTING, LLC DBA RAIL LAZY H C/O SONORA HUGHES, STATUTORY AGENT at 26824 N 71st Place, Scottsdale, AZ 85266; on 07/25/2024 at 4:00pm, There is no answer at the door and quiet. There is 1 vehicle present a white Ram with AZ Plate No. #CL01450; on 07/27/2024 at 6:05pm, There is no at the door and quiet. There are 2 vehicles present, the same white Ram and a white Honda Element with AZ Plate No. OMNIBLU (parked in front of the garage); on 07/28/2024 at 5:55pm, There is no answer at the door; on 07/29/2024 at 5:17pm, There is no answer at the door, quiet and front door blinds are open. The same 2 vehicles are present (the Honda is parked on the street); on 07/30/2024 at 10:48am, There is no answer at the door and quiet. There same 2 vehicles are present; on 07/31/2024 at 2:35pm, Kyle Richardson, current resident, stated he father is Robert and he owns this property, said that Sonora Hughes is a former business partner of theirs from 2018, no longer here and believes she's in Texas now, I left my contact information with her to pass along to her father. I received a call back from Jaqueline Hughes, she proceeded to be very rude and cussing me out, she then provided a new address of: 1191 E. Main St., Ithsca, TX 76055 and her cell phone #520-709-6928.

At 13829 E. Olesen Rd., Scottsdale, AZ 85262; on 07/30/2024 at 4:32pm, There is no answer at the door and a dog is barking from inside. There is 1 vehicle present, a truck with Temp. Plate No. #C935171. Service is placed on hold pending further instructions.

Received from FR LAW GROUP, PLLC, ( TROY B. FRODERMAN #012717 )
PROCESS SERVER:   Matthew Basham, #8493

The undersigned states: That I am a certified private process server in the county of Maricopa and am an Officer of the Court. I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

SIGNATURE OF PROCESS SERVER: _/s/ Matthew Basham_      Date: 7/31/2024

Subscribed and sworn before me on 7/31/2024

Cruzsandra Martinez
Notary Public
My Commission Expires
August 18, 2025

CRUZSANDRA MARTINEZ
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 608193
Expires August 18, 2025

Tax ID# 90-0533870

| Item | Amount |
|---|---|
| Mileage | $108.00 |
| Mileage | $108.00 |
| Mileage | $156.00 |
| Copies | $33.50 |
| Affidavit/Notary | $12.00 |
| Total | $417.50 |