# Liddy Legal Support Services

PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737

Client Matter
Account     # 1069
Invoice     # 115997
Liddy       # 479031-1

### UNITED STATES DISTRICT COURT, STATE OF ARIZONA
### 401 W. Washington Street, Ste 130, SPC 1, Phoenix, AZ 85003

**Salt River Wild Horse Management Group and**

**American Wild Horse Conservation**

            **Plaintiff(s) / Petitioner(s),**

vs

**United States Government, et al.,**

            **Defendant(s) / Respondent(s).**

**CERTIFICATE OF SERVICE
BY PRIVATE PROCESS SERVER
Case No. CV-24-08148-PCT-JJT**

ORIGINAL

**ENTITY/PERSON TO BE SERVED:** Rail Lazy H Contracting and Consulting, LLC dba Rail Lazy H c/o Jackie Hughes, Manager

**PLACE OF SERVICE:**     13829 E. Olesen Rd., Scottsdale, AZ, 85262

**DATE OF SERVICE:** On the ___12th___ day of ___November___ , ___2024___ at ___4:46___ PM     County ___Maricopa___

[ ] PERSONAL SERVICE   [X] Left a copy with a person authorized to accept service.     [ ] At this usual place of abode, I left a copy with a person of suitable age and discretion residing therein.

**Name of Person Served and Relationship/Title**     Served on Jackie Hughes, Manager.

on ___11/8/2024___ we received the following documents for service:

Summons in a Civil Action, Complaint for Declaratory Judgment and Injunctive Relief, Proposed Temporary Restraining Order and Order to Show Cause, Application for Temporary Restraining Order and Order to Show Cause, Corporate Disclosure Statement, Errata, Civil Cover Sheet

**Received from FR LAW GROUP, PLLC, ( TROY B. FRODERMAN #012717 )**

PROCESS SERVER: ___Corey W. Davis #8362___

**The undersigned states: That I am a certified private process server in the county of Maricopa and am an Officer of the Court.**

SIGNATURE OF PROCESS SERVER: _____     Date: ___11/14/2024___

| Item | Amount |
|---|---|
| Service of Process | $20.00 |
| Mileage | $156.00 |
| Copies | $15.00 |
| Doc. Prep Fee | $12.00 |

**Tax ID# 90-0533870**
I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

Total     $203.00