Sean A. Woods (Arizona Bar #028930)
Robert T. Mills (Arizona Bar #018853)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.5169
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Salt River Wild Horse Management Group and American Wild Horse Conservation, | Case No: 3:24-cv-08148-JJT |
| Plaintiffs, vs. | **DEFENDANT RAIL LAZY H'S MOTION TO JOIN DEFENDANTS MOTION TO DISMISS (DOCS. 37, 39)** |
| United States Government, Department of Agriculture, Tom Vilsack as acting United States Secretary of Agriculture; United States Forest Service, Robert Lever, acting in his official capacity as Forest Supervisor, ApacheSitgreaves National Forest and Michiko Martin, acting in her official capacity as Regional Forester, Southwestern Region; Rail Lazy H Contracting and Consulting LLC d/b/a Rail Lazy H; and Johnson County Livestock Exchange, | (Assigned to the Honorable John Tuchi) |
| Defendants | |

Defendant Rail Lazy H Contracting and Consulting LLC d/b/a Rail Lazy H ("Rail"), by and through its attorneys, Mills + Woods Law, PLLC, hereby submits its Motion to join in Defendants' Motion to Dismiss and Reply in support of the Motion to Dismiss (Docs. 37 and 39). Defendant Rail was recently served (Doc. 42). As such, Defendant now wishes to join in the already filed Motion to Dismiss and Reply. All arguments asserted in the

Motion to Dismiss and supporting Reply apply equally to Defendant Rail and Rail respectfully requests that any analysis applied to Defendants apply equally to Rail.

**RESPECTFULLY SUBMITTED** this 9th day of December 2024.

**MILLS + WOODS LAW, PLLC**

By  */s/ Sean A. Woods*
    Robert T. Mills
    Sean A. Woods
    5055 North 12th Street, Suite 101
    Phoenix, Arizona 85014
    *Attorneys for Rail*

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing, service, and transmittal of a Notice of Electronic Filing to the counsel of record via the Court's CM/ECF system.

   */s/ Ben Dangerfield*