Troy B. Froderman (012717)
Rita M. Gara (037349)
FR LAW GROUP PLLC
4745 North 7th Street, Suite 210
Phoenix, AZ 85014
602-566-7425
tfroderman@frlawgroup.com
rgara@frlawgroup.com

Randall M. Weiner (CO Bar No. 23871)
Annmarie Cording (CO Bar No. 42524)
WEINER & CORDING
3100 Arapahoe Avenue, Suite 202
Boulder, Colorado 80303
(303) 440-3321
randall@randallweiner.com
annmarie@weinercording.com
*Applicant Pro Hac Vice Forthcoming*
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Salt River Wild Horse Management Group,<br><br>Plaintiff,<br><br>vs.<br><br>United States Government, Department of Agriculture, Tom Vilsack as acting United States Secretary of Agriculture; United States Forest Service, Robert Lever, acting in his official capacity as Forest Supervisor, Apache-Sitgreaves National Forest and Michiko Martin, acting in her official capacity as Regional Forester, Southwestern Region; Rail Lazy H Contracting and Consulting LLC d/b/a Rail Lazy H; and Johnson County Livestock Exchange,<br><br>Defendants. | Case No. CV-24-08148-JTT<br><br>**NOTICE OF FILING OF SECOND AMENDED COMPLAINT** |

NOTICE IS HEREBY GIVEN that Plaintiff, Salt River Wild Horse Management Group, by and through undersigned Counsel, and pursuant to this Court's Order of February 26, 2025, has filed its Second Amended Complaint for Declaratory Judgment and Injunctive Relief in the above-entitled action.  A copy of the redline Amended Complaint is attached hereto as Exhibit A as required by LRCiv 15.1(b).

**DATED** this 12th day of March 2025.

        FR LAW GROUP PLLC

        By: _____
        Troy B. Froderman, Esq.
        Rita M. Gara, Esq.

        WEINER & CORDING
        Randall M. Weiner, Esq.
        Annmarie Cording, Esq.

        *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 12, 2025, I electronically transmitted the above document (Notice of Filing of Second Amended Complaint) to the Clerk's Office using the ECF System for filing and caused a copy to be electronically transmitted to all parties of record.

<u>/s/ *Tamber Diefenbach*</u>