ADAM R.F. GUSTAFSON, Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

BRIAN R. HERMAN (DC Bar No. 1044672)
Senior Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0422
Email: brian.herman@usdoj.gov

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Salt River Wild Horse Management Group, <br><br>　　　Plaintiff, <br><br>　　　v. <br><br>U.S. Department of Agriculture, et al., <br><br>　　　Defendants. | Case No.: 3:24-cv-08148-JJT <br><br>**FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT** <br>**(First Request)** |

The U.S. Department of Agriculture, Brooke Rollins in her official capacity as Secretary of the Department of Agriculture[1], the United States Forest Service, Robert Lever in his official capacity as Forest Supervisor for the Apache-Sitgreaves National Forest, and Michiko Martin in her official capacity as Regional Forester for the Southwest Region (collectively, the "Federal Defendants") move the Court for an order extending the time for all defendants to respond to Plaintiff's Second Amended Complaint to April 4, 2025. In support thereof, the Federal Defendants state as follows:

1. On February 26, 2025, the Court granted in part and denied in part the Federal Defendants' motion to dismiss. ECF No. 44. The Court gave Plaintiff leave to amend within fourteen days.

2. On March 12, 2025, Plaintiff filed its Second Amended Complaint. ECF No. 45. Under Rule 15(a)(3), responses to the Second Amended Complaint are due March 26.

3. Undersigned counsel was out of the office on leave from March 12 through mid-day March 18. Counsel was therefore unable to review the complaint or prepare any response during that time and needs additional time to do so.

4. The Federal Defendants request an extension of time of nine days to respond to Plaintiff's Second Amended Complaint, to April 4, 2025.

---

[1] Under Federal Rule of Civil Procedure 25(d), Secretary Rollins automatically substituted for former Secretary Vilsack upon taking office.

5.  Counsel for the Federal Defendants contacted counsel for Plaintiff and counsel for defendant Rail Lazy H Contracting and Consulting LLC about this request. Counsel for Plaintiff had no objection to the Federal Defendants' request for an extension. Counsel for Rail Lazy H asked that the extension be for all defendants so that there was only a single response deadline. Counsel for Plaintiff had no objection to this request either.

Wherefore, Federal Defendants respectfully request that the Court extend the time for all defendants to respond to the Second Amended Complaint to April 4, 2025.

Dated: March 20, 2025

    Respectfully submitted,

    ADAM R.F. GUSTAFSON
    Acting Assistant Attorney General
    United States Department of Justice
    Environment & Natural Resources Division

    /s/ Brian R. Herman
    Brian R. Herman
    Senior Trial Attorney
    Natural Resources Section
    P.O. Box 7611
    Washington, DC 20044-7611
    Tel: (202) 305-0422
    Email: brian.herman@usdoj.gov