1
2
3
4
5
6              UNITED STATES DISTRICT COURT
7              FOR THE DISTRICT OF ARIZONA

8  Salt River Wild Horse Management  )
9  Group,                             )   Case No.: 3:24-cv-08148-JJT
                                      )
10       Plaintiff,                   )   **ORDER GRANTING MOTION FOR**
                                      )   **EXTENSION OF TIME TO RESPOND**
11                                    )   **TO SECOND AMENDED COMPLAINT**
         v.                           )
12                                    )
   U.S. Department of Agriculture, et al.,  )
13                                    )
         Defendants.                  )
14                                    )

1  The Court, having considered the Federal Defendants' unopposed motion to
2  extend the time for defendants to respond to Plaintiff's Second Amended Complaint,
3  hereby **GRANTS** the motion for good cause shown.  The defendants shall respond to
4
5  Plaintiff's Second Amended Complaint by **April 4, 2025**.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27