IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Salt River Wild Horse Management Group, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>United States Department of Agriculture, *et al.*,<br><br>Defendants. | No. CV-24-08148-PCT-JJT<br><br>**ORDER** |

At issue is the Federal Defendants' Unopposed Motion for an Extension of Time to Respond to the Complaint (First Request) (Doc. 47). Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting the Federal Defendants' Unopposed Motion for an Extension of Time to Respond to the Complaint (First Request) (Doc. 47). Defendants have until **April 4, 2025**, to file an answer or otherwise respond to Plaintiff's Second Amended Complaint (Doc. 45).

Dated this 20th day of March, 2025.

Honorable John J. Tuchi
United States District Judge