Sean A. Woods (Arizona Bar #028930)
Robert T. Mills (Arizona Bar #018853)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.5169
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Salt River Wild Horse Management Group and American Wild Horse Conservation,<br><br>Plaintiffs,<br>vs.<br><br>United States Government, Department of Agriculture, et al,<br><br>Defendants | Case No: 3:24-cv-08148-JJT<br><br>**DEFENDANT RAIL LAZY H'S MOTION TO JOIN DEFENDANTS MOTION TO DISMISS (DOC. 49)**<br><br>(Assigned to the Honorable John Tuchi) |

Defendant Rail Lazy H Contracting and Consulting LLC d/b/a Rail Lazy H ("Rail"), by and through its attorneys, Mills + Woods Law, PLLC, hereby submits its Motion to join in Defendants' Motion to Dismiss (Doc. 49). All arguments asserted in the Motion to Dismiss apply equally to Defendant Rail and Rail respectfully requests that any analysis applied to Defendants apply equally to Rail.

///

///

///

**RESPECTFULLY SUBMITTED** this 4th day of April 2025.

                                          **MILLS + WOODS LAW, PLLC**

                                      By    */s/ Sean A. Woods*
                                              Robert T. Mills
                                              Sean A. Woods
                                              5055 North 12th Street, Suite 101
                                              Phoenix, Arizona 85014
                                              *Attorneys for Rail*

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing, service, and transmittal of a Notice of Electronic Filing to the counsel of record via the Court's CM/ECF system.

    */s/ Ben Dangerfield*