Sean A. Woods (Arizona Bar #028930)
Robert T. Mills (Arizona Bar #018853)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.5169
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Salt River Wild Horse Management Group and American Wild Horse Conservation,<br><br>Plaintiffs,<br>vs.<br><br>United States Government, Department of Agriculture, et al,<br><br>Defendants | Case No: 3:24-cv-08148-JJT<br><br>**DEFENDANT RAIL LAZY H'S MOTION TO JOIN REPLY IN SUPPORT OF MOTION TO DISMISS**<br>**(DOC. 52)**<br><br><br>(Assigned to the Honorable John Tuchi) |

Defendant Rail Lazy H Contracting and Consulting LLC d/b/a Rail Lazy H ("Lazy H"), by and through its attorneys, hereby submits its Motion to join in "Federal Defendants' Reply in Support of Their Motion to Dismiss Plaintiff's Second Amended Complaint [ECF No. 45]," May 19, 2025, ECF No. 52 (the "Reply"). All arguments asserted in the Reply apply equally to Lazy H, and Lazy H respectfully requests that any analysis applied to the Federal Defendants apply equally to Lazy H.

///

///

**RESPECTFULLY SUBMITTED** this 19th day of May 2025.

                              **MILLS + WOODS LAW, PLLC**

                              By     */s/ Sean A. Woods*
                                    Robert T. Mills
                                    Sean A. Woods
                                    5055 North 12th Street, Suite 101
                                    Phoenix, Arizona 85014
                                    *Attorneys for Lazy H*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing, service, and transmittal of a Notice of Electronic Filing to the counsel of record via the Court's CM/ECF system.

    */s/ Ben Dangerfield*