Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Defendant Rail Lazy H*
*Contracting and Consulting LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Salt River Wild Horse Management Group,<br><br>Plaintiff,<br><br>vs.<br><br>United States Government, Department of Agriculture, Tom Vilsack as acting United States Secretary of Agriculture; United States Forest Service, Robert Lever, acting in his official capacity as Forest Supervisor, Apache-Sitgreaves National Forest and Michiko Martin, acting in her official capacity as Regional Forester, Southwestern Region; Rail Lazy H Contracting and Consulting LLC d/b/a Rail Lazy H; and Johnson County Livestock Exchange,<br><br>Defendants. | Case No.: CV-24-08148-PCT-JJT<br><br>**DEFENDANT RAIL LAZY H JOINDER IN FEDERAL DEFENDANTS' RESPONSE TO PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>(Assigned to the Honorable John J. Tuchi) |

Through undersigned counsel, Defendant Rail Lazy H Contracting and Consulting LLC ("Rail Lazy H") hereby joins in the "Federal Defendants' Response to Plaintiff's Second Amended Complaint [Dkt. No. 45]," ECF No. 55, filed this same day.

///

///

///

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**RESPECTFULLY SUBMITTED** this 3rd day of February 2026.

MILLS + WOODS LAW, PLLC

By  /s/ Sean A. Woods
    Robert T. Mills
    Sean A. Woods
    5055 North 12th Street, Suite 101
    Phoenix, AZ 85014
    *Attorneys for Defendant Rail Lazy H*
    *Contracting and Consulting LLC*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Troy B. Froderman
tfroderman@frlawgroup.com
Rita M. Gara
rgara@frlawgroup.com
**FR LAW GROUP PLLC**
4745 N 7th St., Ste. 210
Phoenix, AZ 85014
(602) 566-7425

Randall M. Weiner
randall@randallweiner.com
Annmarie Cording
annmarie@weinercording.com
**WEINER & CORDING**
3100 Arapahoe Ave., Ste. 202
Boulder, CO 80303
(303) 440-3321

*Attorneys for Plaintiff*

Brian R. Herman
brian.herman@usdoj.gov
**U.S. DEPARTMENT OF JUSTICE**
**Environment & Natural Resources Division**
**Natural Resources Section**
P.O. Box 7611
Washington, DC 20044-7611
(202) 532-3278
*Attorneys for Federal Defendants*


_____/s/ Ben Dangerfield_____