ADAM R.F. GUSTAFSON, Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

Gabriel Lopez (FL Bar No. 1017629)
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 532-3278
Email: Gabriel.lopez2@usdoj.gov

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Salt River Wild Horse Management Group,  <br>  Plaintiff,  <br>  v.  <br> U.S. Department of Agriculture, et al.,  <br>  Defendants. | Case No.: 3:24-cv-08148-JJT  <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL** |

In accordance with Local Rule 83.3(b)(4) of the Local Rules of Civil Procedure for the U.S. District Court for the District of Arizona, undersigned counsel, Gabriel Lopez, hereby enters his appearance and is substituted in place of Senior Trial Attorney Brian Herman, as counsel on behalf of the U.S. Department of Agriculture, Brooke L. Rollins in her official capacity as Secretary of the Department of Agriculture, the United States Forest Service, Robert Lever in his official capacity as Forest Supervisor for the Apache-Sitgreaves National Forest, and Michiko Martin in her official capacity as Regional Forester for the Southwest Region.

Respectfully submitted this 4th day of February, 2026,

        ADAM R.F. GUSTAFSON
        Principal Deputy Assistant Attorney General

        */s/ Gabriel Lopez*
        Gabriel Lopez
        Trial Attorney
        P.O. Box 7611
        Washington, DC 20044-7611
        Tel: (202) 598-0881
        Email: Gabriel.lopez2@usdoj.gov