ADAM R.F. GUSTAFSON, Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

Gabriel Lopez (FL Bar No. 1017629)
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 598-0881
Email: Gabriel.lopez2@usdoj.gov

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Salt River Wild Horse Management Group,<br><br>Plaintiff,<br><br>v.<br><br>U.S. Department of Agriculture, et al.,<br><br>Defendants. | Case No.: 3:24-cv-08148-JJT<br><br>**FEDERAL DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO VACATE CASE MANAGEMENT AND SCHEDULING CONFERENCE SET FOR APRIL 2, 2026 AND TO VACATE ORDER TO PROPOSE SCHEDULE [DKT. NO. 58]** |

The Federal Defendants reply briefly in support of their motion to vacate the Pretrial Scheduling Conference set for Thursday, April 2, 2026, and vacate the Court's order requiring counsel for the parties to meet and propose a Joint Proposed Case Management Plan. Plaintiff's two counts are both brought under the Administrative Procedure Act. Well-established case law mandates that this Court review the Administrative Record that was before the federal agency at the time it made the

challenged decision, rather than engaging in traditional, exhaustive civil discovery. Federal Defendants proposed a schedule whereby, in part, the Federal Defendants would (1) exchange the certified Administrative Record with all parties by April 6, 2026, and any party could (2) file a motion relating to the content of the Administrative Record, including challenging the sufficiency of the record to allow for supplementation by way of limited discovery, by June 5, 2026. Plaintiff[1] responds that the proposed schedule is premature as it presumes that the record is complete, apparently ignoring the latter proposed deadline to allow for petitions to this Court to supplement the record.

In support of their response, Plaintiff cites several cases in support of the proposition that limited discovery can sometimes be appropriate to supplement the administrative record, a general proposition with which the Federal Defendants agree. However, supplementation of the administrative record by way of limited discovery is only appropriate *when the record is inadequate to permit effective judicial review*, as cited by Plaintiff. Plaintiff's Response seeks to skip this procedural step, in an apparent cart-before-the-horse attempt to insinuate that the not-yet-produced administrative record is presumptively incomplete.

It is axiomatic that, in order for the administrative record to be deemed inadequate, there must first be an *examination* of that record, and then a procedurally

---

[1] Plaintiff has filed their Response in Opposition on behalf of Salt River Wild Horse Management Group ("SRWHMG") and American Wild Horse Conservation ("AWHC"). However, Federal Defendants note that AWHC was voluntarily dismissed from this matter on September 10, 2024 (Dkt. No. 36).

proper request brought before this Court articulating the facts upon which the petitioning party believes the record is inadequate and supplementation by way of discovery appropriate. Defendants proposed schedule allows just that, granting the parties between April 6, 2026, and June 5, 2026, to examine the administrative record and thereafter petition this Court with an adequate showing of necessity to supplement the record. Federal Defendants proposed schedule is in and of itself a proposed case management plan that is tailored to both the appropriate scope of judicial review of this Court and preserves Plaintiff's right to seek supplementation of the record by way of limited discovery, if appropriate.

For the reasons discussed in the Federal Defendants' Motion to Vacate and above, the Court should vacate its order and schedule and adopt the schedule set forth in Federal Defendants' Motion.

Respectfully submitted this 13th day of March, 2026,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

 /s/ Gabriel Lopez
Gabriel Lopez
Trial Attorney
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 598-0881
Email: Gabriel.lopez2@usdoj.gov