**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Salt River Wild Horse Management Group, | No. CV-24-08148-PCT-JJT |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | |
| United States Department of Agriculture, *et al.*, | |
| Defendants. | |

At issue is the Federal Defendants' Motion to Vacate Case Management and Scheduling Conference Set for April 2, 2026 and to Vacate Order to Propose Schedule (Doc. 59), to which Plaintiff filed a Response (Doc. 60) and Federal Defendants filed a Reply (Doc. 61).

Because Plaintiff brings its claims in this matter solely under the Administrative Procedure Act, 5 U.S.C. §§ 701–06, the government's objection to the Court's Order setting a Rule 16 Scheduling Conference (Doc. 58) is well taken. Many of the dates the Court requested in its Order do not apply to a case in which the Court is tasked with reviewing the applicable Administrative Record to determine if an agency's decision was arbitrary, capricious, or otherwise contrary to law. 5 U.S.C. § 706. And while it is often the Court's practice to hold a Rule 16 Scheduling Conference even where the Court is limited to a review of an agency's decision by way of the applicable Administrative Record, the Court finds a Scheduling Conference is not necessary in this case. Rather, the Court enters

a case management schedule, *infra*, based in large part on the government's proposed schedule (Doc. 59) and anticipating a motion by Plaintiff to supplement the Administrative Record (Doc. 60).

**IT IS THEREFORE ORDERED** granting in part Federal Defendants' Motion to Vacate Case Management and Scheduling Conference Set for April 2, 2026 and to Vacate Order to Propose Schedule (Doc. 59).

**IT IS FURTHER ORDERED** withdrawing the Order (Doc. 58) that set a Pretrial Scheduling Conference and required the parties to propose a case management schedule. The Pretrial Scheduling Conference set for April 2, 2026, at 10:30 AM, is hereby vacated.

**IT IS FURTHER ORDERED** setting the following case management schedule:

1. Federal Defendants shall serve a copy of the Administrative Record on all parties, file a certified index with the Court, and provide the Court with a hard copy of the Administrative Record, as required under this Court's rules, by **April 10, 2026**.

2. Plaintiff shall file any motion to supplement the Administrative Record, including any challenge to the sufficiency of the Administrative Record and any request for limited discovery, by **June 12, 2026.**

3. Defendants shall file a response to any such motion within 14 days of the filing of the motion or by **June 26, 2026**, whichever is sooner.

4. Plaintiff shall file any reply to any such motion within 10 days of the filing of the response or by **July 6, 2026**, whichever is sooner.

5. If the Court grants any aspect of the motion, the Court will set a schedule going forward at that time. If the Court denies the motion, the Court will set a schedule for the filing of Plaintiff's Opening Brief, Defendants' Response, and Plaintiff's Reply. In any of those briefs, the parties may request oral argument on the briefs.

6. The parties shall engage in good faith settlement talks within 14 days of Plaintiff's filing of its Reply to its Opening Brief.

. . .

**IT IS FURTHER ORDERED** that counsel for the parties shall comply with the Federal Rules of Civil Procedure and the Local Rules, including Local Rule 7.1, Forms of Papers, and Local Rule 7.2, Motions, unless otherwise ordered by the Court.

Dated this 18th day of March, 2026.

_____
Honorable John J. Tuchi
United States District Judge