ADAM R.F. GUSTAFSON, Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

Gabriel Lopez (FL Bar No. 1017629)
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 598-0881
Email: Gabriel.lopez2@usdoj.gov

*Attorney for Federal Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Salt River Wild Horse Management Group, <br><br> Plaintiff, <br><br> v. <br><br> United States Government, Department of Agriculture; Tom Vilsack as acting United States Secretary of Agriculture; United States Forest Service; Robert Lever, acting in his official capacity as Forest Supervisor; Apache- Sitgreaves National Forest and Michiko Martin, acting in her official capacity as Regional Forester, Southwestern Region; Rail Lazy H Contracting and Consulting LLC d/b/a Rail Lazy H; and Johnson County Livestock Exchange, <br><br> Defendants. | Case No.: 3:24-cv-08148-JJT <br><br> **FEDERAL DEFENDANTS' NOTICE OF LODING THE CERTIFIEX INDEX OF ADMINISTRATIVE RECORD CONTENTS** |

Pursuant to the Court's March 18, 2026, Scheduling Order (Dkt. No. 62), Federal Defendants hereby lodge the certified index to the Administrative Record for the United States Forest Service's July 16, 2024, Notice of Sale of Impounded Livestock. The Administrative Record is certified by Ralph Fink, the Forest Range Program Manager for the Apache-Sitgreaves National Forests. As noted in Mr. Fink's attached declaration, the certified list of Administrative Record contents filed with the Court today reflects those documents considered directly or indirectly by the United States Forest Service in connection with the July 16, 2024, Notice of Sale of Impounded Livestock.

As permitted by the Court, *see* Dkt. No. 62, the Federal Defendants have provided identical copies of the Record documents via electronic correspondence to counsel all parties.

Respectfully submitted this 10th day of April, 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

 */s/ Gabriel Lopez*
Gabriel Lopez
Trial Attorney
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 598-0881
Email: Gabriel.lopez2@usdoj.gov

2