## U.S. Forest Service Administrative Record
## Salt River Wild Horse Management Group v. United States Department of Agriculture et al
## Case No.  3:24-cv-08148

| Bates | Date | Title | Author | File Name / Link |
|---|---|---|---|---|
| USFS-0001-USFS-0002 | 2023-12-15 | Affidavit Of Publication- Notice of Impound | Rob Lever | 2023-12-15_AffidavitOfPublication-NoticeOfImpound_RobLever.pdf |
| USFS-0003-USFS-0003 | 2023-12-15 | Notice Of Impound- F S-2200-28 | Rob Lever | 2023-12-15_NoticeOfImpound-FS-2200-28_RobLever.pdf |
| USFS-0004-USFS-0063 | 2024-05-04 | Contract-Unauthorized Livestock Remova l-127EAV24C0008 | USFS | 2024-05-04_Contract-UnauthorizedLivestockRemoval-127EAV24C0008_USFS.pdf |
| USFS-0064-USFS-0067 | 2024-07-16 | Affidavit Of Publication - Notice of Sale | Rob Lever | 2024-07-16_AffidavitOfPublication-NoticeOfSale_RobLever.pdf |
| USFS-0068-USFS-0068 | 2024-07-16 | Notice Of Sale Of Impounded Livestock | Joshua Miller | 2024-07-16_NoticeOfSaleOfImpoundedLivestock_JoshuaMiller.pdf |
| USFS-0069-USFS-0069 | 2024-07-18 | Sale Web Post With Updated Sales Date | USFS | 2024-07-18_SaleWebPostWithUpdatedSalesDate_USFS.pdf |
| USFS-0070-USFS-0071 | 2024-07-18 | Web Update Email | Ralph Fink | 2024-07-18_WebUpdateEmail_RalphFink.pdf |
| USFS-0072-USFS-0083 | 2024-07-24 | Invoice | Cleburne Horse Sale | 2024-07-24_Invoice_CleburneHorseSale.pdf |