ADAM R.F. GUSTAFSON, Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

Gabriel Lopez (FL Bar No. 1017629)
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 598-0881
Email: Gabriel.lopez2@usdoj.gov

*Attorneys for Federal Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Salt River Wild Horse Management Group, <br><br> Plaintiff, <br><br> v. <br><br> U.S. Department of Agriculture, et al., <br><br> Defendants. | Case No.: 3:24-cv-08148-JJT <br><br> **FEDERAL DEFENDANTS' CERTIFICATION OF FOREST SERVICE ADMINISTRATIVE RECORD** |

1. I, Ralph Fink, am employed by the U.S. Forest Service as the Forest Range Program Manager for the Apache-Sitgreaves National Forests and have held this position for approximately 5 years.

2. Under my authority and direction, the Forest Service's Administrative Record in connection with the July 16, 2024, Notice of Sale of Impound Livestock was compiled.

3.      To the best of my knowledge, information, and belief, the documents listed in the index of the Administrative Record and provided to the Court and the Parties along with this certification constitute a true and correct copy of the Forest Service's Administrative Record, including all documents directly or indirectly considered, for this sale Notice.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed on: April 1, 2026

_____
Ralph Fink
U.S. Forest Service

2