| From: | randall@randallweiner.com |
|---|---|
| To: | "Herman, Brian (ENRD)" |
| Cc: | "Annmarie Cording"; "Rita Gara"; "Troy Froderman" |
| Subject: | Apache-Sitgreaves National Forest roundup scheduled for next Monday, April 27 - Request for Conferral |
| Date: | Tuesday, April 21, 2026 1:59:00 PM |
| Attachments: | image001.png |

Hi Brian.

I just left you a voicemail message. I would like to confer regarding a scheduled roundup of wild horses in the Apache-Sitgreaves on 4/27/26 which we will contest. (*Compare* 3/9/26 memo of Joshua Miller *with* 1/29/26 decision of Josh Miller regarding the same issue). I would like both your position on our motion and whether you will be available for a hearing on our motion in AZ Dist. Ct. on this Friday, April 24, 2026.

We will be contacting the Court to schedule a hearing, unless we can reach an agreement this afternoon or early tomorrow morning regarding this matter.

Thanks.

Randy

| **Randall M. Weiner** | www.weinercording.com |
|---|---|
| (he/him) | randall@randallweiner.com |



3100 Arapahoe Ave., Ste.202
Boulder, CO 80303
(303) 440-3321