| | |
|---|---|
| **From:** | Lopez, Gabriel (ENRD) |
| **To:** | randall@randallweiner.com |
| **Cc:** | Herman, Brian (ENRD); annmarie@weinercording.com; "Rita Gara"; "Troy Froderman" |
| **Subject:** | RE: [EXTERNAL] RE: Apache-Sitgreaves National Forest roundup scheduled for next Monday, April 27 - Request for Conferral |
| **Date:** | Wednesday, April 22, 2026 11:35:12 AM |
| **Attachments:** | image001.png |
| | image002.png |

Hello Mr. Weiner,

We are not aware of any matter being filed or brought against the U.S. Forest Service related to this matter. Accordingly, we do not represent the Forest Service with respect to the issue below and are not able to comment with respect to its veracity.

Best regards,
Gabriel Lopez

Gabriel Lopez
Trial Attorney
Environment and Natural Resources Division
U.S. Department of Justice
Gabriel.Lopez2@usdoj.gov
(202) 598-0881



**U.S. DEPARTMENT OF JUSTICE**
ENVIRONMENT & NATURAL RESOURCES DIVISION

**From:** randall@randallweiner.com <randall@randallweiner.com>
**Sent:** Tuesday, April 21, 2026 7:28 PM
**To:** Lopez, Gabriel (ENRD) <Gabriel.Lopez2@usdoj.gov>
**Cc:** Herman, Brian (ENRD) <Brian.Herman@usdoj.gov>; annmarie@weinercording.com; 'Rita Gara' <rgara@frlawgroup.com>; 'Troy Froderman' <tfroderman@frlawgroup.com>
**Subject:** [EXTERNAL] RE: Apache-Sitgreaves National Forest roundup scheduled for next Monday, April 27 - Request for Conferral

Good evening, Mr. Lopez.

Will you and/or Mr. Herman kindly confirm that, as reported in the papers but apparently not publicly noticed, "The U.S. Forest Service issued a Notice of Intent to Impound Unauthorized Livestock on April 2, 2026, setting an April 27 deadline."

Providing us with this information will assist in not wasting ours, yours or the Court's time.

Best,

Randy

**Randall M. Weiner**      www.weinercording.com
(he/him)      randall@randallweiner.com



3100 Arapahoe Ave., Ste.202
Boulder, CO 80303
(303) 440-3321

---

**From:** Lopez, Gabriel (ENRD) <Gabriel.Lopez2@usdoj.gov>
**Sent:** Tuesday, April 21, 2026 3:36 PM
**To:** randall@randallweiner.com
**Cc:** Herman, Brian (ENRD) <Brian.Herman@usdoj.gov>; annmarie@weinercording.com; 'Rita Gara' <rgara@frlawgroup.com>; 'Troy Froderman' <tfroderman@frlawgroup.com>
**Subject:** Apache-Sitgreaves National Forest roundup scheduled for next Monday, April 27 - Request for Conferral

Good evening Mr. Weiner,

Brian forwarded me your e-mail and voicemail with respect to the above-referenced matter. Our office has not been made aware of any filing related to this matter that has been served upon any federal agency. Nor does the Department confer on prospective matters. Accordingly, we will not be able to confer on your proposed motion.

Best regards,
Gabriel Lopez

Gabriel Lopez
Trial Attorney
Environment and Natural Resources Division
U.S. Department of Justice
Gabriel.Lopez2@usdoj.gov
(202) 598-0881

