

## Notice
### OF INTENT TO IMPOUND UNAUTHORIZED LIVESTOCK
(Ref: FSM 5330)

Notice is hereby given that pursuant to Regulation of the Secretary of Agriculture, 36 C.F.R. 262.10, all unauthorized livestock found upon National Forest System Lands or other lands under Forest Service control within the following area may be impounded by the United States Forest Service on or after April 27, 2026 (date), unless said livestock are removed permanently from the described lands.

| TOPOGRAPHIC UNIT LEGAL SUBDIVISION OR ALLOTMENT | RANGER DISTRICT |
|---|---|
| District wide on the following Ranger Districts: Black Mesa Ranger District and Lakeside Ranger District | Black Mesa & Lakeside |
| NATIONAL FOREST OR GRASSLAND<br>Apache-Sitgreaves National Forests | STATE<br>Arizona |

The livestock are described as follows:

Any unbranded livestock, or any livestock bearing brands of previously unauthorized livestock which are found to be making continuing or subsequent unauthorized use within twelve months after publication of this notice may be impounded without further notice.

After the impoundment, owners of unauthorized livestock may regain possession thereof only by first showing proof of ownership and reimbursing the United States in full for the expense incurred in impounding, feeding, and care of such livestock, or if impoundment costs exceed fair market value, by a payment equal to the fair market value of the impounded livestock. All impounded animals not redeemed within 5 days after notice of sale of impounded livestock has been published in a local newspaper, posted in the county courthouse and in one or more local post offices, will be offered for sale at public auction.

Livestock not sold at public sale may be sold at private sale or condemned and destroyed or otherwise disposed of as provided by Regulation 36 C.F.R. 262.10(f).

Signed at Springerville, AZ _____ this 2nd day of April, 2026

| SIGNATURE OF AUTHORIZED OFFICER | NAME (PRINT) | TITLE |
|---|---|---|
| JOSHUA MILLER *(Digitally signed by JOSHUA MILLER Date: 2026.04.02 14:46:26 -07'00')* | Joshua Miller | Apache-Sitgreaves Acting Forest Supervisor |