Troy B. Froderman (012717)
Rita M. Gara (037349)
FR LAW GROUP PLLC
4745 North 7th Street, Suite 210
Phoenix, AZ 85014
602-566-7425
tfroderman@frlawgroup.com
rgara@frlawgroup.com

Randall M. Weiner (CO Bar No. 23871)
Annmarie Cording (CO Bar No. 42524)
WEINER & CORDING
3100 Arapahoe Avenue, Suite 202
Boulder, Colorado 80303
(303) 440-3321
randall@randallweiner.com
annmarie@weinercording.com
*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Salt River Wild Horse Management Group, | Case No. 3:24-cv-08148-JJT |
| Plaintiff, | **DECLARATION OF CHRISTIAN FELLHOELTER** |
| vs. | |
| U.S. Department of Agriculture, et al., | |
| Defendants. | |

I, Christian Fellhoelter, hereby declare as follows:

1.      I submit this declaration in support of the Salt River Wild Horse Management Group's (SRWHMG) Request for a Temporary Restraining Order. The facts stated herein

1

are personally known to me. If called as a witness, I will and can competently testify thereto.

2. My wife, Laura, and I own a cabin in the Heber-Overgaard and enjoy watching the wild horses in the Apache-Sitgreaves National Forest (the "Forest") daily. Our cabin is in the Black Mesa Ranger District.

3. I recently became aware that a notice of impound for "unauthorized livestock" was signed by Joshua Miller, Acting Supervisor of the Forest to round up wild horses in the Forest, dated April 2, 2026 (the "Impound Notice"). The Impound Notice was publicly released on April 6, 2026. The Impound Notice states that such unauthorized livestock impoundment will occur in the Black Mesa and Lakeside Ranger District "on or after April 27, 2026."

4. However, the impoundment began on April 21, 2026, one week early. Two of Defendant Rail Lazy H's contractors, Frank Despain and Larry Nelson, working for Nelson Churley of Black Canyon Cattle, ran several Wild Horses into a holding corral off Forest Service Road 51 and then loaded them into a trailer and drove off with the Wild Horses.

5. Additional horses were impounded today, April 22.

6. Just as concerning are the primitive and cruel type of "holding corrals" that are being used for the impound. I'm attaching pictures I took of these holding corral on March 28, 2026, showing barbed wire and protruding tie wire in the fencing. **Exhibit 1**.

7. These holding corrals violate the Comprehensive Animal Welfare Program (CAWP), which Defendant USFS agreed to abide by for "all operations which involve handling of horses." **Exhibit 2**. Under the CAWP, the holding corrals cannot have "holes, gaps or openings, protruding surfaces, or sharp edges," should have "rounded corners," and

must contain "enough pens to sort horses according to gender, age, number, temperament, or physical condition." **Exhibit 3**.

8.    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of April, 2026 in Heber, AZ.

Christian Fellhoelter

3

Exhibit 1



"There must be no holes, gaps or openings, protruding surfaces, or sharp edges present in fence panels or other structures that may cause escape or possible injury." Exhibit 5 at 1.

Exhibit 1



"There must be no holes, gaps or openings, protruding surfaces, or sharp edges present in fence panels or other structures that may cause escape or possible injury." Exhibit 5 at 1.

Exhibit 1



"The design of pens at the trap site and temporary holding factility should be constructed with rounded corners." Exhibit 5 at 2

"There must be no holes, gaps or openings, protruding surfaces, or sharp edges present in fence panels or other structures that may cause escape or possible injury." Exhibit 5 at 1.

Exhibit 1



"There must be no holes, gaps or openings, protruding surfaces, or sharp edges present in fence panels or other structures that may cause escape or possible injury." Exhibit 5 at 1.

Exhibit 1



"There must be no holes, gaps or openings, protruding surfaces, or sharp edges present in fence panels or other structures that may cause escape or possible injury." Exhibit 5 at 1.

Exhibit 1



"There must be no holes, gaps or openings, protruding surfaces, or sharp edges present in fence panels or other structures that may cause escape or possible injury." Exhibit 5 at 1.

Exhibit 1



"There must be no holes, gaps or openings, protruding surfaces, or sharp edges present in fence panels or other structures that may cause escape or possible injury." Exhibit 5 at 1.

Exhibit 1



"There must be no holes, gaps or openings, protruding surfaces, or sharp edges present in fence panels or other structures that may cause escape or possible injury." Exhibit 5 at 1.

Exhibit 2



**United States Department of Agriculture**

# Heber Wild Horse Territory Final Management Plan





**Forest Service        Apache-Sitgreaves National Forests        Black Mesa Ranger District**
**July 2025**

| Number | Objective | Design Criteria or Best Management Practices | Responsible Party |
|---|---|---|---|
| Rec-2 | Protect recreation opportunities | When constructing temporary traps or handling corrals, the recreation opportunity spectrum and site management guidelines apply. (https://www.fs.usda.gov/sites/default/files/fs_media/fs_document/ros-guide.pdf). | District recreation staff |
| Horse-1 | Horse health and welfare | All operations which involve handling of horses will be conducted in accordance with the Comprehensive Animal Welfare Program found in the territory management plan. | Forest Service range or horse program manager |
| Horse-2 | Horse contraceptive application | The application of contraceptives will be overseen by the Forest Pesticide Use Coordinator (PUC)[5], which must be licensed through the State. | Forest Service range or horse program manager |
| Horse-3 | Horse contraceptive application | Contraceptive use proposals (FS-2100-0002) must be submitted to the PUC and approved by the Forest Supervisor. | Forest Service range or horse program manager |
| Horse-4 | Horse contraceptive application | Contraceptives would be administered only by trained Forest Service personnel or collaborating partners in accordance with both Federal and State laws. | Forest Service range or horse program manager |
| Horse-5 | Horse contraceptive application[6] | Delivery of the contraceptives would be by intramuscular injection into the manufacturers approved site of delivery (deep gluteal or cervical musculature). In the future, contraceptives may be administered remotely using an approved long-range darting protocol and remote delivery system (RDS) if or when that technology is developed. | Forest Service range or horse program manager |
| Horse-6 | Horse contraceptive application | All treated mares would be identified and documented. | Forest Service range or horse program manager |
| Horse-7 | Horse contraceptive application | A data sheet would be used by field staff to record all pertinent data (the type and quantity of immunocontraception product issued, including any adverse reactions or personnel incidents; disposition of any unused product; the number of treated mares by collaborating groups or Forest Service personnel, along with any type of identification applied, date) and stored in Natural Resource Manager (NRM) database. An application report would be available through NRM for the Regional and Washington Office if needed. | Forest Service range or horse program manager |

[5] The pesticide use coordinator (PUC) is an individual designated by the Forest to ensure proposals comply with NEPA, the territory management plan, and that individuals carrying out the proposal have the correct certifications and training required by Federal and State laws.
[6] These same procedures may be used for vaccines as well as contraceptives.

# Appendix 2: Comprehensive Animal Welfare Standards

Excess animals may be transported to a Bureau of Land Management or Forest Service facility where they would be cared for in accordance with the Wild Free-Roaming Horses and Burros Act and the most current Forest Service regulations and policies (prepared [freeze-marked or micro-chipped, vaccinated and de-wormed] for adoption or long-term holding).

## Facility Design

### Trap Sites, Handling Corrals, and Holding Facility

- The trap site and holding facility must be constructed of stout materials and be maintained in proper working condition, including gates that swing freely and latch or tie easily.

- Trap sites should be located close to horse locations whenever possible to minimize the distance animals need to travel.

- If jute is hung on the fence posts of an existing wire fence in the trap wing, the wire must either be rolled up and removed or let down and bundled together into a cable at ground level for the entire length of the jute in such a way that minimizes possibility of entanglement by horses.

- Fence panels in pens and alleys must be not less than 6 feet high for horses and the bottom rail must not be more than 12 inches from ground level.

- Temporary holding facilities must have enough pens available to sort horses according to gender, age, number, temperament, or physical condition.

  - All pens must be assembled with capability for expansion.

  - Alternate pens must be made available for the following:

    - horses that are weak or debilitated

    - mares with dependent foals

  - Horses in pens at the temporary holding facility should be maintained at a proper stocking density to allow, when at rest, all horses to occupy no more than half the pen area.

- An appropriate chute designed for restraining horses must be available for necessary procedures at the temporary holding facility. This does not apply to bait-trapping operations unless directed.

- There must be no holes, gaps or openings, protruding surfaces, or sharp edges present in fence panels or other structures that may cause escape or possible injury.

- Padding must be installed on the overhead bars of all gates and chutes used in single-file alleys.

- Finger gates (one-way funnel gates) used in bait trapping must be constructed of approved materials approved. Finger gates must not be constructed of materials which have sharp ends that may cause injuries to horses, such as "T" posts, sharpened willows, etc.

- Water must be provided at a minimum rate of ten gallons per 1,000-pound animal per day, adjusted accordingly for larger or smaller horses, foals, and environmental conditions, with each trough placed in a separate location of the pen (troughs at opposite ends of the pen). Water must be refilled at least every 12 hours.

Exhibit 3

*Heber Wild Horse Territory Final Management Plan*

- The design of pens at the trap site and temporary holding facility should be constructed with rounded corners.
- All gates and panels in the animal holding and handling pens and alleys of the trap site must be covered with materials such as plywood, snow fence, tarps, burlap, etc. approximately 48 inches in height to provide a visual barrier for the animals. All materials must be secured in place. These guidelines apply:
    - For exterior fences, material covering panels and gates must extend from the top of the panel or gate toward the ground.
    - For alleys and small internal handling pens, material covering panels and gates should extend from no more than 12 inches below the top of the panel or gate toward the ground to facilitate visibility of animals and the use of flags and paddles during sorting.
    - The initial capture pen may be left uncovered as necessary to encourage animals to enter the first pen of the trap.
- Nonessential personnel and equipment must be located to minimize disturbance of horses.
- Trash, debris, and reflective or noisy objects should be eliminated from the trap site and temporary holding facility.

## Loading and Unloading Areas

- Facilities in areas for loading and unloading horses at the trap site or temporary holding facility must be maintained in a safe and proper working condition, including gates which swing freely and latch or tie easily.
- The side panels of the loading chute must be a minimum of 6 feet high and fully covered with materials such as plywood or metal without holes which may cause injury.
- There must be no holes, gaps or openings, protruding surfaces, or sharp edges present in fence panels or other structures which may cause escape or possible injury.
- All gates and doors must open and close easily and latch securely.
- Loading and unloading ramps must have a non-slip surface and be maintained in a safe and proper working condition to prevent slips and falls. Examples of non-slip flooring would include, but not be limited to, rubber mats, sand, shavings, and steel reinforcement rods built into ramps. There must be no holes in the flooring or items that can cause an animal to trip.
- Trailers must be properly aligned with loading and unloading chutes and panels ensuring no gaps exist between the chute or panel and floor or sides of the trailer creating a situation where a horse could injure itself.
- Stock trailers should be positioned for loading or unloading to allow no more than 18 inches clearance between the ground and floor of the trailer for horses.

## Transportation

- Only covered stock trailers in sound mechanical condition will be permitted to transport horses. Trailers must have sufficient interior height to allow each equine to stand with its head extended to the fullest normal postural height.
- Side-by-side trailers will not be authorized.

- Horses will be separated by sex when loaded. Stallions and any aggressive equines are completely segregated so no stallion can come into contact with any other horse on the conveyance. Each horse has enough floor space to ensure no equine is crowded in a way likely to cause injury or discomfort.

- All trailers will be single level and no "pot-belly" trailers are authorized to transport horses.

- Flooring of all transport trailers should not be slick or slippery, if metal, it should be covered with rubber matting to allow for secure footing and minimize slips and falls.

- All personnel driving transport trailers will have been properly trained in driving trailers with live animals.

- Adequate space to prevent overcrowding will be provided following American Veterinary Medical Association humane care and USDA Animal Care guidelines for horses when horses are loaded for transport.

## Care

### Feeding and watering

- Adult horses held in traps or temporary holding pens for longer than 12 hours must always be fed and watered at approximately 12-hour intervals with water available other than when animals are being sorted or worked.

- Water must be provided at a minimum rate of ten gallons per 1,000-pound animal per day, adjusted accordingly for larger or smaller horses, and foals, and environmental conditions, with each trough placed in a separate location of the pen (troughs at opposite ends of the pen). Water must be refilled at least every 12 hours.

- In all holding and working facilities the best hay possible will be used. Hay should be inspected prior to purchase to reduce the amount of weeds present. A weed monitoring and abatement plan will be implemented for each site.

- Hay must be fed at a minimum rate of 20 pounds per 1,000-pound adult animal per day, adjusted accordingly for larger or smaller horses, burros, and foals. Hay placement must allow all horses to eat simultaneously.

- When water or feed deprivation conditions exist on the range prior to the gather, the Apache-Sitgreaves National Forests horse staff should adjust the watering and feeding arrangements in consultation with the on call veterinarian as necessary to provide for the needs of the animals.

### Dust abatement

- Dust abatement by spraying the ground with water may be employed when necessary at the trap site and temporary holding facility.

### Trap site

- Dependent foals or weak or debilitated animals must be separated from other horses at the trap site to avoid injuries during transportation to the temporary holding facility. Separation of dependent foals from mares must not exceed four hours unless the immediate decision is made to wean the foals.

### Holding facility

- All horses in confinement must be observed at least once daily to identify sick or injured horses and ensure adequate food and water.

*Heber Wild Horse Territory Final Management Plan*

- Dependent foals must be reunited with their mares at the temporary holding facility within four hours of capture unless foals are old enough to be weaned during the gather.

- Non-ambulatory horses must be in a pen separate from the general population and must be examined by the Apache-Sitgreaves National Forests horse staff, the on-call or on-site veterinarian, or both as soon as possible, no more than four hours after recumbency is observed. Water and hay must be accessible to the recumbent horses within 12 hours or sooner at the discretion of the Apache-Sitgreaves National Forests horse staff.

- Alternate pens must be made available for the following:

  ♦ horses that are weak or debilitated

  ♦ mares with dependent foals

- Aggressive horses causing serious injury to other animals should be identified and relocated into alternate pens when possible.

- Horses in pens at the temporary holding facility should be maintained at a proper stocking density such that, when at rest, all horses occupy no more than half the pen area.

## Biosecurity

Health records for all saddle and pilot horses used on horse gathers must be provided to the Apache-Sitgreaves National Forests horse staff prior to joining a gather, including:

- Certificate of veterinary inspection (health certificate, within 30 days).

- Proof of:

  ♦ a negative test for equine infectious anemia (Coggins or enzyme-linked immunosorbent assay [EIA or ELISA] test) within 12 months.

  ♦ vaccination for tetanus, eastern and western equine encephalomyelitis, West Nile virus, equine herpes virus, equine influenza, and rabies within 12 months.

# Handling

## General Handling

- All sorting, loading, or unloading of horses during gathers must be performed during daylight hours except when unforeseen circumstances develop, and the Apache-Sitgreaves National Forests horse staff approves the use of supplemental light.

- Horses should be handled to enter runways or chutes in a forward direction.

- Horses should not remain in single-file alleyways, runways, or chutes longer than 30 minutes.

- No equipment should be operated in such a manner as to cause flighty behavior by or injury to horses.

## Willful Acts of Abuse

- Hitting, kicking, striking, or beating any horse in an abusive manner is prohibited.

- Dragging a recumbent horse without a sled, slide board or slip sheet is prohibited. Ropes used for moving the recumbent animal must be attached to the sled, slide board, or slip sheet.

- There should be no deliberate driving of horses into other animals, closed gates, panels, or other equipment.

Exhibit 3

*Heber Wild Horse Territory Final Management Plan*

- There should be no deliberate slamming of gates and doors on horses.

- There should be no excessive noise (for example, constant yelling) or sudden activity causing horses to become unnecessarily flighty, disturbed, or agitated.

## Handling Aids

- Handling aids such as flags and shaker paddles must be the primary tools for driving and moving horses during handling and transport procedures. Contact of the flag or paddle end of primary handling aids with a horse is allowed. Ropes looped around the hindquarters may be used from horseback or on foot to assist in moving an animal forward or during loading.

- Electric prods must not be used routinely as a driving aid or handling tool. Electric prods may be used in limited circumstances only if the following guidelines are followed:

  - Electric prods must only be a commercially available make and model that uses DC battery power, and batteries should always be fully charged.

  - The electric prod device must never be disguised or concealed.

  - Electric prods must only be used after three attempts using other handling aids (flag, shaker paddle, and voice or body position) have been tried unsuccessfully to move the horses.

  - Electric prods must only be picked up when intended to deliver a stimulus; these devices must not be constantly carried by the handlers.

  - Space in front of an animal must be available to move the horse forward prior to application of the electric prod.

  - Electric prods must never be applied to the face, genitals, anus, or underside of the tail of a horse.

  - Electric prods must not be applied to any one horse more than three times during a procedure (for example, sorting or loading) except in extreme cases with approval of the Apache-Sitgreaves horse staff. Each exception must be approved at the time by the Apache-Sitgreaves horse staff.

  - Any electric prod use that may be necessary must be documented daily by the Apache-Sitgreaves National Forests horse staff including time of day, circumstances, handler, location (trap site or temporary holding facility), and any injuries (to horse or human).