

**United States Department of Agriculture**

# Heber Wild Horse Territory Final Management Plan





**Forest Service      Apache-Sitgreaves National Forests      Black Mesa Ranger District**
**July 2025**

*Heber Wild Horse Territory Final Management Plan*

| Number | Objective | Design Criteria or Best Management Practices | Responsible Party |
|---|---|---|---|
| Rec-2 | Protect recreation opportunities | When constructing temporary traps or handling corrals, the recreation opportunity spectrum and site management guidelines apply. (https://www.fs.usda.gov/sites/default/files/fs_media/fs_document/ros-guide.pdf). | District recreation staff |
| Horse-1 | Horse health and welfare | All operations which involve handling of horses will be conducted in accordance with the Comprehensive Animal Welfare Program found in the territory management plan. | Forest Service range or horse program manager |
| Horse-2 | Horse contraceptive application | The application of contraceptives will be overseen by the Forest Pesticide Use Coordinator (PUC)[5], which must be licensed through the State. | Forest Service range or horse program manager |
| Horse-3 | Horse contraceptive application | Contraceptive use proposals (FS-2100-0002) must be submitted to the PUC and approved by the Forest Supervisor. | Forest Service range or horse program manager |
| Horse-4 | Horse contraceptive application | Contraceptives would be administered only by trained Forest Service personnel or collaborating partners in accordance with both Federal and State laws. | Forest Service range or horse program manager |
| Horse-5 | Horse contraceptive application[6] | Delivery of the contraceptives would be by intramuscular injection into the manufacturers approved site of delivery (deep gluteal or cervical musculature). In the future, contraceptives may be administered remotely using an approved long-range darting protocol and remote delivery system (RDS) if or when that technology is developed. | Forest Service range or horse program manager |
| Horse-6 | Horse contraceptive application | All treated mares would be identified and documented. | Forest Service range or horse program manager |
| Horse-7 | Horse contraceptive application | A data sheet would be used by field staff to record all pertinent data (the type and quantity of immunocontraception product issued, including any adverse reactions or personnel incidents; disposition of any unused product; the number of treated mares by collaborating groups or Forest Service personnel, along with any type of identification applied, date) and stored in Natural Resource Manager (NRM) database. An application report would be available through NRM for the Regional and Washington Office if needed. | Forest Service range or horse program manager |

---

[5] The pesticide use coordinator (PUC) is an individual designated by the Forest to ensure proposals comply with NEPA, the territory management plan, and that individuals carrying out the proposal have the correct certifications and training required by Federal and State laws.

[6] These same procedures may be used for vaccines as well as contraceptives.