

**Forest Service**              **Apache-Sitgreaves National Forests**        **30 South Chiricahua Drive**
                                                                          **Springerville, AZ 85938**

---

**File Code:**    2200                                    **Date:**    March 9, 2026
**Route To:**

**Subject:**      Horse Management – Apache-Sitgreaves National Forests

**To:**       Michiko Martin, Southwestern Regional Forester

The management of the horses on the Apache-Sitgreaves National Forests has been a topic of discussion dating back several years.  Recently, the Forest completed an analysis of a territory management plan for the Heber Wild Horse Territory. This analysis was not intended to and did not make a determination regarding the horses present on the Sitgreaves National Forest. The Wild Free-Roaming Horses and Burros Act of 1971 tasks the responsible official with making the determination of the status of horses present on the Forest based off the information available and to manage accordingly. In 2007 the Forest entered into a stipulation agreement that prohibited the removal of horses from the Sitgreaves National Forest regardless their status. This has resulted in an exponential increase of horses on the Forest since.

Based on the information presented in the record the Heber Wild Horse Territory was established in 1974 from a population of seven unclaimed horses. The record also indicates that the herd consisted of one sterile stud and it was documented that no reproduction was observed within this group of horses between 1969 and 1993. In 1993 correspondence between the District Ranger and Forest Supervisor indicated that the remaining population consisted of two mares. This correspondence also recommended and approved the removal of the remaining horses and the closure of the territory. The 10th and 11th Report to Congress on the Administration of the Wild Free Roaming Horses and Burros Act for Fiscal Years 1992-1995 that was published in 1997 recorded the population of horses as zero, for years 1994 and 1996. In addition to this information, an ethnographic study conducted by Forest Service historians in 2017 also concluded that the horses currently found on the Sitgreaves National Forest are not related to the original horse herd. Therefore, the horses present on the Sitgreaves National Forest are not wild horses nor the progeny of wild horses and  have not intermingled with wild horses as defined by 36 CFR 222.60 (b) (13).

In 2002 the Rodeo-Chediski Fire impacted approximately 54 miles of fenceline along the Forest's boundary with the White Mountain Apache Reservation. The damage to these fences allowed unauthorized livestock unfettered access to the Forest and is the primary source of the horses currently found on the forest. Due to the stipulation agreement livestock owners have been discouraged from removing their property when their horses have gained access to the Forest.

Forest Service regulations at 36 CFR § 222.60 (b)(13), define wild free roaming horses and burros to "mean all unbranded and unclaimed horses and burros and their progeny that have used lands of the National Forest System on or after December 15, 1971, or do hereafter use these



Caring for the Land and Serving People                    Printed on Recycled Paper

Michiko Martin, Southwestern Regional Forester                                    2

lands as all or part of their habitat, but does not include any horse or burro introduced onto the National Forest System on or after December 15, 1971, by accident, negligence, or willful disregard of private ownership. I find that the horses currently present on the Sitgreaves were introduced after December 15, 1971, through accident, negligence or willful disregard of ownership and therefore these horses and their progeny are not wild horses

As Acting Forest Supervisor on the Apache-Sitgreaves National Forests, my conclusion is that the unclaimed horses currently found on the Sitgreaves National Forest are "unauthorized livestock" in accordance with Forest Service regulations per 36 CFR 261.2. I have determined that management of the Sitgreaves horses should follow the guidance for unauthorized livestock outlined in the Forest Service directives and regulations and I am encouraging individuals that have a claim to any of these animals to work with the Arizona Department of Agriculture to responsibly reclaim their livestock.

JOSHUA MILLER

Digitally signed by JOSHUA MILLER
Date: 2026.03.09 08:18:13 -07'00'

JOSHUA MILLER
Acting Forest Supervisor

cc:  Cecilia Clavet