

**United States Department of Agriculture**

# Heber Wild Horse Territory Management Plan

Including Appropriate Management Level and Adaptive Management Plan

# Final Environmental Assessment



 Forest Service          Apache-Sitgreaves National Forests          Black Mesa Ranger District

August 2025

Cover Photo: USDA Forest Service

# Contents

Introduction ........................................................................................................................ 1
  Background ..................................................................................................................... 1
  Project Location ............................................................................................................. 2
  Desired Conditions........................................................................................................ 4
    Guiding Law, Regulation and Policy ...................................................................... 4
    Land Management Plan Direction............................................................................ 5
Purpose and Need for the Proposal .................................................................................. 7
  Purpose for the Proposal ............................................................................................. 7
  Need for the Proposal................................................................................................... 7
    Need to Establish an Appropriate Management Level............................................ 7
    Need to Establish Population Management Actions ............................................... 8
  Tribal Consultation and Coordination.......................................................................... 8
  Public Outreach............................................................................................................. 9
  Scoping Comment Period ........................................................................................... 10
    Identification of Concerns and Issues.................................................................... 10
    Concerns Identified to Focus Effects Analysis..................................................... 11
  Draft EA Comment Period........................................................................................... 12
    Comment consideration process and summary ................................................... 12
    Comment consideration and disposition............................................................... 13
  Alternatives Considered but Dismissed from Detailed Analysis ................................ 14
    Original Proposed Action Including Sterilization of Horses.................................. 14
    Fencing Black Canyon Lake .................................................................................. 14
    Expanding the Territory ......................................................................................... 15
    Setting Appropriate Management Level to Zero.................................................... 15
    Increasing the Appropriate Management Level .................................................... 16
    Reducing Authorized Livestock Grazing to Allow for a Higher Appropriate Management Level............................................................................................................................ 16
Alternatives Considered in Detail ................................................................................... 17
  Alternative 1 No Action ............................................................................................... 17
  Alternative 2 Proposed Action ................................................................................... 18
    Appropriate Management Level............................................................................. 18
    Monitoring and Adaptive Management.................................................................. 21
    Infrastructure ......................................................................................................... 27
    Design Features and Best Management Practices ............................................... 32
    Clarifications to Heber Wild Horse Territory Management Plan............................ 36
    Removal of Unauthorized Livestock ..................................................................... 37
  Changes Between Draft and Final Proposed Action.................................................. 37
    Changes to Removal of Excess Horses ............................................................... 38
    Adaptive Management Table ................................................................................. 38
    Infrastructure ......................................................................................................... 38
    Actions for Gathered Excess Horses .................................................................... 39
    Unauthorized Livestock......................................................................................... 39
    Clarifications to the Heber Wild Horse Territory Management Plan...................... 39
    Aerial Census Data............................................................................................... 39
    Design Features .................................................................................................... 39
Environmental Impacts Analysis..................................................................................... 40
  Reports Incorporated by Reference........................................................................... 40
    Proposed Appropriate Management Level Determination Analysis..................... 40
    Resource Reports................................................................................................. 40

Affected Environment ........................................................................................................ 40
Effects Analysis ................................................................................................................ 46
Alternative 1 – No Action ................................................................................................ 47
Alternative 2 – Proposed Action ...................................................................................... 48
Watershed and Soils ............................................................................................................. 52
Affected Environment ........................................................................................................ 52
Effects Analysis ................................................................................................................ 55
Alternative 1 – No Action ................................................................................................ 55
Alternative 2 – Proposed Action ...................................................................................... 57
Rangeland Vegetation .......................................................................................................... 60
Affected Environment ........................................................................................................ 60
Effects Analysis ................................................................................................................ 65
Alternative 1 – No Action ................................................................................................ 66
Alternative 2 – Proposed Action ...................................................................................... 69
Forest Vegetation ................................................................................................................. 72
Affected Environment ........................................................................................................ 72
Effects Analysis ................................................................................................................ 74
Alternative 1 – No Action ................................................................................................ 74
Alternative 2 – Proposed Action ...................................................................................... 75
Terrestrial Wildlife .............................................................................................................. 76
Affected Environment ........................................................................................................ 76
Effects Analysis ................................................................................................................ 80
Alternative 1 – No Action ................................................................................................ 80
Alternative 2 – Proposed Action ...................................................................................... 85
Aquatic Species and Fish ..................................................................................................... 97
Affected Environment ........................................................................................................ 98
Alternative 1 – No Action .............................................................................................. 101
Alternative 2 – Proposed Action .................................................................................... 104
Botanical Species ............................................................................................................... 108
Affected Environment ...................................................................................................... 108
Effects Analysis .............................................................................................................. 110
Alternative 1 – No Action .............................................................................................. 110
Alternative 2 – Proposed Action .................................................................................... 112
Recreation .......................................................................................................................... 113
Affected Environment ...................................................................................................... 113
Effects Analysis .............................................................................................................. 116
Alternative 1 – No Action .............................................................................................. 116
Alternative 2 – Proposed Action .................................................................................... 117
Socioeconomics .................................................................................................................. 118
Affected Environment ...................................................................................................... 118
Effects Analysis .............................................................................................................. 126
Alternative 1 – No Action .............................................................................................. 127
Alternative 2 – Proposed Action .................................................................................... 130
Cultural Resources ............................................................................................................. 133
Affected Environment ...................................................................................................... 133
Effects Analysis .............................................................................................................. 133
Alternative 1 – No Action .............................................................................................. 133
Alternative 2 – Proposed Action .................................................................................... 134
Other Agencies and Individuals Consulted ........................................................................... 137
Cooperating Agencies ......................................................................................................... 137
Tribal Consultation ............................................................................................................. 137

Agencies and Organizations...........................................................................................137
Appendix A. Cumulative Effects ..........................................................................................140
  Past Actions.....................................................................................................................140
  Present and Reasonably Foreseeable Activities..............................................................140
  Resource Cumulative Impacts Common to All Alternatives ..........................................141
    Range............................................................................................................................142
    Botany ..........................................................................................................................143
    Wildlife.........................................................................................................................144
    Vegetation ....................................................................................................................145
    Watershed .....................................................................................................................147
Appendix B. Glossary ...........................................................................................................149
Appendix C. Findings Required by Law, Regulation, or Policy...........................................153
  General.............................................................................................................................153
    Federal Laws ................................................................................................................153
  Heritage............................................................................................................................154
    Federal Laws ................................................................................................................154
    Federal Regulations .....................................................................................................154
  Wild Horse and Range Resources....................................................................................155
    Federal Laws ................................................................................................................155
    Federal Regulations and Policy ...................................................................................155
  Threatened, Endangered, and Sensitive Species .............................................................156
    Federal Laws ................................................................................................................156
    Federal Regulations and Policy ...................................................................................157
  Watershed.........................................................................................................................159
    Federal Law ..................................................................................................................159
Appendix D Heber Wild Horse Territory Comment Consideration Report..........................160
  Comments regarding the proposed action and related impacts........................................160
  Comments related to the analysis process.......................................................................191

# List of Tables

Table 1: Overview of the no-action alternative ..................................................................... 17
Table 2: Adaptive Management Process for Managing Horses with the AML Range ................. 24
Table 3: Design features proposed for Alternative 2............................................................. 32
Table 4: Calculated forage availability within the Heber Wild Horse Territory. .......................... 41
Table 5: Horse observations gathered from aerial surveys conducted within the Heber Wild Horse Territory, May 2014, February 2015, and April 2017........................................................... 42
Table 6: Horse observations gathered from aerial surveys conducted outside the Heber Wild Horse Territory on the Sitgreaves National Forest, May 2014, February 2015, and April 2017.......................................................................................................................................... 42
Table 7: Disclosure - This table was prepared by Dr. Bruce Lubow and was included in his June 28, 2021 statistical analysis provided to the Apache-Sitgreaves National Forests................ 45
Table 8: Region 3 Soil Condition Class for the Heber Wild Horse Territory. .............................. 55
Table 9: Summary of anticipated direct and indirect effects to watershed resource indicators from no action. .................................................................................................................... 56
Table 10: Summary of direct and indirect effects to watershed resource indicators from the proposed action............................................................................................................... 58
Table 11: Allotments and pastures within the Heber Wild Horse Territory.................................. 60
Table 12: Summary of percentage forage utilization in the Black Canyon and Heber allotments, 2009–2019. ................................................................................................................... 64
Table 13:Summary of percentage forage utilization Black Canyon Allotment 2020 to 2022....... 64

*Heber Wild Horse Territory Management Plan Final Environmental Assessment*

Table 14: Permitted livestock grazing in the Heber Wild Horse Territory on the Black Canyon and Heber allotments. ................................................................................ 65
Table 15: Acres of the major potential natural vegetation types forest-wide and in the project area, and percentage of the Heber Wild Horse Territory ................................................. 72
Table 16: Summary of federally listed species, listing status, known or potential occurrence, and effects determinations. ......................................................................................... 77
Table 17: Summary of sensitive species and habitat within the analysis area and determination of effects ................................................................................................................ 78
Table 18: Proper functioning condition survey results for riparian areas in the Heber Wild Horse Territory. .............................................................................................................. 99
Table 19: Federally listed aquatic species, status, occurrence, and determination. .................... 100
Table 20: Summary of sensitive species, occurrence, and determination of effects. ................. 100
Table 21: Sensitive plant species analyzed, habitat and threats, and occurrence. ...................... 109
Table 22: Arizona Game and Fish Department hunter permits, Game Management Unit 3C.... 114
Table 23: Sitgreaves National Forest range program economic contributions, 2019.................. 120
Table 24: Past actions considered for cumulative effects analysis for the Heber Wild Horse Territory. ............................................................................................................... 140
Table 25: Tree densities that will develop by 2039 based on foreseeable actions planned within the Heber Wild Horse Territory. .............................................................................. 146
Table 26: Canopy cover percentages that will develop by 2039 based on foreseeable actions planned within the Heber Wild Horse Territory ......................................................... 146
Table 27: Overall Watershed Condition Class—anticipated cumulative effects to the analysis watersheds ............................................................................................................. 147
Table 28: Riparian watershed condition indicator—anticipated cumulative effects to the analysis watersheds. ............................................................................................................ 147
Table 29: Water Quality watershed condition indicator—anticipated cumulative effects to the analysis watersheds. ............................................................................................... 147
Table 30: Water Quantity watershed condition indicator—anticipated cumulative effects to the analysis watersheds. ............................................................................................... 148
Table 31: Soil Condition watershed condition indicator—anticipated cumulative effects to the analysis watersheds. ............................................................................................... 148

# List of Figures

Figure 1: Heber Wild Horse Territory Vicinity Map .................................................................... 3
Figure 2: Example of a trap................................................................................................... 28
Figure 3: Infrastructure located within the Heber Wild Horse Territory...................................... 29
Figure 4: The 61-acre area analyzed for the permanent holding facility located on the Sitgreaves National Forest. .................................................................................................... 31
Figure 5: Flight paths from 2017 and 2021 aerial surveys and horse observation locations in 2014, 2015, 2017, and 2021 within the Heber Wild Horse Territory and Sitgreaves National Forest. .................................................................................................................. 44
Figure 6: Grazing allotment pastures within Heber Wild Horse Territory.................................... 61
Figure 7: Recreation sites within the Heber Wild Horse Territory ............................................ 115

# Introduction

The purpose of this project is to develop and implement a territory management plan for the management of horses within the Heber Wild Horse Territory (the territory), consistent with the authority provided in the Wild Free-Roaming Horses and Burros Act of 1971 (the Act), as amended; the Multiple-Use Sustained-Yield Act; the National Forest Management Act; Forest Service regulations at 36 Code of Federal Regulations Part 222, Subpart D; the 2015 Apache-Sitgreaves National Forests Land Management Plan, as amended; and other guiding laws, regulations, and policies (A-S LMP).

A territory management plan is described as an operational plan for managing animal, vegetation, and soil resources. and retaining free-roaming horses in ecological balance. A plan includes measures for obtaining the desired population level, detailed management practices, and monitoring requirements for managing the territory in conjunction with natural and other managed resources, (Forest Service Manual 2200, Chapter 2260). The territory management plan provides management actions which would be implemented within the territory. This environmental analysis and associated final territory management plan would be updated as needed as determined by monitoring conditions on the territory. Actions would take place year-round, for as long as there are horses associated with the territory.

Federal actions such as the development of a territory management plan must be analyzed to determine the potential environmental consequences, and the effects must be disclosed (National Environmental Policy Act of 1969). The Forest Service has prepared this environmental assessment to disclose the effects of implementing a territory management plan. In conjunction with the environmental assessment, a final territory management plan has been prepared.

If determined that there are no significant effects based on this analysis and with the consideration of public input, we will summarize the determination in a finding of no significant impact and decision notice. The territory management plan will be finalized based on the final decision notice for this project. By preparing this environmental assessment, we are fulfilling agency policy and direction to comply with the National Environmental Policy Act and other relevant federal and state laws and regulations.

This document is tiered to and in compliance with the Final Environmental Impact Statement and planning record supporting the 2015 Apache-Sitgreaves National Forests Land Management Plan (USDA Forest Service 2015), including monitoring reports. Detailed information that supports the analyses presented in this document is incorporated by reference and is contained in the project planning record unless noted otherwise.

## Background

With passage of the Wild Free-Roaming Horses and Burros Act of 1971 (the Act) came a mandate to establish territories for the use and protection of wild horses and burros. In compliance with the act and its subsequent implementing regulations, a territory of approximately 19,700 acres was established in the Black Canyon area of the then Heber Ranger District. A letter from the Forest Supervisor to the Regional Forester, dated 1974, confirmed the territorial use of the area by horses, as it was known at the time of the passage of the act (USDA Forest Service 1974) and in accordance with procedures at that time. The letter to the Regional Forester, including the map delineating the territory, is included in the project record and available online. Developing and implementing the components of a "territory plan" is required under the provisions of the act (see 36 CFR section 222.61).

Forest Service regulations define wild free-roaming horses and burros as "all unbranded and unclaimed horses and burros and their progeny that have used lands of the National Forest System on or after December 15, 1971, or do hereafter use these lands as all or part of their habitat, but does not include any

horse or burro introduced onto the National Forest System on or after December 15, 1971, by accident, negligence, or willful disregard of private ownership. Unbranded, claimed horses and burros for which the claim is found to be erroneous, are also considered as wild and free-roaming if they meet the criteria above."[1]

In 1974, when the Heber Wild Horse Territory was designated, it was documented there was a population of six mares and one stallion occupying the territory. In 1993, the population was purported to be two mares. Due to the lack of a viable population, the Black Mesa Ranger District and Sitgreaves National Forest determined the Heber Wild Horse Territory should be closed and ceased all activities associated with monitoring horses as well as the development of a management plan.

Following the Rodeo-Chediski Fire in 2002, horses began to be observed. The Forest Service issued a Solicitation for Bid for the capture, relocation and eventual sale of approximately 120 trespass horses, from an unknown number of horses residing on public lands. On September 9, 2005, several plaintiffs brought civil action against the Forest Service, alleging violations of the Wild Free Roaming Horses and Burros Act of 1971, the National Environmental Policy Act, and the Administrative Procedure Act, in connection with the issuance of a Solicitation for Bid.

As a result of the civil action, the Forest Service entered into a Stipulation Agreement signed on March 13, 2007. Under the Stipulation Agreement, the Forest Service agreed to "refrain from any gathering or removing of horses within the Heber Wild Horse Territory, as well as, on the Black Mesa and Lakeside Ranger Districts (which are considered the Sitgreaves National Forest) until the Forest Service completes, with public involvement, an analysis and appropriate environmental document pursuant to the National Environmental Policy Act and develops a written Heber Wild Horse Territory Management Strategy." (USDA Forest Service 2015, page 118).

 The Forest Service has agreed to manage the Heber Wild Horse Territory in compliance with the Act and the Apache-Sitgreaves National Forests Land Management Plan, allowing for horses to occupy the territory in accordance with the Act and Heber Wild Horse Management Plan.

## Project Location

The Heber Wild Horse Territory (territory) is located in the Black Canyon area of the Black Mesa Ranger District and consists of approximately 19,700 acres[2]. The territory boundary was established and delineated in 1974 following an inventory conducted by the former Heber Ranger District (USDA Forest Service 1974) to address the mandates of the Act. The territory is located within Township 11 North, Range 15 East; Township 11 North, Range 16 East; and Township 12 North, Range 16 East. The territory is about 2.5 to 3 miles wide by about 7 miles long, centered about 5 miles southwest of Heber, Arizona. The designated boundary runs roughly in a north-easterly direction from its southern boundary on National Forest System Road 300 to the northern boundary, which abuts private land. The north-northeastern portion of the territory is bounded by the community of Heber, with houses, roads, and fences. The west-northwest flank of the territory is bound by the Highway 260 corridor fence. The southeast flank is an irregular boundary comprised of ridgelines, drainages, and section lines. The Mogollon Rim, with its steep canyons and ridges, lies to the south of the territory. Figure 1 displays the delineated Heber Wild Horse Territory, the Highway 260 corridor fence, and the proximity of the Fort Apache Indian Reservation and the town of Heber.

---

[1] 36 Code of Federal Regulations section 222.60(b)(13).

[2] This is the acreage established in 1974 when the territory was first designated. Acreages may slightly differ in the analysis due to advances in mapping with GIS data.

*Heber Wild Horse Territory Management Plan Final Environmental Assessment*



**Figure 1: Heber Wild Horse Territory Vicinity Map**

# Desired Conditions

Desired conditions for the territory are defined by the 2015 Apache-Sitgreaves National Forests Land Management Plan or were developed by the interdisciplinary team after consideration of applicable laws, regulations, and agency policy.

## Guiding Law, Regulation and Policy

Wild horse management is prescribed through Acts of Congress, their implementing regulations, policies and other relevant documents. The Wild Free-Roaming Horses and Burros Act of 1971, as amended, establishes wild free-roaming horses and burros as a part of the natural system where they occur on public lands administered by the Bureau of Land Management and National Forest System lands administered by the Forest Service. The Act requires management, protection, and control of these animals within designated herd areas (synonymous with territories).

Federal regulations pertaining to management of wild free-roaming horses and burros on National Forest System lands are found in Management of Wild Free-Roaming Horses and Burros – 36 Code of Federal Regulations Part 222, Subpart D. Additional agency direction and guidance is found in Forest Service Manual 2260 – Wild Free-Roaming Horses and Burros which sets the objective to maintain wild free-roaming horse and burro populations in a thriving natural ecological balance in the areas they inhabit on national forests (Forest Service Manual 2260.2). Furthermore, Forest Service Manual 2260.3 establishes policy to determine population levels by considering the animals' forage and habitat requirements, wildlife, permitted livestock, and other uses recognized under the Multiple-Use Sustained-Yield Act.

### Thriving Natural Ecological Balance

A thriving natural ecological balance can be described as balancing horse management with other multiple uses that assures appropriate progress is made toward meeting desired conditions, standards, and guidelines identified in the 2015 land management plan for the Apache-Sitgreaves National Forests. This includes considering upland vegetation and riparian plant communities, watershed function, and habitat quality for animal populations. It also includes other site-specific or landscape-level objectives, such as those necessary to protect and manage threatened, endangered, and sensitive species. The objectives to meet a thriving natural ecological balance are described below.

#### *Horse Health*

Manage rangeland vegetation in a manner that achieves and maintains satisfactory ecological condition on rangelands and protects soil, water, and streamside-dependent resources. Forage is made available for use by livestock, horses, and wildlife. Livestock and horses are managed to maintain range resource productivity. The appropriate management level for horses is adjusted (either up or down), as needed, based on in-depth analysis of resource monitoring data.

#### *Water Availability*

Dependable water sources are well distributed. As detailed in the *Proposed Appropriate Management Level Determination* analysis document, there are generally enough water sources within the territory to keep horses watered year-round. Limiting factors may occur in times of extreme drought. Contributing water sources include range improvements and tanks which would continue to be maintained by permittees and the Forest Service.

### Vegetation and Forage

Vegetation is moving toward moderate to high degree of similarity with the potential natural vegetation for the various terrestrial ecological unit inventory mapping units within the territory, where there is site capability.

Desirable grass species are healthy, vigorous, diverse, and achieving maximum production for their mapping units. Cool season grasses and forb plants make up at least 50 percent of the herbaceous ground cover (as site potential allows). Desirable grass species are healthy, vigorous, diverse, and achieving maximum production for their mapping units. Desired browse species are well distributed and healthy, age classes are well distributed, and growth forms are not currently "clubbed" in appearance.

### Soil and Watersheds

Soil and watershed conditions are satisfactory or approaching satisfactory on capable and potentially capable rangeland. The percentage of good ground cover (plant basal area and litter) would be at least at a level to prevent accelerated soil loss (at or above soil loss tolerance) as described in the terrestrial ecosystem unit inventory for the Apache-Sitgreaves National Forests. Ground cover level on noncapable range would be managed to its maximum natural potential to minimize sediment production as described in the inventory.

### Riparian Habitat

Riparian habitats are in or are trending toward proper functioning condition. Where potential exists, deeply rooted plants such as sedges occupy and stabilize stream banks and riparian woody plants are established and maintained in a healthy condition, with a mix of age classes present. Springs have riparian species present, and the vegetation is in satisfactory condition.

### Herbivore Grazing

Herbivore grazing is not contributing to reduced water quality from sediment or other non-point source pollutants. Best management practices are implemented and monitored to ensure water quality is maintained or improved throughout the territory.

Forage is available to big game species to help maintain healthy populations. A diverse mosaic of habitats for healthy and balanced wildlife populations is present. All wildlife species have abundant, widely spread foraging habitat. Prey species have habitats with good hiding cover and forage availability. Management indicator and threatened, endangered, and sensitive species are provided the habitat needed to sustain or increase their populations, as desired for individual species management objectives.

Wild ungulate, permitted livestock, and horse use does not exceed the estimated grazing capacity. Structural range improvements would continue to be maintained and in good condition to support grazing.

## Land Management Plan Direction

The Apache-Sitgreaves National Forests Land Management Plan provides management direction forest-wide, including 12 management areas. Management area direction identifies desired conditions and provides specific direction on how to manage different land areas, in addition to forest-wide direction. Management of horses and the rangeland resources they depend on for their habitat is guided by the land management plan.

Within the Heber Wild Horse Territory there are two management areas. The Wild Horse Management Area prescription accounts for the 19,700 acres that make up the territory. The Community-Forest Intermix Management Area also overlaps a small portion (939 acres) of the territory.

## Wild Horse Territory Management Area

The Heber Wild Horse Territory is considered a special area. Special areas are lands that have designations by Congress or another delegated authority. The Forest Service will administer horses in the Heber Wild Horse Territory in accordance with applicable laws and regulations, including but not limited to 36 CFR Part 222, Subpart D. The Forest Service will work with the public to develop a Heber Wild Horse Territory Management Plan to direct specific management actions for the Heber Wild Horse Territory. Based on site-specific analysis, the management plan will determine an appropriate management level. As directed in the regulations at 36 CFR 222.61(a)(1), the goal is to maintain a thriving ecological balance within the territory. Management actions may be needed both inside and outside of the territory to meet desired conditions as described by the land management plan (USDA Forest Service 2015, pages 118–119).

### Desired Conditions for the Wild Horse Management Area

- Grazing is in balance with available forage (grazing and browsing by authorized livestock, horses and wildlife do not exceed established use levels).

- Horse numbers within the territory are aligned with the appropriate management level as described in the Heber Wild Horse Territory Management Plan.

- The Wild Horse Territory Management Area contains landscapes that vary from moderately altered where human activities are evident (low scenic integrity) to natural appearing where human activities do not stand out (high scenic integrity).

- Recreation opportunities range from semi primitive nonmotorized to roaded natural.

### Guidelines for the Wild Horse Management Area

- If horse populations exceed the appropriate management level, horses should be removed in accordance with the wild horse territory management plan.

## Community-Forest Intermix Management Area

The Community-Forest Intermix Management Area consists of National Forest System lands which are within one-half mile of communities-at-risk. Due to the threat of fire moving into or from developed areas, more intensive treatments (including regular maintenance) may be needed to reduce the risk of uncharacteristic wildfire and restore fire-adapted ecosystems. This management area may act as a zone in which fire suppression activities can be safely and effectively conducted. Likewise, it can act as a buffer to protect forest resources. Desired conditions related to vegetation composition and ecosystem health within the Heber Wild Horse Territory boundary are below. A full list of desired conditions and guidelines for this management area are described in the land management plan (USDA Forest Service 2015, page 112).

### Desired Conditions Related to Vegetation Composition and Ecosystem Health in the Community Forest Intermix Management Area within the Heber Wild Horse Territory.

- The Community Forest Intermix Management Area is composed of smaller groups of trees which are more widely spaced than other forested areas. These conditions result in fires which burn primarily on the forest floor and rarely spread as crown fire.

- Native grasses, forbs, shrubs, and litter (i.e., fine fuels) are abundant enough to maintain and support natural fire regimes, protect soils, and support water infiltration.

- The composition, density, structure, and mosaic of vegetative conditions reduce uncharacteristic wildfire hazard to local communities and forest ecosystems.

- Ponderosa pine and dry mixed conifer forest structure is similar to forest-wide conditions or is composed of smaller and more widely spaced tree groups than in the general forest.

- Grasslands have less than 10 percent woody canopy cover.

- Pinon-juniper stands have open canopy conditions.

- The integrity of the riparian is maintained.

# Purpose and Need for the Proposal

## Purpose for the Proposal

The purpose of the project is to develop and implement a territory management plan for the Heber Wild Horse Territory. The goal for the project is to ensure the herd is managed to maintain a self-sustaining population of healthy horses within the designated territory, in a thriving natural ecological balance with other uses and the productive capacity of their habitat.

## Need for the Proposal

### Need to Establish an Appropriate Management Level

The Heber Wild Horse Territory does not currently have an approved territory management plan with an established appropriate management level. A management plan including an appropriate management level is required by the land management plan and guidance with applicable laws and regulations, including but not limited to 36 CFR Part 222, Subpart D. Establishing an appropriate management level would ensure free-roaming horses reach and maintain the agency's goal of sustaining these animals in a thriving natural ecological balance within the established territory boundaries.

An appropriate management level is expressed as a range with an upper and lower limit. The upper limit is the number of animals which results in a thriving natural ecological balance and avoids deterioration of the range.

To maintain a healthy herd within a thriving natural ecological balance, an in-depth analysis was conducted in accordance with 36 CFR 222.21(a)(4). Based on this analysis, the Forest Service found an appropriate management level of 50 to 104 horses based on the resources available within the territory. That analysis is detailed in the *Proposed Appropriate Management Level Determination* document and will not be reiterated here but is incorporated by reference.

The determination uses the multi-tier analysis process identified by the Bureau of Land Management (USDI Bureau of Land Management Handbook H-4700-1). After determining the sufficiency of the territory to provide the four essential habitat components of water, forage, cover, and space, the second-tier analysis determines the amount of sustainable forage available for horse use, taking into consideration the management objectives of the area. This includes meeting land management plan standards and guidelines for upland vegetation and riparian plant communities, watershed function, and habitat quality for animal populations, including objectives necessary to protect and manage threatened, endangered, and Forest Service sensitive species. The second tier of the analysis included using half of the available forage to establish the high end of the appropriate management level. Utilizing one half of the available forage ensures there is still enough forage for the other grazing animals in the area: by making half of the total available forage (989,063 pounds) available for the horses, the current obligation of 506,000 pounds of

forage for permitted livestock use is still met, and there would be an additional 483,063 pounds of the available forage for wildlife (beyond that currently utilizing the area) or for future adjustments in the livestock grazing level. Under normal conditions the analysis determined there is enough forage within the territory to support an upper limit of 104 horses, while still meeting management direction for other resources.

## Need to Establish Population Management Actions

Population management actions are needed to maintain a healthy horse herd while also maintaining a thriving natural ecological balance, as described in the desired conditions section. The majority of free-ranging horse populations on public rangelands in the western United States are growing 15 to 20 percent a year (National Research Council, 2013). Without management, the horse population on the Heber Wild Horse Territory would continue to grow unchecked with potential adverse impacts to the population and its surrounding habitat.

In April 2017, census flights estimated population at 270 to 420 horses (90% confidence limits) living outside the territory and 22 to 51 horses (90% confidence limits) living within the territory. In April 2021, the most recent survey flight, the estimated population was 334 to 449 horses (90% confidence limits) living outside the territory and 56 to 117 horses (90% confidence limits) living within the territory. However, only about one-third of the area outside the territory on the Sitgreaves National Forest was flown in 2021 due to adverse weather so horse numbers were likely underestimated. These ranges are based on statistical analysis of aerial flight observations (see the " Horses" section in the Environmental Impacts Analysis below and the Appropriate Management Level Report). The Appropriate Management Level (AML) analysis has identified that 104 horses is the upper limit of horses which results in a thriving natural ecological balance and avoids deterioration of the range. Thus, any exceedance of that number has the potential to disrupt that balance.

# Stakeholder, Tribal, and Public Involvement

During the years 2017-2019, Arizona State University's School of Sustainability convened an extended dialogue with a diverse group of stakeholder representatives about the future of the Heber Wild Horse Territory on the Sitgreaves National Forest. Members of this collaborative working group were selected by Arizona State University to represent interests related to management of the Heber Wild Horse Territory, including wild horse advocates, ranchers, wildlife managers, and professionals in equine recreation and training, range science, tribal rangeland management and veterinary medicine. The overall goal of the formation of the working group was to convene a diverse group of citizens to exchange information and provide individualized advice from different perspectives related to horse management for consideration by the Forest Service as it makes decisions related to the Heber Wild Horse Territory Management Plan. The U.S. Forest Service, Arizona Game and Fish Department, and Arizona Department of Agriculture participated as observers to the working group. The collaborative working group contributed a range of perspectives and expertise to the initial stages of the Heber Wild Horse Territory Management Plan effort.

# Tribal Consultation and Coordination

Tribal consultation is mandated by the National Historic Preservation Act of 1966, as amended, and by Executive Orders 13007 and 13084. In addition, the federal government has trust responsibilities to tribes under a government-to-government relationship. Consultation with the tribes is completed to help ensure these trust responsibilities are met. The intent of this consultation is to remain informed about tribal concerns. Section 106 of the National Historic Preservation Act also requires federal agencies to afford

the Advisory Council on Historic Preservation and Tribal entities a reasonable opportunity to comment on proposed project activities. Tribal consultation on this project was initiated on January 16, 2020. No concerns regarding historic or traditional properties have been identified through consultation. The Tribal Historic Preservation Officer for the White Mountain Apache Tribe indicated that the Tribal Historic Preservation Office believed the project would not have an adverse effect on historic properties and/or traditional cultural properties in the determined project area. Another letter was sent to the tribes prior to issuing the draft environmental assessment on March 12, 2021. The White Mountain Apache Tribe indicated that the project would not have an adverse effect on cultural heritage resources or traditional properties. The Hopi Tribe requested more information which will be supplied with the Final EA. The San Carlos Apache Tribe deferred their findings to the White Mountain Apache Tribe and their Tribal Historic Preservation Officer (THPO).

The Apache-Sitgreaves National Forests leadership met with the White Mountain Apache Tribal Council on March 4, 2020 to discuss the Heber Wild Horse Territory Project and other related business.

Tribal governments that have been consulted with on this project include: the Pueblo of Acoma, Fort McDowell Yavapai Nation, Yavapai Prescott, Hopi Tribe, Navajo Nation, Pueblo of Zuni, Mescalero Apache Tribe, San Carlos Apache Tribe, Tonto Apache Tribe, White Mountain Apache Tribe, and Yavapai-Apache Tribe.

## Public Outreach

Scoping is an early and open process for determining the scope of issues to be addressed in the National Environmental Policy Act process. During scoping, the agency invited participation from affected federal, state, and local agencies and Indian tribes, as well as any interested individuals. Public comments were solicited through initiating an official scoping comment period from February 7, 2020 through March 9, 2020.

- The project was listed on the Apache-Sitgreaves National Forests project website. A legal notice was published in the *White Mountain Independent* (Show Low, Arizona) on February 7, 2020. The notice consisted of a description of our proposed action and request for public comments, and an internet link with additional project information.

- A scoping letter was mailed or emailed announcing the start of the scoping period to a mailing list of interested parties and those who have previously indicated an interest in the Heber Wild Horse Territory or Black Mesa Ranger District projects.

Forest Service public affairs staff maintained a presence with the public and media before and through-out the planning process. They engaged in the following efforts to inform and engage the public in the project:

- Provided news releases, briefing papers, radio interviews, radio broadcasted scripted messages, local and multiple national news outlet interviews, and information on Apache-Sitgreaves National Forests social media platforms.

- Assisted the public and media in finding and understanding the proposed action and how to submit official comments during the public scoping comment period.

- Created a webpage on the Apache-Sitgreaves National Forests website dedicated to Heber Wild Horse Territory information sharing that also explains the National Environmental Policy Act process.

- Created and implemented a social media campaign to educate and keep the public informed of the scoping public comment period.

- Developed four video concepts to educate the public and media on the Heber Wild Horse Territory Management Plan background, goal, and National Environmental Policy Act process.

# Scoping Comment Period

We received 1,206 comment letters from the public and interested parties. Of these, 935 letters were unique containing substantive comments relevant to the project. All other letters were form letters (232) or duplicates (38), containing already-submitted information. The Forest Service interdisciplinary team and district ranger considered all public comments received and organized the comments into concern topics (see summary of scoping disposition in the project record). These concerns, associated comments, and the disposition of each concern are included in the scoping comment disposition spreadsheet available in the project record. A summary of the scoping disposition process can be found on the project website. The full text of all the comments received is available in the project record.

The scoping summary document in the project record lists the commenters and the correspondence number(s) associated with the commenters.

Scoping comments may:

- identify issues (cause and effect relationship between proposed action and effects) which can help to focus the effects analysis,

- suggest alternatives or modifications to the proposed action,

- make suggestions about how to conduct the environmental analysis, or

- provide new information for the interdisciplinary team to consider.

Not all scoping comments are relevant to the decision. Comments are not relevant if they are: beyond the scope of the proposal, unrelated to the decision being made, already decided by law or policy (or land management plan), conjectural in nature or not supported by scientific evidence; regarding a resource not present or potentially affected by the proposed action or general in nature or position statements.

## Identification of Concerns and Issues

This section summarizes the concerns which were received during scoping and describes how those comments were utilized to focus this environmental analysis.

Concerns were evaluated against the following criteria questions to determine their potential influence on the proposed action, alternatives and analyses:

- Has the concern been addressed by implementation of the land management plan, in a previous site-specific analysis, or through legislative action?

- Can the concern be resolved through mitigation (avoiding, minimizing, reducing, or eliminating or compensating for the proposed impact) in all alternatives?

- Can the concern be resolved through project design features in all alternatives?

- Is the concern within the scope of and relevant to the decision being made, and does the concern pertain directly to the proposed action?

## Concerns Identified to Focus Effects Analysis

The interdisciplinary team identified concerns raised by the public during scoping to focus the analysis of potential impacts from the proposed action and the no-action alternatives. Indicators were identified to measure and disclose effects for each concern.

Horse habitat components of forage, water, cover and space:

- Availability of habitat components.

Horse herd:

- Population size
- Horse health, including overall herd condition and genetic variability
- Herd social structure/herd dynamics
- Effects to individual horses, including effects of removal and administration of contraceptives.

Rangeland vegetation:

- Potential changes in utilization levels
- Potential changes in species composition
- Presence or absence of noxious weeds

Livestock grazing management:

- Potential changes in authorized livestock grazing/grazing strategy

Forage and wildlife species:

- Changes in habitat quality, which affect overall species health and abundance.
- Qualitative discussion of species' responses to proposed activities

Conflicts between people recreating and aggressive horses:

- Potential for disturbance or conflicts with visitors

Water quality:

- Excess sediment caused by horse activity in stream channels/riparian areas
- Chemical and biological water quality

Water quantity:

- Availability of adequate water sources to sustain horses, cattle, wildlife and aquatic habitat etc.

Soil properties:

- Soil quality as measured Region 3 Soil Condition Rating Guide

Riparian resources:

- Proper functioning condition as assessed using the proper functioning condition protocol

Opportunities to view horses:

- Impacts to horse viewing opportunities:

Big game animals and subsequent hunting opportunities:

- Impacts to big game animals

Economic impact to local communities:

- Impact to travel and tourism

- Impacts to livestock grazing permittees

Impact to social values of communities of interest:

- Wild horse advocates

- Livestock permittees

- Hunters, anglers, and conservationists

- Business owners in travel and tourism

See the disposition of each concern that was considered by the interdisciplinary team in the scoping comment disposition spreadsheet available in the project record and the scoping disposition process document on the project website.

# Draft EA Comment Period

The Forest Service received 1,424 comment letters in total from the public and interested parties during the official 30-day comment period for the Draft EA and Draft Territory Management Plan comment period beginning March 23, 2021 and ending April 22, 2021. Of these, 1,065 letters were unique letters containing substantive comments relevant to the project. All other letters were form letters (308) or duplicates (51) containing already-submitted information. A list of all respondents is included in the project record. The Forest Service used the Content Analysis and Response Application (CARA), an access database for tracking and managing comments. The intent of using this tool is to provide a means for accepting and tracking comments from the public. For this project, most comments were submitted electronically through CARA. Comments that were received in hard copy format were uploaded to CARA by the Forest Service for tracking purposes. The full text of all the comments received is available in the project record. The process for consideration and disposition of public comments received during the 30-day comment period following publication of the Draft EA and Draft Territory Management Plan is summarized below. The disposition of comments received is summarized in Appendix D of this Final Environmental Assessment.

## Comment consideration process and summary

Direction relevant to comment analysis and response directs the responsible official should consider all comments to determine issues/concerns and/or recommendations (36 CFR §220.4(c)(2) and (3)). A written response to comments is only required for EISs (40 CFR 1503.4); however, responsible officials should also consider what level of documentation is needed to demonstrate consideration of comments received in response to scoping or EA comment periods.

For this project, the responsible official decided a summary of the comment consideration process would be useful to provide transparency and documentation due to the volume of commenters and concerns raised.

The IDT considered each comment letter submitted during both comment periods following the publication of the scoping report and the draft EA. Each comment letter was broken down into statements

then grouped into topic areas and subcategorized into themes. The project record contains details tracking each comment letter and how they were sorted into the topics and themes and disposition for each comment[3]. A full spreadsheet documenting each concern statement and their consideration is found in the project record.

In addition, Appendix D summarizes the disposition of concern topics listed in the section below. Under each topic, a representative sample of the types of comments used to develop each topic category are included with a response to each. A response is not required or provided for each individual comment.

## Comment consideration and disposition

Comments were reviewed by the IDT to determine if issues or concerns raised demonstrated a clear cause-effect relationship and if the recommendations/remedies were suggested would address the issue/concern.

The majority of the comments received were organized into the following list of topics and themes related to the proposed action and related impacts from the proposed action:

- Genetic Diversity and Viability
- Horse Population Estimates and Data
- Designation of territory and wild horse status
- Availability and adequacy of water
- Availability and adequacy of forage
- Population control techniques and impacts
- Process for determination of excess horses
- Territory Management Plan
- Terrestrial wildlife
- Fencing concerns
- Socioeconomics
- Recreation
- Cultural Resources

The remaining comments received were organized into the following topics related to the analysis process:

- NEPA analysis
- Public involvement and scoping
- Suggested alternatives for consideration

Dispositions which required factual corrections or clarifications were added to the final environmental assessment. If a disposition required follow-up, the following actions were taken:

---

[3] The comment consideration worksheets in the project record are draft and intended to be used to organize comments into themes and do not provide an answer to each individual comment. Appendix D should be considered the final document to summarize how public comments were considered.

- Factual corrections made- Changes were made as determined necessary

- Analysis supplemented/improved/modified. Changes were made to this final environmental assessment, the Final Territory Management Plan or supporting documentation

- Literature or science considered- addressed in a separate tracking spreadsheet (located in the project record)

Dispositions which did not require changes to the analysis or documentation were not analyzed further in Appendix D because they were not relevant to the decision to be made. However, these were addressed in the disposition spreadsheet located in the project record.

- Numerous comments were, in whole or in part, not relevant to the decision process because the comment was opinion or non-substantive.

- Many comments received were addressing points which were beyond the scope of this decision, already decided by previous decision, law or policy or not within the purview of the deciding official.

- Many commenters requested analysis which was already addressed in this environmental assessment, the Final Territory Management Plan or supporting analyses.

# Alternatives Considered but Dismissed from Detailed Analysis

Ultimately, the interdisciplinary team determined there were no concerns or issues raised which warranted the development of alternatives considered in detail beyond the no action and proposed action alternatives. The following issues were considered for alternatives but not brought forward for detailed analysis. Rationale for each issue is discussed below.

## Original Proposed Action Including Sterilization of Horses

Sterilization was originally included as a management option in the proposed action. This practice was raised as concern by many commenters. Commenters raised the concern there is not current science to consider the effects of sterilization on horse behavior and thus this practice is unsupported. Commenters identified surgical sterilization is not approved and is cost prohibitive. For these reasons, the proposed action was modified to remove sterilization as a valid management option. Therefore, the original proposed action will not be analyzed in detail, rather the modified version will be analyzed.

## Fencing Black Canyon Lake

The Arizona Game and Fish Department proposed an alternative of fencing Black Canyon Lake to limit impacts from horses to the lake and recreationists and anglers. The dam and water are owned by the Arizona Game and Fish Department. It was purchased to build and maintain a public fishery as well as providing water for wildlife. Arizona Game and Fish Department commented the proposed action does not appear to facilitate adaptive management actions to address potential water quality and public safety issues through the construction of fencing to regulate horse access to Black Canyon Lake. This activity would require future need for additional environmental analysis and documentation, should these water quality or public safety concerns materialize.

Black Canyon Lake was initially listed on the 2010 State of Arizona 303(d) List of Impaired Waters due to ammonia concentrations detected. The listing was made due to two water quality monitoring sample results from May 14, 2004 and August 19, 2004. These samples were taken a short time after the Rodeo-Chediski Fire, which burned across the territory in 2002 and likely caused the elevated ammonia concentrations. Arizona Department of Environmental Quality (ADEQ) conducted more recent sampling of the lake for ammonia on October 17, 2017; June 7, 2018; and June 11, 2019. Five samples were taken

(some at multiple depths); reference to a May 11, 2020 email from the Arizona Department of Environmental Quality, the agency proposed to provisionally delist Black Canyon Lake for ammonia. The 2022 State of Arizona interim 305 List of Impaired Waters proposes to no longer list Black Canyon Lake for ammonia; however, mercury, at 34°20'31.54"/110°40'13.42", was detected and is of concern and resulted in a new listing. It is currently listed as a low priority for developing a Total Maximum Daily Load.

Potential for public safety concerns of having horses and the public together in this location is analyzed under the "Recreation" section of this environmental assessment and addressed by the proposed action.

This alternative was considered but not analyzed in detail since the most recent water quality concerns (ammonia) do not appear to be related to use by the horses at this time, but by the Rodeo-Chediski Fire. Fencing the Black Canyon Lake to limit horse use is not related to the purpose and need for this project (to develop a territory management plan) and outside the scope of this analysis. The Apache-Sitgreaves National Forests staff will continue working with the Arizona Game and Fish Department regarding this topic and how best to address concerns.

## Expanding the Territory

This alternative was considered to address concerns raised by a number of commenters the horses do not utilize the territory, and it does not meet all of their needs. Commenters suggested expanding the boundaries of the territory to encompass neighboring areas on the national forest. This alternative was not analyzed in detail because the interdisciplinary team did not identify any unusual circumstance or other rationale to justify expanding the territory in contravention to the established Forest Service policy to manage horses and burros on territories as established in 1971 to the extent possible while adhering to all land management acts. The purpose of the analysis is to develop a management plan for the established Wild Horse Territory to "ensure the herd is managed to maintain a self-sustaining population of healthy horses within the designated territory, in a thriving natural ecological balance with other uses and the productive capacity of their habitat". The analysis conducted to determine the appropriate management level for the territory found sufficient forage, water, cover and space in the territory to support horses (see The Proposed Appropriate Management Level Determination). This sufficiency determination supports the decision not to analyze expanding the territory. Through this analysis, the territory, as drawn, has been deemed adequate to support horses; therefore, expanding the territory is not warranted. Additionally, the adaptive management component of the proposed action is designed to facilitate movement of horses to access the existing territory to address concerns about horses not utilizing the entire territory.

## Setting Appropriate Management Level to Zero

This alternative was considered to address concerns raised by a number of commenters the wild horses have been extirpated, and the current horse population consists of horses which are not direct descendants of the original herd and therefore not deserving of wild horse status or protection under the Act. See the "Socioeconomics" section of this environmental assessment under Beliefs about the Heber Horse Herd for a description of why some people believe the horses currently on the Apache-Sitgreaves National Forests are not part of the Heber herd for which the territory was originally established.

This alternative was not analyzed in detail because there is no conclusive information from which to determine the horses on the Sitgreaves National Forest are not the progeny of wild free-roaming horses which utilized what was established as the Heber Wild Horse Territory after the passage of the Act. Moreover, Forest Service regulations require the agency to administer wild free-roaming horses and their progeny within an established territory to maintain a thriving ecological balance and to consider them an integral component of multiple use resources.

## Increasing the Appropriate Management Level

This alternative was considered to address comments raised suggesting the horse population should be higher. An appropriate management level is expressed as a range with an upper and lower limit. The upper limit is the number of animals which results in a thriving natural ecological balance and avoids deterioration of the range. To maintain a healthy herd within a thriving natural ecological balance, an in-depth analysis was conducted in accordance with 36 CFR 222.61(a)(4). Based on this analysis, the Forest Service determined an appropriate management level of 50 to 104 horses based on the resources available within the territory. The analysis is detailed in the *Proposed Appropriate Management Level Determination* document available on the project website.

The proposed appropriate management level is based on the resources available within the territory. To base it on something else would be arbitrary. Therefore, this alternative was not brought forward for detailed analysis.

## Reducing Authorized Livestock Grazing to Allow for a Higher Appropriate Management Level

This alternative was considered to address comments raised suggesting authorized livestock grazing should be reduced or eliminated to allow for a higher appropriate management level.

Although this area was designated as a wild horse territory, it does not mean it was designated exclusively for horse use. Multiple uses must be considered and allowed for within this wild horse territory according to 36 CFR 222.61, administration of wild free-roaming horses and burros and their environment, which states "(a) The Chief, Forest Service, shall: (1) Administer wild free-roaming horses and burros and their progeny on the National Forest System in the areas where they now occur (wild horse and burro territory) to maintain a thriving ecological balance considering them an integral component of the multiple use resources, the natural environment, and regulating their population and accompanying need for forage and habitat in correlation with uses recognized under the Multiple-Use Sustained Yield Act of 1960 (70 Stat. 215; 16 U.S.C. 528-531)."

Livestock grazing was authorized in this area before it was identified as a wild horse territory and cannot be arbitrarily dismissed. When the Heber Wild Horse Territory was established, it overlaid portions of the already historically established Black Canyon and Heber grazing allotments. The territory overlays the Sharp Hollow, King Philip, and portions of the Stermer pastures of the Black Canyon grazing allotment, and portions of the Gentry, Bunger, and Holding pastures of the Heber grazing allotment, all of which have permitted livestock grazing on them. Figure 6 displays the grazing allotments in relationship to the wild horse territory.

*The Proposed Appropriate Management Level (AML) Determination* uses the multi-tier analysis process identified by the Bureau of Land Management (USDI Bureau of Land Management Handbook H-4700-1) after this was identified as the best available science (see the HWHT Proposed AML Determination Level). After determining the sufficiency of the territory to provide the four essential habitat components of water, forage, cover, and space, the second-tier analysis determines the amount of sustainable forage available for horse use, taking into consideration the management objectives of the area. This includes meeting land management plan standards and guidelines for upland vegetation and riparian plant communities, watershed function, and habitat quality for animal populations, including objectives necessary to protect and manage threatened, endangered, and Forest Service sensitive species.

The tier 1 analysis also shows currently, the combination of livestock, wildlife, and horse use of the forage within the territory is well within the established use level. The second tier of the analysis included

using half of the available forage to establish the high end of the appropriate management level. This allows for estimating half of the available forage would be available for the horses. Utilizing one half of the available forage ensures there is still enough forage for the other grazing animals in the area: by making half of the total available forage (989,063 pounds) available for horses, the current obligation of 506,000 pounds of forage for permitted livestock use is still met, and there would be an additional 483,063 pounds of the available forage for wildlife (beyond that currently utilizing the area) or for future adjustments in the livestock grazing level. This analysis determined there is enough forage within the territory to support an upper limit of 104 horses, while still meeting management direction for other resources.

Due to the requirement to manage for multiple uses and the established history of authorized livestock grazing within the territory, the abundance of forage was not identified as a limiting factor in the appropriate management level determination; this alternative was not brought forward for detailed analysis.

# Alternatives Considered in Detail

The following alternatives were considered and are analyzed in detail in the environmental analysis. Alternative 2 was designed in accordance with the 2015 Apache-Sitgreaves National Forests Land Management Plan and other applicable laws and policy. A description of management direction applicable to wild horse and burro management, including the project's compliance with direction and compliance to other laws and regulations is summarized in Appendix D and in the project record.

## Alternative 1 No Action

A no-action alternative provides a baseline against which impacts of the proposed action can be measured and compared. The no-action alternative would continue the current condition of no management of the Heber Wild Horse Territory on National Forest System lands. No appropriate management level would be established, and no gathers would occur on National Forest System lands. The population of horses would be allowed to grow unchecked.

Existing activities in the territory, including permitted livestock grazing, would continue to occur and new independent actions could be analyzed and implemented under separate environmental analysis. See Table 1 for an overview of the no-action alternative.

**Table 1: Overview of the no-action alternative**

| Management Objective | Monitoring Objective | Management Actions |
|---|---|---|
| *Population Management* | | |
| Control Population Size<br>No appropriate management level set | Observe as part of routine range and riparian monitoring. | No available management options for controlling population size. |
| *Herd Health* | | |
| Maintain Genetic Diversity<br>Baseline not established | None | None |

*Heber Wild Horse Territory Management Plan Final Environmental Assessment*

| Management Objective | Monitoring Objective | Management Actions |
|---|---|---|
| Sustain Herd Health<br><br>No specific management objectives for herd health or emergencies would exist for horses | None | Existing water developments for permitted livestock and wildlife would be periodically maintained, but no additional water sources would be developed for horses.<br><br>Emergency Response<br><br>Emergency responses would be evaluated at the time according to current policy and regulation. |
| *Habitat Management* | | |
| Range and Riparian Health<br><br>Manage permitted livestock and other authorized multiple uses to sustain ecological balance | Resource monitoring for permitted livestock grazing would continue following allotment management plans | Increases in herbivory regarding utilization, timing, and frequency from unmanaged horse population could lead to decreased forage capacity, reduction in herbaceous plant diversity, and watershed conditions trending away from desired conditions and result in a reduction of authorized grazing by permittees and adverse impacts to wildlife populations. |
| Vegetation Management<br><br>Vegetation management actions and analyses would occur as needed in accordance with land management plan desired conditions for management areas and vegetation type | None | None proposed under this project |

# Alternative 2 Proposed Action

The proposed action is to develop a territory management plan for the Heber Wild Horse Territory. The objective of the final territory management plan is to maintain the thriving natural ecological balance necessary to support horses within the Heber Wild Horse Territory.

The key components of the territory management plan include the following:

- A strategy to reduce the horse population to the upper end of the Appropriate Management Level;

- Adaptive management actions (horse population, herd health, and habitat management) based on monitoring in order to manage horses within the Appropriate Management Level range (50-104 horses);

- Infrastructure improvements needed to manage horses; and

- Project design features as well as standards and guidelines from the Apache-Sitgreaves National Forests Land Management Plan.

The territory management plan has been prepared based on the proposed action, but includes more specifics such as standard operating procedures and development of annual operating plans.

## Appropriate Management Level

An appropriate management level (AML) is usually expressed as a range of numbers. The upper limit is the number of animals which results in a thriving natural ecological balance and avoids deterioration of the range.

To maintain a healthy herd within a thriving natural ecological balance, we are proposing to set the AML at 50 to 104 horses based on an in-depth analysis of the resources available within the territory. That analysis is detailed in the *Proposed Appropriate Management Level Determination* document, which is summarized here and incorporated by reference. The document is available on the Apache-Sitgreaves National Forests website.

The determination uses the multi-tier analysis process identified by the Bureau of Land Management (USDI Bureau of Land Management handbook H-4700-1). After determining the sufficiency of the territory to provide the four essential habitat components of water, forage, cover and space, the tier 2 analysis determines the amount of sustainable forage available for horse use, taking into consideration the management objectives of the area. This includes meeting standards and guidelines for upland vegetation and riparian plant communities, watershed function, and habitat quality for animal populations, including objectives necessary to protect and manage threatened, endangered, and Forest Service sensitive species. The tier 2 analysis included using half of the available forage to establish the high end of the appropriate management level. Utilizing one half of the available forage ensures there is still enough forage for the other grazing animals in the area: by making half of the total available forage (989,063 pounds) available for horses, the current obligation of 506,000 pounds of forage for permitted livestock use is still met, and there would be an additional 483,063 pounds of the available forage for wildlife (beyond that currently utilizing the area) or for future adjustments in the livestock grazing level.

- **Tier 1** determined two of the essential habitat components, water and forage, are sufficient most years to support horses. There is some question about the cover and space components. Horses are using areas outside the territory while not utilizing the entire territory, but this does not appear to be due to a lack of forage, water, or cover. Horse use monitoring is proposed to determine the reasons for the lack of use.

- **Tier 2** determined there is enough forage within the territory to support an upper limit of 104 horses, while still meeting management direction for other resources.

- **Tier 3** recommends periodic genetic analysis, and if the data show the herd is not maintaining genetic diversity, management actions would be taken.

## Determination of Excess Animals

Prior to removal of horses a determination of "excess animals" must be identified. The Act defines "excess animals", meaning wild free-roaming horses and burros as those:

1. Which have been removed from an area by the Secretary pursuant to application of law or,

2. Which must be removed from an area in order to preserve and maintain a thriving natural ecological balance and multiple-use relations in that area.

"Excess animals" is defined in FSM 2260 as "Wild free-roaming horses or burros which authorized personnel have removed or must remove, pursuant to law, to preserve and maintain ecological balance in coordination with other resources and activities."

When AML is exceeded (based on surveys of number of horses and locations), the deciding official (district ranger or forest supervisor) may make a determination there is an excess of horses. The determination will be documented in a letter to the file. Once an excess determination is made, the deciding official would authorize actions to achieve the upper end of the AML (104).

### Strategy to Reach and Maintain AML

The Territory Management Plan is developed for the 19,700-acre Heber Wild Horse Territory. However, because the horse herd is free-roaming and has expanded its range to occupy a significant portion of the Sitgreaves National Forest, certain management actions identified in the Territory Management Plan will apply to 886,000 acres of the Black Mesa and Lakeside Ranger districts in order to achieve and maintain the horse population within the AML, inside the Territory boundaries.

To achieve and maintain the AML, and manage the herd in a manner which promotes maintaining a thriving natural ecological balance while maintaining herd health and genetic diversity, the plan is to first attain the upper limit of the AML by removing horses, primarily through passive gathers and by treating with contraceptive agents. Population management would typically be prioritized for use by the least invasive and least disruptive methods to horse bands and horse behavior.

The majority of free-ranging horse populations on public rangelands in the western United States are growing 15 to 20 percent a year (National Research Council, 2013). Taking immediate steps to start limiting population growth among the horses is a critical first step. The application of contraception measures would start with the horses residing inside or in close proximity to the territory and moving outward across the Sitgreaves National Forest. Contraceptive application would occur on a regular and recurring basis as managers work towards achieving the population within the AML.

Horses would also be removed through passive gathers, starting at areas further from the territory, then progressively moving closer to the territory. Horses tend to stay within the same general vicinity if there is sufficient forage and water available. The horses which reside either inside or nearby the territory are the horses most likely to continuously use the territory. These horses would remain and be managed as part of the Heber Horse herd.

If all horses across the Sitgreaves National Forest and outside of the territory are removed through gathers, and the population within the territory remains above the AML's upper limit, horses would be removed from within the territory boundary until the population is within the AML and in alignment with available forage and water within the territory.

This strategy would continue until the population of horses is healthy and within the AML. Based on most current survey data and population modeling, the existing horse population will remain above the upper limit of the AML, and it is anticipated it will take many years to reduce the population to a healthy population within the AML (See Horse Report). However, once the population of horses is within the AML, it is likely these remaining horses would reside in or around the territory. Population growth rates should stabilize due to the regular application of contraceptive agents. Future excess animal removals to stay within the AML would be based on survey data of range and horse conditions.

### Gathering of Horses

The Territory Management Plan provides detailed information on the process and protocols to be used for gathering of horses.

To ensure safe and humane treatment of horses, gathers and handling would be conducted by authorized Forest Service personnel, or authorized contractors using standard operating procedures outlined in the Forest Service Comprehensive Animal Welfare Standards (Territory Management Plan, Appendix 2), which are based on the Bureau of Land Management IM-2015-151, Comprehensive Animal Welfare Program for Wild Horse and Burro Gathers (https://www.blm.gov/policy/im-2015-151). In addition, USDA, USDI, American Veterinary Medical Association and American Association of Equine

*Heber Wild Horse Territory Management Plan Final Environmental Assessment*

Practitioners standards of welfare and care would be followed. Horses which have strayed from National Forest System lands onto private lands would be addressed through FSM 2265.2 direction.

Gathering horses would occur via passive gather low-stress techniques, such as bait trapping. Horses may be lured into traps using bait (feed, mineral supplement, water) or sexual attractants (mares in heat). Helicopter gathers will be used if passive means are unsuccessful, or extenuating circumstances indicate this method is necessary.

In accordance with the Wild Free-Roaming Horses and Burros Act, gathered excess horses would be held temporarily at a permanent holding facility (described below) until they can be relocated in the following order of priority:

- Offered for adoption;
- Offered for sale with limitations after three unsuccessful adoption attempts or are over ten years of age;
- Relocated to another territory or long-term holding facility; and
- In accordance with 36 CFR 222.69(c)(1), in the most humane manner possible, sick, lame, or old animals would be euthanized.

Standard operating procedures in the Territory Management Plan would ensure horses are humanely cared for. All U.S. Department of Agriculture, U.S. Department of the Interior, American Veterinary Medical Association, and American Association of Equine Practitioners standards of welfare and care would be followed. The Forest Service abides by the congressional passage of the 2020 "minibus" spending bill which prohibits the sale of wild horses and burros for slaughter.

### Fertility Reduction

Fertility reduction would be used to slow the rate of horse population growth. Various techniques of fertility reduction are currently available and may be utilized to assist in achieving the desired appropriate management level while allowing for genetic diversity.

Some of the licensed fertility reduction control agents currently available for use include injectable agents such as various formulations of porcine zona pellucida (PZP), gonadotropin releasing hormone (also known as Gonacon), and other agents being developed such as growth and differentiation factor 9 (GDF-9) and bone morphogenetic factor 15 (BMP-15), which are or will undergo scientific studies for possible future clearance. Horses would be treated using an approved method including but not limited to bait trap, treat and release; or using a darting method.

Intrauterine devices, such as the Y-shaped silicone intrauterine device, may be used in horses which are gathered but would be returned to the territory.

See the Final Territory Management Plan, Appendix 3. Standard Operating Procedures for Fertility Reduction Treatments.

Additional contraception products and methods may be used as they become licensed for use in horses. All licensing and monitoring requirements would be followed; see design criteria for implementation requirements for use of contraceptives.

### Monitoring and Adaptive Management

Once the number of horses is within the AML, monitoring of habitat, horses, and herd health is used to determine additional actions as per adaptive management (Table 2).

Adaptive management stems from the recognition of knowledge about the variance of natural systems (36 CFR 220.3), however, by monitoring and adapting, adjustments can be made during implementation to ensure the project is having its intended effect.

Adaptive management defines monitoring questions and thresholds, once met, lead to a change in management actions. These are defined and presented as part of the proposed action and territory management plan (Table 2). Each row of Table 2 presents a different desired condition, monitoring question, threshold, and potential management actions which could result.

Monitoring and adapting are key to ensuring the Forest can maintain a thriving natural ecological balance for all horses, livestock, wildlife, and ecological health as this project is implemented. Over time, conditions may change which warrant a change in actions. For example, if monitoring indicates decreasing water availability due to drought and a threshold is reached (SPI values of -1 or less for the preceding 12 months or water sources are reliable during an average year are dry), managers may reduce horse populations or create new water sources, among other choices. If monitoring indicates a decrease in genetic diversity and observations of homozygosity begin to appear (such as, but not limited to club foot, cleft palate, dwarfism, cryptorchidism, swayback), managers could choose one or more of the following: track movements through band data or radio collaring or other approved scientific methods; introduce one to three stallions from another wild horse territory to improve genetic diversity; alter the ratio of male to female horses within the herd; administer contraceptives; or alter the herd age distribution by controlling the release of age classes into the territory. The Forest Service would not manage for phenotypic expression such as color or height. No introduction of animals to the territory will occur to produce color patterns such as paints or other "non-standard" colors of horses.

The responsible official has the discretion to choose any of the potential management actions if a threshold is reached. There may be circumstance which indicate horse removal is the best course of action for minimizing adverse effects and ensuring a thriving natural ecological balance, in another, it may be a different potential management action. The effects of all the potential management actions have been evaluated in the Environmental Impacts Analysis below.

### *Herd Health and Population Monitoring*

Horse monitoring would occur in accordance with the protocol in the plan; utilizing various on the ground and aerial techniques. If funding allows, the Forest Service may conduct aerial surveys every 5-10 years. Aerial surveys would use the Simultaneous Double Observer technique (Griffin et al., 2020) or other acceptable population survey protocol. The Double Observer technique is the scientifically accepted method for conducting these types of surveys. As appropriate, monitoring of the horse population from the ground would be accomplished in collaboration with local volunteer groups, university students, ranchers and other forest visitors, and citizen science programs to monitor horses and their use of the territory. Radio collars may be used. As new technologies become available, for example Unmanned Aircraft Systems (UAS), these too could be used as appropriate to aid in population monitoring.

The Apache-Sitgreaves National Forests' Wild Horse and Burro Coordinator would develop protocols for reporting of horse data by any non-Forest Service group and would maintain a database of horses which populate the territory. Volunteer groups would be standardized on the data they collect and report to the Forest Service. Observations would include indicators such as non-traditional coloration patterns (paints, appaloosas, whites, etc.). Physical characteristics such as clubfoot or other congenital body deformations must be documented.

*Habitat and Ecological Conditions*

Key monitoring sites would be identified in each pasture within the Heber Wild Horse Territory and occur at the specified frequencies. Specific data collection would address critical areas such as riparian/meadow locations and Mexican spotted owl protected activity centers. Existing exclosures, as appropriate, would be identified and incorporated into the monitoring. Monitoring strategies might include the use of designated plots, photo technologies, specific drought indices, rain gauges, utilization cages, condition and trend transects, wildlife and domestic animal census, and other technologies to help assess the levels of utilization by cattle, elk, and horses. Initially, a vegetative baseline would be established or verified within three years, then evaluated every 5 to 10 years for trends occurring either stable or positive.

## Potential Management Actions

If monitoring indicated a threshold was reached, management actions fall into three categories: horse population, herd health, or habitat management actions. The monitoring questions in Table 2 all have potential management actions associated with each question.

*Horse Population Management Actions*

- Alter the herd age distribution to reduce population growth by controlling the release of age classes back into the territory

- Administration of contraceptives

- Gather and removal of excess horses

- Alter the ratio of male to female animals to reduce population growth by controlling the release of captured male or female animals back into the territory.

*Herd Health Management Actions*

- On a limited basis and only if indicators require, introduce one to three young horses from a different wild horse territory to maintain or increase genetic diversity

- Gather horses if animal is at risk due to health/condition

- Tracking of movements through either continued improvement of band data or other appropriate research methods including but not limited to radio collaring

*Habitat Management Actions*

- Increase fence permeability by widening existing or installing additional gates. Monitor that gates are open when livestock are not present to facilitate horse movement

- Maintain exclosures around sensitive areas

- Develop additional water sources for horse use within the Heber Wild Horse Territory. Eight locations for potential water sources have been identified if monitoring indicates a need (potential locations are identified so impacts would be disclosed though this analysis (Figure 3).

*Annual Operating Plan*

- The annual operating plan will provide the specific activities necessary for management of the horses and the territory in accordance with the Heber Wild Horse Territory Plan and the selected action. This will include items such as horse gather details, fertility management, infrastructure construction and maintenance, resource protection and improvements, and monitoring requirements and documentation.

Table 2: Adaptive Management Process for Managing Horses with the AML Range

| Type of Monitoring | Desired Condition | Indicator | Monitoring Question | Monitoring Methods | Monitoring Frequency | Monitoring Location | Threshold | Potential Horse Populations Management Actions | Potential Herd Health Management Actions | Potential Habitat Management Actions |
|---|---|---|---|---|---|---|---|---|---|---|
| Habitat and Ecological Conditions | Maintain or improve ecological conditions in the uplands | Ground Cover | What is the trend in ground cover? | Cover frequency plots (Daubenmire Cover Class method); common non-forested vegetation sampling protocol plots, other protocols as they become available. | Verify baseline within 3 years. Sample every 5 to 10 years for a trend determination. Sample more frequently if there is a large-scale disturbance. | Inside the territory boundary. | Downward trend and horses are a contributing factor. | Gather and removal of excess horses. Administer contraceptives. | None | Increase fence permeability by widening existing or installing additional gates. Monitor that gates are open when livestock are not present to facilitate horse movement. Develop additional water sources for horse use within the territory. Maintain exclosures around sensitive areas. |
| Habitat and Ecological Conditions | Maintain or improve ecological conditions in the uplands | Soil Condition | What is the trend in soil condition? | Soil condition assessments. | Verify baseline within 3 years. Every 5 years as needed in key monitoring areas. | Inside the territory boundary. | Downward trend and horses are a contributing factor. | Gather and removal of excess horses. Administer contraceptives. | None | Increase fence permeability by widening existing or installing additional gates as needed. Monitor that gates are open when livestock are not present to facilitate horse movement. Develop additional water sources for horse use within the Territory. Maintain exclosures around sensitive areas. |
| Habitat and Ecological Conditions | Maintain or improve ecological conditions in the uplands | Herbaceous species composition, or presence/absence or both. | What is the trend in herbaceous species composition? | Cover frequency plots (Daubenmire Cover Class method); common non-forested vegetation sampling protocol plots, other protocols as they become available. | Verify baseline within 3 years. Sample every 5 to 10 years for a trend determination. Sample more frequently if there is a large-scale disturbance. | Inside the territory boundary. | Downward trend and horses are a contributing factor. | Gather and removal of excess horses. Administer contraceptives. | None | Increase fence permeability by widening existing or installing additional gates as needed. Monitor that gates are open when livestock are not present to facilitate horse movement. Develop additional water sources for horse use within the Territory. Maintain exclosures around sensitive areas. |
| Habitat and Ecological Conditions | Maintain or improve ecological conditions in the uplands | Upland forage utilization | What is the upland vegetation utilization by all herbivores? | Various protocols with preference given to methods that incorporate degree of use by species. | Annually in the short term and situationally in the long-term. | Inside the territory boundary. | Exceeds 35% allowable use over 30% of the key monitoring sites for 2 consecutive years or any 2 out of 5 years, and horses are a contributing factor. | Gather and removal of excess horses. Administer contraceptives. | None | Increase fence permeability by widening existing or installing additional gates as needed. Monitor that gates are open when livestock are not present to facilitate horse movement. Develop additional water sources for horse use within the Territory. Maintain exclosures around sensitive areas. |
| Habitat and Ecological Conditions | Maintain or improve ecological conditions in riparian areas and wet meadows. | Riparian utilization and browse | What is the riparian herbaceous utilization? What is the utilization of terminal leaders on woody riparian browse? | Various protocols with preference given to methods that incorporate degree of use by species. | Verify baseline within 3 years. 1-to-3-year intervals | Inside the territory boundary. | Exceeds 30% allowable use of riparian herbaceous species over 30% of the key monitoring sites for 2 consecutive years or any 2 out of 5 years, and horses are a contributing factor. | Gather and removal of excess horses. Administer contraceptives. | None | Increase fence permeability by widening existing or installing additional gates as needed. Monitor that gates are open when livestock are not present to facilitate horse movement. Develop additional water sources for horse use within the Territory. Maintain exclosures around sensitive areas. |

| Type of Monitoring | Desired Condition | Indicator | Monitoring Question | Monitoring Methods | Monitoring Frequency | Monitoring Location | Threshold | Potential Horse Populations Management Actions | Potential Herd Health Management Actions | Potential Habitat Management Actions |
|---|---|---|---|---|---|---|---|---|---|---|
| Habitat and Ecological Conditions | Maintain or improve ecological conditions in riparian areas and wet meadows. | Riparian woody species height class, streambank stability and ground cover | What is the riparian woody species height class? What is streambank stability? What is the ground cover? | Various protocols with preference given to methods that incorporate degree of use by species. | Verify baseline within 3 years. 5–10-year intervals | Inside the territory boundary. | Downward trend in riparian conditions through each of the 3 variables | Gather and removal of excess horses. Administer contraceptives. | None | Increase fence permeability by widening existing or installing additional gates as needed. Monitor that gates are open when livestock are not present to facilitate horse movement. Develop additional water sources for horse use within the Territory. Maintain exclosures around sensitive areas. |
| Herd Health and Population Monitoring | Maintain healthy horse populations within AML | Age and sex of horses | Is there adequate ratio of age classes and sex to support a sustainable population of horses within the AML range? | Flight surveys recorded observations using herd or band data, iNaturalist, or other tools as they become available. Fertility control monitoring would be conducted in accordance with agency guidance. | Once the upper end of AML is reached, every 1-3 years to establish a baseline. Long-term: every 10 years | Once the upper end of AML is reached, monitoring of horses would occur wherever they reside. | Horse populations age and sex ratios are not able to support a sustainable population. | Alter the herd age distribution to reduce population growth by controlling the release of age classes into the territory. Alter the ratio of male to female animals to reduce population growth by controlling the release of captured male or female animals back into the territory. Gather and removal of excess horses. Administer contraceptives. | Tracking of movements through either continued improvement of band data or other appropriate research methods including but not limited to radio collaring. | None |
| Herd Health and Population Monitoring | Maintain healthy horse populations within AML | Genetic diversity | Are traits in the horse population which would indicate a lack of genetic diversity in the herd? | Collect genetic information (hair, blood, or both) to determine a genetic baseline. Obtain samples during gathers and administration of contraceptives. Collect the material in accordance with sampling design as detailed in the territory management plan. | Once the AML is reached, every 1-3 years to establish a baseline. Long-term: every 10 years | Once the AML is reached, monitoring of horses would occur wherever they reside. | Observations of homozygosity | Alter the herd age distribution to reduce population growth by controlling the release of age classes into the territory. Alter the ratio of male to female animals to reduce population growth by controlling the release of captured male or female animals back into the territory. Gather and removal of excess horses. Administer contraceptives | Tracking of movements through either continued improvement of band data or other appropriate research methods including but not limited to radio collaring. Introduce one to three young horses from a different wild horse territory to maintain or increase genetic diversity. | None |

Case 3:24-cv-08148-JJT   Document 64-10   Filed 04/23/26   Page 32 of 203

| Type of Monitoring | Desired Condition | Indicator | Monitoring Question | Monitoring Methods | Monitoring Frequency | Monitoring Location | Threshold | Potential Horse Populations Management Actions | Potential Herd Health Management Actions | Potential Habitat Management Actions |
|---|---|---|---|---|---|---|---|---|---|---|
| Herd Health and Population Monitoring | Maintain healthy horse populations within AML | Henneke body condition score | What is the body condition score of the horses? | Visual observations and recording of observations | Continuous | Once the AML is reached, monitoring of horses would occur wherever they reside. | Henneke body condition scores of 3 or less | Gather and removal of excess horses.  Administer contraceptives | Tracking of movements through either continued improvement of band data or other appropriate research methods including but not limited to radio collaring  Gather horses (if animal is at risk due to health/condition) | Develop additional water sources for horse use within the territory. |
| Herd Health and Population Monitoring | Maintain healthy horse populations within AML | Water availability | What is the Standardized Precipitation Index or the most updated Region 3 drought strategy index? | Calculate the Standardized Precipitation Index  Visual observations of water sources | Periodic, increasing during dry and/or drought periods | Inside the territory boundary. | Standardized precipitation index (SPI) values of -1 or less for the preceding 12 months[4]  Water sources which are reliable during an average year are dry. | Gather and removal of excess horses.  Administer contraceptives | Tracking of movements through either continued improvement of band data or other appropriate research methods including but not limited to radio collaring  Gather horses (if animal is at risk due to health/condition) | Develop additional water sources for horse use within the territory. |
| Herd Health and Population Monitoring | Maintain healthy horse populations within AML | Forage availability | What is the forage availability in key areas? | Forage production and utilization would be calculated using various protocols. | Periodic, increasing during dry and/or drought periods | Inside the territory boundary. | Forage production levels of less than 50 pounds per acre. | Gather and removal of excess horses.  Administer contraceptives | Tracking of movements through either continued improvement of band data or other appropriate research methods including but not limited to radio collaring | None |
| Herd Health and Population Monitoring | Maintain healthy horse populations within AML | Distribution patterns; number of individual bands | Are horses in bands and well distributed? | Continuing to update and record information in band books, radio collaring, or aerial flight surveys. | Periodic. Use of radio collars and/or microchips could be used to establish baseline to understand where horses reside (2-3 years). This would be discontinued after the initial information is gathered. Ground survey data is ongoing | Once the AML is reached, monitoring of horses would occur wherever they reside. | Areas of intense concentration or areas with little or no observed use. | Gather and removal of excess horses.  Administer contraceptives | Tracking of movements through either continued improvement of band data or other appropriate research methods including but not limited to radio collaring | Develop additional water sources for horse use within the Heber Wild Horse Territory.  Increase fence permeability by widening existing or installing additional gates as needed. Monitor that gates are open when livestock are not present to facilitate horse movement. |

---

[4] If the Forest Service Region 3 issues a new metric for calculating drought rather than SPI, the new metric would be used.

## Infrastructure

To manage horses, administration of the Heber Wild Horse Territory will require significant investment in infrastructure, including both permanent and temporary facilities. Permanent structures could include water developments, fences, handling corrals, and a permanent holding facility, while temporary structures could include traps and corrals. All of these developments are described in further detail below.

### Stock Tanks

Stock tanks may be constructed across the territory to enhance water availability needed to support the horse herd (Figure 3). Initially eight potential locations have been identified. Stock tanks will be maintained to support management of the horses.

### Fences/Gates

If additional fencing is required inside the territory to support the management of the horses or protect ecologically sensitive areas, the construction of fences would adhere to project design criteria (below) and applicable Apache-Sitgreaves National Forests Land Management Plan standards and guidelines. No permanent fences would be constructed outside the territory to manage horses. Existing gates could be widened, or additional gates could be installed, to increase fence permeability within the action area.

### Temporary Traps

Traps can be located within or outside the territory in any location suitable to gather horses. Already disturbed areas would be used wherever possible. Minimizing adverse effects to resources (i.e. cultural resource, TES species, etc.), would occur through adherence to design criteria; Apache-Sitgreaves National Forests Land Management Plan standards and guidelines; and through coordination with district and forest biologists, range staff, and archaeologists prior to setting any traps.

A trap site is created by installing moveable fence panels. A trap site can be variably sized depending on the number of horses planned to be gathered but is typically less than an acre. Exact models and device usage would depend on factors such as terrain, existing roads, cellular coverage, water and feed availability, and presence of permitted livestock. As much as possible, remote devices with minimal human contact with horses would be utilized. Attractants (e.g., hay) may be used to lure horses into the traps.

Other passive gather techniques may be used as they become available. The use of helicopter gathers may be necessary if passive gather techniques are not effective but would not be the primary gather method. The Territory Management Plan provides standard operating procedures and requirements for bait trapping and helicopter gathers in Appendix 1.

*Heber Wild Horse Territory Management Plan Final Environmental Assessment*



**Figure 2: Example of a trap**

## Handling Corrals

Handling corrals would be needed to temporarily hold and care for horses and implement management activities. Management activities may include but are not limited to: administering fertility reduction agents, vaccinations, or other health related needs; installing microchips or tracking collars; and collecting samples needed for genetic or other testing.

Handling corrals would be constructed using fencing panels, t-posts, and/or other building materials. These corrals may occur within the territory or outside the territory on the Sitgreaves National Forest.

At this time, two sites have been identified for permanent handling corrals as displayed in Figure 3. Additional temporary handling corrals may be constructed in the Territory or across the Sitgreaves National Forest as needed and would adhere to project design features and Apache-Sitgreaves National Forests Land Management Plan standards and guidelines. The two permanent sites identified are the following:

- On the eastern side of the territory, the permanent handling corral would use two existing fences as boundaries and add additional fencing along Forest Road 9053 to form a large triangular area, approximately 100 acres in size. A stock tank would be constructed with heavy equipment to provide a water source within the fences as well as a permanent handling corral, approximately one acre in size. Trees in this area may need to be removed for construction of the fence, stock tank, and/or for more space for holding horses.

- On the southwest side of the territory, Forest Road 9555T and 9555Y (both ML2 administrative roads and closed to the public) lead to a stock tank on a ridge top. At this location, a permanent handling corral would be constructed, approximately one acre in size. Trees may need to be removed for the construction of the facilities. An existing stock tank is already used by horses at this location.

There may be other infrastructure needed at the permanent handling facilities, such as hay storage.

*Heber Wild Horse Territory Management Plan Final Environmental Assessment*



**Figure 3: Infrastructure located within the Heber Wild Horse Territory.**

## Heber Work Center and Permanent Holding Facility

Gathered horses would be held in a permanent holding facility to be constructed on a 61-acre site managed by the Forest Service to process horses for adoption, sale, or off-forest relocation. The 61 acres are located adjacent to and south of State Highway 260, near mile marker 300 (Figure 4). The northern 36 acres of the 61-acre property are part of an existing Forest Service administrative site (Heber Work Center), while the adjoining southern 25 acres are within the Heber Wild Horse Territory Management Area, within the Ponderosa Pine Potential Natural Vegetation Type. Since the southern 25 acres will become part of the administrate site, this parcel would be removed from future timber and livestock grazing suitability. Regarding the northern 35 acres, Forest Service administrative sites are already excluded from timber and grazing suitability so administrative action is unnecessary. Construction of infrastructure is funding dependent and will occur in phases over approximately 5-10 years. The first phase is planned to begin within a year of Territory Management Plan approval.

### Heber Work Center

On the north side of State Highway 260, facilities currently exist at the Heber Work Center and are used for storage, primarily for road maintenance operations (Figure 4). The Heber Work Center is completely fenced and has considerable infrastructure, including storage buildings and a paved parking area. Within the fence, a large hay storage facility may be constructed. Other infrastructure, such as barns, would be built on the north side of the highway within the Heber Work Center administrative site.

### Permanent Holding Facility

Approximately three miles of new fencing would be built to construct the handling corral in the northwest portion of the territory as a 10-foot-high fence surrounding the permanent holding facility (61 acres).

While the entire 61 acres on the south side of State Highway 260 is analyzed for disturbance and construction of the facilities, it is anticipated initially only 5 to 8 acres would be needed for the permanent holding facility. Construction design would consist of adjacent corrals, which can be used to hold horses for adoptions, sales, or those which require separation from the larger herd. The facilities will be designed to allow for additional larger and/or smaller corrals which may be added in the future.

### Potential Construction at Permanent Holding Facility

Along State Highway 260, a turning lane may be added to the highway to facilitate access to the south side of the road, where the majority of the permanent holding facility would reside. This work would be coordinated with the Arizona Department of Transportation, lead agency for construction. The Heber Work Center facilities on the north side of the highway, have both water and power, which may need to be directed under the highway to provide services to the proposed permanent holding facility on the south side.

Potential additional infrastructure for development at this site could include:

- Fencing-- One, 10-foot-high exterior fence would surround the entire 61 acres. The fence would ensure horses are excluded from other horses or animals in this area.

- Road access-- One road currently exists on the south side of the highway in the administrative site is a Maintenance Level (ML) 2 road (FR 9599W). New ML2 administrative roads (closed to the public) may be constructed within the 61 acres to provide access to the parking area and holding facility.

- A parking area large enough to facilitate trucks and trailers for adoption activities directly from the permanent working facility (approximately 1-2 acres).

- Two camping pads capable of supporting a large trailer with both power and water supply.

*Heber Wild Horse Territory Management Plan Final Environmental Assessment*

- Manure storage

- A hay barn

- A water well would be constructed on the south side of the highway. If water is not found, water may be supplied from the existing administrative facilities on the north side of the highway to the south side.

- Other storage facilities, as needed, to hold equipment for managing horses.

Other infrastructure may occur in this area as needed to support holding of horses; however, no facilities would be built outside of the 61-acre footprint analyzed for disturbance on the south side of the highway.



**Figure 4: The 61-acre area analyzed for the permanent holding facility located on the Sitgreaves National Forest.**

## Design Features and Best Management Practices

The interdisciplinary team followed the guidance in the Southwest Region Forest Service Handbook 2509.22, chapter 20 and the National Core Best Management Practices Technical Guide, FS-990a, in the formulation of resource protection measures related to range and resource management which also function as best management practices to address water quality and watershed concerns. Best management practices are a practice or combination of practices determined to be the most effective, practicable means of preventing or reducing the amount of pollution generated by nonpoint sources to a level compatible with water quality goals and are developed to comply with the Clean Water Act (Forest Service Handbook 2509.22 Chapter 10.5). Best management practices would be implemented to comply with the Clean Water Act. Other best management practices are listed to comply with other laws and regulations designed to maintain sound resource conditions. All applicable land management plan guidance would be followed.

The design features and best management practices in Table 3 would be used when implementing alternative 2. In the event design features do not accomplish site-specific resource objectives, additional optional measures may be implemented.

**Table 3: Design features proposed for Alternative 2.**

| Number | Objective | Design Features or Best Management Practices | Responsible Party |
|---|---|---|---|
| Weeds-1 | Reduce the spread of invasive species | Vehicles and equipment from off the national forest, including contractors, will be cleaned prior to entering the territory so there are no weed pieces nor mud which could carry weed seeds onto the wild horse territory | All Forest Service personnel, or designated representatives, including contractors or partners |
| Weeds-2 | Reduce the spread of invasive species | Do not feed on public lands, except for short-duration feeding used to bait and trap horses, and in temporary traps and handling facilities. Hay used on all temporary sites on National Forest System lands will be certified weed-free hay. In all permanent facilities the best hay possible will be used. Hay should be inspected prior to purchase to reduce the amount of weeds present. A weed monitoring and abatement plan will be implemented for each permanent site. No emergency feeding will be authorized; by agency policy. | Forest Service range managers |
| Botany-1 | Avoid impacts to sensitive plants | Previously disturbed areas will be used where possible. | Forest Service biologist or range specialist |
| Heritage-1 | Avoid impact to heritage sites | Previously disturbed areas will be used where possible. Undisturbed areas identified as trap sites, fence lines, and watering tanks will be inventoried for cultural resources. All additional undertakings, both permanent and temporary, associated with the management plan will go through proper heritage clearance. If cultural resources are encountered, these locations would not be utilized unless they could be modified to avoid impacts to historic properties. | Forest Service Archeologist. |
| Aquatics-1 | To protect water quality and avoid impacts to threatened species | Temporary traps and handling corrals will not be located within 300ft of riparian areas, lentic areas, wetlands, or the center line of Little Colorado spinedace occupied or recovery streams. | Forest Service hydrologist and aquatics biologist |

*Heber Wild Horse Territory Management Plan Final Environmental Assessment*

| Number | Objective | Design Features or Best Management Practices | Responsible Party |
|---|---|---|---|
| Aquatics-2 | Protect water quality and soils | There will be no new NFS roads or temporary roads constructed to temporary traps or gather corrals.[5] Existing roads used within riparian areas will be hydrologically functional before, during, and after use. | Forest Service hydrologist |
| Aquatics-3 | Protect water quality and soils | During servicing or refueling of equipment or helicopters used in any operation, pollutants shall not be allowed to enter any waterway, riparian area, or stream course. Refueling areas will be located outside riparian areas, including seeps and springs. If helicopters are used as the gathering technique, all landing and refueling areas will be in prior-approved sites and not within identified riparian areas. Hazardous material spill control equipment and absorbent material will be on-site at all times of fuel use or storage. | Forest Service hydrologist |
| Aquatics-4 | Protect water quality and soils and threatened species | Vehicles will not travel through seeps, springs, or streams except for use of existing fords on open Forest system road crossings. Off-highway vehicle travel off established roads within 100 feet of streams will occur only during periods when soil is dry. Vehicles will not enter streams within 300 ft either side of the center line of occupied Little Colorado spinedace habitat. | Forest Service hydrologist and aquatics biologist |
| Aquatic-5 | Protect water quality and soils | Impacts to streambanks during construction of livestock fences, gates, crossing areas, and watering areas will be minimized. | Forest Service range manager |
| Wildlife-1 | Northern goshawk | Human presence should be minimized within nest areas during the nesting season of March 1–September 30. | Forest Service biologist |
| Wildlife-2 | Mexican wolf | Disturbance-causing horse management activities on federal lands are not allowed within a 1-mi (1.6-km) radius around active dens between April 1 and July 31, and around active Mexican wolf rendezvous sites between June 1 and September 30, that the U.S Fish and Wildlife Service determines could adversely affect reproductive success, natural behavior, or persistence of Mexican wolves. Excluded from this definition is any authorized, specific horse management activity ongoing at the time Mexican wolves chose to locate a den or rendezvous site nearby. Coordinate with the Interagency Field Team (IFT) to determine current denning/rendezvous site locations. | Forest Service biologist |
| Wildlife-3 | Raptor nests | Consult with the district biologist prior to implementing management actions to protect active raptor nests from disturbance during the nesting season as per the land management plan. | Forest Service biologist |
| Wildlife-4 | Small mammals, birds and bats | Any water sources constructed will have escape ramps for wildlife. | Forest Service biologist or range specialist |
| Wildlife-5 | Mexican spotted owl | Fence construction within Mexican spotted owl protected activity centers will be outside of breeding season (March 1-August 31) unless protocol surveys indicate non-breeding or absence. | Forest Service biologist or range specialist |

---

[5] This does not include roads that will be created to access the permanent holding facility.

*Heber Wild Horse Territory Management Plan Final Environmental Assessment*

| Number | Objective | Design Features or Best Management Practices | Responsible Party |
|---|---|---|---|
| Wildlife-6 | Mexican spotted owl | No new construction of permanent corrals will occur within Mexican spotted owl protected activity centers (PACs) or cores. Traps or other temporary facilities can be constructed and used outside of the breeding season (September 1-February). Temporary facilities may be constructed during breeding season (March 1-August 31) only if protocol surveys indicate nonbreeding or absence. No temporary facilities will be constructed within cores. | Forest Service biologist |
| Wildlife-7 | Mexican spotted owl | No construction of water developments in Mexican spotted owl protected activity centers will occur during the breeding season (March 1–August 31) unless protocol surveys indicate non-breeding or absence. | Forest Service biologist |
| Wildlife-8 | Mexican spotted owl | No bait or passive gather will occur in Mexican spotted owl protected activity centers during breeding season (March 1–August 31) unless protocol surveys indicate absence or confirmed active nest sites are greater than 0.25 mile from bait site or gather activities. | Forest Service biologist |
| Wildlife-9 | Mexican spotted owl | No active gather (on ground) will occur in Mexican spotted owl protected activity centers during breeding season (March 1-August 31) unless surveys indicate absence or confirmed active nest sites are greater than 0.25 mile from gather activities. | Forest Service biologist |
| Wildlife-10 | Mexican spotted owl | A no-fly zone will be in place for active gathers over Mexican spotted owl protected activity centers during the breeding season (March1–August 31) unless protocol surveys indicate non-breeding or absence. | Forest Service biologist |
| Wildlife-11 | Mexican spotted owl | Field surveys will be required to determine if Mexican spotted owl habitat is present and if Mexican spotted owl surveys need to be conducted prior to extensive reconstruction of existing improvements, the construction of new improvements, or temporary structures. Adjustments will be made in the location of improvements or the timing of construction, as appropriate, to avoid adverse effects to Mexican spotted owls or their recovery habitat. | Forest Service biologist |
| Wildlife-12 | Mexican spotted owl | Population monitoring/survey flights (helicopter and UAS) will be conducted outside owl breeding season (March 1 – August 31) to minimize disturbance to breeding and nesting Mexican spotted owls. | Forest Service biologist |
| Wildlife -13 | Fence Construction | New fence construction or reconstruction shall be wildlife friendly and should use four strands of wire, with the top strand 42-inches from the ground. Bird diverters would be placed on the top strand. There will be 12-inches of spacing between the top two wires. The third will split the remaining distance. The bottom wire would be barbless wire 18 inches from the ground.[6] | Forest Service biologist |

---

[6] This design feature would not apply to the 10-foot high fence that would be constructed surrounding the 61-acre holding facility.

*Heber Wild Horse Territory Management Plan Final Environmental Assessment*

| Number | Objective | Design Features or Best Management Practices | Responsible Party |
|---|---|---|---|
| Range-1 | horse movement | Excess fences (fences no longer needed for livestock management or resource protection) will be removed to allow free movement of horses within the territory. Excess fences in PACs will be removed outside the Mexican spotted owl breeding season. | Forest Service horse manager range manager and grazing permittees, contractors, volunteers, or a combination of these |
| Range-2 | horse movement | After livestock are removed, pasture and boundary gates will be left open to provide horse passage and movement.[7] | Forest Service horse manager range managers, grazing permittees, and volunteers |
| Range-3 | horse movement | New fence construction, major fence reconstruction or cattleguard installations will be designed to facilitate horse movement within the territory and coordinated with district personnel. | Forest Service range or horse manager |
| Range-4 | horse movement | Within the territory, where animal concentrations are found along existing fence lines, gates may be widened or added to facilitate better distribution of animals. | Forest Service horse manager range manager and volunteers |
| Range-5 | Fences/gates | If monitoring indicates a need, retrofit existing guards with more humane cattle guards. Any future cattleguards within the Heber wild horse territory will include this safety feature (unless adjacent to Hwy 260). | Forest Service horse manager range manager or engineer and volunteers |
| Public Notification-1 | Public notification | Develop a communication plan for any gather of excess horses. Adhere to notifications per 36 CFR 222.64(a) | Forest Service public affairs |
| Public Notification-2 | Stakeholder involvement | Work with stakeholders (wild horse advocates and experts, livestock operators, wildlife biologists, etc.) in planning and implementing habitat management and improvement projects within the designated territory. | Forest Service range or horse program manager |
| Veg-1 | Maintain adequate cover and forage base | Maintain adequate tree cover in the major use areas to provide horses with shelter during periods of extreme inclement weather. This should be consistent with the mosaic landscape as described in the LMP desired conditions. | Forest Service range or horse program manager, foresters, fuels program manager |
| Watershed-1 | Control water run-off and sedimentation | Install an adequate number of run-off and erosion control features near permanent facilities. This could be concentric ditches, silt fences, check dams, traps, tanks running perpendicular to the slope that would intercept overland flow and allow sediment and manure particulates to settle out of suspension. | Forest Service range or horse program manager |
| Rec-1 | Protect recreation opportunities | Where practical, conduct horse management activities, including any gather of excess horses and motorized use outside developed recreation sites, away from typical areas of concentrated dispersed recreation use, or conduct activities in seasons of less visitor use. | Forest Service range or horse program manager and district recreation staff |

---

[7] This does not include fences constructed to protect springs or other sensitive areas or fences adjacent to private lands.

| Number | Objective | Design Features or Best Management Practices | Responsible Party |
|---|---|---|---|
| Rec-2 | Protect recreation opportunities | When constructing temporary traps or handling corrals, the recreation opportunity spectrum and site management guidelines apply. | District recreation staff |
| Horse-1 | Horse health and welfare | All operations which involve handling of horses will be conducted in accordance with the Comprehensive Animal Welfare Program found in the territory management plan. | Forest Service range or horse program manager |
| Horse-2 | Horse contraceptive application | The application of contraceptives will be overseen by the Forest Pesticide Use Coordinator (PUC)[8], which must be licensed through the State. | Forest Service range or horse program manager |
| Horse-3 | Horse contraceptive application | Contraceptive use proposals (FS-2100-0002) must be submitted to the PUC and approved by the Forest Supervisor. | Forest Service range or horse program manager |
| Horse-4 | Horse contraceptive application | Contraceptives would be administered only by trained Forest Service personnel or collaborating partners in accordance with both Federal and State laws. | Forest Service range or horse program manager |
| Horse-5 | Horse contraceptive application[9] | Delivery of the contraceptives would be by intramuscular injection into the manufacturers approved site of delivery (deep gluteal or cervical musculature). In the future, contraceptives may be administered remotely using an approved long-range darting protocol and remote delivery system (RDS) if or when that technology is developed. | Forest Service range or horse program manager |
| Horse-6 | Horse contraceptive application | All treated mares will be identified and documented, where feasible. | Forest Service range or horse program manager |
| Horse-7 | Horse contraceptive application | A data sheet would be used by field staff to record all pertinent data (the type and quantity of immunocontraception product issued, including any adverse reactions or personnel incidents; disposition of any unused product; the number of treated mares by collaborating groups or Forest Service personnel, along with any type of identification applied, date) and stored in Natural Resource Manager (NRM) database. An application report would be available through NRM for the Regional and Washington Office, if needed. | Forest Service range or horse program manager |

## Clarifications to Heber Wild Horse Territory Management Plan

It is recognized horses are free-roaming and will move both on-and-off the territory. However, the territory management plan is intended to ensure that habitat exists within the territory boundary to support a population of 50 to 104 horses which can exist in a thriving natural ecological balance alongside other multiple uses, such as livestock and wildlife. The following is a list of common questions and answers regarding the plan:

---

[8] The pesticide use coordinator (PUC) is an individual designated by the Forest to ensure proposals comply with NEPA, the territory management plan, and that individuals carrying out the proposal have the correct certifications and training required by Federal and State laws.
[9] These same procedures may be used for vaccines as well as contraceptives.

- This project is <u>not</u> intended to ensure water, forage, and cover exist outside the Heber Wild Horse Territory for the management of horses. No monitoring of ecological indicators would occur outside the territory boundary for specific use in managing horses.

- If the population of horses within the territory is within the upper and lower limits of the AML, and resource damage occurring <u>outside</u> the territory boundary by horses that partially utilize the territory is identified as the contributing factor, horses may be moved to within the territory if conditions allow and the number of horses can be retained within the AML. Resource damage outside the territory cannot be used as a rationale to remove "excess" horses within the territory; only the monitoring and adaptive management in Table 2 can justify the need for removal of horses within the territory.

- If the population of horses is within the AML, and monitoring of herd health shows a decline, horses that partially utilize the territory could be moved to within the territory if greater availability of resources (forage, water, and/or cover) could improve their condition. However, if herd health were to decline due to disease and horses were living outside the territory, excess horses could be removed to control the disease (see Table 2, Monitoring Location).

- The horse population would be subject to natural events and unforeseen circumstances, such as large-scale disease outbreaks, which may cause fluctuations in horse numbers. Natural events may trigger a need for an AML adjustment and a territory plan amendment. The territory management plan may be amended or revised as necessary to reflect changed conditions.

- Horses would not be introduced or reintroduced to the territory to supplement or add to the population were the population to decline due to natural events. The only time when horses may be introduced to the territory is if the Forest Service determines introduction is needed for genetic diversity under conditions specified in Table 2.

## Removal of Unauthorized Livestock

On the Sitgreaves National Forest, horses introduced on the forest including within the territory would be considered unauthorized livestock and removed per 36 CFR 222.63 and state law, as applicable. This would occur in consultation with Arizona Department of Agriculture brand inspectors, tribal livestock inspectors, or conservation officers.

## Road System Associated with Territory

The Forest Service will only use established National Forest System roads for constructing temporary traps and handling facilities. No temporary roads will be constructed to facilitate herd management associated with this project.

# Changes Between Draft and Final Proposed Action

Changes, clarifications, and refinements between the draft environmental assessment (EA) and this final EA were based on law and policy, and comments raised internally and externally during the draft EA comment period. The majority of comments received from the public and stakeholders addressed the removal of excess horses including the ecological indicators and thresholds used and implementation of the Final Territory Management Plan. See Appendix D Comment Consideration Report for further detail on how comments were considered.

The proposed action has been modified to be responsive to public comments received on the draft environmental assessment, including a better explanation of the process for removing excess horses. The record contains writings that led to the development of the final EA. Concepts, wording, and analyses in

the record were not changed. While they remain in the record the EA reflects the final interpretations, language, and analyses with regard to the Heber Wild Horse Territory.

## Changes to Removal of Excess Horses

The draft EA listed several locations which described circumstances in which horses could be removed. This includes Table 2 on page 17-20; thresholds for determining excess horses on page 22; a flowchart to explain excess removal on page 23, and the adaptive management Table 30 in Appendix B. Commenters expressed understanding when and how managers would remove excess horses was difficult to interpret.

In order to provide greater clarity in regard to the process for removing excess horses, the proposed action now includes the following:

- A strategy to reach the upper limit of AML (see Appropriate Management Level) and the adaptive management process for managing within the AML limits (50 -104 horses) (Table 2).

- The 'Thresholds for Determining Excess Horses' section was removed.

- Figure 2, the flowchart for determining excess wild horses was removed.

- Table 2 and Table 30 from the draft EA are now consolidated into Table 2 in the final EA.

## Adaptive Management Table

This table combined information from the Draft EA Table 2 and Table 30. This is to provide one location to better understand the monitoring questions, thresholds, and management outcomes.

- In the final EA, a footnote was added in Table 2 to state if the Forest Service Region 3 issues a new metric for measuring drought, it will be used instead of Standard Precipitation Index (SPI).

- The final EA lists all the management actions which could result from monitoring of ecological indicators (Table 2). In the draft EA, the flowchart on page 23 had stated resource damage would need to occur over 3 measuring periods. This has been removed.

- A new 'Herd Health Management Action' was added to include the Forest Service would track horse and band movement.

- All management outcomes which referred to emergency responses were removed. Management actions due to drought were already addressed. Horses would not be removed in the event of wildfire, similar to other wildlife. If a disease outbreak, or other unforeseen emergency, were to occur, the Forest Service would respond according to current policy and regulation. In the section 'Clarifications to the Heber Wild Horse Management Plan', there is a discussion of actions which would result from unforeseen natural events.

## Infrastructure

The permanent holding facility was proposed in the draft environmental assessment at a smaller extent; however, between draft and final environmental assessments, the IDT determined a permanent working facility of up to 61 acres (36 acres on a Forest Service administrative site and 25 acres on the Heber Wild Horse Management Area) may be necessary in order to accommodate future expansion and storage needs over the life of the territory management plan. Therefore, the full 61 acres were analyzed in this final environmental assessment.

Two permanent handling corrals within the Territory were mapped in more detail.

All other structures (traps or handling corrals outside the territory) would be temporary and removed once no longer needed.

## Actions for Gathered Excess Horses

In the draft EA, there were three options listed as to actions the forest could take with gathered excess horses (adoption, sale, long-term holding facility). However, as per 36 CFR 222.69(c)(1), in the most humane manner possible, euthanasia is an option for sick, lame, or old animals.

In accordance with agency regulations, this action was included as another option in the final EA as the last possible course of action.

## Unauthorized Livestock

This section was added to clarify the Forest Service would remove horses from the Sitgreaves National Forest if horses did not meet the definition of a wild horse per 36 CFR 222.60(b)(13).

## Clarifications to the Heber Wild Horse Territory Management Plan

This section was added to help explain scenarios and questions which were raised with respect to this NEPA project during the previous comment periods.

## Aerial Census Data

In April 2021, a survey flight was flown over the territory and approximately one third of the Sitgreaves National Forest outside of the territory, to estimate the horse population. Updated population numbers have been added to the final EA in the 'Purpose and Need, Need to Establish Population Management Actions' and 'Environmental Impacts Analysis, Wild Horses, Affected Environment' sections.

## Design Features

- Aquatics-1 only refers to the traps because the other locations are permanently established in the final EA. In addition, restrictions were added to occupied Little Colorado spinedace habitat.

- Aquatics-4 added restrictions in Little Colorado spinedace habitat.

- Horse 2-5 were updated to clarify the correct certifications, licenses, and titles of those working on horse contraceptive applications.

- Wildlife-2 was added to coordinate with the Interagency Field Team to determine current denning/rendezvous site locations.

- Wildlife-6 also states temporary facilities can be constructed outside breeding season.

- Wildlife-12 was added to conduct population monitoring/survey flights (helicopter and UAS) outside the Mexican spotted owl breeding season (March 1 – August 31) to minimize disturbance to breeding and nesting owls.

- Wildlife-13 was added to clarify the fencing description in order to protect other wildlife species. Some of this language was removed from Wildlife-5.

- Botany-1 removed references to the temporary holding facilities because those locations have been identified in the final EA.

- Range-1 clarifies fence removal, when happening inside a PAC, can only occur outside Mexican spotted owl breeding season.

- Range-5 clarifies cattle guards along Highway 260 would not be included.

- Veg-2 was removed to reflect prescribed fire deleted from the proposed action.

- Horse-7 and Horse-8 were combined and reworded.

# Environmental Impacts Analysis

## Reports Incorporated by Reference

The reports prepared for this analysis are incorporated by reference and summarized in the following resource sections.

### Proposed Appropriate Management Level Determination Analysis

The *Proposed Appropriate Management Level Determination* analysis document details the availability of the four habitat components, the history of horses in the area, and data from census flights. This information will not be reiterated here but rather incorporated by reference. The document forms the basis for the proposed appropriate management level in the proposed action. .

### Resource Reports

A resource report was prepared for each resource analyzed in this section. Each report includes a description of the affected environment; methodology of analysis; issues and concerns addressed in the analysis; environmental consequences analysis by alternative; compliance with relevant laws, regulation, and policy; and references cited. This section includes a summary of those reports and any relevant conclusions to be considered by the deciding official.

### Affected Environment

The *Proposed Appropriate Management Level Determination* document details the availability of the four habitat components, the history of horses in the area, and data from survey flights. That information will not be reiterated here, but rather incorporated by reference.

Habitat Components

*Water*

There are generally sufficient water sources within the Heber Wild Horse Territory to keep horses watered year-round. The water sources are reliable (under normal conditions) and well distributed across the territory. However, during extreme drought years, many of the water sources may go dry.

*Forage*

Capability of the land within the territory to produce forage was analyzed to determine forage sufficiency. The analysis indicated the territory is capable of producing an estimated 1,978,126 pounds of available forage in an average year (based on the average of three years of production data collected across the territory). Table 4 provides a breakdown of forage production this analysis was based on.

*Heber Wild Horse Territory Management Plan Final Environmental Assessment*

**Table 4: Calculated forage availability within the Heber Wild Horse Territory.**

| Year | Calculated pounds of total forage available | Calculated pounds of forage available for horses | Pounds of forage needed for permitted livestock | Pounds of available forage remaining for wildlife |
|---|---|---|---|---|
| 2007 | 1,498,602 | 749,301 | 506,000 | 243,301 |
| 2008 | 2,310,736 | 1,155,368 | 506,000 | 649,368 |
| 2018 | 2,125,040 | 1,062,520 | 506,000 | 556,520 |
| **Average** | **1,978,126** | **989,063** | N/A | **483,063** |

Current grazing obligations of the area, including forage needs of permitted cattle and the utilization data, were analyzed and disclosed. Analysis indicated an estimated 506,000 pounds of forage would be needed yearly to meet the currently permitted livestock grazing within the territory. When these numbers are coupled with the utilization and land health data (plant composition and ground cover), the amount of grazing occurring (by all grazing species) within the territory is within the amount of forage the area produces, resulting in the determination that the forage component of the habitat is sufficient for ecological balance.

*Cover and Space*

The horses have not been and are not consistently utilizing all the delineated territory. Based on aerial surveys and on-the-ground observation, horses primarily use the southern portion of the territory during the spring, summer, fall, and mild winters. There is an assumption the horses may move to areas of lower elevation outside the territory or off the Mogollon Rim during severe winters following the behavioral patterns observed with the wildlife but monitoring data specific to horse use patterns is lacking. As noted in the Bureau of Land Management Wild Horse and Burro Handbook (H-4700-1, Appendix 3), a recurring pattern of movement out of a territory to access forage, water, or thermal or hiding cover is an indication the territory cannot sustain year-long horse use. However, there appears to be sufficient forage, water, and cover available within the territory.

It appears the fencing in the territory, in combination with the cattleguards on FS 86 road are likely limiting the movement to the lower elevations in the north, while snow accumulations in parts of the territory effectively push large ungulates to lower elevations during severe weather. Additionally, the steep rocky terrain may be limiting movement of horses into the territory from adjacent low elevation areas in the north. Additional monitoring is needed to better understand how horses are using the territory and what factors might be limiting ingress to the northern portion of the territory. The adaptive management component of the proposed action is designed to facilitate movement of horses to access the territory.

## Horse Herd

*Survey Flights: 2014, 2015, 2017*

The Apache-Sitgreaves National Forests conducted aerial surveys in 2014, 2015, and 2017 specifically to estimate the horse population, including a larger area across the Sitgreaves National Forest extending from Linden to Show Low. These surveys were conducted using the same protocols and the data was subjected to the same statistical analysis, making the results directly comparable. The flight patterns were altered based on the statistician's analysis. The flights for the May 2014 survey were conducted on a grid which covered the territory and included areas across the Sitgreaves National Forest where horses had recently been observed. Waypoints were collected during the flights to show the coverage and for every horse observation. The protocols, statistical analysis, and flight pattern were replicated in February 2015

and April 2017. Figures displaying the flight pattern are available in the *Proposed Appropriate Management Level Determination* document; the results of these three surveys are displayed for within the Territory and outside the Territory on the Sitgreaves National Forest in Table 5 and Table 6. Foals were not counted as part of the estimated population numbers because survivability is unpredictable. All survey data can be found on the project website.

**Table 5: Horse observations gathered from aerial surveys conducted within the Heber Wild Horse Territory, May 2014, February 2015, and April 2017.**

| Date of Survey | Horses observed | Estimated Population* |
|---|---|---|
| 5/12 to 14/2014 | 18 | 16 to 21 |
| 2/17 to 19/2015 | 16 | 9 to 32 |
| 4/18 to 19/2017 | 27 | 22 to 51 |

* Based on photo mark-recapture methodology (Lubow and Ransom 2009).

**Table 6: Horse observations gathered from aerial surveys conducted outside the Heber Wild Horse Territory on the Sitgreaves National Forest, May 2014, February 2015, and April 2017.**

| Date of survey | Horses observed | Estimated Population* |
|---|---|---|
| 5/12 to 14/2014 | 189** | 153 to 223 |
| 2/17 to 19/2015 | 201 | 204 to 294 |
| 4/18 to 19/2017 | 272 | 270 to 420 |

* Based on simultaneous double-count methodology.

** Only 1/3 of the Sitgreaves National Forest (off-territory) was flown.

The annual growth rate for the herd based on the aerial surveys ranged from 19 percent to 21 percent, which aligns with the growth rate of 20 percent typically used in population modeling to estimate horse population growth (Wild Horse Territory WinEquus Population Modeling Analysis, project record).

### Survey Flight 2021

In April 2021, Forest Service personnel conducted another Simultaneous Double-Observer aerial survey from a helicopter assessing horse abundance in the Heber Wild Horse Territory and the adjacent Sitgreaves National Forest (Figure 5). This flight occurred after the Draft EA was released, and a synopsis is provided here. Observations are consistent with population projections from the Draft EA.

Surveys were conducted using methods recommended by a National Academy of Sciences review (NRC 2013) with detailed field methods described in Griffin et al. (2020) and applied by the Forest Service. Bruce Lubow, Ph.D. analyzed these data using established statistical methods to estimate sighting probabilities for horses, then used these sighting probabilities to correct the raw counts for systematic biases (undercounts) which are known to occur in aerial surveys (Lubow and Ransom 2016), and to provide confidence intervals and other measures of uncertainty associated with the abundance estimates.

Additional statistical analysis and results are included in the June 2021 unpublished report (available in the project file) *Statistical analysis for 2021 surveys of wild horse abundance in Heber WHT and nearby USFS lands, Arizona* (Bruce Lubow, Ph.D., 28 June 2021).

Due to high winds (> 45 mph), this survey did not cover the same extent of the Sitgreaves National Forest as was done in 2014, 2015, and 2017. The 2021 flight survey covered approximately one-third of the flight survey area compared to the previous surveys.

Maps of the flight paths for aerial surveys are detailed in the Appropriate Management Level Determination document. The flight path from 2021 and horse observations that were noted during the 2021 survey as well as during the 2015 and 2017 surveys, are shown in Figure 5.

Results

The estimated number of horses within the boundaries of the territory in April 2021 was 83 (90% confidence interval = 56 - 117). The estimated number of horses present in the surveyed area of the Sitgreaves National Forest (including the Heber Wild Horse Territory) were 378 adults (90% confidence interval = 334 - 449) and 35 foals (90% confidence interval = 28 - 43) (Table 7). The estimated ratio of foals to adults reflects what was observed during the April 2021 survey and may not represent the full cohort of foals for the year due to it occurring in the middle of the foaling season.



**Figure 5: Flight paths from 2017 and 2021 aerial surveys and horse observation locations in 2014, 2015, 2017, and 2021 within the Heber Wild Horse Territory and Sitgreaves National Forest.**

**Table 7: Disclosure - This table was prepared by Dr. Bruce Lubow and was included in his June 28, 2021 statistical analysis provided to the Apache-Sitgreaves National Forests.**

Table 7. Estimated abundance (Estimate) are for the numbers of horses in the surveyed area at the time of survey. 90% confidence intervals are shown in terms of the lower limit (LCL) and upper limit (UCL). The coefficient of variation (CV) is a measure of precision; it is the standard error as a percentage of the estimated abundance. Number of horses seen (No. Seen) leads to the estimated percentage of horses that were present in the surveyed area, but that were not recorded by any observer (% Missed).

| Area | Age Class | Estimate (No. Horses) | LCL[1] | UCL | Std Err | CV | No. Horses Seen | % Missed | Estimated No. of Groups | Estimated Group Size | Foals per 100 Adults[2] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Heber WHT** | Total | 83 | 56 | 117 | 18.1 | 21.9% | 67 | 19.0% | 12 | 6.7 | 11.3 |
| | Foals | 8 | 5 | 12 | 1.8 | 20.9% | | | | | |
| | Adult | 74 | 50 | 105 | 16.7 | 22.4% | | | | | |
| **Other Sitgreaves NF Lands Surveyed** | Total | 331 | 294 | 382 | 27.8 | 8.4% | 289 | 12.7% | 55 | 6.0 | 8.9 |
| | Foals | 27 | 20 | 33 | 3.9 | 14.5% | | | | | |
| | Adult | 304 | 271 | 352 | 25.1 | 8.2% | | | | | |
| **Total for Survey** | Total | 414 | 363 | 495 | 37.0 | 8.9% | 356 | 14.0% | 68 | 6.1 | 9.4 |
| | Foals | 35 | 28 | 43 | 4.4 | 12.4% | | | | | |
| | Adult | 378 | 334 | 449 | 33.8 | 8.9% | | | | | |

[1] 90% confidence interval based on percentiles of bootstrap simulation results. The lower 90% confidence interval limit (LCL) is actually less than the number of horses sighted during the survey for many of these estimates. This is a normal statistical result and reflects the fact that a confidence interval expresses what would likely happen if the survey were repeated. If repeated many times, some surveys would miss more horses and produce lower estimates, even after corrections, than were actually observed during this survey. Clearly, I conclude that there are at least as many horses as were observed during this survey, rather than using the lower confidence limit as a minimum number.

[2] The estimated ratio of foals to adults reflects what was observed during this April survey and may not represent the full cohort of foals for this year.

Case 3:24-cv-08148-JJT    Document 64-10    Filed 04/23/26    Page 51 of 203

*Band Observation Data Collected in 2019/2020*

Observations of horse bands were conducted September 2019 through January 2020. These observations recorded location, number of mares, foals and yearlings, color, and any identifying features of the stallion, general condition of the horses, and any general comments. That observation data is available in the project record. The number of horses ranged from a single horse to a band of 16, with most bands containing around 6 horses. The condition of the horses was most commonly recorded as good or excellent, with two observations recorded as fair. Fifty-nine unique bands were identified over the four-month period, with 12 additional recordings for which the bands were not identified. These data are being presented as the beginning steps to obtain herd information; it should not be construed as an estimate of the population size.

*Band Observation Data Collected in 2021*

Band data was collected on and off the Heber Wild Horse Territory between April and September 2021. The intent of the band data is to record and catalog observations to identify different bands and attempt to assess their movements relative to the Heber Wild Horse Territory. The data collected includes date, location, and total number of horses for each band. Horses are categorized as studs, mares, foals, yearlings, two-year-olds and bachelor horses, along with the following information: total number of horses in each category, total number of each color per category, average body condition score for each category, and number of males and females for each age class. Bands are identified by using key features of the stallions. Identifying photos were taken of the stallions and general photos were taken of the rest of the band. The observation data are available in the project record.

## Effects Analysis

### Issues and Concerns

The following concerns identified for the horses were used to focus this effects analysis. Indicators used to measure and disclose effects are listed below each concern. 'Implementing a management plan' is used here to include setting the appropriate management level at 50 to 104 horses and managing the territory accordingly by implementing management actions. It also includes implementing an adaptive management strategy which could result in additional management actions based on monitoring results. Because an adaptive management strategy is a key part of the proposed action, the underlying basis for this analysis is monitoring would occur and management changes would occur based on monitoring if needed, to maintain or move toward meeting management objectives. No issues were identified during scoping relating to horses which warranted another alternative to be analyzed in detail.

- Effects of implementing a management plan on the horse habitat components of forage, water, cover and space
  - Availability of habitat components
- Effects of implementing a management plan on the horse herd
  - Population size
  - Overall herd health, including genetic diversity
  - Herd dynamics
  - Effects to individual horses, including effects of removal and administration of contraceptives

*Heber Wild Horse Territory Management Plan Final Environmental Assessment*

## Alternative 1 – No Action

### Direct and Indirect Effects

By definition, direct and indirect effects result from the proposed action and thus are not germane to the no-action alternative. However, not managing horses would result in effects to their habitat and the horse herd. Those effects will be qualitatively discussed here, organized by the indicators identified above.

#### *Habitat Components*

The proposed appropriate management level was determined by considering the water, forage, cover, and space available in the territory. According to the *Proposed Appropriate Management Level Determination* document, the upper limit (104) of the appropriate management level is the number of horses which results in a thriving natural ecological balance and avoids deterioration of the range. Thus, any exceedance of this number has the potential to disrupt the balance and lead to deterioration of the range and a shortage of water, forage, cover and space. The no-action alternative would not ensure healthy rangelands, would not allow for the management of a healthy self-sustaining horse population, and would not promote a thriving natural ecological balance.

#### *Horse Herd*

Under the no-action alternative, the horse population would continue to grow unchecked. Population modeling using the WinEquus program (Population Modeling Report) indicates the horse population, left unchecked, could grow to an average population of over 1,900 horses over ten years, with the most typical trial showing a potential maximum population of over 2,600 horses. When modeled over 20 years, the average population size ranges from over 2,700 to over 8,000 horses, with the most typical trial indicating a potential maximum population of nearly 16,000 horses. The average growth rate for the median trial in the 20-year modeling is 19.5 percent.

As the population increases, there would be intra- and interspecific competition for available water, forage, cover, and space. As the horses compete for the available resources, social stress would increase. Fighting and injuries to all age classes would increase as stallions protect their position at scarce water sources. Horses would spread further from the territory as they strive to find the needed cover and space. Ultimately, horses would be at risk of death due to a lack of forage and water, which would have obvious consequences to the health and long-term viability of the herd, as well as to individuals.

### Cumulative Effects

Cumulative impacts are the incremental impacts of the proposed action when added to other past, present, and reasonably foreseeable future federal, state, and private activities that overlap in time and space with the proposed action). There would be no management activities proposed under the no-action alternative, yet as previously discussed there are effects expected from this lack of action. Those effects, when combined with the effects from the activities discussed above, would result in cumulative effects to the horses and their habitat. With impacts to their habitat from the lack of action, the horses could ultimately be at risk of death due to a lack of forage and water. See Appendix A for a description of horse cumulative effects relevant to both alternatives.

## Alternative 2 – Proposed Action

Direct and Indirect Effects

### Habitat Components

The proposed AML was determined by considering the four essential habitat components—water, forage, cover, and space. The AML is the number of horses which results in a thriving natural ecological balance and avoids deterioration of the range. Thus, management of the horses within the range of the AML is expected to maintain the essential habitat components of water, forage, cover, and space for a healthy, sustainable horse herd. Design criteria were included in the proposed action to ensure the availability of the four essential habitat components (Table 3 above).

The adaptive management strategy identifies potential management actions which could occur if monitoring shows a threshold was met in any of the monitoring questions. The *Proposed Appropriate Management Level Determination* document noted although there appears to be sufficient forage, water, and cover available within the territory, many of the horses appear to be residing outside of the territory. Those observations indicate cover and space may be insufficient within the territory, but further monitoring is needed to better understand how the horses are using the territory. With the adaptive management strategy, if monitoring indicates a threshold has been met, management actions such as developing additional water sources (to draw the animals into under-utilized locations) and increasing fence permeability may be used to help improve the use of the territory by the horses.

To address fence permeability issues which have been observed or reported to be restricting horse access to a portion of the territory, the Forest Service will work with livestock permittees to ensure when cattle are not present, the gates will remain open for the horses to move freely. Where there are cattleguards without an adjacent gate, the Forest Service would place gates to allow for passage.

### Horse Herd

**Population Size**

An obvious effect to the population from both gathering/removing, and contraceptive use, would be a decrease in the population size. How quickly the population reaches the AML is inherently related to gather success, and level of contraceptive application. This information was included in the horse report, which was incorporated by reference, but discussed below for additional clarity.

Population modeling was conducted using the WinEquus program, version 1.4. Several different scenarios were modeled to inform the effects analysis. The results of the modeling, and identification of the parameters used, are available in the Population Modeling Report on the project website or project record. That information will not be reiterated here but is incorporated by reference.

The proposed action does not include removal only or contraception only scenarios, rather it is an adaptive approach where management will determine the degree to which these tools would be concurrently utilized based on the current conditions. The removal only scenarios were included here as demonstrations of what might happen to the population if this tool is used alone.

Since horses associated with this territory would be removed using primarily bait and trap methods, it is difficult to estimate what percentage of the total population can be gathered in one year. Scenarios were explored, assuming gathering 20 percent, 50 percent, and 80 percent of the herd each year.

The following scenario summaries all refer to the median trial for each scenario. One-hundred trials were run for each scenario over a 20-year time period for management actions of both removal and contraceptive application. Gathers would be ongoing using bait and trap methods, with horses being

removed until the AML is reached. Once the AML is reached, contraceptives would be administered to all mares over one year old. It must be reiterated that the proposed action is an adaptive management approach, under which contraceptives would be applied if monitoring shows a need, but for the modeling of these three scenarios, it is assumed contraceptives would be administered as described. Summaries to the remove and administer contraceptives scenarios follow:

- If 20 percent of the population can be gathered in one year, the average growth rate would be 19.6 percent. The appropriate management level would not be reached within the 20-year modeling period, with the average population ranging between 400 and 1,000 horses. More than 2,200 horses would be removed over the modeling period, with no application of contraceptives (because all horses gathered are removed in an attempt to reach the appropriate management level).

- If 50 percent of the population can be gathered in one year, the average growth rate would be 12.4 percent. The appropriate management level could be reached in about four years. Ongoing gathers of 50 percent of the herd to administer contraceptives is assumed in the model. This scenario includes the removal of approximately 1,000 horses, with approximately 175 mares being treated with contraceptives.

- If 80 percent of the population can be gathered in one year, the average growth rate would be 4.9 percent. The AML could be reached within two years. Ongoing gathers of 80 percent of the herd to administer contraceptives is assumed in the model. This scenario includes the removal of approximately 800 horses, with slightly more than 300 mares receiving contraceptives. But it must be noted this scenario is not likely to occur under the proposed action. For instance, the model assumes gathers would be ongoing to administer contraceptives to 80 percent of the mares over one year old, no matter the population level. The adaptive management component of the proposed action would allow for management actions to occur based on monitoring results, so contraceptives would be administered only as needed to maintain the population within the AML.

Removal only scenarios were also modeled. The average growth rate remains at about 19.6 percent for all three scenarios. The assumptions remain as discussed above, except no contraceptives would be administered.

- If 20 percent of the population can be gathered in one year, the AML would not be reached within the 20-year modeling period, with the average population ranging between 400 and 1,000 horses. More than 2,200 horses would be removed over the modeling period.

- If 50 percent of the population can be gathered in one year, the AML would be reached in about five years. Ongoing gathers of 50 percent of the herd to maintain the herd within the appropriate management level is assumed in the model. This scenario includes the removal of approximately 1,200 horses over the modeling period.

- If 80 percent of the population can be gathered in one year, the AML could be reached within two years. Ongoing gathers of 80 percent of the herd to maintain the herd within the appropriate management level is assumed in the model. This scenario includes the removal of approximately 1,000 horses over the modeling period.

*Heber Wild Horse Territory Management Plan Final Environmental Assessment*

With population modeling it is important to note a model reflects what might happen to a population if a given a set of assumptions about survival, reproduction, environmental variability, and management actions hold true. It is not an absolute prediction of what will happen. It is particularly difficult to reflect what might happen under an adaptive management strategy where management can and should change in response to monitoring rather than remaining static over the modeling period. But we can draw these conclusions:

- If only 20 percent of the population can be gathered each year, the AML will not be reached within the 20 years.

- If 50 or 80 percent of the population can be gathered, the AML could be reached in two to five years.

- Administering contraceptives has the obvious potential to substantially reduce the growth rate and ultimately reduce the number of horses which would need to be removed to maintain the AML.

If monitoring indicates a need, the herd age distribution and/or the ratio of male to females may be altered by controlling the release of certain horses back into the territory. Both management actions have the potential to reduce population growth.

### Overall Herd Health

Reducing population size by gathering and removing excess horses would ensure the remaining horses are healthy and vigorous, and not at risk of death or suffering from starvation due to a lack of forage and water. Administering contraceptives should help maintain the AML and may result in fewer removals and help reduce disturbance to individuals and the overall herd social structure. Instead of a chronic cycle of overpopulation and extensive removals, a consistent cycle of balance and stability would ensue, resulting in continued improvement of overall animal health.

In territories where there is an ongoing influx of breeding animals from other areas, such as this territory, contraception is not expected to cause an unacceptable loss of genetic diversity or an unacceptable increase in the inbreeding coefficient. For most horse herds, applying fertility control to a subset of mares is not expected to cause irreparable loss of genetic diversity. In fact, contraceptive treatment can result in improved longevity and ultimately an aging population, effectively lengthening generation time which is expected to slow the rate of genetic diversity loss. An analysis of the genetics within this territory has not been conducted to date, but it is included as part of the monitoring and adaptive management. If monitoring of the herd genetics indicates there is a concern regarding the genetic diversity, management actions such as introducing one to three young horses from outside the area would be taken.

Adjusting the sex ratio may result in alteration of the social structure by increasing male to male aggression, but it could also result in males of higher genetic quality becoming breeding stallions.

Implementing the other adaptive management techniques, such as tools to change the pattern of horse use, are expected to have beneficial impacts to the overall herd health. Changing the pattern of use by increasing fence permeability or developing additional water sources, can help make areas of the territory more accessible, reducing the competition for resources.

### Herd Dynamics

Managing the population within the AML would reduce the density of horses and thus reduce competition for resources, allowing horses to utilize preferred, quality habitat. Confrontations between stallions would become less frequent, as would fighting among bands at water sources. As a result, there would be fewer disturbances to individual animals and the herd, and a more stable social structure would result.

Using a passive gather technique to remove excess animals may result in more impacts to herd dynamics by the separation of members of individual bands. But there is some question about how detrimental it is to separate a band member.

The National Academy of Sciences committee review noted all fertility suppression has effects on mare behavior, but it could not conclude behavioral differences were due to contraceptives, rather than the fact treated mares had no offspring.

**Individual Horses**

The proposed action may result in minor direct and indirect effects to individual horses during any gathers and handling. The Forest Service will adhere to the standard operating procedures outlined in the Comprehensive Animal Welfare Program of the Bureau of Land Management for gathers (BLM 2015) and off range facilities, transportation, and adoptions (BLM 2016), to ensure horses are treated safely and humanely. A maintenance and care agreement would ensure humane treatment and care for adopted animals (see Forest Service Manual 2200 – Range Management, Chapter 2260 – Wild Free-Roaming Horses and Burros, 2265.5 - Maintenance and Care Agreement, pages 10-11).

Contraceptives have the obvious effect of temporary infertility in mares. No effects to an existing fetus are expected. It must be acknowledged that long-term or permanent sterility could be a result for some mares receiving multiple doses of contraceptives, although this has not been quantified. While long-term infertility or sterility is not the intended consequence of contraceptive use, it is not inconsistent with the purpose of reducing the population growth.

An indirect effect to mares treated with contraceptives would be an improvement in their overall health. Treated mares would not experience the biological stress of reproduction, foaling, and lactation as frequently as untreated mares, and their better health is expected to be reflected in higher body condition scores.

When a gathered horse has an existing debilitating injury, or if an animal is severely injured during a gather, the Forest Service will follow internal policy outlined in a Memorandum dated April 19, 2018 USDA Forest Service, Southwestern Region, Wild Horse & Burro Euthanasia & Humane Killing Policy.

## Cumulative Effects

See Appendix A. Cumulative Effects for a description of horse cumulative effects relevant to all alternatives.

### *Habitat Components*

Because the proposed action is expected to maintain the essential habitat components of water, forage, cover and space, the proposed action is not expected to add incrementally to the impacts to horse habitat discussed above. The following components of the proposed action help prevent substantial cumulative effects to the horse habitat:

- Prescribed burning – Design criterion Veg-1 limits prescribed burning within the territory to less than one-third of the total territory per growing season, which would help ensure not all the forage is impacted in one growing season, and thus reduce the potential for cumulative effects from prescribed burning.

- Noxious weeds – Design criteria Weeds-1 and Weeds-2 are expected to help ensure noxious weeds and invasive plants are not in advertently introduced into the territory and help limit the spread of existing populations.

- Drought – The monitoring plan identifies potential management actions in the case of drought. These responses would ensure habitat condition impacts related to horses would not combine with other stressors to exacerbate the impacts from drought.

*Horse Herd*

Because the effects to the horse herd under the proposed action are expected to be beneficial, they would not add incrementally to the impacts to horses discussed above.

# Watershed and Soils

This section is a summary of the Watershed Report which is incorporated by reference.

## Affected Environment

The following sections describe the existing condition of the affected environment for watershed resources in the Heber Wild Horse Territory Management Plan project area.

### Climate and Variability

The climate, for the most part, across the project area is characterized as semiarid and warm, with relatively low annual precipitation and a high number of sunny days. Past precipitation and temperature of the region has varied sharply at timescales ranging from annual to multi-decadal. Further details on climate and variability pertaining to the territory are found in the Watershed Report.

While the future of climatic variability and its effects across the Southwest remains uncertain, it is certain climate variability will continue to occur across the Apache-Sitgreaves National Forests, with higher probabilities of extended drought which can lead to dramatic impacts on the landscape. This has been taken into account with the analysis.

The territory has experienced precipitation shortages in the recent past. Yet, more recent favorable precipitation has alleviated less recent shortages. The long-term precipitation accumulation within the territory (the average SPI for the past 2 years) is currently at or near 0 (https://wrcc.dri.edu/wwdt/index.php?folder=spi24), indicating average results over the period. Should precipitation shortages return and continue for an extended period of time, the adaptive management strategy would allow for the development of additional water sources or other potential management actions.

### Watershed Condition

Watershed condition assessment is the process of describing watershed condition in terms of three discrete classes which reflect the level of watershed health. Primary emphasis is placed on indicators which directly or indirectly impact soil and hydrologic functions and riparian and aquatic ecosystems. These include past and current resource management activities (grazing, vegetation management, roads, recreation, etc.) and natural events and conditions (wildfire, climate variability, flooding, etc.).

Results from the analysis indicate all project area watersheds associated with the Heber Wild Horse Territory are functioning at risk (except the Upper Wildcat Canyon watershed, which represents one percent of the project area).

In focusing on the two major watersheds associated with the territory, Bear Canyon-Black Canyon and West Fork Black Canyon, these drainages are functioning at risk due to riparian conditions, road and trail erosion/sedimentation, soil conditions, and forest cover primarily from impacts still associated with the 2002 Rodeo-Chediski Fire. It is expected, as the watersheds continue to recover after the fire, these

conditions will improve over time. For more details on Watershed Conditions within the territory, please refer to the Watershed Report.

## Water Quality

To ensure compliance with the Clean Water Act, water quality standards are set by the Arizona Department of Environmental Quality (ADEQ). Arizona's Surface Water Quality Standards define water quality goals by designating uses for waterbodies, setting criteria to protect those uses, and establishing provisions to preserve water quality. These water quality standards are examined for changes on a 2-year rotating basis. The current standards are documented in the Arizona Administrative Code (AAC) Title 18 Chapter 11. Article 1 "Water Quality Standards for Surface Waters.

Under Section 303(d)(1) of the Clean Water Act, states are required to develop a list of waters which are not in compliance with water quality standards and to establish a total maximum daily load (TMDL) for each pollutant.

Within plan area watersheds, there are no impaired streams and one impaired lake, Black Canyon Lake.

Black Canyon Lake was initially listed on the 2010 State of Arizona 303(d) for ammonia. The listing was made due to two water quality monitoring sample results from May 14, 2004 and August 19, 2004. These samples were taken a short time after the Rodeo-Chediski Fire, which burned across the territory in 2002. The increased ammonia levels were most likely related to the then recent large wildfire.

The ADEQ did more recent sampling of the lake for ammonia on October 17, 2017, June 7, 2018, and June 11, 2019. There were 5 samples taken (some at multiple depths). Arizona's 2022 Clean Water Act Assessment reported that Black Canyon Lake was partially delisted. The impairment for ammonia exceedance was removed on May 11, 2020 due to decreased levels, and a new impairment for mercury exceedance was added at 34°20'31.54"/110°40'13.42". Sampling details associated with the mercury exceedance is currently not available. Cause(s) for mercury impairment in Black Canyon Lake have not been evaluated at this time, and the development of a Total Maximum Daily Load is listed as a low priority.

## Water Quantity

Water quantity conditions were based on previously completed Watershed Condition Classification (WCC) evaluation results using the WCC system (USDA Forest Service 2011). Water quantity condition indicator results for watersheds (HUC 12 level) associated with the territory are shown in the Watershed Report. Four of five watersheds show "good" water quantity. One watershed, West Fork Black Canyon, is considered "poor" because of the presence of a dam (Black Canyon Lake) which considerably alters the natural stream hydrograph of West Fork Black Canyon.

## Riparian

A representative portion of riparian areas found within the Heber Wild Horse Territory area were evaluated from 2013 to 2018 using the proper functioning condition protocol (see Watershed Report for details) to determine both riparian potential and functionality.

Of the ten surveyed riparian areas in the territory, it was determined all surveyed reaches were functioning at risk except Hangman Draw and the West Fork Black Canyon Creek below Black Canyon Lake, which were found to be at proper functioning condition.

The majority of the proper functioning conditions rating being "functioning at risk" primarily includes effects from the 2002 Rodeo-Chediski Fire, road placement, grazing of cattle and wild ungulates, and

mining. Since horses were grouped into "wild ungulate impacts," impacts associated with horses could not be distinguished from those of wild ungulates.

## Water Resources

Figure 3 illustrates locations of water sources within the Heber Wild Horse Territory. There are no perennial streams within the territory. However, approximately 45 miles of intermittent and 15 miles of ephemeral streams are located within the territory. Intermittent streams generally respond to spring runoff during the months of March through May as well as monsoonal precipitation which occur between the months of July through September. The largest intermittent streams in the territory include Black Canyon and West Fork Black Canyon and associated tributaries. These intermittent drainages provide seasonal water to livestock, wildlife, and horses, generally in the spring and summer months and possibly during warmer periods of the winter after periods of snowmelt.

It is assumed during the coldest months of the year (December through March), some or all of these water sources may freeze over. During the other months of the year, livestock, wildlife, and horses would be able to obtain water during normal years but most water sources, with the exception of Black Canyon Lake, dry up during extreme drought periods as was observed in 2018.

Generally, within the Heber Wild Horse Territory, reliable water sources are less than two miles apart. In the territory only 443 acres are further than two miles from water (Apache-Sitgreaves National Forests GIS data), thus, the amount of forage not available due to distance from water is very low. A photographic description of developed water sources within the territory is provided in Appendix C of the *Proposed Appropriate Management Level Determination* document (available on the project website and in the project record). Further details on water resources within the territory are found in the Watershed Report.

### *Determination of Water Sufficiency*

As detailed in the *Proposed Appropriate Management Level Determination* document, there are generally sufficient water sources within the Heber Wild Horse Territory to keep horses watered year-round. The water sources are reliable (under normal conditions) and well distributed across the territory (Figure 3). However, during extreme drought years, most of the water sources may go dry.

The limiting factor appears to be during the winter months (December through March) when, during normal precipitation years, over one foot of snowpack could be present in the summer range area of the territory (the western area), and stock tanks freeze over. Although not ideal, studies by Medjell and others (2005) and Salter and Hudson (1979) suggest horses will consume snow in lieu of water for survival. With this information, it is assumed the territory would provide sufficient water sources for horses in the winter, except during years of extreme drought.

## Soils

Overall, a majority of the soils in the Heber Wild Horse Territory are in satisfactory condition (Table 8). The areas which are impaired experienced high burn severity during the Rodeo-Chediski Fire and are still recovering from post-fire effects, namely accelerated erosion and the subsequent impact on soil productivity. Further, drought over the past decade slowed post fire recovery. Compaction effects on the soil from grazing ungulates has further exacerbated the impairment. It is not discernible whether the impacts are primarily from wildlife, horses, or cattle. Further details on soils within the territory are found in the Watershed Report.

*Heber Wild Horse Territory Management Plan Final Environmental Assessment*

**Table 8: Region 3 Soil Condition Class for the Heber Wild Horse Territory.**

| Soil Condition Class | Acreage | Percentage |
|---|---|---|
| Satisfactory | 16,865 | 86% |
| Impaired | 2,758 | 14% |
| Unsatisfactory | 0 | 0% |
| Inherently Unstable | 0 | 0% |
| Not applicable | 48 | 0% |
| Grand total | 19,671 | 100% |

## Effects Analysis

### Issues and Concerns

No issues were identified during scoping relating to water and soil resources which warranted another alternative to be analyzed in detail. However, the following concerns were raised and were used to focus this analysis.

Effects of implementing a management plan on water quality:

- Excess sediment caused by horse activity in stream channels and riparian areas
- Chemical and biological water quality

Effects of implementing a management plan on water quantity:

- Availability of adequate water sources to sustain horses, cattle, wildlife, and aquatic habitat, etc.

Effects of implementing a territory management plan on soil properties:

- Soil quality as measured by USFS Region 3 Soil Condition Rating Guide

Effects of implementing a management plan on riparian resources:

- Proper functioning condition as assessed by using the proper functioning condition protocol

## Alternative 1 – No Action

### Direct and Indirect Effects

The continuation of no management—the no-action alternative—will have negative direct and indirect effects on watershed resource indicators (water quality, water quantity, riparian, and soil resources). Studies in other horse territories across the western United States have shown that unmanaged horses contribute to streambank alteration and riparian degradation (Kaweck et al. 2018). Table 9 summarizes potential direct and indirect effects from the no-action alternative.

*Heber Wild Horse Territory Management Plan Final Environmental Assessment*

**Table 9: Summary of anticipated direct and indirect effects to watershed resource indicators from no action.**

| Resource Element | Resource Indicator | No action |
|---|---|---|
| Water Quality | Sediment Delivery | A wild horse territory management plan would not be implemented. Horse population modeling predicts significant increases in horse numbers over time. Based on these population increases and the inability of the Forest Service to manage horses (no implementation of design features and best management practices), increased populations would produce impacts to streambanks where water sources exist. Increased bank instability and associated sedimentation are predicted. |
| Water Quality | Chemical Water Quality | Due to anticipated increases in horse populations and lack of management, increases in nitrogen, phosphorus, carbon, and ammonia[10] from horses at territory water sources are expected. Of particular concern is Black Canyon Lake, which is a heavily used recreation site in the territory. |
| Water Quantity | Water availability for horses and other resources | Anticipated increases in horse populations (as shown through modeling), as well as the uncertainty of reliable water sources and climate variability, would likely lead to a shortage of available water for horses and other physical and biological resources in the future. |
| Riparian Areas | Potential disturbance | Horse population modeling predicts increases in horse numbers over time. Based on these population increases and the inability of the Forest Service to manage horses (no implementation of design features and best management practices), increased populations would produce impacts to streambanks and associated riparian areas over time. |
| Soils | Soil Quality | Horse population modeling predicts increases in horse numbers over time. Based on these population increases and the inability of the Forest Service to manage horses (no implementation of design features and best management practices), increased populations would produce impacts to streambanks and associated riparian areas over time. |

Streambank alteration from horses causes bank instability. During increased streamflow, bank instability causes streambank erosion that impacts water quality. Further, the instability causes the stream channels to widen and down cut, thus impacting floodplain function, which further impacts riparian health.

Further studies have shown that unmanaged horse use contributes to impacts to overall soil condition and erosion potential as well. Unrestricted horse use can result in high levels of bare ground (Davies and Boyd 2019). Further, studies indicate bare ground in riparian areas occupied by horses was approximately seven times greater than in areas from which horses were excluded (Boyd et al. 2017). Several studies have documented increased soil compaction and decreased water infiltration in response to use by horses due to trampling (Beever and Aldridge 2011, Beever and Herrick 2006, Turner 1987. Additionally, increases

---

[10] The increased levels of ammonia in Black Canyon Lake in 2004 were attributed to the recent large Rodeo-Chediski fire, since ammonia is a known by-product of wildfire. However, high levels of horse usage in the future could contribute to increased nutrients in the lake, including ammonia. The recent drop in ammonia to acceptable levels show that horses are not likely contributing to increased levels at this time.

in horse population from lack of management, can alter plant community composition, diversity, and structure, which ultimately impacts soils (Davies and Boyd 2019).

An overpopulation of horses could result in overuse of water resources (Table 9) and competition for the resource with other wildlife and livestock. Increasing horse populations could affect such water quality parameters such as nitrogen, phosphorus, carbon, and ammonium, particularly at Black Canyon Lake (Footnote 10).

It is anticipated that climate variability will impact water quantity in the Heber Wild Horse Territory through hotter and drier periods which can alter stream flow regime, groundwater supply, and upland and riparian vegetation conditions. This potential change could make water in the territory less available and impact the viability of the territory to sustain horses throughout the entire year. Further, the scarcity of water could force horses to look for water in sensitive riparian habitats and springs both within and outside the territory, putting more pressure on these resources.

## Cumulative Effects

See Appendix A for a description of watershed cumulative effects relevant to all alternatives.

There is potential, when adding effects from the no action with the ongoing and future activities, for there to be effects to the water quality, riparian, and soil condition indicators. This is due to horse populations which are expected to exponentially increase should no management occur. Therefore, these indicators have all been changed from either good to fair, or fair to poor, to show these impacts (see tables in Appendix A). It is anticipated that overall water quantity would not be impacted as horses would not drink enough water to change flow regime.

In terms of the overall watershed condition, while we anticipate localized effects to water quality, riparian and soils, we do not expect that these effects, when added with ongoing activities, to change the watersheds to an impaired function.

# Alternative 2 – Proposed Action

## Direct and Indirect Effects

Direct and indirect effects for all watershed resource indicators for alternative 2 (proposed action) show that minor effects to riparian, water quality, and soils conditions are anticipated. There are not anticipated negative effects to water quantity.

With implementation of the appropriate management level of 50 to 104 horses, best management practices, mitigation measures, monitoring, and adaptive management, effects will be minimal and consistent with state and federal laws and land management plan guidance. Table 10 discloses the direct and indirect effects for the watershed resource indicators for the proposed action.

*Heber Wild Horse Territory Management Plan Final Environmental Assessment*

**Table 10: Summary of direct and indirect effects to watershed resource indicators from the proposed action**

| Resource Element | Resource Indicator | Measure | Proposed Action |
|---|---|---|---|
| Water Quality | Sediment delivery | Impacts from proposed project activities after design features and best management practices implemented | All proper functioning condition reaches expected to remain satisfactory or improve to acceptable condition should the appropriate management level be implemented and best management practices and mitigation measures be implemented, and monitoring and adaptive management principles followed. |
| Water Quality | Chemical water quality | Impacts from proposed project activities after design features and best management practices implemented | Chemical water quality will remain stable or improve should the appropriate management level be implemented and best management practices and mitigation measures be implemented, and monitoring and adaptive management principles followed. |
| Water Quantity | Water availability for horses and other resources | Impacts to water availability. | Water quantity for horses and other resources will be sustained should the appropriate management level be implemented and best management practices and mitigation measures be implemented, and monitoring and adaptive management principles followed. |
| Riparian Areas | Potential disturbance | Potential disturbance to riparian areas from proposed project activities after design features and best management practices implemented | All proper functioning condition reaches expected to remain satisfactory or improve to acceptable condition should the appropriate management level be implemented and best management practices and mitigation measures be implemented, and monitoring and adaptive management principles followed. |
| Soils | Soil quality | Region 3 Soil Condition Rating Guide (USDA Forest Service 2013, 1999) | Sites surveyed using USFS Region 3 protocols would be expected to be mostly satisfactory conditions and improving trends. |

Under the proposed action, potential impacts to watershed resources include: chemical water quality from horse waste in water sources (especially Black Canyon Lake), sedimentation from horses and related horse management activities (use of roads and off-road travel for management), riparian and stream channel impacts from horse use, upland and riparian soil impacts from horses and horse related activities, and impacts to water quantity from horse use would be managed to acceptable levels.

Under the proposed action, the appropriate management level was developed to determine how many horses the Heber Wild Horse Territory can sustain while protecting important resources such as soil and water. By implementing the proposed appropriate management level of 50 to 104 horses, horse populations would be managed to live symbiotically with the other resources in the territory, including other natural resources (wildlife, soils, and water) and human resources (recreation and livestock). In

addition to implementation of the appropriate management level of 50 to 104 horses, the proposed action is predicated on monitoring and adaptive management.

Potential impacts to water quality, water quantity, and soils and riparian resources would be similar to the effects discussion from the no-action alternative. It is documented that unmanaged horse use can impact stream and wetland resources through bank trampling, which impacts stream channel morphology, floodplain function, water quality and riparian health. Further, it is also documented that unmanaged horses impact soil condition, including increases in bare ground where horses congregate (including riparian areas), increased compaction, increased erosion, and decreased water infiltration from trampling.

The development of the proposed permanent working facility in Alternative 2 will impact 61 acres of Bear Canyon-Black Canyon watershed while also removing these acres from grazing and timber suitability. Design criteria would limit effects to the surrounding territory and the overall footprint of the facility is not expected to affect the watershed function.

Monitoring of water quality, upland soils, and riparian areas would continuously inform if watershed resources were being impacted from horse activity. Should it be discovered horses are causing resource conditions to move away from desired conditions; adaptive management, including gathers and removal of excess horses, population control, reevaluation of the appropriate management level, and consideration of fencing at sensitive resource areas, can all be considered. A reevaluation of the AML would require an assessment for sufficiency of the existing NEPA analysis or supplemental NEPA.

Climate variability over time will also be considered to determine if additional water sources are needed or if climate and resource conditions have changed to the point where the territory cannot support the established appropriate management level. In that case, reevaluation of the appropriate management level in regard to water sources will occur. Alternative 2 allows for proposed stock tanks to be developed in the event additional water sources above baseline are needed.

The proposed action provides the Forest Service with the management flexibility to support horses within the territory while sustaining watershed resources. This alternative will help forest management to move closer to desired conditions related to water, soils, and riparian resources.

The proposed action would move the territory closer to desired conditions related to water, soils, and riparian resources. Implementing adaptive management strategies would allow for horse management actions to be implemented should horses be determined to cause watershed resource damage.

## Cumulative Effects

See Appendix A for a description of watersheds cumulative effects relevant to all alternatives.

In looking at the proposed projects which are ongoing or will be implemented in project area watersheds in the coming years (see Appendix A), the projects which could impact surface water resources would include past wildfire and vegetation management projects (including prescribed fire, road-related maintenance, and livestock grazing). Resource protection measures and best management practices specific to those projects would protect water quality, aquatic habitat, riparian and wetland resources, and road conditions.

The current watershed condition class for plan area watersheds are anticipated to remain stable or improve with implementation of the proposed action.

*Heber Wild Horse Territory Management Plan Final Environmental Assessment*

# Rangeland Vegetation

This section is a summary of the Range Resources Report which is incorporated by reference.

## Affected Environment

This analysis divides the range resource into two main components: the rangeland vegetation and the livestock grazing management. For this analysis, the effects to the rangeland vegetation will be disclosed as expected changes in utilization levels, species composition, and potential changes to noxious weed infestations. Effects to livestock grazing management will be disclosed as expected changes to the permitted livestock grazing, that is, the number of cattle authorized and how they graze the area (grazing strategy).

When the territory was established, it overlaid portions of the already established Black Canyon and Heber grazing allotments. The territory overlays the Sharp Hollow, King Philip, and portions of the Stermer pastures of the Black Canyon grazing allotment, and portions of the Gentry, Bunger, and Holding pastures of the Heber grazing allotment, all of which have permitted livestock grazing. Figure 6 displays the grazing allotments in relationship to the Heber Wild Horse Territory.

The Black Canyon allotment is approximately 17,006 acres, of which approximately 10,195 acres are within the territory. The Black Canyon allotment has a total of five pastures, three of which are in the territory; the Nelson and Porter pastures are both on the north side of Highway 260 and completely outside of the territory. The Heber allotment is approximately 156,700 acres, of which 9,349 acres are within the territory. Eleven pastures within the Heber allotment are completely outside the territory while three pastures are within the territory. Table 11 displays the number of acres and the percentage of each pasture within the territory.

**Table 11: Allotments and pastures within the Heber Wild Horse Territory**

| Allotment | Pasture | Total Acres in Pasture | Acres of Pasture within the Territory | Percentage of Pasture within the Territory |
|---|---|---|---|---|
| Black Canyon Allotment | Sharp Hollow Pasture | 4,935 | 4,935 | 100% |
| Black Canyon Allotment | King Philip Pasture | 4,588 | 4,588 | 100% |
| Black Canyon Allotment | Stermer Pasture | 3,305 | 672 | 20% |
| Heber Allotment | Gentry Pasture | 17,909 | 7,326 | 41% |
| Heber Allotment | Bunger Pasture | 21,954 | 1,892 | 9% |
| Heber Allotment | Holding Pasture | 601 | 131 | 22% |



**Figure 6: Grazing allotment pastures within Heber Wild Horse Territory.**

## Rangeland Vegetation

The vegetation in the project area ranges from pinyon-juniper woodlands at the lower elevations to mixed conifer on the higher northern aspects. However, the primary vegetation type is ponderosa pine (*Pinus ponderosa*) which occurs in both dense and open stands. In June 2002, the Rodeo-Chediski Fire burned approximately 15,405 acres (78 percent) of the territory. Of that total, 5,848 acres (38 percent) were moderately to severely burned resulting in significantly altered vegetative conditions. Ponderosa pine,

juniper (*Juniperus* spp.), oak (*Quercus* spp.), aspen (*Populus tremuloides*), and mixed conifer are currently regenerating on these sites.

*Species Composition*

Long-term trend monitoring plots have been established in both the Black Canyon and Heber allotments in areas within the territory. Plant frequency, ground cover, and species composition are monitored using the common non-forested vegetation sampling protocol. In the Black Canyon allotment, all plots have a high amount of ground cover, ranging from 63 percent to 87 percent. Blue grama (*Bouteloua gracilis*), needle and thread (*Hesperostipa comata*), and mountain muhly *(Muhlenbergia montana)* are the predominant forage species. In the Heber allotment, the ground cover ranged from 70 percent to 77 percent when the plots were read in 2010. Blue grama is the dominant forage species, with Kentucky bluegrass (*Poa pratensis*) and Threeawn species (*Aristida* spp.) present as co-dominants. Monitoring indicates the ground cover is as identified for desired conditions and the species composition is static or trending towards an increase in ecologically desirable species.

To augment the long-term trend plot data, additional ground cover, species frequency, and plant composition data were collected in 2005, 2008, and 2018 within the territory. Data were collected by terrestrial ecosystem survey map unit, with desired conditions developed based on the potential natural vegetation as well as current onsite conditions. Desired conditions must be feasible and related to site potential of any given site according to Forest Service Handbook 2209.13 Chapter 90 (R3 supplement 2209.13-2016-1). Many of these plots are in locations dissimilar to the key areas regularly monitored for livestock management purposes, so they provide a broader overview of the plant communities across the territory. In general, the data indicate a slight decrease in herbaceous species diversity immediately following the fire. This decrease is expected as the plant communities continue to recover in areas which were intensely burned; for the first few years an influx of weedy species is expected, which then decreases as the plant community recovers. The amount of bare ground has decreased across the area; however, on some sites much of the decrease is due to an increase in litter (much of it is large woody debris) as the fire-killed trees continue to deteriorate. On some forested sites (or soil map units which were forested prior to the fire), an increase in shrubs was noted. New Mexico locust (*Robinia neomexicana*) increased on some sites burned with a high level of severity, in some areas to the point where forage production decreased, and the sites were nearly inaccessible. Overall, the ground cover and species composition across the territory indicate a healthy plant community. Forage production data were also collected at each plot. A discussion of the calculated available forage derived from the forage production data is included in the *Proposed Appropriate Management Level Determination* document prepared for the project.

*Forage Utilization Levels*

District personnel routinely collect forage utilization data on key areas in the Black Canyon and Heber grazing allotments. A key area is a sampling site deliberately selected to represent a management unit. While the data are collected to help with livestock management, there is no distinction between cattle, horse, or wildlife use. Utilization levels for both allotments, 2009 to 2019, are displayed in Table 12 and for the Black Canyon Allotment only, 2020 to 2022 in Table 13. The utilization monitoring data indicate the forage utilization levels have been fairly low across the area.

In the Black Canyon allotment, there are nine key areas within the territory where utilization data have been collected since 2001. The predominant method for collecting data is the height/weight method (Smith et al. 2012) with grazed class and ocular methods used to a lesser extent. Since 2005, all measurements were taken post livestock removal from the pasture. Utilization levels in the King Phillip, Sharp Hollow, and Stermer pastures have been low since 2007, with utilization of perennial grasses

ranging from 0 percent to 36 percent (the 36 percent occurred in 2016) and utilization on the key tree species narrowleaf cottonwood (*Populus angustifolia*) ranging from 0 percent to 33 percent (the 33 percent occurred in 2018).

For the Gentry and Bunger pastures of the Heber allotment, utilization data have been collected using the landscape appearance method (Smith et al. 2012) due to the lack of height/weight chart availability for some of the key species occurring in the allotments. Five of the key areas for the Gentry and Bunger pastures are within the territory. From 2005 through 2017, the utilization in the Gentry and Bunger pastures ranged from none (0 to 5 percent) to moderate (41 to 50 percent), with most of the readings in the none-to-slight (0 to 20 percent) range, and only five readings in the moderate range. These low levels of use indicate that the area is not repeatedly overgrazed by cattle, horses, or wildlife, or any combination thereof in recent time.

In 2021 on the Heber Allotment, pastures which contain portions of the territory were not grazed by cattle due to concerns about lack of adequate forage and water availability. Reducing the number of horses to the AML will lead to more equitable forage availability and use for livestock, wild ungulates, and promote a thriving natural ecological balance.

The Black Canyon Allotment was determined to have adequate forage and was grazed by cattle as planned. Monsoonal rains in late summer and fall 2021 alleviated forage production concerns within the territory. Cattle also grazed the Black Canyon Allotment in 2022.

### Noxious Weeds

The Apache-Sitgreaves National Forests has an integrated forest-wide noxious weed management plan (USDA Forest Service 2008) in place to address the treatment of noxious weeds and invasive plants. Noxious weed occurrences, treatment, and monitoring are all recorded in the Forest Service agency-wide Natural Resource Manager database. Noxious weeds and invasive plants are not currently a significant issue in the territory. There is one occurrence (approximately one acre) of spotted knapweed (*Centaurea stoebe*) recorded within the territory. This occurrence has been treated and has not re-occurred since 2012. There are also scattered bull thistle (*Cirsium vulgare*), cheatgrass (*Bromus tectorum*), and common mullein (*Verbascum thapsus*) within the territory, but these are not a priority for treatment at this time as the risk of spread is low. Outside the delineated boundary of the territory, there is one recorded occurrence of yellow star-thistle (*Centaurea solstitialis*) about four miles from the territory. That occurrence was treated and has not re-occurred since 2015. There was also one occurrence of Dalmatian toadflax (*Linaria dalmatica*) approximately one mile outside the territory which was treated and has not re-occurred since 2008.

**Table 12: Summary of percentage forage utilization in the Black Canyon and Heber allotments, 2009–2019.**

| Allotment | Pasture | Metric | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Black Canyon | King Philip | Key grasses | 1 to 8 | 0 to 4 | 0 to 23 | 0 to 4 | 0 to 4 | 1 to 21 | - | 1 to 36 | 0 to 10 | 0 to 30 | 0 to 5 |
| Black Canyon | King Philip | Narrowleaf cottonwood | 1 | 1 | 2 | 15 | 3 | 5 | - | 12 | 6 | 33 | 0 |
| Black Canyon | Sharp Hollow | Key grasses | 0 to 11 | 0 to 23 | 0 to 4 | 0 to 15 | 5 | 0 to 5 | 0 to 5 | 1 to 12 | 0 to 6 | 0 to 15 | 0 to 6 |
| Black Canyon | Sharp Hollow | Narrowleaf cottonwood | 5 | 5 | 3 | 4 | 11 | 2 | 4 | 0 | 1 | 15 | 0 |
| Black Canyon | Stermer | Key grasses | 1 to 4 | 0 to 3 | 2 to 9 | 8 to 20 | 0 to 2 | - | 0 to 3 | - | 5 to 12 | 3 to 20 | 1 to 8 |
| Heber | Bunger | Landscape appearance* | N | N | S | N to S | N to L | N to L | S to L | S to L | N to L | No data | No data |
| Heber | Gentry | Blue grama (height/weight) | - | - | 11 | - | 6 | 29 | 20 | 24 | 13 | No data | No data |
| Heber | Gentry | Landscape appearance* | S to L | S | S | S to L | N to L | S to M (50 on one site | S to L | N to M (45 on two sites) | S to M (45 on one site) | No data | No data |

**Table 13:Summary of percentage forage utilization Black Canyon Allotment 2020 to 2022.**

| Allotment | Pasture | Metric | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|
| Black Canyon | King Philip | Key grasses | 1 to 10 | 0 | - |
| Black Canyon | King Philip | Narrowleaf cottonwood | 1 | 0 | - |
| Black Canyon | Sharp Hollow | Key grasses | 0 to 6 | 1 | 0 to 7 |
| Black Canyon | Sharp Hollow | Narrowleaf cottonwood | 9 | 2 | 1 |
| Black Canyon | Stermer | Key grasses | 2 to 18 | - | - |

Case 3:24-cv-08148-JJT    Document 64-10    Filed 04/23/26    Page 70 of 203

*Heber Wild Horse Territory Management Plan Final Environmental Assessment*

## Livestock Grazing Management

Table 14 displays the permitted livestock grazing for each of the allotments, as well as the total permitted head months (a head month is one animal for one month) for the allotment and for that portion within the territory.

**Table 14: Permitted livestock grazing in the Heber Wild Horse Territory on the Black Canyon and Heber allotments.**

| Allotment | Number of Head | Season of Use | Permitted Head Months on Allotment (number of head X months) | Percentage of Allotment in Horse Territory | Permitted Head Months in Horse Territory |
|---|---|---|---|---|---|
| Black Canyon | 60 cow/calf pairs (c/c) | 6/1-10/31 | 300 | 60% | 180 |
| Heber | 905 c/c | 5/1-10/31 | 5,430 | 6% | 326 |

The most recent allotment management plan for the Black Canyon Allotment was implemented in 1998. The plan was developed following site-specific environmental analysis with the decision notice signed November 20, 1998 (USDA Forest Service 1998). That plan implements a five pasture, deferred rotation grazing system, with a season of use of June 1 through October 31, an allowable utilization level of 25 percent, and 60 cow/calf pairs of permitted livestock. When the management of the Black Canyon allotment is reassessed, the utilization level is expected to be raised from a light to non-use level of 25 percent to a conservative use level of 35 percent, based on the improvement in rangeland conditions which has occurred since 1998. Holechek and Galt (2000) have shown, based on review of numerous grazing intensity studies, conservative use (31 to 40 percent average use of primary forage species) consistently provides for improved forage production and vegetative composition in the arid southwest.

A site-specific National Environmental Policy Act analysis was completed for livestock grazing on the Heber Allotment, with the Decision Notice signed on November 9, 2020 (USDA Forest Service 2020). That Decision Notice initially authorized grazing at 905 head of cattle for six months (5430 Animal Unit Months or AUMs). This re-authorization of livestock grazing will include a monitoring plan and will use adaptive management strategies to provide flexibility to adjust management to fit changing resource conditions. Total use at the end of the grazing season would be maintained within conservative use levels of 25-35%. Numbers on the allotment may be adjusted, validated by monitoring, up to 7,600 AUMs and a six-month grazing season from May 1 to October 31. The Territory only occupies six percent of the Heber Allotment.

## Effects Analysis

The appropriate management level proposed was developed in part based on the forage produced by the rangeland vegetation within the territory (the appropriate management level determination also considers the other habitat requirements besides forage). This analysis discloses the effects to the rangeland vegetation which produces those forage resources, thus the spatial boundary for analyzing the direct and indirect effects to the rangeland resources is the territory boundary. It is acknowledged the horses are free-roaming and their range extends beyond the territory. Implementing a territory management plan which manages the horse population at AMLs would likely have a beneficial impact to resources beyond the territory boundary. Those activities beyond the project area have a diminished effect on the rangeland vegetation and livestock grazing management within the territory.

*Heber Wild Horse Territory Management Plan Final Environmental Assessment*

## Issues and Concerns

The following concerns were used to focus the effects analysis of the range resource. Indicators used to measure and disclose effects are listed below each concern. 'Implementing a management plan' is used here to include setting the appropriate management level at 50 to 104 horses and managing the territory within the range by implementing management actions. It also includes implementing an adaptive management strategy which could result in management actions based on monitoring results. Because an adaptive management strategy is part of the proposed action, the underlying basis for this analysis is monitoring and potential management actions would occur, if needed, to move toward meeting desired conditions. No issues relating to rangeland resources were identified during scoping that warranted another alternative to be analyzed in detail.

Effects of implementing a management plan on rangeland vegetation:

- Potential changes in utilization levels

- Potential changes in species composition

- Presence or absence of noxious weeds

Effects of implementing a management plan on livestock grazing management:

- Potential changes in authorized livestock grazing/grazing strategy

# Alternative 1 – No Action

## Direct and Indirect Effects

By definition, direct and indirect effects result from the proposed action and thus are not germane to the no-action alternative. However, not managing the free roaming horses would result in effects to the range resource elements. Those effects will be qualitatively discussed here, organized by the indicators identified above.

Under the no-action alternative, the horse population would continue to grow unchecked. Population modeling using the WinEquus program (results of modeling, and details of parameters used, are available in the project record) indicates the horse population, left unchecked, could grow to an average population of over 1,900 horses over ten years, with the most typical trial showing a potential maximum population of over 2,600 horses. When modeled over 20 years, the average population size ranges from over 2,700 to over 8,000 horses, with the most typical trial indicating a potential maximum population of nearly 16,000 horses.

The upper limit (104) of the AML is the number of horses which results in a thriving natural ecological balance and avoids deterioration of the range. Thus, any exceedance of this limit has the potential to disrupt the balance and lead to deterioration of the range. The more time it takes to reach the AML, the greater the risk for deterioration of the range, and the greater the potential for that deterioration to be severe and irreversible.

### *Rangeland Vegetation*

**Potential Changes in Utilization Levels**

If the horse population increases as modeled, the utilization levels would increase, and the established allowable use levels of 35 percent would be exceeded. As disclosed in the *Proposed Appropriate Management Level Determination* document, the AML (50-104 horses) would be in balance with the other grazers in the territory, allowing forage to be available for permitted livestock grazing, wildlife,

watershed protection, and plant health. As the horse population increases and utilization levels rise, resource damage would occur, and there would be a shortage of forage, not only for the horses but for all grazing animals in the territory.

It is noted that horses, as cecal digesters, are considered one of the least selective grazers. Being cecal digesters allows them to consume high fiber foods and digest larger food fragments (Hanley and Hanley 1982, Beever 2003). Horses have prehensile lips and upper front incisors, both are attributes cattle lack which allow horses to trim vegetation more closely to the ground (Menard et al. 2002, Beever 2003). These physical differences between horses and other grazers result in less selective grazing and potentially higher utilization levels in areas used by horses when compared to areas grazed by cattle or other ungulates.

As noted in the *Proposed Appropriate Management Level Determination* document, approximately 9,490 pounds of forage are needed per horse for a year, and there is approximately 1.9 million pounds of forage available to grazing animals within the territory. Those numbers indicate a population of 200 (1.9M divided by 9,490) horses within the territory would result in excessive utilization, with no forage remaining for other grazers. According to WinEquus modeling completed for horses sighted within the territory during the 2017 census flight, the number could have been reached as soon as 2024 (if the most typical trial had been used). It is important to note population modeling is not an absolute predication of what will happen. Rather it reflects what might happen to a population if a given a set of assumptions about survival, reproduction, environmental variability, and management actions hold true.

**Potential Changes in Species Composition**

Grazing, whether it be by permitted livestock or horses, results in direct impacts of defoliation to individual plants and can result in an alteration of canopy structure to the plant community, if unmanaged. Plant reactions to those direct impacts depend on the ability of the individual plant to compensate for defoliation and the relative impact of the removal on competitive relationships in the canopy. In general, the replacement of tall and/or mid-grasses by short-grasses is a common response to grazing pressure across plant communities worldwide (Milchunas and Lauenroth 1993).

Smith and others (2012) noted when impacts to a plant community are severe, or of long duration (as repeated heavy grazing would be to these plant communities), dramatic changes in species or life form composition of the vegetation may result. In some cases when those impacts are reduced or removed, the plant community reestablishes as it was prior to the impacts. However, in other cases, the plant community has crossed a threshold as a result of those stressors and will not revert to its previous state.

As noted in the affected environment section for rangeland vegetation, the current species composition indicates healthy plant communities, with species composition static or trending toward an increase in desirable species. This static, or trending toward desired plant communities, are a result of management of past and current grazing intensities. The *Proposed Appropriate Management Level Determination* document notes when the Black Canyon allotment underwent site specific analysis prior to 1998, the utilization level was set at 25 percent, based on the rangeland conditions at the time. When the management of the allotment is reassessed, the allowable use level is expected to be raised to 35 percent, based on the improvement in rangeland conditions which have occurred since 1998 as well as scientific studies have shown a conservative use level of 35 percent provides for the physiologic needs, recruitment, and increased ground cover and diversity of herbaceous forage plants (Holechek and Galt 2000).

For the Heber allotment, the previous utilization level was 25 percent based on past conditions and the current analysis on the allotment recommends a conservative use level up to 35 percent, again based on improved rangeland conditions and scientific studies. If the horse population continues to increase,

causing increased utilization to excessive levels as expected, excessive use would be reflected in changes in species composition as tall and/or mid-grasses are replaced by short-grasses and desirable species are replaced by less desirable species. With continued stress, the plant communities would eventually cross a threshold and would not be able to return to their previously static, or trending towards desired states.

**Presence or Absence of Noxious Weeds**

As noted in the affected environment section for rangeland vegetation, noxious weeds and invasive plants are not currently present as widespread dominant populations which would be an issue in the territory. If the horse population continues to increase and the thriving natural ecological balance is disrupted as expected, noxious weed and invasive plant populations would be expected to increase, as they have a variety of mechanisms which give them a competitive advantage over native species. Invasive plants often produce abundant seed; have extensive root systems; establish and spread in a wide range of habitats; grow rapidly; initiate growth earlier or later in the season than native plants; exploit water and nutrients better; and have no native competitors. According to Sieg and others (2003), invasive species can displace native plants, outcross with native flora, alter nutrient cycling and other ecosystem functions, and even change the flammability of an ecosystem (e.g., cheatgrass). Once invasive plants begin to dominate native plant communities, a loss of species diversity, composition, and ecosystem function could occur.

*Livestock Grazing Management*

**Potential Changes in Authorized Livestock Grazing/Grazing Strategy**

The Heber Wild Horse Territory overlays two existing livestock grazing allotments. Sixty percent (two entire pastures and portions of another pasture) of the Black Canyon allotment is within the territory, while only six percent (portions of three pastures) of the Heber allotment is within the territory. Livestock grazing is authorized annually, based on the current conditions, with the annual operating instructions which implement the allotment management plan. As the horse population continues to increase, it is likely the grazing operations would be adversely impacted, with impacts that could include reductions in numbers and period of use, identified in the annual operating instructions. As noted above, the utilization levels will increase with an increase in the horse population, resulting in exceedance of the established allowable use levels of 35 percent. When the allowable use level is exceeded in a pasture, the cattle need to be removed, either moved to another pasture or removed from the allotment completely. Because 60 percent of the Black Canyon allotment is within the territory, the impacts to the livestock operation on the allotment are expected to be greater than those on the Heber allotment. The Heber allotment has more pastures and therefore more flexibility to make management changes in response to over-utilization by horses.

As the horse population increases, the potential for conflicts between horses and cattle increases, although those conflicts may be greater between horses and wildlife than between horses and cattle. Miller (1983) found when cattle, pronghorn, and horses all concentrate on the same water sources, there is direct competition for water. When water was scarce (as is possible as the horse herd continues to increase), inter- and intraspecific competition for water was at times "intense." He noted horses and cattle forced each other from water at different times, while pronghorn were displaced in each observed encounter with horses.

It is difficult to identify the threshold which would result in impacts to the grazing operations because of the multitude of variables involved. An increasing horse population could result in a permittee needing to remove cattle from a pasture early due to over-utilization, grazing a pasture at a different time of the year (changes in grazing strategy), not being able to use a pasture at all during any given year, or even not being able to graze the allotment at all as the horse population reaches a level which excludes all other

grazers. Because the *Proposed Appropriate Management Level Determination* document established an AML of 50-104 horses that would be in balance with the other grazers in the territory, it can be assumed any exceedance of the upper limit of AML could result in an imbalance. The imbalance would lead to an exceedance of the established allowable use levels and would ultimately result in a reduction, or complete removal, of authorized livestock use.

As described in the methodology section for rangeland vegetation, this analysis is bounded by the territory. However, the Forest Service must acknowledge because the horses are free-roaming, effects to livestock operations outside this area of analysis may occur if the horse population continues to grow unchecked.

## Cumulative Effects

There would be no management activities proposed for management of the horses under the no grazing alternative, yet as previously discussed, there are effects expected from this lack of action. Those effects, when combined with the effects from the other present and foreseeable future activities identified above, would result in cumulative effects to the rangeland resources. Those effects include increased utilization levels, undesirable changes in the rangeland plant communities, an increase in noxious weeds or other invasive plants, and negative impacts on the livestock grazing management. See Appendix A for a description of range resources cumulative effects relevant to all alternatives.

# Alternative 2 – Proposed Action

## Direct and Indirect Effects

### *Rangeland Vegetation*

The proposed AML was determined in part by considering the forage produced by the rangeland vegetation within the territory. The AML is the number of horses which results in a thriving natural ecological balance and avoids deterioration of the range. Thus, management of the horses within the range of the appropriate management level is expected to result in maintaining the existing healthy rangeland vegetation plant communities within the territory.

**Potential Changes in Utilization Levels**

The AML determination examined the amount of forage available in the territory and compared it to the current obligations of the rangeland vegetation resource (that is, rangeland vegetation is needed for watershed protection and as forage for permitted livestock grazing, horses, and wildlife). Within the territory, the proposed AML meets the needs for all grazing animals, as well as watershed and plant health. Therefore, if the horse population is managed at a level within the range of 50 to 104 horses, the utilization levels (from all grazing animals) are expected to remain at or below 35 percent, which is the desired condition identified in the Apache-Sitgreaves National Forests 2015 Land Management Plan to retain healthy rangeland conditions.

The components of the monitoring plan which address utilization levels, as well as the adaptive management strategy ensuring management actions will occur if monitoring objectives are not met, would help ensure utilization levels are not exceeded.

The adaptive management actions proposed to change patterns of horse use such as developing additional water sources and increasing fence permeability, could have beneficial impacts on utilization levels. Additional water and increased fence permeability could move grazing animals into areas not previously grazed, reducing the grazing intensity in other areas. Conversely, encouraging grazing in areas previously inaccessible could increase the utilization levels in those areas. However, based on past overall low

utilization levels across the territory, improving the distribution of the grazing pressure in this manner is not expected to result in overutilization of areas.

It is acknowledged the potential for adverse impacts in the interim before the herd can be reduced to the AML. The population modeling indicates it could take two to four years to reach the AML, obviously dependent on the number of excess horses which could be removed each year. During the interim period, utilization levels are likely to increase and then decrease again over time as the AML is achieved. If it takes longer than two to four years for the AML to be reached, utilization levels could increase as discussed under the no-action alternative, with cascading effects—the longer an area is overgrazed, the more potential there is for effects to the other indicators discussed below.

### Potential Changes in Plant Species Composition

As discussed under the no-action alternative, grazing results in direct impacts of defoliation to individual plants and can result in an alteration of canopy structure to the herbaceous plant community. Plant reactions to those direct impacts depend on the ability of the individual plant to compensate for defoliation and the relative impact of the removal on competitive relationships in the canopy.

Research has shown with properly managed grazing, forage plant health and productivity, and overall ecological condition of rangelands can be improved or maintained. Holechek and others (2004) found light to conservative allowable use levels, such as those which would occur if the horse population is managed within the appropriate management level, can increase forage production and improve vegetation composition. Because the existing plant communities are static, or trending toward desired plant communities, and the AML is proposed at a level which would maintain utilization levels at or below 35 percent, the proposed action is expected to maintain or improve the existing healthy plant communities. Those plant communities which are static are expected to remain static, and those trending towards desired plant communities are expected to continue to do so.

The long-term trend monitoring components of the monitoring plan, as well as the adaptive management strategy which identifies management actions which will occur if monitoring objectives are not met, help ensure the species composition remains static or trending toward desired conditions and the plant communities remain healthy.

There could be effects to the species composition from the adaptive management components discussed in the utilization levels section. Actions which increase or decrease the grazing intensity (utilization level) in an area have the potential to alter the species composition of the area. However, as discussed previously, if the utilization levels remain at or below 35 percent, adverse changes to the species composition are unlikely. Under the proposed action there is a possibility of adverse impacts occurring before the horse herd can be reduced to the AML. Monitoring for change in species composition is best done over the long-term because changes in composition happen slowly, over many years. If it takes two to four years to reach the AML, and the plant communities are subjected to utilization levels greater than 35 percent during this time period, overutilization may trigger a negative trajectory in the plant communities which may not be apparent for the first few years. Thus, during the two to four years of overutilization, changes in the species composition may not be immediately discernable. The longer the plant communities are subjected to overutilization, the more likely the species composition would be altered as described under the no-action alternative.

### Presence or Absence of Noxious Weeds

Noxious weeds and invasive plants are not currently an issue within the territory and under the proposed action this is expected to continue as the rangeland plant communities are maintained as static or trending toward desired species. The Apache-Sitgreaves National Forests have an integrated forest-wide noxious

weed management plan (USDA Forest Service 2008) in place to address the treatment of noxious weeds and invasive plants, thus treatment of noxious weeds and invasive plants would continue regardless of this project.

The design criteria which require the cleaning of off-Forest vehicles, the use of certified weed-free hay, and the prohibition on emergency feeding (design criteria Weeds-1 and Weeds-2) would help ensure invasive plants are not inadvertently introduced into the territory and help limit the spread of existing populations.

As with the other indicators for the rangeland vegetation, there is the potential for impacts in the interim before the herd can be reduced to the AML. If it takes two to four years to achieve the AML, there may be short-term impacts. The longer it takes to achieve the AML, the more likely for the impacts to be similar to those described for the no-action alternative.

### *Livestock Grazing Management*

**Potential Changes in Authorized Livestock Grazing/Grazing Strategy**
Under the proposed action no changes to authorized livestock grazing or the grazing strategies are expected. As discussed previously, if the horse population is managed within the range of the AML, utilization levels are expected to be at or below the allowable use, rangeland plant communities are expected to remain healthy and livestock grazing is expected to continue as it is currently authorized.

As with the other indicators for the rangeland vegetation, there is the potential for impacts in the interim before the herd can be reduced to the AML. If it takes two to four years to achieve the AML, there may be short-term impacts. The longer it takes to achieve the AML, the more likely for the impacts to be similar to those described for the no-action alternative.

## Cumulative Effects

See Appendix A for a description of range resources cumulative effects relevant to all alternatives.

### *Rangeland Vegetation*

Because the effects to the rangeland vegetation from the proposed action are expected to be beneficial once the AML is obtained, the proposed action is not expected to add incrementally to the impacts discussed above.

However, the longer it takes to achieve the AML, the greater the potential for effects to the rangeland vegetation to be similar to those discussed for the no-action alternative. Thus, the greater the likelihood for substantial cumulative effects as those effects are added cumulatively to those discussed above.

### *Livestock Grazing Management*

Because the effects to the livestock grazing management from the proposed action are expected to be slight or beneficial once the AML is achieved, they would not add incrementally to the impacts to livestock management discussed above.

The longer it takes to achieve the AML, the greater the potential for effects to the livestock grazing management which are similar to those discussed for the no-action alternative. Thus, the greater the potential for substantial cumulative effects when those effects are added cumulatively to those discussed above.

A holding facility of approximately 61 acres will be constructed within the King Phillip Pasture of the Black Canyon Allotment. The area would be fenced, and livestock excluded. Due to the small size of this area, no reduction of livestock/AUMs from the Black Canyon Allotment is needed.

# Forest Vegetation

This section is a summary of Vegetation Management Report which is incorporated by reference.

## Affected Environment

Forest vegetative composition, structure, and function have a direct effect on forest values, whether it is timber production, wildlife habitat, recreational opportunity, aesthetics, livestock grazing, soil and watershed condition, or fire regimes. Forest ungulates, including horses, affect forest vegetation, (woody plant species) in many ways, including, removing shoots and leaves, stripping bark, fraying, trampling, defecation and urination (Danell et al. 2003). Ungulate density relative to carrying capacity of a site largely determines the effects of herbivory by the ungulate population. High population densities of ungulates have been shown to change plant species composition, growth of trees, nitrogen fixation and tree regeneration damage. Grazing can also reduce the accumulation of fine fuels on the forest floor which has contributed to the reduction of low-intensity, high frequency ground fires (Kie and Lehmkuhl 2001).

### Vegetation Communities

The ponderosa pine forest vegetation community is the most extensive represented cover type within the territory and is dominated by ponderosa pine, intermixed with other species such as oak, juniper, and pinyon. Species such as quaking aspen, Douglas-fir, white fir, and blue spruce may also be present, but occur infrequently as small groups or individual trees. This forest vegetation community typically occurs with an understory of grasses and forbs although it sometimes includes shrubs. See Table 15 for the acres and percentages of potential natural vegetation types within the territory. Other vegetation communities found in the territory are described in the Vegetation Management Report.

In June 2002, the Rodeo-Chediski Fire burned approximately 15,405 acres (78 percent) of the territory. Of that total, 5,848 acres (38 percent) were moderately to severely burned resulting in significantly altered vegetative conditions. These burned areas, which were predominantly dense stands of ponderosa pine trees, are now in a grass and brush vegetation stage with ponderosa pine, alligator juniper (*Juniperus deppeana*), oak (*Quercus* spp.), and isolated patches of mixed conifer regeneration becoming reestablished. Geographic information system (GIS) vegetation structural stage modeling was completed on representative stands within the territory to estimate what would occur as the trees in this burned area regenerate. The modeling predicts under natural progression, the canopy cover on ponderosa pine sites which had a moderate to high burn severity could increase from 25 percent in 2007, to 29 percent in 2027, and 42 percent by 2057, if there are no subsequent fires or other events which would remove the canopy cover. It is estimated present forage production levels will decrease as the tree cover increases. This canopy closure is primarily due to the regeneration and growth of trees and to a lesser degree increased brush, with the most rapid response coming from juniper and oak.

**Table 15: Acres of the major potential natural vegetation types forest-wide and in the project area, and percentage of the Heber Wild Horse Territory**

| Potential Natural Vegetation Type | Sitgreaves Forest-wide Acres | Project Area Acres | Percentage of Territory |
|---|---|---|---|
| Ponderosa Pine Forest | 430,250 | 14,030 | 71.32% |
| Dry Mixed Conifer Forest | 46,791 | 4,539 | 23.07% |

*Heber Wild Horse Territory Management Plan Final Environmental Assessment*

| Potential Natural Vegetation Type | Sitgreaves Forest-wide Acres | Project Area Acres | Percentage of Territory |
|---|---|---|---|
| Cottonwood-Willow Riparian Forest | 12,114 | 875 | 4.45% |
| Great Basin Grassland | 162,305 | 107 | 0.54% |
| Water | 2,057 | 48 | 0.24% |
| Montane Willow Riparian Forest | 1,289 | 43 | 0.22% |
| Pinon-Juniper Woodland | 184,122 | 28 | 0.14% |
| Madrean Pine-Oak Woodland | 693 | 0 | 0.00% |
| Wet Mixed Conifer Forest | 17,063 | 0 | 0.00% |
| Wetland/Cienega Riparian Areas | 1,622 | 0 | 0.00% |

Riparian potential natural vegetation types (PNVTs) make up 918 acres within the territory. Many forest stands contain parts of the riparian PNVTs within the stand. As stands are delineated by dominate vegetation type, topography, and aspect, most of the riparian PNVT areas are included within stand delineation and therefore are lumped together with other PNVTs such as Ponderosa Pine and Dry Mixed Conifer. The existing conditions of these riparian inclusions within other forest stands are highly departed from the desired conditions for riparian PNVTs. All of the riparian PNVTs' overstory vegetation, except for the cottonwood-willow riparian forest PNVT, are considered departed from reference conditions. Most of this departure has occurred in response to past grazing and water diversion for agriculture (USDA Forest Service 2015). Changes in vegetation species composition has shifted to be more dominated by conifers instead of riparian species. In some of the riparian areas, riparian species are not successfully reproducing due to ungulate impacts from cattle, horses and elk. Since the Rodeo-Chediski Fire, the Black Canyon drainage has had a flush of reproduction of cottonwood and willows. Reproduction is also occurring on old sandbars within this area.

Approximately 107 acres within the Heber Wild Horse Territory analysis area are classified as grassland cover type. Much of the grassland cover type has experienced some degree of tree encroachment (piñon pine, juniper, and ponderosa pine) over the last 100 years as a result of fire exclusion, grazing, and agricultural use. Many of the pre-settlement trees which grew along the edges of these grasslands were removed. The edges as well as much of the interior of the grasslands have become stocked by sapling and young to mid- aged trees. These trees are growing rapidly due to the open growing conditions and a lack of competition. Some areas of the Great Basin Grassland potential natural vegetation type being highly departed from the desired conditions with greater than 10 percent canopy cover. Many areas appear to be piñon-juniper woodland are historical Great Basin Grassland which have been encroached by woody species. Some areas are now highly departed from the desired conditions with greater than 10 percent canopy cover. These grassland acres are now trending toward patchy to nearly continuous tree cover, as post-settlement ponderosa pine seedling/sapling encroachment has progressed into these sites in the absence of frequent fire.

## Stand Density

Many of the forested stands with the Heber Wild Horse Territory project area are overly dense, reducing their health and making them susceptible to drought, insects and disease, and uncharacteristic wildfires. Should climatic conditions become drier, impacts could lead to increased water stress. Dense stands would result in reduced forage for ungulates as minimal sunlight is able to reach the forest floor and may become more susceptible to uncharacteristic wildfires. Some recent fires, such as, Rodeo-Chediski 2002, Baldwin 2016, Gentry 2017, and Hoyle 2019, have resulted in some areas being severely burned. These areas have

*Heber Wild Horse Territory Management Plan Final Environmental Assessment*

begun to recover but stand densities will not return to high level for decades. Table 25 in Appendix A shows the existing stand densities within the territory.

Within the territory there are a range of tree densities from open grassland areas to dense ponderosa pine and dry mixed conifer stands. This range of densities provides for a variety of habitat conditions across the territory and provides varying forage and cover availability. Due to several recent fires, much of the southern portion of the territory has shifted to a more open condition while the northern portion of the territory is denser overall where wildfire has not occurred. Much of this reduced density can be directly attributed to the Rodeo-Chediski Fire. While natural regeneration has occurred since the fire, the stands are still at early stages of succession and are on a trajectory to continue to grow denser over the next several decades.

## Canopy Cover

Canopy cover refers to the proportion of the forest floor covered by the vertical projection of the tree crowns, assessing the presence or absence of canopy vertically above a sample of points across an area of forests and is measured by percentage. The structure of the forest canopy controls the quantity, quality, spatial and temporal distribution of light and which influences precipitation and air movements affecting the humidity, temperature and soil moisture within the forest (Jennings et al. 1999). Canopy cover across the Heber Wild Horse Territory is important to assess due to the effects in providing ungulates various types of climatic cover (for example, thermal cover, rain-interception cover, snow-interception cover) and social interaction cover (for example, harassment, predatory, obstructive and protective cover) (Mysterud and Ostbye 1999). Table 26 in Appendix A shows the existing canopy cover percentages by number of acres found across the territory.

# Effects Analysis

## Issues and Concerns

None identified for forest vegetation resources.

# Alternative 1 – No Action

## Direct and Indirect Effects

Alternative 1 would have the greatest impacts on forest vegetation as there are no limits to the number of horses allowed within the Heber Wild Horse Territory. As of April 2021, there was an estimated population of 56 to 117 horses within the territory and 334 to 449 horses outside the territory. Without being able to actively control the horse population within the territory, the potential for impacts on forest vegetation and future regeneration is increased. As there is no system to limit the horse population based on the carrying capacity of the territory, the potential for both wild and domesticated ungulates to have greater impacts on forest vegetation increases as competition for resources ensues. Riparian vegetation would continue to be the most impacted as increases in the ungulate populations increase browse pressure on these deciduous species. Regenerating riparian trees species will be more likely to have heavy browse pressure and where heavy herbivory exists there is the potential to reduce or eliminate deciduous, highly palatable species (aspen, cottonwood, and willow) within the territory. This would then favor the establishment of conifer species which serve as ladder fuels for stand replacing fires (Endress et al. 2012) and move further away from desired conditions. For conifer species, there is little direct impact through no action, as there are minimal direct impacts by ungulates, and they are not regularly browsed when mature. Some conifer seedlings would have some impacts due to browsing but no known studies have looked an impact from horses, so specific amount are not determined. It is expected conifer species

encroachment into riparian areas will increase due to selective pressure from browsing. These changes in forest composition and structure can reduce habitat for a variety of animal species across the territory. Plant litter reductions and increased compaction and water infiltration rates would occur (Belsky and Blumenthal 1997).

In Alternative 1, 25 acres adjacent to the administrative site would remain suitable and be available for future timber production.

### Stand Density

Stand density is expected to have minimal change under Alternative 1 in the short term (20 years) with some reductions expected in riparian areas as trees are browsed. Any reductions of tree densities in riparian areas would be relatively short term as conifer species replace riparian species over the long term. Overtime intense foraging of grasses directly impact the fire regime of the ecosystems. In a study, Belsky and Blumenthal (1997) found heavy grazing by livestock results in more tree recruitment on the landscape as grass competition for the tree seedlings is removed by the grazers. The increased survival results in more trees per acre creating denser stands over time. The reduced grass coverage also reduces the spread of wildfire which would typically kill some tree regeneration in the ponderosa pine.

### Canopy Cover

Canopy cover is expected to have minimal change under Alternative 1 with some reductions expected in riparian areas as trees are browsed. Any reductions in canopy cover in riparian areas would be relatively short term as conifer species replace riparian species over the long term. Due to increased survival of tree regeneration, the canopy cover is projected to increase.

## Cumulative Effects

There would be no management activities proposed under the no-action alternative, yet as previously discussed there are effects expected from this lack of action as horse population are expected to increase. Those effects, when combined with the effects from the other past, present and foreseeable future activities, would result in cumulative effects to the forest resources. Those effects include increased browse pressure on riparian trees and impacts to conifer seedlings. A full list of past, present, and foreseeable future projects is in the project record.

## Alternative 2 – Proposed Action

## Direct and Indirect Effects

The Heber Wild Horse Territory project does not propose specific forest vegetation treatments (for example, thinning, mastication, and prescribed fire) as these actions are being covered in the Four Forest Restoration Initiative (4FRI) Rim Country Project Environmental Impact Statement for which a Record of Decision was signed on September 19, 2022. All vegetation treatments and actions are analyzed under the Rim Country project, which overlaps the Heber Wild Horse Territory. See Appendix A for a description of cumulative effects from the 4FRI Rim Country Project. In general, any vegetation treatments proposed under the Rim Country Project would have positive benefits to the territory habitat by moving the landscape toward desired conditions as described in the Apache-Sitgreaves National Forests Land Management Plan. Implementation of the Heber Wild Horse Territory project would have minimal direct or indirect effects on forest vegetation and is briefly discussed here.

Alternative 2 would have a reduced impact on forest vegetation as the horse populations are managed within the carrying capacity of the Heber Wild Horse Territory area (50 to 104 horses), which should allow for more grass and forb availability within the area and reduce the overall impacts on forest

vegetation. However, like alternative 1, there would still be expected impacts as described under no action but at a reduced level. Ultimately, the direct and indirect impacts on forest vegetation is like alternative 1, but the degree of intensity of the impacts shifts due to the population management under the proposed action.

Alternative 2 would have minimal impact to vegetation by building a handling coral and permanent working facility that will withdraw approximately 25 acres suitable for timber production as it would be considered an administrative site (USDA FS 2015). Twenty-five acres represent approximately 0.1% of the project area and the effect over time would be negligible.

## Cumulative Effects

Cumulative effects to forest vegetation under the proposed action are minimal. The planned Rim Country Project, and various other small projects would have effects on forest vegetation as thinning, mastication, and prescribed fire treatments would reduce canopy cover and tree density and change forest structure and species composition within the territory (see project record for list of activities reviewed for the cumulative effects analysis). When the proposed action is added to the effects of the Rim Country Project and other future projects, there is minimal noticeable change in effects to forest vegetation. Canopy cover changes which would occur under the Rim Country Project would lead to more available forage for all ungulates due to the thinning and prescribed fire treatments. While trees overall would be reduced, there would likely to be similar browse pressure on riparian trees. The proposed action for the Heber Wild Horse Territory will unlikely result in any noticeable increased effects across the landscape when added to the Rim Country Project treatments.

# Terrestrial Wildlife

## Affected Environment

The Heber Wild Horse Territory (the territory) is located in the Black Canyon area of the Black Mesa Ranger District and consists of 19,700 acres. The territory supports a variety of wildlife habitat based on the potential natural vegetation types listed in Table 15. The territory provides habitat for two threatened terrestrial species and one endangered, non-essential experimental population, terrestrial species under the Endangered Species Act and 10 Forest Service sensitive species (Table 16 and Table 17). The territory experienced various burn severities during the Rodeo-Chediski Fire in the summer of 2002 (see the Vegetation Management Report). Ponderosa pine is the dominant habitat type, with pinyon-juniper, mixed-conifer, pine/oak, grasslands, and cottonwood riparian also present. Many openings created by the fire are now being repopulated by ponderosa pine seedlings. The fire reduced the density of trees across most of the territory, which allowed grasses, forbs, and shrubs to increase in abundance and provide better habitat for many wildlife species. Because of the Rodeo-Chediski Fire, plant density, composition, and residual stubble height have improved. Quality forage is now more available for deer and elk and the increase in vegetative cover provides good habitat for small mammals and ground-nesting birds.

Generally, within the territory, reliable water sources are less than two miles apart. In the territory only 443 acres are further than two miles from water (Apache-Sitgreaves National Forests GIS data). Permanent water sources provide habitat for threatened, endangered, and sensitive wildlife and plant species. Perennial water is present at Black Canyon Lake, in pools along Black Canyon, and the West Fork of Black Canyon drainages.

Snags and downed logs are important habitat components for many species. Post Rodeo-Chediski Fire snags were quite abundant; however, many of the snags have fallen within the moderate and severely burned portions of the area, leaving plenty of downed logs.

Under the proposed action it is possible management activities, such as bait and trap operations, could occur outside the Heber Wild Horse Territory boundary (19,700-acre project area). Therefore, for this analysis the analysis for effects to wildlife is expanded beyond the territory (project area) to the National Forest System lands where the horses are known to occur on the Sitgreaves National Forest, located in Navajo and portions of Coconino counties, and is approximately 886,000 acres within the Black Mesa and Lakeside Ranger Districts.

## Federally Listed Species

To comply with the Endangered Species Act, a Biological Assessment for fish and wildlife has been prepared and submitted to the U.S. Fish and Wildlife Service for consultation. Consultation will be completed prior to a final decision on this project. Preliminary effects analyses and determinations have been performed to provide information in this environmental assessment.

Table 16 displays the federally listed terrestrial species which are known to occur or potentially could occur on the Sitgreaves National Forest.

**Table 16: Summary of federally listed species, listing status, known or potential occurrence, and effects determinations.**

| Species | Listing Status (species followed by critical habitat) | Known or potential occurrence | Determinations |
|---|---|---|---|
| Mexican wolf *Canis lupus baileyi* | Endangered, experimental population, non-essential | Known to occur in the project and action areas | No Action--Not likely to jeopardize the continued existence<br>Proposed Action-- Not likely to jeopardize the continued existence |
| Mexican spotted owl *Strix occidentalis lucida* | Threatened | Known to occur in the project and action areas | No Action--May affect, not likely to adversely affect<br>Proposed Action—May affect, likely to adversely affect |
| | Designated Critical Habitat | Known to occur in the project and action areas | No Action--May affect, not likely to adversely affect<br>Proposed Action-- May affect, not likely to adversely affect |
| Yellow-billed cuckoo *Coccyzus americanus* | Threatened | Unlikely to occur in the project and action areas | No Action--May affect, not likely to adversely affect<br>Proposed Action-- May affect, not likely to adversely affect |
| | Designated Critical Habitat | Does not occur in project or action areas | N/A |

The following species were not analyzed in detail because the species and habitat were determined to not occur within the analysis area and the project would have no impact to the species under the proposed action or the no action alternatives. These include the following: Southwestern willow flycatcher (*Empidonax traillii extimus*)*,* New Mexico meadow jumping mouse (*Zapus hudsonius luteus*)*,* White Mountains ground squirrel (*Ictidomys tridecemlineatus monticola*)*,* Arizona montane vole (*Microtus*

*montanus arizonensis),* White Mountains chipmunk (*Neotamias minimus arizonensis),* American water shrew (*Sorex palustris),* (*Zapus hudsonius luteus*); Baird's sparrow (*Ammodramus bairdii),* and Gray Catbird (*Dumetella carolinensis*).

## Southwestern Region Sensitive Species

Southwestern Region (Region 3) Forest Service sensitive species evaluated are those known to occur within or have habitat within or adjacent to the project area. In some cases, surveys for these species have confirmed their presence in or near the project area. In cases where a species has not been detected, the presence of suitable habitat indicates they could be present and therefore their presence was assumed under this analysis (Table 17).

**Table 17: Summary of sensitive species and habitat within the analysis area and determination of effects**

| Species | Species Occurrence | Determinations |
|---|---|---|
| Northern Goshawk *Accipiter gentiles* | Primarily occupies ponderosa pine, mixed-species, and spruce-fir habitats in the southwest and prefers mature conifer stands with dense canopies for nesting. There are 53 post-family fledging areas within the Sitgreaves National Forest, two are within the territory. | No action – May affect individuals but is not likely to result in a trend toward federal listing or loss of viability.

Proposed action – May affect individuals but is not likely to result in a trend federal toward listing or loss of viability. |
| American Peregrine Falcon *Falco peregrinus anatum* | Black Mesa Ranger District has three confirmed eyries on the district. There are three on the Mogollon Rim adjacent to the district. There are no known nesting sites on the Lakeside Ranger District. | No action – May affect individuals but is not likely to result in a trend toward federal listing or loss of viability.

Proposed action – May affect individuals but is not likely to result in a trend toward federal listing or loss of viability. |
| Bald Eagle *Haliaeetus leucocephalus* | Documented at Black Canyon Lake in the territory in both the breeding season and winter but no nests have been documented at the lake. There are nests on the Sitgreaves National Forest. | No action – May affect individuals but is not likely to result in a trend toward federal listing or loss of viability.

Proposed action – May affect individuals but is not likely to result in a trend toward federal listing or loss of viability. |
| Western Burrowing Owl *Athene cumicularia hypugaea* | Dry grasslands and pastures usually associated with prairie dogs or ground squirrels. Prairie dog towns are found on Black Mesa and Lakeside Ranger Districts, but no western burrowing owls have been documented. | No action – May affect individuals but is not likely to result in a trend toward federal listing or loss of viability.

Proposed action – May affect individuals but is not likely to result in a trend toward federal listing or loss of viability. |
| Springerville silky pocket mouse *Perognathus flavus goodpasteri* | Ecotone between pinyon-juniper or juniper woodlands and grasslands. This species has been documented on the westside of the Lakeside Ranger District within 10 miles of the eastern boundary of Black Mesa Ranger District. | No action – May affect individuals but is not likely to result in a trend toward federal listing or loss of viability.

Proposed action – May affect individuals but is not likely to result in a trend toward federal listing or loss of viability. |

*Heber Wild Horse Territory Management Plan Final Environmental Assessment*

| Species | Species Occurrence | Determinations |
|---|---|---|
| Navajo Mogollon vole<br>*Microtus mogollonensis Navaho* | Typically occupy dry grassy vegetation in conifer forests, with variations including: dense prostrate shrub patches in ponderosa pine forests; monotypic sagebrush stands, thick grasses in greasewood/ desert-olive stands and juniper stands, shrubby tamarisk thickets and chained pinyon and juniper woodlands; and clear-cut pine flats with regenerating grasses and scattered oak. Ground cover vegetation is necessary. | No action – May affect individuals but is not likely to result in a trend toward federal listing or loss of viability.<br><br>Proposed action – May affect individuals but is not likely to result in a trend toward federal listing or loss of viability. |
| Spotted Bat<br>*Euderma maculatum* | Spotted bats have been found foraging in many different habitats, especially in arid or Ponderosa Pine forests, and marshlands. Spotted Bats roost in the small cracks found in cliffs and stony outcrops. This species has been recorded during acoustic monitoring on Black Mesa Ranger District. | No action – May affect individuals but is not likely to result in a trend toward federal listing or loss of viability.<br><br>Proposed action – May affect individuals but is not likely to result in a trend toward federal listing or loss of viability. |
| Pale Townsend's Big-eared Bat<br>*Corynorhinus townsendii pallescens* | Summer day roosts are found in caves and mines from desert scrub up to woodlands and coniferous forests. Night roosts may often be in abandoned buildings. In winter, they hibernate in cold caves, lava tubes, and mines mostly in uplands and mountains from the vicinity of the Grand Canyon to the southeastern part of the state. | No action – May affect individuals but is not likely to result in a trend toward federal listing or loss of viability.<br><br>Proposed action – May affect individuals but is not likely to result in a trend toward federal listing or loss of viability. |
| Allen's Lappet-Browed Bat<br>*Idionycteris phyllotis* | Allen's lappet-browed bats inhabit primarily conifer, oak, and riparian forests in mountainous areas. They are frequently captured near cliffs, outcroppings, boulders, and lava flows and it is likely they roost in such sites They are also known to roost in tree snags. This species was captured at Wilford Springs in the territory in 1994. | No action – May affect individuals but is not likely to result in a trend toward federal listing or loss of viability.<br><br>Proposed action – May affect individuals but is not likely to result in a trend toward federal listing or loss of viability. |
| Western Red Bat<br>*Lasiurus blossevillii* | Western red bats are solitary animals who prefer riparian areas dominated by walnuts, oaks, willows, cottonwoods, and sycamores where they roost in these broad-leafed trees. They roost primarily in tree foliage. It was recorded at an acoustical station at Gentry Meadow in the territory in 2018. | No action – May affect individuals but is not likely to result in a trend toward federal listing or loss of viability.<br><br>Proposed action – May affect individuals but is not likely to result in a trend toward federal listing or loss of viability. |

## Migratory Birds

The Forest Service considered potential effects of the no action and proposed action on Arizona Partners in Flight priority species (Latta et al. 1999) and U.S. Fish and Wildlife Service Birds of Conservation Concern (Spies et al. 2010). The Apache-Sitgreaves National Forests are within the Southern Rockies Colorado Plateau and Sierra Madre Occidental bird conservation regions.

The Arizona State Partners in Flight Bird Conservation Plan (Latta et al. 1999) and Intermountain West Joint Venture from Partners in Flight Landbird Conservation Plan (Rosenberg 2016) lists priority species of concern by vegetation type. All species of concern were reviewed for vegetation types found the project area. The Terrestrial Wildlife Specialist Report displays the species that may occur in or near the project area and all species of concern were reviewed for vegetation types found in the project area.

*Heber Wild Horse Territory Management Plan Final Environmental Assessment*

## Effects Analysis

The "no action" alternative is used to compare against the action alternatives to determine the effects of not implementing an action alternative. This alternative reflects the existing condition without any new management activities occurring and provides a baseline for comparing the action alternative. In other words, no management of the horses would occur, and the horse population would continue to grow. Since the passage of the Wild Free-Roaming Horses and Burros Act of 1971 (Public Law 92-195), documentation on the effects of wild free-roaming horses on the environment has become more important. Horses have been said to constitute a unique influence on the Western landscape (Beever 2003). Many studies attempt to determine effects of livestock grazing on wildlife; however, livestock grazing differs significantly from horse grazing due to differences in behavior, digestive systems, physiological structures, and habitat use (Schieltz and Rubenstein 2016).

Research has shown horses are socially dominant when interacting with other ungulates, mainly due to their large body size, speed, and power. This results in effects to wildlife species which are different than those caused by cattle (Beever 2003). Compared to livestock, horses are one of the least-selective grazers across most of western North America. A horse will consume 20 to 65 percent more forage than a cow of equivalent body mass (Beever 2003). Horses also have the ability to graze vegetation more closely than cattle due to a more elongate head, flexible lips, and the presence of upper incisors. This results in a delayed recovery for many grazed plants (Beever 2003). Although there are differences between horses and other grazing species, little information is available on the impacts from horses on wildlife or wildlife habitat, so other grazing studies are typically cited.

### Issues and Concerns

No issues relating to wildlife which warranted another alternative were identified during scoping. Concerns regarding forage and wildlife species were raised. This analysis will discuss those concerns.

- Changes in habitat quality, which affect overall species health and abundance.

- Qualitative discussion of species' responses to proposed activities

## Alternative 1 – No Action

### Direct and Indirect Effects

*Mexican Wolf*

Both the Sitgreaves National Forest and the territory serve as dispersal habitat for transient wolves; however, dispersal is infrequent. In addition to the 19 packs and 105 wolves known to currently occur in Arizona, two new packs were identified in 2022: Fantasia and Pancho Springs packs (USDI FWS 2023b). The Fantasia pack denned on the Lakeside Ranger District and their home range appears to be primarily east of Show Low and Pinetop-Lakeside. The Pancho Springs Pack is located east of the action area; however, a home range has not been established. Individuals are known to pass through the action area but roam primarily in the Harris Lake area (USDI FWS 2023b). Dispersing wolves are also known to occasionally utilize the action area for hunting.

No direct effects to Mexican wolf would occur from the no action alternative. Under the no action alternative, wolves could be indirectly affected if the horse herd continues to grow and impacts wolf prey. Mexican wolves show a strong preference for elk compared to other ungulates (USDI Fish and Wildlife Service 2015). Horses may affect elk or their habitats in a variety of ways including displacement, forage competition, degradation of habitat, and disturbance. However, wolves are known to travel long distances to forage and will consume small mammals, birds, and vegetative material (Stahler et al. 2006, USDI Fish

and Wildlife Service 2015). The no action alternative is not likely to jeopardize the continued existence of the Mexican wolf.

### Mexican Spotted Owl

Under the no action alternative, there would be no active management to reduce the horse herd within or outside the territory. Within the Sitgreaves National Forest, there are approximately 258,581 acres of designated critical habitat. There are 65 PACs with 62 located on the Black Mesa Ranger District and 2 on the Lakeside Ranger District plus a portion of one on the Lakeside/Springville Ranger District boundary. The 65 PACs in the action area represent 43,362 acres of protected habitat and 7,555 acres in 67 Core areas. Core area numbers differ from PAC numbers because the Black Mesa Ranger District has multiple PACs with more than one core area and the core area for the Bosque PAC is located outside the action area on the Springerville Ranger District. Three PACs—Cemetery, Jersey Canyon, and Hangman's—are entirely within the territory boundary; this represents 1,847 acres of protected habitat, which includes approximately 331 acres of Core areas.

This acreage is situated within two critical habitat units within the Upper Gila Mountains (UGM-7 and UGM-10) Recovery Unit. Grazing is prevalent throughout the range of the owl and is thought to have a negative effect on the availability of grass cover for prey species. The magnitude of grazing as a threat is greatly dependent on the duration, timing, and intensity of grazing (or browsing) and can have both short and long-term adverse effects on habitat for owl prey species, if managed improperly. If the horse population were to increase as modeled, impacts can occur to owl nesting areas, as horses tend to use a small portion of the habitat available to them and will concentrate their use in a few localities (Marlow 2006). Grazing, which allows for moderate to high-intensity grazing throughout several successive growing seasons may result in impaired vegetation productivity and ultimate changes in species composition, density, and vigor, which can degrade spotted owl prey habitat characteristics over the long-term (USDI Fish and Wildlife Service 1995).

Grazing above the analyzed AML for horses reduces herbaceous ground cover and increases shrubs and small trees and can decrease the potential for beneficial low-intensity ground fires while increasing the potential for destructive high-intensity vertical fires. Low-intensity ground fires prevent fuel accumulation, stimulate nutrient cycling, promote grasses and forbs, discourage shrubs and trees, and perpetuate the patchiness which supports small mammal diversity. Catastrophic fire reduces or eliminates foraging, wintering, dispersal, roosting, and nesting habitat components (USDI Fish and Wildlife Service 1995).

Heavy grazing in riparian areas can reduce or eliminate important shrub, tree, forb, and grass cover, all of which in some capacity support Mexican spotted owl or its prey (USDI Fish and Wildlife Service 2012). Excessive grazing can also physically damage stream channels and banks. Deterioration of riparian vegetation structure can cause channel widening and lead to elevated water and soil temperatures, increased evapotranspiration, lowering of water tables, and significantly increases the potential for accelerated flood damage. These processes alter the microclimate and vegetative development of riparian areas, potentially impairing its use by Mexican spotted owls (USDI Fish and Wildlife Service 1995). Under the no-action alternative, continued growth of the herd and impacts from grazing in time may affect but is not likely to adversely affect Mexican spotted owl and its critical habitat.

### Yellow-billed Cuckoo

The Forest Service has not conducted systematic surveys for cuckoo on the Apache-Sitgreaves National Forests. Although there have been incidental known occurrences in the Alpine and Clifton Ranger

Districts on the Apache National Forest between 1985-2018, none have been observed on the Sitgreaves National Forest (USDA FS 2022). No critical habitat occurs on the Sitgreaves National Forest.

The Cottonwood-Willow Riparian Forest and Montane Willow Riparian Forest types are the primary suitable habitat type for yellow-billed cuckoo although occurrence is limited and not likely to provide habitat extensive enough for nesting. Cuckoos could forage or migrate in some of the riparian reaches, as narrow drainages with intermittent or ephemeral reaches with riparian forest occur on the Sitgreaves National Forest.

Under the no action alternative, there would be no active management to reduce the horse herd within or outside the territory. Any exceedance of the AML has the potential to deteriorate cuckoo habitat, including declines in the structural richness of the vegetative community in riparian areas, change of understory vegetation community, reduction in habitat connectivity, and reduction in habitat patchiness. Indirect watershed effects may also occur because of grazing and can include increases in erosion and sedimentation, increases in depth to water table, and drying of the floodplain. Riparian areas would continue to see similar impacts as the existing condition in the mid- to long-term without monitoring and adaptive management. The no-action alternative may affect and is likely to adversely affect foraging and migrating yellow-billed cuckoo.

### *Raptors (Northern Goshawk, American Peregrine Falcon, Golden Eagle, and Bald Eagle)*

No direct effects to raptors are likely under the no-action alternative.

Based on the Vegetation Management Report, there is little direct impact to nesting habitat which is made up of conifer species as there are minimal direct impacts by horses to conifers species since they are not frequently browsed. Raptors which nest in riparian areas may be impacted, as an increasing horse population will result in an increase of browse pressure on deciduous species. Regenerating riparian trees species will be more likely to have heavy browse pressure, and where heavy herbivory exists there is the potential to reduce or eliminate deciduous species over time, reducing riparian nesting areas (see Vegetation Management Report and Rangeland Vegetation Report).

Indirect effects could occur from impacts to raptor prey species. Trees, shrubs and herbaceous vegetation are critical components for small mammals and songbirds which serve as typical prey species for many raptors. Improperly managed livestock grazing in western North America has been linked to decreases in bird abundances and species diversity. The increase of horses on the landscape would likely have detrimental effects on songbird populations due to a reduction in habitat quantity and quality as well as increased opportunities for nest predation primarily from an increase in nest detections by predators due to loss of hiding cover or changes in the assemblages of predators (Krausman et al. 2009).

The potential for negative impacts to birds is linked almost entirely to a reduction in habitat quality. This includes breeding, hiding, and/or escape cover as well as necessary food supplies such as the production of seeds from grasses and forbs or insects and small mammals (Zwartjes et al. 2005). Impacts to small mammals vary but increased grazing changes species richness and diversity of small mammals (Horncastle 2019).

Any exceedance of the upper limit of the AML has the potential to disrupt the thriving natural ecological balance and lead to deterioration of habitat. In addition to the lack of adaptive management, this alternative imposes some risk that future events (for example, severe drought) could result in further impacts to habitat. As the horse population grows unchecked, utilization levels would increase; vegetation species composition would be altered, potentially impacting the prey species of raptors and nesting habitat for raptors in riparian habitats. The no-action alternative may affect individuals but will not result

in a trend toward listing or loss of viability of northern goshawk, American peregrine falcon, bald eagle and/or golden eagle, and will not result in take of bald eagle or golden eagle.

### Western Burrowing Owl

There is a relationship between prairie dogs and burrowing owls. Burrowing owls rely on prairie dogs to create nest burrows. Thus, grazing which impacts prairie dogs may affect burrowing owls. Prairie dogs are known to increase in grazed areas (Davidson et al. 2010). This is dependent on grazing levels being kept at a threshold where severe overgrazing does not take place. Grazing helps keep ground cover low, which benefits both prairie dogs and burrowing owls in predator detection. Based on the symbiotic relationship between ungulates and prairie dogs, it seems reasonable managed grazing may benefit burrowing owls. However, the modeled increase in horses due to no active management may decrease any benefits, due to over grazing. Additionally, without management the horse population may continue to grow, with an average annual growth rate of nearly 20 percent (see Wild Horse Report), and this increase in horses on the landscape could cause a direct impact to burrowing owls from the potential collapse of burrows used for nesting. Currently there are no detections of burrowing owls on the Apache-Sitgreaves National Forests; however, suitable habitat is present. If burrowing owls were to be detected, the no-action alternative may affect individuals but will not result in a trend toward listing or loss of viability of burrowing owls.

### Springerville Silky Pocket Mouse and Navajo Mogollon Vole

There have been no Springerville silky pocket mice or Navajo Mogollon voles documented in the territory, however suitable habitat exists both within and outside of the territory. Without management the horse population would continue to grow; an increase in horses on the landscape could cause a direct impact to suitable habitat, which can be impacted when high ungulate densities compact soils and trample burrow systems (Zwartjes et al. 2005).

If the horse population increases as modeled (see the Wild Horse Territory WinEquus Population Modeling Analysis), over grazing is likely to occur including a reduction in continuous grasses and grass height and shrub cover. In addition, both species depend on grass and forb seeds for food resources; these mammals are affected when grazing prevents these food resources from developing (Zwartjes et al. 2005).

The no-action alternative may affect individuals but will not result in a trend toward listing or loss of viability of Springerville silky pocket mouse and/or Navajo Mogollon vole.

### Bats (Spotted Bat, Pale Townsend's Big-eared Bat, Allen's Lappet-Browed Bat, and Western Red Bat)

The no-action alternative would have no direct effects on maternity and day roosts or hibernaculum habitat for spotted bat, pale Townsend's big-eared bat, or Allen's Lappet-browed bat. Western Red bats primarily roost in cottonwood tree foliage. Indirect effects may occur when grazing on woody vegetation affects the recruitment of large deciduous trees which are used for roosting. Riparian vegetation would be the most impacted, as increases in the ungulate populations increase browse pressure on deciduous species. Regenerating riparian trees species will be more likely to have heavy browse pressure and where heavy herbivory exists there is the potential to reduce or eliminate deciduous, highly palatable species such as aspen, cottonwood, and willow (see Vegetation Management Report and Rangeland Vegetation Report). Similarly, as noted above, as the horse population grows unchecked utilization levels would increase and could have an impact on herbaceous species and thereby the food base for bat species. Grazing and the subsequent reduction in host plants adversely affect insects which insectivorous bats eat. Above-ground insects experienced large decreases with moderate or heavy grazing, but conversely with light grazing showed slight increases (Lavigne et al. 1972 in Milchunas et al. 1998). The no-action

*Heber Wild Horse Territory Management Plan Final Environmental Assessment*

alternative may affect individuals but will not result in a trend toward listing or loss of viability spotted bat, pale Townsend's big-eared bat, Allen's lappet-browed bat and or western red bat.

### Rocky Mountain Elk and Mule Deer

Although not considered a sensitive species, Rocky Mountain elk and mule deer were brought up as species of concern during scoping and so have been included in this analysis (also see the Wildlife Terrestrial Specialist Report). Horses and their management may affect elk and mule deer or their habitats in a variety of ways including displacement, forage competition, degradation of habitat, and disturbance (Hosten et al. 2007). Due to similarities in diet and habitat use, the increase in horses on the landscape could potentially threaten the existence of wild ungulate species. For example, changes in the availability of certain species of plants due to a combined preference by these herbivores might cause some wild ungulate species to be reduced or eliminated (Olsen and Hansen 1977). Because horses are known to be physiologically dominant on the landscape, the potential for reduced populations of wild ungulates is high.

Horses have the potential to displace elk and mule deer from preferred habitats such as riparian areas, seeps, and springs within the territory to areas where forage potential and nutrition are greatly reduced for these species. This impact is exacerbated as the overall number of horses increase and horses tend to congregate around these important habitats during all times of the year.

### Migratory Birds

Should wild horses remain unmanaged, they would likely have many direct effects on songbird populations due to a reduction in habitat quantity and quality as well as increased opportunities for nest predation primarily from an increase in nest detections by predators or changes in the assemblages of predators, and the potential for trampling of ground nesting birds (Krausman et al. 2009).

Grazing has the potential to similarly affect woodland ecosystems. Intense grazing (as well as drought conditions) has allowed for the suppression of fires across the landscape, which has resulted in the growth of "dog-hair" thickets (Zwartjes et al. 2005). These thickets encourage catastrophic wildfire to enter into and alter the ecosystem. Large mature trees are then consumed, reducing the habitat available for those species which rely on them. Fire suppression from grazing also has the potential to encourage the invasion of shrubs into grassy meadows. This can drive out birds which rely on a more open forest structure for hunting as well as limit prey who also rely on these same components (Zwartjes et al. 2005).

Riparian ecosystems and wetlands can support a high diversity of birds; however, these ecosystems also attract large densities of livestock and horses. Intensive grazing in riparian areas results in the elimination of much of the available herbaceous vegetation and impacts the shrub layer through browsing or trampling (Zwartjes et al. 2005). For example, the potential for trampling of new saplings of cottonwood or willow species could then create even-aged, non-reproducing stands of older cottonwood and willows. Their mature trees can provide benefits to nesting riparian birds for many years; however, without the replacement of dying and decadent trees, this habitat component will eventually be degraded or eliminated (Zwartjes et al. 2005). In addition, grazing that reduces native vegetation allows for the introduction of exotic vegetation into the ecosystem. Lastly, grazing that leads to soil compaction and the lowering of the water table results in reduced availability and quality of water through sedimentation and increased animal waste. This can negatively affect riparian vegetation and habitat suitability for birds and can also impact various aquatic organisms and thereby have an indirect effect on the birds that feed on them (Zwartjes et al. 2005).

Birds which depend on dense herbaceous ground cover for nesting and/or foraging are most likely to be adversely affected by unmanaged grazing (Hutto and Young, 2002). Grazing during the breeding season

of ground nesting birds can reduce herbaceous vegetation necessary for concealing nests (Saab et al. 1995). A reduction in herbaceous vegetation can expose nests resulting in an increased chance for direct trampling, nest predation, nest parasitism, exposure to elements, and ultimately nest failure.

The no-action alternative may result in some level of incidental mortality (unintentional take) of some birds.

## Cumulative Effects

See Appendix A for a description of wildlife cumulative effects for all alternatives.

# Alternative 2 – Proposed Action

As listed in the proposed action, the design criteria and best management practices will be applied to aid in the reduction of negative effects disclosed below.

## Direct and Indirect Effects

### *Mexican Wolf*

The following mitigation measures specific to wolves will reduce impacts from management actions: Disturbance-causing wild horse management activities on federal lands are not permitted within a 1--mile radius around active dens between April 1 and July 31, and around active wolf rendezvous sites between June 1 and September 30, that the U.S. Fish and Wildlife Service determines could adversely affect reproductive success, natural behavior, or persistence of Mexican wolves. Excluded from this definition is any authorized, specific horse management activity ongoing at the time Mexican wolves chose to locate a den or rendezvous site nearby. Coordinate with the Interagency Field Team (IFT) to determine current denning/rendezvous site locations.

**Gathers and Removal of Horses**

Wolves may be displaced by management activities; the main activity is passive gathers which includes temporary traps and holding facilities and the maintenance and monitoring of those facilities which would increase noise impacts and human presence. Currently it is proposed to build two permanent handling corrals within the territory. Traps would cause short-term disturbance through increased noise and human presence during construction, maintenance, and use. Hunting, transient, and dispersing wolves may experience short term disturbance. Handling corrals may also be considered outside the territory and may cause short-term disturbance if wolves are in the area during improvements or construction and use of the corrals.

Active gathers may also occur and may use aircraft (helicopters or UAS) and/or riders on horseback, which would elevate noise disturbance and may also displace wolves using the area. Noise and human presence could have short-term impacts on dispersing and hunting individuals, possibly causing behavioral changes needed to avoid disturbed areas.

Actions associated with an increased human presence outside of the territory, including gathers may temporarily displace deer and elk. However, disturbance associated with these actions, outside of bait traps or gathers, would not increase human disturbance above ambient levels and therefore, would not likely impact elk and mule deer available for wolves.

**Use of Contraceptives/Fertility Reduction**

Wolves are not likely to be impacted by the use of immuno-contraceptives because they work by causing an immune response in treated animals and are deactivated in the digestive system. Therefore, there is no

risk of hormones or toxins being taken into the food chain if a treated mare were to die (EPA 2009, EPA 2012, Nunez 2018). Intrauterine devices are another fertility reduction method that may be used, introducing the potential for foreign matter in the food chain. Although intrauterine devices have been used for white-tailed deer management, the impact to predators is unknown (Malcolm et al. 2010).

Agency personnel would survey areas where horses are known to congregate and administer contraceptives to mares primarily via dart gun. Vehicles will stay on forest system roads. This action is not likely to disturb wolves, as they will likely avoid the increased vehicle and foot traffic due to their mobility and reclusive nature.

### Herd Health and Population Monitoring

Horse populations will be monitored using helicopters and UAS. Design features are in place to minimize impact to Mexican wolf dens and rendezvous sites, establishing a 1-mile buffer during critical months for wolf survivorship. Helicopter noise can disturb dispersing and transient wolves; however, they are highly mobile and can avoid the area. Survey flights may also alter prey species behavior and availability. These impacts will be temporary, and they are expected to return to normal patterns shortly after the disturbance has passed.

### Habitat and Ecological Conditions Monitoring

Grazing by horses may indirectly affect wolves due to impacts on prey species, specifically elk and deer. Prey species competing with horses for forage, water, and territory may result in displacement and diminished survivorship. Horses have the potential to displace elk and mule deer from preferred habitats such as riparian areas, seeps, and springs, to areas where forage potential and nutrition are greatly reduced for these species.

Elk and deer are adaptable species and occupy a wide variety of habitats at all times of the year. This project is not expected to significantly affect distribution or population size of prey species for wolves to such a degree that prey would be unavailable for the needs of the species. The proposed action is to reduce the horse population to the appropriate management level (50-104) which would alleviate displacement factors such as water source and forage competition for elk and deer.

### Infrastructure

Permanent infrastructure will be located primarily within the 61-acre holding facility perimeter. The holding facility lies adjacent to State Highway 260, therefore noise disturbance from mechanized equipment and human presence is not expected to exceed ambient levels. The proposed fence around the facility may act as a barrier to dispersing and transient wolves, but wolves are highly mobile and expected to effortlessly circumvent the 61-acres.

The construction of two permanent handling corrals, eight stock tanks, and several segments of fence are also proposed. The handling corrals will be approximately an acre in size and should not impact wolves or prey species. Some heavy equipment noise disturbance is likely to occur during construction of stock tanks; however, wolves and prey species can effortlessly avoid the area. These additional water sources should benefit the wolf in the long term. Fencing used in the action area to manage the herd will be built to allow wildlife movement and would not create a physical barrier or limit the ability of the wolf or prey species to maneuver through the landscape (Design Feature Wildlife – 13).

Temporary infrastructure consisting of corrals, traps, and fence may be utilized in different locations throughout the action area to facilitate horse gathers. These structures will be of small size and short duration so the effects on the wolf and prey species are considered insignificant.

Maintenance of all infrastructure will be an important ongoing activity and the need for repairs may arise anytime of the year. All design features to minimize effects to dens and rendezvous sites will be adhered to by the Forest Service. All equipment used during construction may be needed at some point for maintenance. Mechanized noise and human presence could temporarily disturb dispersing wolves and prey species; however, maintenance needs are only expected to occur intermittently throughout the year.

**Determination**

The primary needs for the wolf including large area size, adequate prey, and security from human exploitation continue to be available for wolves. Although the Mexican wolves do not currently use the Heber Wild Horse Territory for denning and breeding, they have and could occasionally visit. While some individuals could be displaced by management actions, due to the abundance of suitable habitat located in close proximity to proposed activities, the limited duration of potential disturbance and exposure, and the lack of detrimental effects to prey species, the proposed action is not likely to jeopardize the continued existence of the Mexican wolf.

## Mexican Spotted Owl

The following mitigation measures specific to Mexican spotted owl (MSO) will reduce impacts from management actions: No fence construction, no new construction of permanent corrals, no construction of water developments, no baiting or passive gathers, no active gathers, a no-fly zone will be in place for any active gathers, and no population monitoring/survey flights (helicopter or UAS) within Mexican spotted owl protected activity centers during the breeding season (March 1–August 31) unless protocol surveys indicate non-breeding or absence. In addition, field surveys will be required to determine if Mexican spotted owl habitat is present and if Mexican spotted owl surveys need to be conducted prior to extensive reconstruction of existing improvements, the construction of new improvements, or temporary structures (Table 3).

**Gathers and Removal of Horses**

Non-nesting Mexican spotted owls may be displaced by management activities; the main activity is passive gathers which would include temporary traps and handling facilities and the maintenance and monitoring of those facilities which would increase noise impacts and human presence. Active gathers may be even more disturbing to MSO than passive gathers due to the use of helicopters, UAS, and more ground resources needed to conduct the gather. Wildlife-10 states "*A no-fly zone will be in place for active gathers over Mexican spotted owl protected activity centers during the breeding season (March 1–August 31) unless protocol surveys indicate non-breeding or absence*". It is reasonable to expect that air and ground resources may need to violate this design feature due to the unpredictable routes that horses may take and the need for personnel to continue the gather. Noise disturbance could have short-term impacts, causing behavioral changes altering nesting and roosting activities, increasing vulnerability to predators, and heat-related stress (USDI FWS 2012). These impacts could affect the owl's ability to reproduce and rear young. A noise study conducted in 1999 concluded that the flush rate of MSO in response to helicopters was 5% at 61-105 meters and 0% at distances greater that 105 m (Delaney et al. 1999). Owls within this 105 m range will likely experience some kind of noise impacts. These gathers may displace breeding and non-breeding MSO or owls occupying un-surveyed recovery habitat until the activity is over. Motorized noise and increased horseback/foot traffic may have temporary and small-scale impacts on prey availability but effects to foraging owls are expected to be nominal.

No permanent construction of corrals would occur within Mexican spotted owls protected activity centers (PACs) or cores. Temporary corrals could be constructed outside the breeding season, or during the breeding season if surveys indicate non-breeding or absence (Table 3).

**Infrastructure**

Field surveys will be required to determine if Mexican spotted owl habitat is present and if Mexican spotted owl surveys need to be conducted prior to reconstruction of existing improvements, construction of new improvements, or construction of temporary structures. Adjustments will be made in the location of improvements or the timing of construction, as appropriate, to avoid adverse effects to MSO (Design Feature Wildlife-11). Noise from increased human presence, tool use, and maintenance activities will potentially impact non-breeding owls.

The permanent holding facility is not located within any MSO critical or recovery habitat and is greater than one mile to the nearest identified recovery habitat and about 2 miles to the nearest PAC (Walnut Canyon - 030105025). The construction noise is not expected to impact MSO.

Eight stock tanks and fencing will be developed within the territory. None of the proposed tanks are within 0.25 miles of known PACs or in recovery habitat (Design Features Wildlife 6 and 7). Developing additional water sources should indirectly benefit MSO as it will assist in horse distribution and decrease congregation. Both fence building and stock tank development could cause short-term displacement of non-nesting Mexican spotted owls using the area. Some habitat used by Mexican spotted owl prey species may be lost but the overall acreage is expected to be negligible.

Two permanent handling corrals will be built within the territory although neither are within 0.25 mile of a PAC (Design Feature Wildlife-6) or within recovery habitat. The proposed western permanent handling corral is within 0.17 miles of recovery mixed conifer foraging/nonbreeding habitat. Temporary handling corrals may also be considered outside the territory. However, the locations are to be determined with considerations to avoid adverse effects to MSO (Design Feature Wildlife-11) and will be based on horse presence, topography, and access. Human presence and noise from power tools may temporarily disturb non-breeding owls occupying PACs or recovery habitat in the vicinity of these corrals.

Maintenance of all infrastructure will be ongoing and the need for repairs may arise anytime of the year that could be located within PACs, critical, or recovery habitat. Personnel will try to minimize effects to breeding owls to the extent practical by implementing MSO design features; however, this will be on a case-by-case basis. Maintenance crews will coordinate with the District Biologist for maintenance required during breeding season. All equipment used during construction may also be required to complete maintenance repairs. Mechanized noise and human presence from maintenance activities could potentially trigger a flush response from breeding and non-breeding owls, impacting their ability to rear young and exposure to predation.

**Use of Contraceptives/Fertility Reduction**

Agency personnel would survey areas where horses are known to congregate and administer contraceptives to mares primarily via dart gun. Vehicles will stay on forest system roads; however, breeding, roosting, and foraging owls may be temporarily disturbed from increased foot traffic. Contraceptives may also be administered when horses are in traps or handling corrals. There are no concerns regarding MSO accidentally ingesting contraceptives as spotted owls are "perch and pounce" predators and do not eat carrion. They typically locate prey from an elevated perch by sight or sound, then pounce on the prey and capture it with their talons (USDI FWS 2012).

**Herd Health and Population Management**

Horse population surveys and monitoring may be conducted using helicopters and/or UAS. These flights are projected to occur every 5 to 10 years (based on funding and logistical issues) and take approximately 2-3 days to complete. Design features are in place to mitigate impacts to breeding owls. Wildlife-12 states that "*Population monitoring/survey flights (helicopter and UAS) will be conducted outside owl breeding*

*season (March 1–August 31) to minimize disturbance to breeding and nesting MSO"*. Based on the 2017 and 2021 flight tracks, three PACs within the territory and three PACs adjacent to the territory received considerable helicopter traffic, having been flown over 4-6 times. The 2012 MSO Recovery Plan states that noise levels greater that 69 decibels (dBA) may cause owls to flush. For comparison, helicopters emit noise levels of approximately 95 dBA at 100m above ground level (AGL) and drones about 50 dBA at 100m AGL (Airborne Drones 2020). Noise from survey apparatus may cause non-breeding owls occupying PACs and un-surveyed recovery habitat to flush, resulting in displacement, energy expenditure, and exposure to predation.

**Habitat and Ecological Conditions Monitoring**

Indirectly, grazing by horses within the project area can negatively impact Mexican spotted owl by affecting foraging habitat through reduced herbaceous cover, soil compaction, sedimentation, and microhabitat alteration. Mexican spotted owls are dependent upon the availability of healthy prey populations (small mammals and birds), which in turn rely upon diverse and robust vegetation communities, especially the herbaceous understory. Managing the horse herd within AML limits would reduce impacts to habitat components for Mexican spotted owl prey species through decreased utilization. Within protected and recovery habitat (USDI FWS 2012), forage utilization will be maintained at conservative levels, i.e., light to moderate grazing intensity within owl habitats. Table 2 depicts the Adaptive Management Process for Managing Horses within the AML Range. A threshold for utilization on upland vegetation is included in this process, "*Exceeds 35% allowable use over 30% of the key monitoring sites for 2 consecutive years or any 2 out of 5 years, and horses are a contributing factor*", along with associated adaptive management actions.

Riparian habitats within the territory are departed from reference conditions due to past grazing and water diversion for agriculture. In addition, changes in vegetation species composition have shifted to be more dominated by conifers instead of riparian species and thus does not currently meet riparian recovery habitat criteria. The proposed action includes design features and monitoring and an adaptive management approach which would maintain riparian areas and not allow further degradation by horses.

**Determination**

The proposed action includes monitoring and adaptive management to inform decisions to reduce horses which are impacting habitat conditions for Mexican spotted owl prey and riparian habitats. The proposed action may affect and is likely to adversely affect Mexican spotted owl. The Design Features contained in Table 3 should reduce adverse impacts to the Mexican spotted owl from the proposed action.

*Mexican Spotted Owl Critical Habitat*

On the Sitgreaves National Forest, there are approximately 258,581 acres of designated critical habitat for Mexican spotted owl. This acreage is within two critical habitat units within the Upper Gila Mountains (UGM-7 and UGM-10) Recovery Unit. The territory contains 17,892 acres of critical habitat. Recovery habitat is a subset of critical habitat and includes two categories: foraging/dispersal recovery habitat and nest/roost replacement recovery habitat. There are 57,185 acres of recovery habitat in the action area. The territory includes 952 acres of recovery habitat. Riparian vegetation composition in the project area has shifted to be more dominated by conifers instead of riparian species and thus does not currently meet riparian recovery habitat criteria.

The primary constituent elements (PCEs) identified for the owl within mixed-conifer, pine-oak, and riparian forest types that provide for one or more of the owl's habitat needs for nesting, roosting, foraging, and dispersing are:

**Primary constituent element 1; related to forest structure:**

1.  A range of tree species, including mixed conifer, pine-oak, and riparian forest types, composed of different tree sizes reflecting different ages of trees, 30 to 45 percent of which are large trees with mean diameter at breast height (4.5 feet above ground) of 12 inches or more;
2.  A shade canopy created by the tree branches covering 40 percent or more of the ground; and
3.  Large, dead trees (snags) with a mean diameter at breast height of at least 12 inches.

**Primary constituent element 2; related to maintenance of adequate prey species:**

1.  High volumes of fallen trees and other woody debris;
2.  A wide range of tree and plant species, including hardwoods; and
3.  Adequate levels of residual plant cover to maintain fruits and seeds and allow plant regeneration.

### Effects to Forest Structure

Management actions that affect forest structure are tied to the construction of the Permanent Holding Facility infrastructure. The facility is greater than one mile to the nearest identified recovery habitat and about 2 miles to the nearest PAC (Walnut Canyon - 030105025). Although the facility overlaps approximately 27 acres of critical habitat, this area does not contain any of the critical habitat PCEs and is a monocultured Ponderosa Pine stand. Ponderosa pines greater than 12" DBH and hazard trees will likely be removed to construct the facility, and the canopy may be reduced to less than 40% in places.

Management actions that are planned to or could potentially occur in critical habitat are not expected to reduce the large tree component lower than 30-45%. Saplings and brush may have to be cut for gathers, trapping, and building of corrals; however, it is not expected that trees larger than 12" DBH will need to be removed. Trees greater than 12" DBH and hazard trees may need to be cut prior to fence construction but the need to cut trees is expected to be minimal as proposed fence locations lie within open ponderosa pine stands. Proposed water developments are located in open areas and/or open ponderosa pine stands and it is unlikely that any large trees will need to be removed.

Some management actions may require the removal of a few trees and/or snags but would not change overall forest structure or composition or reduce the shade canopy below 40 %. Design Features ensure actions will occur outside of recovery habitat when feasible (Wildlife-11) and use previous trapping sites where practical (Botany-1 and Heritage-1), as these sites would not require additional removal of large trees or snags.

### Effects to Prey Species

Most of the proposed action components are expected to have short term impacts on prey base PCEs, although the only actions that may occur in critical (with PCEs)/recovery habitat are administration of contraceptives, active/passive gathers, horse population monitoring, and horse grazing. All infrastructure requiring heavy equipment use is located within the overall critical habitat boundary, but the quality is marginal, displaying few to no PCEs and is primarily open Ponderosa Pine. Equipment will likely be driven on FS roads that cross through critical habitat to reach certain locations.

Prey species may change their feeding and active periods to avoid foot traffic and mechanized noise from required equipment. The use of vehicles, UTVs and resources on horseback could also collapse the

burrows and damage day nests of prey species. Although prey behavior may be disturbed, minimal impacts to overall prey abundance are expected.

Increased foot and equipment traffic may also result in trampling and detachment of residual groundcover and seed sources; however, these impacts are expected to be localized and the overall acreage of disturbance small in scale. The effects to vegetation will be short term and groundcover is expected to increase because of this project and reducing the wild horse population to the AML.

Grazing by horses within the action area can negatively affect prey species by reducing herbaceous groundcover and grasses. To ensure that there are adequate levels of residual plant cover to maintain fruits and seeds and allow plant regeneration, a monitoring plan is in place. Thresholds for utilization on upland vegetation, riparian herbaceous, and woody browse are included in the adaptive management process. If utilization is exceeded, adaptive management actions to reduce the horse population will occur. Managing within AMLs should reduce grazing pressure on riparian vegetation and upland grass species, resulting in improved prey habitat.

No proposed permanent corrals, fences, or stock tanks will be developed within critical or recovery habitat (Design Feature Wildlife-11). All other structures (traps and/or handling corrals) would be temporary and removed once they are no longer needed.

The proposed action and Design Features (Botany-1 and Heritage-1) emphasize using previously disturbed areas to reduce impacts on vegetation and protecting sensitive areas, protecting hardwoods and other species present in the area. Although it is not known where trapping and/or gathers may take place outside of the territory, potential impacts to Mexican spotted owl recovery habitat will be minimal.

**Determination**

Several proposed action components will occur within MSO critical and/or recovery habitat; however, the impacts will only have short-term effects on prey base PCEs and very limited impacts on forest structure. Managing horses to the appropriate management level should improve habitat conditions, prey availability, and abundance. The proposed action may affect but is not likely to adversely affect Mexican spotted owl critical habitat.

*Yellow-billed Cuckoo*

The five Aquatics design features proposed would benefit yellow-billed cuckoo by buffering riparian areas by 300 ft for temporary traps, using existing roads within riparian areas, preventing pollutants from equipment or helicopters from entering riparian areas, limiting off-highway vehicle travel off established roads within 100 feet of streams and when soils are dry, and minimizing impacts to stream banks during infrastructure construction.

**Gathers and Removal of Horses**

Gathers may occur anywhere in the action area and may be passive (trapping) or active (mobilizing air and ground resources to herd). Passive gathers are the preferred method; however, active gathers will be utilized if passive gathers are unsuccessful. Gathers involve constructing temporary infrastructure including traps and handling corrals. Gathers also include constructing permanent infrastructure including two handling corrals (one on the west and one on the east side of the territory), one stock tank, and potential tree removal and hay storage construction. The western handling corral and the eastern handling corral with its stock tank are located 1.9 and 0.6 miles from riparian habitat, respectively. Already disturbed areas such as existing livestock corrals, retrofitted for horses, would be used wherever possible. In lieu of using existing infrastructure, constructing temporary and permanent infrastructure for trapping

and handling horses would occur outside of riparian areas in previously impacted sites (Design Features Botany-1, Heritage-1). The occurrence of temporary and permanent bait trapping infrastructure and horses concentrated in corrals for a short period of time will not have additional effects to cuckoo habitat because the effects have already been realized at these locations.

The construction and use of these sites would increase noise impacts and human presence during activities, although they would be temporary and avoid riparian areas. The stock tank construction has a design criterion (Wildlife-4) that includes escape ramps for wildlife. Helicopters, UAS, and/or riders on horseback would be used to locate and gather horses and could also temporarily disturb and displace foraging or migrating cuckoos using riparian habitat, as horses tend to congregate in these areas. Design feature Wildlife-10 for helicopter/UAS use in active gathers, while proposed for Mexican spotted owl, will also mitigate impacts on foraging or migrating cuckoos present in the action area (Wildlife-10: "A no-fly zone will be in place for active gathers over Mexican spotted owl protected activity centers during the breeding season (March 1–August 31) unless protocol surveys indicate non-breeding or absence"). In addition, Design Feature Aquatics-3 states: If helicopters are used for gathers, all landing and refueling areas would be in approved sites and not within identified riparian areas. Hazardous material spill control equipment and absorbent material will be on-site at all times of fuel use or storage.

### Use of Contraceptives/Fertility Reduction
Administering contraceptives would be accomplished primarily via dart gun. This will consist of agency personnel reconning areas where horses are known to congregate, locating a target mare, and getting within dart gun range. Vehicles will stay on forest system roads; however, foraging or migrating cuckoos may be temporarily disturbed from increased foot traffic. Bait trap construction and use for gathering horses to administer immuno-contraceptives would increase noise impacts and human presence during activities, although they would be temporary within the action area and avoid riparian areas. There are no concerns regarding cuckoo accidentally ingesting contraceptives as insects are their main prey.

### Herd Health and Population Monitoring
Horse population surveys and monitoring may use helicopters and/or UAS. These flights are projected to occur every 5-10 years (based on funding and logistical issues) and take approximately 2-3 days to complete. The persistent noise from survey apparatus flying transects may cause foraging or migratory cuckoos to flush, resulting in displacement, energy expenditure, and exposure to predation. Design feature Wildlife-12, while proposed for Mexican spotted owl, will also mitigate impacts to foraging or migrating cuckoos present in the action area: "Population monitoring/survey flights (helicopter and UAS) will be conducted outside owl breeding season (March 1–August 31) to minimize disturbance to breeding and nesting MSO").

### Habitat and Ecological Conditions Monitoring
Under the proposed action, the horse population would reach the AML, decreasing unmanaged grazing across the project and action areas. Indirect effects to foraging or migrating cuckoos would be anticipated in up to 5,400 acres of riparian habitat loss or degradation because horses would be allowed access to areas that cuckoos potentially use. Grazing effects of horses result in declines in the structural richness of the vegetative community in riparian areas, change of understory vegetation community, reduction in habitat connectivity, and reduction in habitat patchiness. Indirect watershed effects may also occur because of grazing and can include increases in erosion and sedimentation, increases in depth to water table, and drying of the floodplain. Habitat and Ecological Conditions Monitoring in riparian habitats would have potential short-term disturbance and displacement effects to foraging or migrating cuckoos because of an increase in noise impacts from human presence during activities.

The proposed action includes design features to protect existing riparian habitat including that traps and temporary holding facilities will not be located within riparian areas, and there will be no new roads constructed to facilitate trapping or temporary holding of horses (Design Features Aquatics 1 and 5). Gathers and removal of horses are expected to limit impacts on riparian habitat where the AML is at a sustainable level. When the upper limit of the AML is achieved, monitoring and adaptive management would determine if riparian habitats are degrading beyond sustainable levels and require additional horse removal within the AML.

**Infrastructure**

Construction, maintenance, and use of stock tanks, fences, gates, temporary traps, and handling corrals would increase noise impacts and human presence during activities, although they would be temporary within the territory and avoid riparian areas. Two of the stock tanks would be constructed within 0.16 and 0.20 mile of riparian habitat. Stock tank construction has a design criterion (Wildlife-4) that includes escape ramps for wildlife.

**Determination**

Permanent construction of infrastructure is proposed in an existing administrative site (Heber Work Center) with additional 61-acre area development of a permanent holding facility that is located greater than one mile from riparian habitat. All the infrastructure construction with heavy equipment and human presence during activities would increase noise impacts, although they would be temporary disturbances. Noise and human presence in these areas would increase as the permanent holding facility is operational. The Heber Work Center and permanent facility are greater than one mile from the nearest riparian habitat; therefore, foraging and migrating cuckoos would not be impacted.

*Raptors (Northern Goshawk, Peregrine Falcon, Golden Eagle, and Bald Eagle)*

The following mitigation measures specific to raptors will reduce impacts from management actions: human presence should be minimized within nest areas during the nesting season of March 1–September 30, and Forest Service biologists will be consulted prior to implementing management actions to protect active raptor nests from disturbance during the nesting season as per the Apache-Sitgreaves National Forests land management plan.

**Gathers and Removal of Horses**

Raptors roosting in an area may be displaced by management activities, such as passive gathers which would include temporary traps and handling facilities and the maintenance and monitoring of those facilities and an increase in noise impacts and human presence. Currently, it is proposed to build two handling corrals within the territory. Handling corrals may also be considered outside the territory; short-term disturbance to foraging raptors during construction and use of the corrals could occur. Active gathers may also occur, with the potential for aircraft use, which could also displace raptors using the area.

The development of the proposed permanent holding facility falls within the effects already analyzed in the terrestrial species biological analysis (Terrestrial Wildlife Report). The proposed permanent holding facility contains no known raptor nests or post-fledging areas therefore no effects to raptors are expected.

**Use of Contraceptives/Fertility Reduction**

Bald eagles and golden eagles are not likely to be impacted by the use of immuno-contraceptives because they work by causing an immune response in treated animals and are deactivated in the digestive system. Therefore, there is no risk of hormones or toxins being taken into the food chain if a treated mare were to die (EPA 2009, 2012).

**Herd Health and Population Management/Habitat and Ecological Conditions Monitoring**

Indirectly, grazing by horses within the project area can negatively impact raptors by affecting foraging habitat through reduced herbaceous cover, soil compaction, sedimentation, and microhabitat alteration. Raptors are dependent upon the availability of healthy prey populations (small mammals and birds), which in turn rely upon diverse and robust vegetation communities, especially the herbaceous understory. Managing the horse herd within AMLs would reduce impacts to habitat components for raptor prey species through decreased utilization.

Management activities are unlikely to directly affect nesting raptors, and the management activities will not take place within known active nest sites. Managing appropriate numbers of horses will reduce impacts to habitat components for raptor prey species, the proposed action may affect individual northern goshawk, peregrine falcon, bald eagle and/or golden eagle but will not result in a trend toward listing or loss of viability and will not result in take of bald eagles or golden eagles.

**Infrastructure**

Impacts from fencing will be limited as fencing will only be built, if necessary, to protect resources. It is proposed that eight stock tanks will be developed within the territory; both fence building and stock tank development could cause short-term displacement of raptors foraging in the area.

### *Western Burrowing Owl*

The following mitigation measures specific to raptors will reduce impacts from management actions: human presence should be minimized within nest areas during the nesting season of March 1–September 30, and a Forest Service biologist will be consulted prior to implementing management actions to protect active raptor nests from disturbance during the nesting season as per the Apache-Sitgreaves National Forests land management plan.

**Gathers and Removal of Horses**

Outside the nesting season, burrowing owls may be displaced by management activities; the main activity would be passive gathers which would include temporary traps and handling facilities and the maintenance and monitoring of those facilities and an increase in noise impacts and human presence. Currently, it is proposed to build two handling corrals within the territory. Temporary handling corrals may also be considered outside the territory; short-term disturbance during construction and use of the corrals would be likely. Active gathers may also occur, with the potential for aircraft use, which could also displace burrowing owls using the area.

The development of the permanent holding facility falls within the effects already analyzed in the terrestrial species biological analysis (Terrestrial Wildlife Report). The proposed permanent holding facility contains no known burrowing owl nests. Therefore, no impacts are expected to burrowing owls.

**Use of Contraceptives/Fertility Reduction**

There would be no impact to burrowing owls by the use of immuno-contraceptives because the agents work by causing an immune response in treated animals and are deactivated in the digestive system, therefore is no risk of hormones or toxins being taken into the food chain when a treated mare dies (EPA 2009, 2012).

**Herd Health and Population Management/Habitat and Ecological Conditions Monitoring**

As described under the no-action alternative, there is a relationship between prairie dogs and burrowing owls. Grazing helps keep ground cover low, which benefits both prairie dogs and burrowing owls in predator detection. Based on the symbiotic relationship between ungulates and prairie dogs, it seems that

reasonable management of grazing could benefit burrowing owls, and maintaining a horse population within AMLs would reduce the potential for overgrazing. Although reduced, there is still potential for burrow collapse and potential impacts to burrowing owl nests if present. Therefore, the proposed action may affect individual burrowing owls but will not result in a trend toward listing or loss of viability.

**Infrastructure**

Impacts from fencing will be limited as fencing will only be built, if necessary, to protect resources. It is proposed that eight stock tanks will be developed within the territory, both fence building and stock tank development could cause short-term displacement of burrowing owls using the area.

### Springerville Silky Pocket Mouse and Navajo Mogollon Vole

There have been no Springerville silky pocket mice or Navajo Mogollon voles documented in the territory; however, suitable habitat exists both within and outside of the territory.

**Gathers and Removal of Horses**

If present, management activities, including gathers of excess horses, have the potential to temporarily disrupt Springerville silky pocket mice and Navajo Mogollon vole movement.

The development of the permanent holding facility falls within the effects already analyzed in the terrestrial species biological analysis (Terrestrial Wildlife Report). The permanent holding facility contains no suitable habitat for Springerville silky pocket mice or Navajo Mogollon voles.

**Use of Contraceptives/Fertility Reduction**

There would be no impacts to Springerville silky pocket mice and Navajo Mogollon voles by the use of immuno-contraceptives because the agents work by causing an immune response in treated animals and are deactivated in the digestive system, therefore is no risk of hormones or toxins being taken into the food chain when a treated mare dies (EPA 2009, 2012).

**Herd Health and Population Management/Habitat and Ecological Conditions Monitoring**

Brown and others (1997) found climate change can cause shifts in Springerville silky pocket mouse populations in Arizona where increased winter precipitation was linked with establishment of cool season woody shrubs at the expense of warm-season grasses, resulting in a dramatic reduction in Springerville silky pocket mice abundance. Meeting the AML should maintain both cool and warm season grasses both within and outside the territory. Ungulate grazing has the potential to affect Navajo Mogollon vole habitats. Ungulates likely forage more within vole habitats due to the high productivity of herbaceous food sources. Horncastle and others (2019) found Navajo Mogollon vole in areas of higher grass with less grazing. Due to this preference, Navajo Mogollon voles may be impacted by grazing within the territory; however, meeting the AML will minimize effects to voles through retention of sufficient ground cover. If present, the proposed action may affect individual Springerville silky pocket mice and Navajo Mogollon vole but is not likely to result in a trend toward federal listing or loss of viability.

**Infrastructure**

Impacts from fencing will be limited as fencing will only be built, if necessary, to protect resources. It is proposed eight stock tanks be developed within the territory; both fence building and stock tank development could cause displacement of individual Springerville silky pocket mice and Navajo Mogollon voles using the area but is not likely to result in a trend toward federal listing or loss of viability.

*Bats (Spotted Bat, Pale Townsend's Big-eared Bat, Allen's Lappet-Browed Bat, and Western Red Bat)*

**Gathers and Removal of Horses**

Direct impacts to bats may occur when noise from management activities such as gathers of excess horses when personnel and vehicles are present within close enough proximity to roost locations. It is unknown if any of the bat species hibernate within the territory or on the Sitgreaves National Forest, but if they are present during the breeding season, disturbance to day and maternity roosts could occur. There then, could be impacts to bats from building temporary traps and handling facilities and while conducting active or passive gathers.

**Use of Contraceptives/Fertility Reduction**

There would be no impact to bats by the use of immuno-contraceptives because the agents work by causing an immune response in treated animals and are deactivated in the digestive system, therefore is no risk of hormones or toxins being taken into the food chain when a treated mare dies (EPA 2009, 2012).

**Herd Health and Population Management/Habitat and Ecological Conditions Monitoring**

Ungulate grazing within the project area may reduce understory vegetation, reducing plant availability to insects, a primary food source. As insectivores, bats are dependent upon diverse and vigorous plant communities to provide suitable amounts and diversity of insects as forage. Overall abundance of vegetation-associated insect communities has been shown to be lower in the presence of grazing (Debano 2006). The proposed action would maintain, and in time improve, the health and vigor of the herbaceous plant community.

Although most susceptible to over grazing due to foraging preference, riparian habitats within the territory are departed from reference conditions due to past grazing and water diversion for agriculture. In addition, changes in vegetation species composition have shifted to be more dominated by conifers instead of riparian species and thus does not currently meet recovery habitat criteria. The proposed action includes design features and monitoring and an adaptive management approach which would maintain riparian areas and not allow further degradation by horses, benefiting bats.

The proposed action may affect individual spotted bat, pale Townsend's big-eared bat, Allen's lappet-browed bat and/or western red bat but is not likely to result in a trend toward federal listing or loss of viability.

**Infrastructure**

The proposed action would maintain and develop new water sources on the landscape, which may benefit bats since they use tanks and guzzlers. Bats could be impacted by noise from construction of the proposed limited fencing.

*Rocky Mountain Elk and Mule Deer*

**Gathers and Removal of Horses**

Potential for disturbance to deer and elk exists during management activities associated with the proposed action. Actions associated with an increased human presence, including gathers and inventories, may disturb individuals. However, disturbance associated with these actions, outside of bait traps or gathers, would not increase human disturbance above ambient levels and therefore would not likely impact elk and mule deer. Gathering and bait traps have the potential to capture or harm individual elk or mule deer;

however, the chance of occurrence is very low. In addition, locations utilized would likely be in areas of existing disturbance (such as dispersed campsites and/or roadsides), so potential effects to elk and deer from disturbance would be minimal and isolated to these locations only. The development of the permanent facility would have negligible impacts to deer and elk.

**Use of Contraceptives/Fertility Reduction**
Elk and deer are not likely to be impacted by the use of immuno-contraceptives because the agents work by causing an immune response in treated animals and are deactivated in the digestive system, therefore is no risk of hormones or toxins being taken into the food chain when a treated mare dies (EPA 2009, 2012).

**Herd Health and Population Management/Habitat and Ecological Conditions Monitoring**
Reducing the herd to within the AML would alleviate displacement factors associated with social avoidance, congregation around important habitats, and forage competition. Dietary overlap is the greatest between elk and horses during early spring and late summer/fall as elk typically favor grasses and forbs during these critical foraging times, while horses' diets are comprised predominately of grass with little variation during the year (Hosten et al. 2007, Vavra et al. 1989). Mule deer diets are predominately comprised of forbs in the spring and summer, and browse in the winter, suggesting dietary overlap between deer and horses is relatively low. Cook and others (2004) found small differences in the quality of forage consumed by elk in late summer and fall can affect overall nutrition, growth of calves and yearlings, and pregnancy rates in elk. As a result of reducing the number of horses on the territory, there would be less interspecific competition, a larger partition of forage available for wildlife, and a likely increase in the overall abundance of nutritional forage for elk and mule deer (see the "Rangeland Vegetation" section for utilization). The proposed action would potentially show a reduction in competition for forage over the mid to long term.

**Infrastructure**
The proposed action would maintain and develop new water sources on the landscape which is likely to benefit elk and deer. Impacts from fencing will be limited as fencing will only be built, if necessary, to protect resources. Additionally, if fencing were to be erected, design features from Table 3 would be followed.

*Migratory birds*
Short-term disturbances are possible due to noise and human presence during preparation for and during any gathers. Potential trampling to ground-nesting birds that are in the territory is possible but should be reduced by managing for the appropriate management level. As noted throughout, managing for the AML would reduce the impacts to vegetation habitats used by migratory birds. Implementation may result in some level of incidental mortality (unintentional take) of some birds.

## Cumulative Effects

See Appendix A for a description of wildlife cumulative effects for all alternatives. Individual projects may not have a noticeable impact, but cumulatively these ongoing projects increase activity in the Apache-Sitgreaves National Forests, which can affect wildlife behavior patterns, security, and habitat quality. However, many projects may have a cumulative effect of improving wildlife habitat through the management of grazing, reintroduction of fire, forest health, and management of recreational activities.

# Aquatic Species and Fish

This section is a summary of the Aquatic Species Biological Evaluation and Specialist Report which is incorporated by reference.

## Affected Environment

Under the proposed action it is possible management activities, such as bait and trap, could occur outside the territory boundary (project area). Therefore, for this analysis the effects to aquatic species is expanded beyond the identified territory to the National Forest System lands where the horses are known to occur on the Sitgreaves National Forest (see the *Proposed Appropriate Management Level Determination* document).

The dominant terrestrial habitat type is primarily ponderosa pine, with pinyon-juniper, mixed-conifer, pine/oak, grasslands and cottonwood riparian. Wet meadows, aspen stands, and riparian areas are limited in their extent but provide important habitat for many aquatic species. Cottonwood and willows are proliferating along many drainages. Several areas have been fenced to exclude ungulate and horse grazing within these habitats and aid in their recoveries. These areas include fencing in Gentry Canyon, Baca meadow, and the West Fork of Black Canyon.

The territory area lies within portions of 6th-field level hydrologic unit code (HUC) subwatersheds, these include Buckskin Wash, Bear Canyon-Black Canyon, and West Fork Black Canyon, with less than one percent found in Upper Wildcat Canyon, Bull Flat Canyon, and Upper Brookbank Canyon and these latter three watersheds will not be evaluated further (see the Heber Wild Horse Territory Watershed Report).

Within the Sitgreaves National Forest action area there are 1,219 miles of intermittent, 1,466 miles of ephemeral and 90 miles of perennial streams. The territory encompasses 45 miles of intermittent and 15 miles of ephemeral and one mile of perennial streams. Intermittent streams may respond to spring runoff as well as monsoonal precipitation. Intermittent streams in the territory include Black Canyon and West Fork Black Canyon and associated tributaries. There are no perennial streams within the territory, but there is permanent water in Black Canyon Lake (a reservoir).

Intermittent streams generally respond to spring runoff during the months of March through May as well as monsoonal precipitation which occur between the months of July through September. Intermittent streams in the territory include Black Canyon and West Fork Black Canyon and associated tributaries. These intermittent drainages provide seasonal water to livestock, wildlife, and horses, generally in the spring and summer months and possibly during warmer periods of the winter after periods of snowmelt.

Additionally, 24 stock tanks occur within the territory. It is assumed during the coldest months of the year (December through March) some or all of these sources may freeze over. During the other months, livestock, wildlife, and horses would be able to obtain water during normal years but most water sources with the exception of Black Canyon Lake dry up during extreme drought periods as was observed in 2018. The livestock and wild ungulates, including horses, at some stock tanks and within riparian areas, have contributed to an overall lack or reduction of herbaceous cover and reduced the suitability of the tanks to support certain aquatic species like the northern leopard frog.

There are no perennial streams within the territory. Permanent water sources provide habitat for threatened, endangered, and sensitive wildlife and plant species. Perennial water is present at Black Canyon Lake, in pools along Black Canyon, and the West Fork of Black Canyon.

A representative portion of riparian areas found within the Heber Wild Horse Territory area were evaluated from 2013–2018 using the proper functioning condition protocol (DOI BLM 2015; originally published in 1998, revised in 2002, 2nd edition published in 2015) to determine both riparian potential and functionality. Table 18 shows inventoried proper functioning condition ratings for selected drainages within the territory. Of the ten surveyed riparian areas, it was determined all surveyed reaches were functioning at risk except Hangman Draw and the West Fork Black Canyon below Black Canyon Reservoir, which were found to be at proper functioning condition (Heber Wild Horse Territory

Watershed Report). More detail on watershed riparian conditions within the project and action areas can be found in the Aquatic Species Biological Evaluation and Specialist Report.

**Table 18: Proper functioning condition survey results for riparian areas in the Heber Wild Horse Territory.**

| Riparian Area Name | Riparian Reach Length (miles) | Riparian Condition |
|---|---|---|
| Hangman Draw | 1.0 | Proper functioning condition |
| Gentry Canyon | 0.5 | Functioning at risk (upward trend) |
| West Fork Black Canyon above Black Canyon Lake | 0.4 | Functioning at risk (upward trend) |
| West Fork Black Canyon below Black Canyon Lake | 2.1 | Proper functioning condition |
| Baca Meadow | 0.6 | Functioning at risk (no trend) |
| Black Canyon 1 | 1.5 | Functioning at risk (upward trend) |
| Black Canyon 2 | 1.9 | Functioning at risk (no trend) |
| Black Canyon 4 | 1.5 | Functioning at risk (no trend) |
| Black Canyon 5 | 0.7 | Functioning at risk (no trend) |
| Black Canyon 6 | 2.5 | Functioning at risk (no trend) |

\* Source of data: Apache-Sitgreaves National Forests GIS database and proper functioning condition inventory for the Heber Wild Horse Territory (PFC_Lotic layer).

## Federally Listed Species

To comply with the Endangered Species Act, a biological assessment for fish and wildlife has been prepared for the proposed action and submitted to the U.S. Fish and Wildlife Service for consultation. Consultation will be completed prior to a final decision on this project. Preliminary analyses and determinations have been performed to provide information in this environmental analysis.

Species listed under the Endangered Species Act obtained from the U.S. Fish and Wildlife Service are analyzed in the biological assessment.

Little Colorado spinedace (*Lepidomeda vittata*) is the only federally listed aquatic species present in the action area, but not within the territory. Table 19 Detailed information on the life history, habitat, distribution, and population trends for Little Colorado spinedace can be found in the Aquatic Species Biological Evaluation and Specialist Report.

*Heber Wild Horse Territory Management Plan Final Environmental Assessment*

**Table 19: Federally listed aquatic species, status, occurrence, and determination.**

| Species | Federal Status | Species Occurrence in the Project Area and Action Area | Critical Habitat | Determination |
|---|---|---|---|---|
| Little Colorado spinedace *Lepidomeda vittata* | Threatened | Project Area: There is no occupied habitat in the project area.<br><br>Action Area: Within the Sitgreaves National Forest occupied habitat of Little Colorado spinedace occurs in Leonard Canyon, Willow Creek, Gentry Creek, Turkey Creek, Beaver Creek and West Chevelon Creek. There is unoccupied recovery habitat in Chevelon Creek | On the Sitgreaves National Forest there is no critical habitat in the project or action areas. | No action – May affect, likely to adversely affect.<br><br>Proposed action – May affect, not likely to adversely affect. |

## Southwestern Region Sensitive Species

The Region 3 Regional Forester's Sensitive Species List from 2013 was utilized to identify aquatic species that could occur or have suitable habitat within the project area or action area. In some cases, surveys have confirmed species presence. In cases where a species has not been detected, the presence of suitable habitat indicates they could be present and therefore their presence was assumed under this analysis. Species or associated habitats that do not occur in the project or action areas will not be analyzed further. Terrestrial and botanical at risk species are addressed in the Terrestrial Wildlife and Botany Reports.

**Table 20: Summary of sensitive species, occurrence, and determination of effects.**

| Common Name | Species Occurrence in the Project Area | Determinations |
|---|---|---|
| Roundtail Chub *Gila robusta* | No suitable or potential habitat is present in the Heber Wild Horse Territory. Within the Sitgreaves National Forest, there are 17 miles of occupied or recovery stream habitat within 10 miles of the territory. | No Action - May impact individuals and likely to result in a loss of viability in the planning area or in a trend toward federal listing.<br>Proposed Action - May impact individuals and is not likely to result in a loss of viability in the planning area or in a trend toward federal listing. |
| Little Colorado sucker (3) *Catastomus sp.* | No suitable or potential habitat is present in the Heber Wild Horse Territory. Within the Sitgreaves National Forest, there are approximately 22 miles of occupied or recovery stream habitat within 10 miles of the territory. | No Action - May impact individuals and likely to result in a loss of viability in the planning area or in a trend toward federal listing.<br>Proposed Action - May impact individuals and is not likely to result in a loss of viability in the planning area or in a trend toward federal listing. |
| Northern Leopard Frog *Lithobates pipiens* | Suitable or potential habitat is present in the Heber Wild Horse Territory and within Sitgreaves National Forest including current introduction sites at Twin Lake, Double Cabin, and Turkey Creek. | No Action - May impact individuals and is likely to result in a loss of viability in the planning area or in a trend toward federal listing.<br>Proposed Action - May impact individuals and is not likely to result in a loss of viability in the planning area or in a trend toward federal listing. |

*Heber Wild Horse Territory Management Plan Final Environmental Assessment*

| Common Name | Species Occurrence in the Project Area | Determinations |
|---|---|---|
| A Stonefly (1): *Capnia caryi* Caddisflies (3): *Lepidostoma apache, Lepidostoma knulli, and Lepidostoma granti* Ferris' copper butterfly *Lycaena ferrisi* | Limited suitable or potential habitat is present in the Heber Wild Horse Territory. Within the Sitgreaves National Forest there is suitable and potential habitat. | No Action - May impact individuals and is not likely to result in a loss of viability in the planning area or in a trend toward federal listing. Proposed Action - May impact individuals and is not likely to result in a loss of viability in the planning area or in a trend toward federal listing. |
| Nokomis Fritillary (Great Basin Silverspot) *Speyeria nokomis* | Little information exists on the species, but suitable habitat exists. Approximately 1,622 acres of wetland/cienega potential natural vegetation occurs on the Sitgreaves National Forest, none occur within the territory. This equates to 9% of the total suitable habitat on the Apache-Sitgreaves National Forests. | No Action - May impact individuals and is not likely to result in a loss of viability in the planning area or in a trend toward federal listing. Proposed Action - May impact individuals and is not likely to result in a loss of viability in the planning area or in a trend toward federal listing. |
| California floater *Anodonta californiensis* | Specimens in the have been found in Chevelon Creek, East Clear Creek near the confluence of Leonard Canyon, and Show Low Creek. Few surveys have occurred for the species on the Sitgreaves National Forest in the last three decades. There are no known occupied locations within the territory, but historic locations and suitable habitat exist within the action area. | No Action - May impact individuals and is not likely to result in a loss of viability in the planning area or in a trend toward federal listing. Proposed Action - May impact individuals and is not likely to result in a loss of viability in the planning area or in a trend toward federal listing. |

## Issues and Concerns

No issues relating to aquatic species which warranted another alternative to be analyzed in detail were identified during scoping. The following concerns were used to focus the effects analysis of the aquatics resource.

- Concerns regarding forage in riparian areas was raised. The loss of riparian vegetation can lead to the destabilization of stream banks and modify the physical habitat.

## Alternative 1 – No Action

The "no-action" alternative reflects the existing condition without any new management activities occurring and provides a baseline for comparing the action alternative. In other words, no management of the horses would occur, and the horse population would continue to grow. Since the passage of the Wild Free-Roaming Horse and Burro Act of 1971 (Public Law 92-195), documentation on the effects of horses on the environment has become more important. Horses have been said to constitute a unique influence on the Western landscape (Beever 2003). Many studies attempt to determine effects of livestock grazing on wildlife; however, livestock grazing differs greatly from horse grazing due to differences in behavior, digestive systems, physiological structures, and habitat use (Schieltz and Rubenstein 2016).

Research has shown horses are socially dominant when interacting with other ungulates, mainly due to their large body size and great speed and power. This results in effects to wildlife species which are different than those induced by cattle (Beever 2003). Compared to livestock, horses are one of the least-selective grazers across most of western North America. A horse will consume 20 to 65 percent more forage than a cow of equivalent body mass (Beever 2003). Horses also have the ability to graze vegetation more closely than cattle due to a more elongate head, flexible lips, and the presence of upper incisors. This results in a delayed recovery for many grazed plants (Beever 2003).

*Heber Wild Horse Territory Management Plan Final Environmental Assessment*

Direct and Indirect Effects

*Roundtail Chub, Little Colorado Sucker (3), Northern Leopard Frog, A Stonefly (1), Caddisflies (3), Ferris' Copper Butterfly, Nokomis Fritillary, California Floater, and Little Colorado Spinedace*

Roundtail chub and Little Colorado sucker are often associated with areas of cover in the form of boulders, overhanging cliffs, undercut banks, or vegetation. Reduction in distribution is thought to be a result of habitat loss due to stream flows, water diversions, dam construction, channel and watershed erosion, and interactions with non-native fish species.

Aquatic species are influenced by water quality, loss of wetland vegetation, compaction/erosion of wetland soils, and degradation of water flow. Riparian areas are also important for trapping sediment, slowing runoff, and supporting ecologically functioning watersheds. Excessive animal grazing and trampling in riparian areas or dirt tanks can decrease sediment capture, limit infiltration, and increase the energy of water flow. Further, the scarcity of water could force horses to look for water in sensitive riparian habitats both within and outside the territory, putting more pressure on these resources.

In general, horse use alters the structural characteristics and, at times, the abundance of native vegetation. Research suggests preference of horses for riparian areas during summer months with the potential for reduction in plant species richness, height, and cover and for alteration of plant community composition (Beever and Brussard 2000). Horse population modeling predicts significant increases in horse numbers over time with no active management. Due to anticipated increases in horse populations, impacts to streambanks would continue to result in sediment delivery to stream flow, and water quality could decrease with higher concentrations of nitrogen, phosphorus, carbon, and ammonia in the future.

Too many horses over a small area have been shown to have a negative effect on stream temperature by reducing stream shade through the repeated browsing of hardwood vegetation, which results in increased instream temperatures, increasing the potential for thermal stress on fish, frogs, and other aquatic biota. This potential change to water quantity could make water in the territory sparser and impact the viability of the territory to sustain horses throughout the entire year. If this were to occur, the no action alterative does not have an adaptive management component to address this.

Riparian vegetation is also important to aquatic macroinvertebrates. Nearly all aquatic insects spend a part of their life cycle in a terrestrial habitat, usually but not always, in the riparian vegetation zone. Feeding, pupation, emergence, mating, and egg laying may all occur in this zone depending on the species (Erman 1984).

As impacts occur in a stream, species diversity decreases but population size of some species may increase. The change is generally in a direction of large-sized species being replaced by small species (Wallace and Gurtz 1986). The abundance of smaller aquatic macroinvertebrates rose significantly in streamside zones without buffer strips. This resulted from increased light due to the loss of riparian vegetation, increased sediments, and increased algal growth. This could affect the amount of energy expended by fish and other animals dependent upon aquatic macroinvertebrates for food. The numbers of small invertebrate species needed to substitute energetically for a large stonefly or caddisfly would be prohibitive (Erman 1992).

Northern leopard frogs were reintroduced by Arizona Department of Game and Fish to Turkey Creek, Double Cabin tank, and Twin Lakes upper and lower tank on the Black Mesa Ranger District in 2018 and 2020. The biggest challenges are water availability and effects from livestock. Some tanks that used to be suitable for frogs may have been impacted by horses but there are other sites in the horse territory that have not been impacted and are still suitable. Additional threats to the northern leopard frog include

introduction of nonnative aquatic competitors and predators (e.g., fish, bullfrogs, and crayfish), there is also a risk of direct trampling and destruction of eggs.

Horses can easily affect all life stages of northern leopard frogs. They can affect breeding ponds through erosion of pond margins or by direct effects. Erosion leads to siltation, which can cover eggs with silt and impede respiration through membrane surfaces. Horses can affect tadpoles in breeding ponds through the toxic buildup of nitrogen from manure accumulation in and around the ponds. This problem could be addressed by comparing tadpoles from ponds that are fenced from livestock and horses to those that remain unfenced.

There is no occupied or suitable habitat for Little Colorado spinedace in the territory. Little Colorado spinedace occur or have suitable habitat in approximately 53 miles of streams on the Sitgreaves National Forest. Designated critical habitat, however does not occur on the Sitgreaves National Forest. Existing populations of Little Colorado spinedace occur in Leonard Canyon, Willow Creek, Gentry Creek, Turkey Creek, Beaver Creek and West Chevelon Creek on the Sitgreaves National Forest. Recent impacts to the species are due to drought, nonnative species, and alteration of natural hydrographs in occupied habitat. Livestock and wild ungulate grazing have also been identified as contributing to poor watershed conditions which exacerbate the effects of drought and result in diminished habitat quality. Fuels reduction and forest restoration projects and wildland fire have also contributed to altered hydrographs and sediment loads in streams occupied by Little Colorado spinedace.
Recent impacts to the species are due to drought, nonnative species, and alteration of natural hydrographs in occupied habitat. Livestock and wild ungulate grazing have also been identified as contributing to impaired watershed conditions which exacerbate the effects of drought and result in diminished habitat quality. Fuels reduction and forest restoration projects and wildland fire have also contributed to altered hydrographs and sediment loads in streams occupied by spinedace.

Any exceedance of the AML has the potential to disrupt the thriving natural ecological balance and lead to deterioration of habitat. Under Alternative 1, streams, riparian areas and wetland/wet meadows would continue to see similar impacts as the existing condition in the mid- to long-term. Alternative 1 will have a negative effect on channel morphology, aquatic habitat, stream temperature, riparian condition, and sediment/turbidity.

The no-action alternative is projected to result in the following effects for federally listed and sensitive aquatic species:

Little Colorado spinedace: May affect, likely to adversely affect.
Roundtail chub: May impact individuals and likely result in a loss of viability in the planning area or in a trend toward federal listing.
Little Colorado sucker: May impact individuals and likely to result in a loss of viability in the planning area or in a trend toward federal listing.

Northern leopard frog: May impact individuals and is likely to result in a loss of viability in the planning area or in a trend toward federal listing.

A Stonefly (1) *Capnia caryi* : May impact individuals and is not likely to result in a loss of viability in the planning area or in a trend toward federal listing.

Caddisflies *(3): Lepidostoma apache, Lepidostoma knulli, and Lepidostoma granti:* May impact individuals and is not likely to result in a loss of viability in the planning area or in a trend toward federal listing.

Nokomis Fritillary: May impact individuals and is not likely to result in a loss of viability in the planning area or in a trend toward federal listing.

Ferris' copper butterfly: May impact individuals and is not likely to result in a loss of viability in the planning area or in a trend toward federal listing.

California floater: May impact individuals and is not likely to result in a loss of viability in the planning area or in a trend toward federal listing.

## Cumulative Effects

The cumulative effects boundary includes the six 6th-field level HUC subwatersheds that overlap with the territory. All of the activities listed in Appendix A were considered for the cumulative effects on hydrology, aquatics species, and their habitat. Past activities are considered in the description of the existing condition.

In general, beneficial effects from restoration and stream stabilization and reduction in the road system through travel management and project implementation will benefit riparian areas, streams, wet meadows, and aquatic species habitat in the territory in localized areas. Some projects will have short-term (defined as less than 1 year) effects to sediment, but long-term will either have no or beneficial effects. Active management of grazing and range improvements in surrounding areas will also minimize effects to bank stability and riparian condition. Considering all past, present and reasonably foreseeable actions, along with Alternative 1, aquatic habitat, stream form and function, and riparian and wet meadow condition would continue on the same trend. Thus, there will continue to be negative effects to riparian condition, bank stability, sedimentation, stream temperatures and aquatic habitat/channel morphology.

# Alternative 2 – Proposed Action

## Direct and Indirect Effects

*Roundtail Chub, Little Colorado Sucker (3), Northern Leopard Frog, A Stonefly (1), Caddisflies (3), Ferris' Copper Butterfly, Nokomis Fritillary, California Floater, and Little Colorado Spinedace*

The following mitigation measures specific to aquatic resources will reduce impacts from management actions: Traps and temporary handling facilities would not be located within riparian areas, lentic areas, or wetlands, and withdrawal limits for water from stream system (springs) to those that do not contribute to degradation of fish and aquatic life as per the Apache-Sitgreaves National Forests land management plan.

**Gathers and Removal of Horses**

The implementation of active/passive gathers which includes temporary traps and handling facilities and the maintenance and monitoring of those facilities could have localized, short-term effects if sedimentation from these sites enter the streams. Currently it is proposed to build two holding corrals within the territory. Holding corrals may also be considered outside the territory and short-term disturbance during construction and use of the corrals is likely. These traps and temporary handling facilities for gathers would not be located within riparian areas, lentic areas, or wetlands so the potential for sediment movement during surface flow may occur.

The development of the permanent holding facility falls within the effects analysis conducted in the Aquatic Species Biological Evaluation and Specialist Report. The site proposed to contain the permanent holding facility contains no riparian, lentic, or wetland areas.

A large horse population in relation to limited water sources may result in degradation of water resources. Maintaining the horse populations within the proposed AML limits and promoting a thriving natural ecological balance within the territory would offer the best opportunity to improve riparian resources that have historically been heavily used by horses, and which have suffered the impacts of severe drought.

**Use of Contraceptives/Fertility Reduction**

Aquatic species are not likely to be impacted by the use of immuno-contraceptives because they work by causing an immune response in treated animals, are deactivated in the digestive system and therefore is no risk of hormones or toxins being taken into the food chain when a treated mare dies (EPA 2009, 2012).

**Herd Health and Population Management/Habitat and Ecological Conditions Monitoring**

A decrease in utilization by horses will have a direct benefit to riparian condition in the project and action areas. As the AML of 50 to 104 horses is reached, adverse effects to riparian vegetation condition will be reduced and conditions will improve. These effects will still be present; however, they will be on a smaller scale and with less intensity overall. This would be evident over time as herbaceous and shrubby understory plants and riparian vegetation would be expected to receive less trampling and pressure from year-round grazing, and the presence of horses would be expected to decrease significantly from existing levels. The rate of recovery would be faster than alternative 1 because alternative 2 allows for the use of active management tools. With a lower number of horses, there would be a greater reduction of negative effects. It is estimated that alternative 2 will take 5 years to achieve the AML. Based on this estimate, it may take 5 years for riparian areas to recover after reaching the desired management level. As the number of horses decrease to a level of 50 to 104 horses, the effects to riparian vegetation condition will decrease. Fewer horses would mean less utilization of riparian vegetation and less trampling of wet meadows, seeps, and springs.

Riparian areas are ecologically important zones around rivers, streams, and lakes. Although riparian areas comprise only about 2 percent of western lands, they are some of the most ecologically important habitats in rangelands (Svejcar 1997) by providing important resources for many species of wild and domestic animals such as abundant forage, cover, and water. Riparian areas are also important for trapping sediment, slowing runoff, and supporting ecologically functioning watersheds. Excessive animal grazing and trampling in riparian areas can decrease sediment capture, limit infiltration, and increase the energy of water flow (Poff et al. 2011). As the number of horses decrease to within AMLs, effects will be reduced throughout the project and action areas. Fewer horses would mean less impact to streambank alteration and unstable banks, thereby producing less sediment. The risk of sediment deposition on eggs would decrease. The rate of recovery would be faster than alternative 1 because alternative 2 allows for management tools to reduce the horse population to an AML that will support a thriving natural ecological balance and thus results in a reduction of negative effects.

As discussed under alternative 1, aquatic species are vulnerable to direct effects from horses. There is a risk of direct trampling and destruction of eggs under alternative 2. Unrestricted free-roaming-horse use affects vegetation in uplands, riparian areas and earthen stock tanks. In general, horse use alters the structural characteristics and, at times, the abundance of native vegetation. Research suggests preference of horses for riparian areas during summer months with the potential for reduction in plant species richness, height, and cover and for alteration of plant community composition (Beever and Brussard 2000). The risk of direct effects to incubating eggs and indirect effects to instream habitat and water quality is reduced under alternative 2 due to the number of horses on the landscape and the increased availability of management tools.

**Infrastructure**

Impacts from fencing will be limited as fencing will only be built, if necessary, to protect resources. It is proposed that additional stock tanks will be developed within the territory. Both fence building and stock tank development could cause short-term impacts to aquatic species.

Based on the above discussion, it is determined that the proposed action for the Heber Wild Horse Territory will have the following effects on sensitive species:

Roundtail chub: May impact individuals and is not likely to result in a loss of viability in the planning area or in a trend toward federal listing.

Little Colorado sucker: May impact individuals and is not likely to result in a loss of viability in the planning area or in a trend toward federal listing.

Northern leopard frog: May impact individuals and is not likely to result in a loss of viability in the planning area or in a trend toward federal listing.

A Stonefly (1) *Capnia caryi*: May impact individuals and is not likely to result in a loss of viability in the planning area or in a trend toward federal listing.

Caddisflies *(3): Lepidostoma apache, Lepidostoma knulli, and Lepidostoma granti:* May impact individuals and is not likely to result in a loss of viability in the planning area or in a trend toward federal listing.

Nokomis Fritillary: May impact individuals and is not likely to result in a loss of viability in the planning area or in a trend toward federal listing.

Ferris' copper butterfly: May impact individuals and is not likely to result in a loss of viability in the planning area or in a trend toward federal listing.

California floater: May impact individuals and is not likely to result in a loss of viability in the planning area or in a trend toward federal listing.

*Little Colorado Spinedace*

The five Aquatics Design Features would benefit spinedace by buffering riparian areas by 300 ft for temporary traps, using existing roads within riparian areas, preventing pollutants from equipment or helicopters from entering riparian areas, limiting off-highway vehicle travel off established roads within 100 feet of streams and when soils are dry, and minimizing impacts to streambanks during infrastructure construction. No permanent or temporary construction would occur in riparian areas.

**Gathers and Removal of Horses**

Bait traps and gathers would occur in already disturbed areas wherever possible, such as existing livestock corrals, retrofitted for horses. Constructing temporary and permanent infrastructure to facilitate gathers could have localized, short-term effects of bare ground leading to erosion and sedimentation although effects would be minimized by design features. The addition of bait trapping infrastructure and horses for a short period of time will not have additional effects to aquatic species, their habitat, and hydrology because the effects have already been realized at these locations. Horses or their impacts have not been identified by district biologists and field technicians in the streams occupied by spinedace, but horses are free-roaming moving anywhere and occur within the action area. A small portion of the territory is within Upper Chevelon Canyon subwatershed, and horses have been detected. Currently, the

riparian condition in that subwatershed is fair. Therefore, the movement of horses during gathers could result in passage through spinedace occupied habitat as they are lured into handling corrals and could produce localized sedimentation effects.

Only established Forest Service roads will be used to access locations traps and handling corrals. No cross-country travel or temporary roads will be utilized. Therefore, sedimentation from existing roads and their use or maintenance is part of the current condition.

Design Feature Aquatics-3 will protect water quality for spinedace habitat: Refueling areas will be located outside of riparian areas, including seeps and springs. If helicopters are used in gathers, all landing and refueling areas would be in prior approved sites and not within identified riparian areas. Hazardous material spill control equipment and absorbent material will be on-site at all times of fuel use or storage.

### Use of Contraceptives/Fertility Reduction

Immuno-contraceptives would have no effects to aquatic species because they cause an immune response in treated animals, are hydrolyzed in the digestive system and eliminated from the body in forms such as carbon dioxide, water, lactic acid and urea that are indistinguishable from other metabolic products. This eliminates the possibility of exposure or introduction of vaccine components from excreted products to aquatic habitats or effects to aquatic species (EPA 2009, EPA 2012).

### Herd Health and Population Management

While horses and impacts are not known to occur in spinedace streams themselves, horses do occur within the spinedace action area. The persistent noise from survey apparatus flying transects may cause horses to pass through spinedace occupied habitat and could produce localized sedimentation effects. Reaching the AML would alleviate the potential for sedimentation and degraded spinedace streams from horses in the action area.

### Habitat and Ecological Conditions Monitoring

Under the proposed action, the horse population would reach the AML, decreasing unmanaged grazing across the project and action area. In general, unmanaged grazing can degrade uplands, riparian areas, and aquatic habitats. In uplands, soil compaction can occur. and vegetation composition can change leading to increased runoff, erosion, and sedimentation to stream channels which can be mobilized downstream. Even though horses or their impacts have not been identified in the streams occupied by Little Colorado spinedace, horses are free roaming moving anywhere, at any time, and prevalent around the Forest Lakes area, which is 10 miles from the nearest spinedace stream. Given that horses, even at current estimated population levels, are not utilizing spinedace streams, effects seem unlikely. Once the AML of horses is reached, effects are not expected to occur and are considered discountable.

### Infrastructure

Construction, maintenance, and use of stock tanks, fences, gates, handling corrals, and the permanent holding facility would occur within the territory, which is outside the occurrence and habitat for spinedace. No permanent infrastructure would be constructed outside the territory to manage horses under the proposed action. Therefore, no effects from construction, maintenance, or use of permanent infrastructure would occur to spinedace. Temporary handling corrals and traps are the only infrastructure that would occur in the action area and outside the territory with effects described in the *Gathers and Removal of Horses* section with no construction within 300 feet of riparian areas.

*Heber Wild Horse Territory Management Plan Final Environmental Assessment*

Implementation of the proposed action may affect but is not likely to adversely affect Little Colorado spinedace. As horse numbers are reduced and approach the AML of 50 to 104 horses, negative effects from horse use will steadily decrease until riparian conditions begin to improve. At that point, trends should begin to improve at a steady rate with fewer horses under alternative 2. The rate of recovery will be faster than under alternative 1 (no action) due to establishing an AML, actively decreasing the horse population, and establishing options for herd management available under alternative 2, the proposed action.

### Cumulative Effects

Cumulative effects analysis considers past, present, and future actions that have potential to have a direct effect to a given natural or social resource. Effects to resources from specific projects may individually not cause an impact threshold to be exceeded but may cumulatively cause thresholds to be exceeded.

Considering all past, present, and reasonably foreseeable actions, along with alternative 2, aquatic habitat, stream form and function, and riparian condition would continue on the same trend until the AML of 50 to 104 horses is reached. Once the AML is reached, it's anticipated that these attributes would begin on an improving trajectory long-term with the reduction of horses. Herd management tools proposed under alternative 2 would allow for reduction in herd size, which equates to greater reduction in negative effects and in turn would promote faster recovery of impacted riparian areas. The rate of recovery to channel morphology, aquatic habitat, stream temperature, riparian condition, and sediment and turbidity would be the fastest under alternative 2.

The effects from activities on private property, such as cattle grazing, are expected to continue at the same rate as they have been. There is the potential for properties to be developed including the sub-division of private land. However, we do not have any information on specific proposals at this time.

# Botanical Species

This section is a summary of the Botany Biological Evaluation which is incorporated by reference.

## Affected Environment

The Heber Wild Horse Territory (territory) is located in the Black Canyon area of the Black Mesa Ranger District and consists of approximately 19,700 acres. Elevation ranges from about 6,700 feet at the northeast boundary to about 7,700 feet at Brookbank Point at the southwest boundary. Vegetation ranges from transitional pinyon-juniper at the lower elevation to mixed conifer on the higher northern aspects. The primary vegetation type within the territory is ponderosa pine (*Pinus ponderosa*) which occurs in both dense and open stands. Dry mixed conifer forest is the second most abundant vegetation type, but riparian, Great Basin grassland and pinyon-juniper woodland are also present.

Under the proposed action it is possible management activities, such as bait and trap, could occur outside the territory boundary. Therefore, for this analysis the effects to botanical species expanded beyond the identified territory to the National Forest System lands where the horses are known to occur on the Sitgreaves National Forest (see the *Proposed Appropriate Management Level Determination* document). Vegetation types in order of abundance across the Sitgreaves National Forest include ponderosa pine, pinyon-juniper woodland, Great Basin grassland, dry mixed conifer forest, wet mixed conifer forest, riparian areas and Madrean pine-oak woodland. Rare plants known to occur, or with potential habitat, in the action area are addressed in this evaluation.

## Federally Listed Species

The Information, Planning, and Conservation System website for the U.S. Fish and Wildlife Service was accessed on August 1, 2020. As of this date, there were no threatened, endangered, or proposed plant species, nor is there designated critical habitat for plants, in or near the Heber Wild Horse Territory (USDI Fish and Wildlife Service 2020). Subsequently, threatened, endangered, or proposed species do not need to be analyzed and will not be carried forward in this analysis.

## Southwestern Region Sensitive Species

All Southwestern Region (Region 3) sensitive plant species potentially occurring on the Apache-Sitgreaves National Forests were considered in this analysis. Only those species known to occur, or which might have habitat in the action area, will be carried forward in this analysis, as identified in Table 21.

**Table 21: Sensitive plant species analyzed, habitat and threats, and occurrence.**

| Species | Habitat and Threats | Known to Occur or has Habitat in the Action Area |
|---|---|---|
| Villous groundcover milkvetch *Astragalus humistratus* var. *crispulus* | In sandy soils of volcanic origin on slopes, benches, and ledges in xeric pine forest, 6,900–8,350 feet. There are no known threats to this species. In addition to its natural habitat, it occurs on road banks that are open but well vegetated. Occurrences were recorded at Bear Spring and Black Canyon Lake (Arizona Department of Game and Fish 2016). | Known occurrences in the territory as well as outside the territory within the action area |
| Heathleaf wild buckwheat *Eriogonum ericifolium* var. *ericifolium* | Dry, gravelly to rocky slopes of lacustrine, in mixed grasslands, chaparral and oak-woodlands, 2,950–3,470 feet. Endemic to a small area of central Arizona. Restricted range that may be susceptible to disturbance such as recreation and development. (Arizona Department of Game and Fish 2005). Documented on Black Mesa Ranger District. | Occurs within the action area, may have suitable habitat in the territory, no known occurrences in the territory |
| Arizona sneezeweed *Helenium arizonicum* | Found in regions of ponderosa pine forests, especially around wet places such as bogs, ponds, lakes, and roadside ditches, 6,000–8,000 feet. (Arizona Department of Game and Fish 2005a). This species has been documented on the Black Mesa Ranger District. | Known occurrences in the territory as well as outside the territory within the action area |
| Arizona sunflower *Helianthus arizonensis* | Open pine and/or juniper woodlands, 5,400–6,800 feet. Known from Arizona, New Mexico and Mexico. All known Arizona records are historical. (Arizona Department of Game and Fish 2013). Historical collection from northeast of Show Low | No known occurrences in the action area, may have suitable habitat in the territory |
| Eastwood alumroot *Heuchera eastwoodiae* | Found on moist shaded slopes in ponderosa pine forests and canyons, 3,480–7,874 feet. Endemic to central Arizona. (Arizona Department of Game and Fish 2005b). Documented in Chevelon Canyon and near Black Canyon Lake. Many of the previous occurrences of this species have been reclassified and are no longer included is this taxon (Folk and Alexander 2015). | Known occurrence in the territory as well as outside the territory within the action area |
| Arizona alumroot *Heuchera glomerulata* | Found on shaded rocky slopes, in humus soil, near seeps, streams and riparian areas, 4,000–9,000 feet. Known from southeastern Arizona and from Animas Peak in New Mexico. (Arizona Department of Game and Fish 2004). Record from Navajo County, 13 miles south of McNary | No known occurrences in the action area, may have suitable habitat in the territory |

| Species | Habitat and Threats | Known to Occur or has Habitat in the Action Area |
|---|---|---|
| Arizona phlox *Phlox amabilis* | Open exposed limestone-rocky slopes within pinyon-juniper woodlands and ponderosa pine-gambel oak communities, 3,500–7,800 feet. Endemic to Arizona. (Arizona Department of Game and Fish 2005c). | No known occurrences in the action area, may have suitable habitat in the territory |
| Blumer's dock *Rumex orthoneurus* | Mid- to high-elevation wetlands with moist, organic soil adjacent to perennial springs or streams in canyons or meadow situations, 4,480–9,660 feet. Known from Arizona and New Mexico. Species appears to be declining with degradation of habitat due to trampling and grazing; recreation (trails, campsites); spring developments; road construction and maintenance; de-watering of habitat; mining; direct and indirect effects of fire (particularly flooding, erosion and mud slides). Species is very palatable to livestock and wildlife (Arizona Department of Game and Fish 2002). Documented on west side of Black Mesa Ranger District. | Occurs in the action area, may have suitable habitat in the territory, no known occurrences in the territory |
| Bebb's willow *Salix bebbiana* | Riparian and upland conifer forests, wet lowland thickets, stream margins, lakeshores, dry south facing slopes, cienegas, seeps, and disturbed areas. Wide-ranging species, with populations in Arizona representing the southern-most extension of the species range. In Arizona 8,000–11,000 feet. Established plants are remarkably tolerant of herbivory, but herbivory is probably contributing strongly to the low recruitment (Arizona Department of Game and Fish 2015). Most documented locations on Black Mesa Ranger District are in protected fences. | Known occurrences in the territory as well as outside the territory in the action area; all known occurrences within the territory are fenced. |

The SEINet database (available online at http://swbiodiversity.org/seinet/) and the Forest Service Natural Resource Manager database were both queried for locations of known sensitive plant occurrences.

There are known occurrences of three sensitive species within the territory: Villous groundcover milkvetch is known from near Black Canyon Lake; Arizona alumroot is known from near Highway 260 in the western portion of the territory; and there are two occurrences of Bebb's willow within grazing exclosures in the territory. In addition to the known occurrences within the territory, Heathleaf wild buckwheat, Arizona sneezeweed, and Blumer's dock are known from outside the territory within the action area.

## Effects Analysis

### Issues and Concerns

No issues relating to botany resources were raised.

## Alternative 1 – No Action

### Direct and Indirect Effects

Under the no-action alternative, the horse population would continue to grow unchecked. The AML is the number of horses which results in a thriving natural ecological balance and avoids deterioration of sensitive plant habitat. Thus, any exceedance of that number has the potential to disrupt the balance and lead to deterioration of sensitive plant species habitat. The more time it takes to reach the AML, the

greater the risk for deterioration of the sensitive plant species habitat, and the greater the potential for the deterioration to be severe and irreversible.

An increase in the horse population would result in an increase in the potential for direct effects such as trampling and defoliation for all the sensitive plant species included in this analysis. The potential for indirect effects in the form of habitat degradation also increases as the horse population grows. If the horse population continues to grow and the thriving ecological balance is disrupted as expected, noxious weed and invasive plant populations are expected to increase. Rare plants are particularly vulnerable to impacts from non-native invasive plants. After habitat loss, the spread of non-native invasive species is considered the greatest threat to imperiled species in the United States (Sieg et. al 2003). For sensitive plants evolved with fire-adapted and fire-dependent ecosystems, an unmanaged horse population could disrupt beneficial surface fires by reducing fine fuels.

Arizona sneezeweed, Eastwood alumroot, Arizona alumroot, Blumer's dock, and Bebb's willow are all species found in riparian or mesic areas. As such, they are more likely to be directly impacted by trampling and/or defoliation. There is also a higher risk of habitat degradation for these species as the horse population grows. Kaweck and others (2018) noted wild horse use can result in overall disturbance, trampling, soil compaction and decreased water infiltration in riparian areas, all of which can result in habitat degradation for sensitive plant species dependent on wet or mesic conditions.

Villous groundcover milkvetch, Heathleaf wild buckwheat, Arizona sunflower and Arizona phlox are all found in more xeric habitats. They've been found on in mixed grasslands, pine and/or juniper woodlands and on rocky slopes. These areas are all less likely to be degraded by an increase in the horse population, but if the population gets large enough, they will also likely be impacted.

Heathleaf wild buckwheat, Arizona sunflower, Eastwood alumroot, Arizona alumroot, Arizona phlox, and Blumer's dock are all either endemic to Arizona or endemic to Arizona and New Mexico. Protecting the habitat of endemic species is vital. Because the habitat is so limited, losing an occurrence of an endemic species is especially detrimental.

The plant abstract for Blumer's dock (Arizona Department of Game and Fish 2002) notes this species is very palatable to livestock and wildlife and the species is declining due to a loss of habitat (mid- and high-elevation wetlands). This species is known to occur on the Black Mesa Ranger District, with the closest occurrence approximately 4 air miles west of the territory. If the horse population continues to grow unchecked, those occurrences would likely be threatened by horse use.

An increase in the horse population as expected under the no-action alternative would result in an increase in the potential for direct effects such as trampling and defoliation for all the sensitive plant species included in this analysis as well as indirect effects of habitat degradation. Therefore, the effects determinations are that the no action alternative may affect individuals, but is not likely to result in a trend toward federal listing or a loss of viability for Villous groundcover milkvetch (*Astragalus humistratus* var. c*rispulus*), Heathleaf wild buckwheat (*Eriogonum ericifolium* var. *ericifolium*), Arizona sneezeweed (*Helenium arizonicum*), Arizona sunflower (*Helianthus arizonensis*), Eastwood alumroot (*Heuchera eastwoodiae*), Arizona alumroot (*Heuchera glomerulata*), Arizona phlox (*Phlox amabilis*), Blumer's dock (*Rumex orthoneurus*), and Bebb's willow (*Salix bebbiana*), based on the following:

- Whenever there is habitat present, there is always the possibility there are unknown individuals present that may be inadvertently affected.

- Under the no-action alternative, there is a high probability species with habitat in the action area would be impacted.

- While the risk is greatest for the endemic species due to their limited range, there is currently no indication any of the species included would trend toward federal listing.

## Cumulative Effects

See Appendix A for a description of botanical cumulative effects relevant to all alternatives. There would be no management activities proposed under the no grazing alternative, yet as previously discussed there are effects expected from this lack of action. Those effects, when combined with the effects from the other present and foreseeable future activities identified above, could result in cumulative effects and ultimately a loss of sensitive species habitat.

# Alternative 2 – Proposed Action

## Direct and Indirect Effects

The AML included in the proposed action is the number of horses which results in a thriving natural ecological balance and avoids deterioration of the range. Thus, management of the horses within the AML is expected to result in maintaining the existing sensitive species habitat.

The design features included in the proposed action are expected to help protect sensitive plants and their habitats. Design Feature Weeds-1 and Weeds-2 are expected to reduce the potential for habitat degradation from weed infestation due to management actions. Botany-1 would prevent management activities such as trapping and gathering from impacting known sensitive species occurrences. The aquatic resource design feature (Aquatics-1 through Aquatics-5) would protect riparian habitats, and any sensitive species those habitats support, during management activities.

The botany biological evaluation (Botany BE) covers the development of the permanent holding facility to be developed within an existing administrative site inside the territory with no additional analysis. The permanent holding facility is north of all known sensitive plant occurrences, therefore no impacts to sensitive plants are expected.

The adaptive management strategy is also expected to help protect sensitive plants and their habitats by ensuring management actions will occur if needed, based on monitoring results.

While the risk to sensitive plants can be reduced with implementation of the included design features and best management practices, whenever there is habitat for a species present, there is always a risk of impacting undetected individuals during management activities. For this project, the risk of direct impacts to individuals and the risk of habitat degradation from the horse herd growing unchecked, as under the no -action alternative, is far greater than the low risk associated with implementing management actions needed to control the growth of the horse population.

Because there is a slight risk of direct and indirect effects to the sensitive species discussed in this document under the proposed action, and because there would likely be a beneficial effect in the long-term as the horses are managed, a determination of "no effect" cannot be made.

The direct and indirect effects discussed above are expected to be insignificant and discountable, therefore the determinations are that the implementation of the proposed action may affect individuals, but is not likely to result in a trend toward federal listing or a loss of viability for Villous groundcover milkvetch (*Astragalus humistratus* var. c*rispulus*), Heathleaf wild buckwheat (*Eriogonum ericifolium* var. *ericifolium*), Arizona sneezeweed (*Helenium arizonicum*), Arizona sunflower (*Helianthus arizonensis*), Eastwood alumroot (*Heuchera eastwoodiae*), Arizona alumroot (*Heuchera glomerulata*), Arizona phlox

(*Phlox amabilis*), Blumer's dock (*Rumex orthoneurus*), and Bebb's willow (*Salix bebbiana*), based on the following:

- Whenever there is habitat in the action area for a species, there is always the possibility there are unknown individuals present that may be inadvertently affected.

- Under the proposed action, the probability of the design criteria and adaptive management actions being effective in protecting sensitive species and their habitats is very high.

- There is a very slight possibility of individuals being inadvertently impacted during management actions.

### Cumulative Effects

See Appendix A for a description of botanical cumulative effects relevant to all alternatives. Present and foreseeable future activities described in Appendix A have the potential to impact sensitive plant species, with varying degrees of both adverse and beneficial impacts. However, the direct and indirect effects to sensitive plants from this project are expected to be minimal under the proposed action. When these effects are coupled with the effects from the activities described in Appendix A, no cumulative effects are expected.

## Recreation

This section is a summary of the Recreation Report which is incorporated by reference.

### Affected Environment

There is a high concentration of recreation use on the Sitgreaves National Forest, though exact numbers are not known. Visitor use for the Apache-Sitgreaves National Forests as a whole was estimated at 830,000 in 2018 (National Visitor Monitoring data). Within the Heber Wild Horse Territory, heavy use in spring, summer, and fall occurs from State Highway 260 to the Gentry Fire Tower as well as along National Forest System Road 86 from National Forest System Road 300 to Black Canyon (Gibson) Ranch (Figure 7). Other areas of concentrated use include Black Canyon Rim Campground, Gentry Campground, Black Canyon Lake and associated trails, Brookbank dispersed camp area, on the Black Canyon Auto Tour and associated trails and interpretive points of interest, Gentry Fire Tower interpretive site, Hangman's Trail and Scott, Stott, and Wilson Grave Site (referred to as Bloody Basin on older maps). Popular activities in the territory include dispersed camping, hunting, wildlife viewing, horseback riding, horse camping, off-highway vehicle riding, target shooting, cycling, hiking/walking, and fuelwood cutting. Forest-wide, hiking/walking, relaxing, and viewing natural features had the highest percent of participation as measured by responses to the National Visitor Use Monitoring survey. Over 45 percent of visits come from people living within 50 miles of the Apache-Sitgreaves National Forests.

Approximately 67,000 Arizona residents recreate at Black Canyon Lake annually (Audubon Arizona, 2019); this does not include out of state visitors. Arizona Game and Fish Department data states that Black Canyon Lake receives 38,281 angler days annually (2015–2017 average). Arizona Game and Fish Department records for Game Management Unit 3C, which includes the Heber Wild Horse Territory, show a three-year average (2015–2017) of hunting permits and days by species (Table 22). The factors that determine permit number changes include recruitment (calves/cow ratios), bull/cow ratios, hunt success, population trends, and habitat health and/or landowner conflicts (personal communication, Robert Birkeland, Arizona Game and Fish Department, July 2020).

*Heber Wild Horse Territory Management Plan Final Environmental Assessment*

**Table 22: Arizona Game and Fish Department hunter permits, Game Management Unit 3C**

| Species | Permits* | Hunter Days per Year* |
|---|---|---|
| Deer | 175 | 516 |
| Elk | 1,075 | 5,031 |
| Turkey | 375 | 932 |
| Small Game | Unlimited | 11,322** |
| **Total** | | **17,801** |

* Arizona Game and Fish Department management summaries using a three-year average (2015–2017).

** Numbers derived from Navajo County which includes two game management units (3B & 3C); estimated that Unit 3C receives the majority of small game hunters (about 75 percent), 2001.

Though these numbers do not capture the entirety of visitation to the territory, they can be used to estimate a percentage and type of visitors who can be affected by implementation of a wild horse territory plan (i.e., hunters and anglers). The numbers of visitors participating in other activities, such as camping and wild horse viewing, are unknown.

Horses are free to roam within the territory and are known to congregate within dispersed sites, particularly when they occur in riparian areas and near water sources. These are generally the same type of sites preferred by dispersed campers. Horses have also been known to enter developed sites seeking water (Figure 7).

The activity of viewing and photographing horses is a popular recreational pursuit on the Sitgreaves National Forest and focused within the Heber Wild Horse Territory. Input from the public during the scoping phase included comments about the horses being an important component of the areas because of their uniqueness, providing a tourism asset. For some, the horses represent history and culture of the area, and they are perceived as a valuable resource for the local community.

There have been occasional conflicts reported between private equestrians and aggressive stallions. Horses pose a hazard to drivers on Highway 260, Forest Road 300 near Gentry Campground, and Forest Road 86; many horses have been hit and killed in these areas.

*Heber Wild Horse Territory Management Plan Final Environmental Assessment*



**Figure 7: Recreation sites within the Heber Wild Horse Territory**

## Effects Analysis

### Issues and Concerns

No issues relating to recreation that warranted another alternative to be analyzed in detail were identified during scoping. Concerns identified included conflicts between people recreating and aggressive horses, including in developed campgrounds. People also mentioned enjoying viewing horses and wanted this opportunity to continue for recreational and economic reasons.

Horses and horse management can affect recreation activities. Implementing a territory management plan is used here to include setting the appropriate management level at 50 to 104 horses and managing the territory within that range by implementing management actions. It also includes utilizing an adaptive management strategy which could result in updating management actions based on monitoring results. The effects of implementing a management plan are not quantitatively measurable, but a general qualitative analysis can be made with positive and negative ratings associated with each indicator.

This analysis considers effects to the following recreation indicator: Loss or enhancement of recreation opportunity. This is measured by:

- Dispersed recreation (includes fishing, hiking, camping in undeveloped sites, horseback riding, off-road vehicle driving): Disturbance/conflicts with visitors, access, and naturalness of sites.

- Developed recreation: Conflicts with visitors at campgrounds, interpretive sites, and the developed area near Black Canyon Lake

- Horse viewing or sightseeing: Ability to see horses in the Heber Wild Horse Territory

- Hunting: Availability of hunting opportunities

## Alternative 1 – No Action

### Direct and Indirect Effects

#### *Dispersed and Developed Recreation*

There would be a gradual change in recreation opportunity in the short-term at developed and dispersed sites within the territory. There would be no direct effects since no project activities would occur. However, an indirect change to the recreation experience is expected. It is estimated that the horse population would continue to grow. Health and safety concerns, including water quality degradation, could escalate at dispersed and developed areas with water sources that are also used by horses, including Black Canyon Lake and the campgrounds. Dispersed campsite conditions would degrade from consistent use by horses. Horses can affect the naturalness of a site by denuding vegetation, churning soil, digging holes, and leaving manure in camping locations. This could result in a long-term loss of recreation opportunities should the concerns escalate enough to result in safety and health related closures. Horses would continue to enter developed sites to obtain water and conflicts between visitors and horses would increase in those locations.

#### *Horse Viewing*

Visitors whose main purpose is to observe horses would continue to have that opportunity into the future, opportunities would increase as the herd increased. Though the opportunity would be increased, if the projection of horse population is realized (see Horse Report), the experience could degrade if seeing horses becomes common, horses appear unhealthy, or horses become a nuisance.

*Hunting Opportunity*

Hunting opportunities would not change in the short-term. Over time, hunters could have difficulty in finding their preferred game species as the growing horse population (estimated to increase about 20 percent per year) displaced other wildlife. It can be expected that the negative effects to the hunting experience would also increase with a rise in the horse population. Though the number of hunting permits could increase in the short-term to reduce grazing pressure on the Heber Wild Horse Territory, as the horse population increases, hunting permit availability is likely to decline in the long-term. The majority of the horses currently on the landscape are not located within the territory; they are located across Game Management Unit 3C. As a result of the no-action alternative, horse numbers across Game Management Unit 3C would continue to increase and hunters using this unit would likely have increasing difficulty over time locating wildlife during their hunting season due to widespread displacement of deer, elk, and turkey. This would cause disruption to hunters using this portion of the forest.

In the long term, additional indirect effects would include displacement of visitors—those who wish to avoid horses—from the Heber Wild Horse Territory to other forest locations where their desired experiences could be met.

## Cumulative Effects

There would be no additive effects from the proposed action, so no cumulative effects are anticipated.

# Alternative 2 – Proposed Action

## Direct and Indirect Effects

Direct and indirect effects to recreation from the proposed action are highly dependent on individual visitor preference and resulting behavior. In addition, achieving the AML may take a few years; the degree of effect depends on how effectively the actions proposed serve to meet objectives. Some conclusions may be drawn and are listed below.

### *Dispersed and Developed Recreation*

The recreational experience can be affected by the presence or absence of the horses. Fewer horses and smaller bands would reduce the degree and extent of effect from horses occupying dispersed and developed recreation sites or the potential for negative encounters with horses. Horses would still be present, but conflicts would be less at water sources, including Black Canyon Lake. This would reduce negative encounters between horses and visitors, alleviate health and safety concerns, and would contribute to visitor satisfaction.

A short-term direct effect during project management activities could be temporary area closures implemented to protect the public from safety hazards associated with horse management activities such as gathers. Any gather plan would include details associated with closures, which would also include public notification of the gather and any associated closure orders. These closures could reduce the public's opportunity to access limited areas of public land for dispersed recreation for the time it would take to complete the project. Advanced signage and public outreach would notify as many people as practical of proposed closure periods ahead of time, allowing them to make alternate recreation access plans. Similarly, management activities within or adjacent to developed recreation facilities have the potential to negatively affect visitor's recreation experience. These effects would include noise, dust and increased vehicle traffic from trap set-up and installation. Overhead noise from flight surveys could be disturbing to some visitors. While short-term, all of these would detract from a more remote, quiet experience.

*Horse Viewing*

There would be an overall reduction in opportunities for viewing horses over the existing condition because there would be fewer horses. Horses would still be present, but visitors may have to travel greater distances or spend more time seeking them out. However, this opportunity would still exist, so effects are expected to be minor. Indirectly, visitor recreation patterns on the Sitgreaves National Forest could change slightly in response to fewer horses; visitors may move to follow the horses.

*Hunting*

Horses compete directly with wildlife for space and forage and generally wildlife and horses avoid each other. The proposed level of horses would improve hunting opportunities over alternative 1, since it is anticipated that permit availability would not decrease because of wild horse populations.

## Cumulative Effects

The 4FRI Rim Country Project proposes vegetation treatments over a portion of the Apache-Sitgreaves National Forests, including the Heber Wild Horse Territory. Thinning and prescribed fire treatments would take place over several years. Short term closures of developed and dispersed recreation sites are anticipated during some vegetation treatments, which would temporarily limit access for these opportunities.

Prescribed burning is also proposed within the project area, which would require temporary closures and would displace visitors due to smoke and visual effects of the activity. Dispersed campsites favored by visitors may be unavailable or unattractive following the burning.

These actions would not have a major effect on recreation individually, but in combination with wild horse management activities, a cumulative effect of decreased access, changes in dispersed site availability, and viewing opportunities would occur when they overlap spatially and temporally. This effect is expected to be minor and limited depending on where both projects were occurring.

# Socioeconomics

This section is a summary of the Socioeconomic Report which is incorporated by reference .

## Affected Environment

The study area is defined based on consideration of the direct and indirect effects of the management of the Heber Wild Horse Territory (the territory). Given that the Heber horse herd is free roaming, the indirect effects of the territory management extend beyond the territory to the Sitgreaves National Forest and include the counties with strong socioeconomic linkages to the Sitgreaves National Forest demonstrated by national forest visitation patterns and range administration information. This includes Navajo, Apache, and Gila counties. The community most directly related to the territory is Heber-Overgaard. Most of land within the study area, 62 percent, is owned by Tribes. Public lands in the study area account for 25 percent of land, including 16 percent owned by the Forest Service. The remaining 13 percent is in private ownership (USGS 2018).

Resilient rural communities can recognize and employ diverse forms of capital to meet the community's needs and perpetuate sustainable social and economic benefits. These forms of capital are described here as the community capital framework and include cultural, human, social, financial, built, natural and political capital (Flora et al. 2004). This framework assumes that a community's history is an important determinant of the characteristics shaping a community's capital (Flora et al. 2004). When one form of capital is emphasized over others, it can come at the risk of devaluing other

forms of capital and their productive capacity. The affected environment provides more information on the forms of community capital and describes how these forms of community capital may be affected by the project.

## *Economic Characteristics*

### *Travel and Tourism*

Travel and tourism are not classified in the North American Industrial Classification System as an industrial sector; however, by considering a number of industrial sectors that provide goods and services to visitors and residents we can get a sense of the relative size and importance of industries that are sensitive to tourism. These sectors include retail trade, passenger transportation, arts and entertainment, recreation, and accommodation and food services. While the portion of the expenditures in the travel and tourism sector that can be attributed to tourists is unknown without additional surveys, it is fair to say that these industries are influenced by tourism. Tourism may be influenced by the project by affecting recreation opportunities that attract visitors to the Sitgreaves National Forest, including wildlife viewing, hunting, camping, hiking, fishing and other forms of dispersed and developed recreation opportunities.

The study area exceeds the nation's share of employment in this sector by 10 percent, demonstrating the relative importance of this sector to employment in the study area. However, not surprisingly, labor income accounts for a disproportionately smaller share of labor income compared to the share of jobs in this sector. The data suggests that of the counties in the study area, Navajo County may be relatively more dependent on this sector than other communities given its larger share of labor income and relatively high portion of jobs in this sector. The tourism sector appears to have the least influence on the economic conditions in Apache County compared to other counties in the study area.

### **National Forest Contributions**

Recreation is one of the main reasons people visit national forests. National Forest visitation contributes to local economies by increasing visitor spending in local communities. The economic impact of visitor expenditures per dollar depends on the level of economic diversification in communities that helps retain and circulate these dollars in the local economy due to business-to-business purchases, referred to as indirect spending, or through the expenditure of wages in local stores, referred to as induced spending. Considering other indicators presented in this report, the relatively high portion of non-labor income, low-income levels, and that the largest contributions to employment and labor are in government and hospitals, suggests a low level of economic diversity. Hence, opportunities to amplify the economic effects of visitor spending through indirect and induced spending in the study area appear to be limited.

Providing for a diversity of quality recreation opportunities aligned with visitor preferences help sustain national forest visitation, recreation related expenditures and associated economic contributions. For a more detailed description of recreation opportunities that may be affected by this project, see the Recreation Specialist Report.

### *Ranching*

Within the study area the approximate percentage of land area in farms is 67 percent. Within Apache County and Navajo County, sheep and goat farming accounted for the largest share of farms; beef cattle ranching and farms accounted for 27 percent of farms in both counties. This suggests that cattle ranching and farming is an important industry in Navajo County and Apache County.

The Forest Service owns approximately 10 percent of lands within Navajo County and Apache County (USGS 2018). While these National Forest System lands represent a relatively small portion of all pasture lands in the study area, they play an important role in sustaining cattle grazing in the study area. Cattle are

generally permitted to graze on National Forest System lands during the late spring and summer season and return to state and private lands in the fall, winter, and early spring. By providing grazing opportunities on National Forest System lands, other state and private rangelands rest and grow forage that will help sustain cattle in the winter. This is important because very few permittee holders have irrigated pastureland where alfalfa or other forage can be grown (Evans 2020).

Permitted livestock grazing on National Forest System lands contributes to local economies by contributing to jobs and labor income through direct and secondary spending. There are six allotments where livestock grazing is permitted on the Sitgreaves National Forest with two allotments overlapping the territory. Table 23 shows the number of animal unit months permitted on Sitgreaves National Forest and within the territory. Also shown in Table 23 are the economic contributions to local communities in terms of employment and labor income that may be directly and indirectly affected by the project. See Livestock Grazing Management in the "Rangeland Vegetation" section of this environmental analysis for more detailed information on the grazing management and the effects to rangeland vegetation.

**Table 23: Sitgreaves National Forest range program economic contributions, 2019**

| National Forest System Lands (direct and indirect effects) | Animal Unit Months Permitted (2020) | Employment Direct and Secondary | Labor Income Direct and Secondary (2017 dollars) |
|---|---|---|---|
| Heber Wild Horse Territory (direct effects) | 790 | 2 | $23,259 |
| Sitgreaves National Forest not including the territory (indirect effects) | 42,315 | 121 | $1,308,791 |

Source: MIG 2017

## Social Characteristics

The following section describes the social, political and cultural capital by communities of interest. A more detailed description of community capital and values, beliefs and attitudes are located under the methodology section of the Socioeconomic Specialist Report. Following is a description of the social values related to the herd and its significance, beliefs regarding the herd and its context in history and relation to the land and community, and attitudes regarding how the project may affect those attributes that people value.

### *Beliefs about the Heber Horse Herd*

There are generally two stories regarding the origin and status of the horses on the Sitgreaves National Forest. Generally, the beliefs about the origin and status of the herd and the values people hold inform attitudes people have towards the management of horses on the national forest. Two narratives summarized here are examples of beliefs regarding the status of horses on the Sitgreaves National Forest. One summary relies on information provided in an ethnographic study conducted by the Forest Service and the other summary is gleaned from news articles by wild horse advocates. Public comments received from the scoping period follow each summary as an illustration of these attitudes, values, and beliefs.

**The Passing of the Wild Horse Herd and the Impacts of Trespass Horses**

An ethnographic study conducted by the Forest Service and documented in a report (USDA Forest Service 2017) presents a summary of interviews of people from a variety of organizations, including state and federal land managers, local residents, and Forest Service permittees who have historical knowledge of the Heber Wild Horse Territory and horses associated with the territory. Requests for interviews with the White Mountain Apache Tribe cultural representatives were not answered. The ethnographic study

sought to create a greater understanding of the history of the originally designated herd and its current status.

The ethnographic study found a high level of similarity among the interviewees regarding their stories on the origin of the Heber herd, its current status, and conditions related to horses on the Sitgreaves National Forest at this time. Generally, the belief is that the original Heber herd came from retired Army remount horses released on the national forest in the 1930s after World War I, when the Army no longer needed horses (USDA Forest Service 2017). Some people believe the herd had dwindled to roughly seven horses by the 1970s and eventually died out in the 1980s due to a particularly cold winter that caused the stallion to become sterile. However, concurrently in the 1980s and 1990s, other small pockets of horses of unknown origins existed on National Forest System lands, not located near the territory. Many interviewees described seeing horses moving from the Fort Apache Indian Reservation onto the national forest, and other people described domestic horses being turned out on to the national forest when their owners could no longer care for them.

In 2002, the Rodeo-Chediski Fire burned the majority of 50 miles of fence that previously limited free movement of horses between the Fort Apache Indian Reservation and the National Forest System lands. Interviewees discussed noticing a rapid increase in the number of horses seen on the Sitgreaves National Forest after the Rodeo-Chediski Fire, and the associated adverse impacts to forest conditions that resulted. Hence, some people believe the horses currently on the national forest are not part of the Heber herd, which the territory was established to protect, and have no historical connection to the retired Army remount horses turned out in the 1930s. Rather, some people believe these horses to be unauthorized livestock whose population has grown to the point of negatively impacting soil and water conditions, habitat for wildlife, and livestock conditions. People with this belief generally have favorable attitudes towards the active management to reduce horse populations. They believe management of the horse population is needed to protect other values.

Following is a sampling of comments received during scoping that illustrate these beliefs and attitudes.

"I support the removal of these feral horses from the Forest Service Land. As an owner of property bordering the Apache-Sitgreaves National Forests, we have experienced a substantial increase in the number of grass-fed animals, such as elk, deer, antelope, sheep, and feral horses on the forest which has caused excessive grazing pressure, as well as permanent damage to the forest." [Letter-comment # 50-1]

"These are not, despite appearances and pleas from some horse lovers (I count myself among them, too), "Wild" animals. These are feral animals which have been allowed to proliferate and damage public lands for generations, causing untold damage. This is a non-native species and requires management as such. There will never be a better time than right now to act accordingly." [Comment-Letter# 99-1]

]

"I strongly believe that these horses have to be managed just like the other animals that inhabit our forests. I urge you to consider having a designated area for these horses to inhabit along with our native wildlife that chose to live in this same area. The number of horses allowed to inhabit this area should be based on the same formula that you (the Forest Service) use to determine how many livestock are allowed on your grazing permits as horses ingest as much or more feed as cattle. Any horses found outside this designated area must be considered feral and may be caught, captured, or shot on sight. No exceptions!" [Letter-Comment # 68-1]

**The Wild Horse is a Historically Significant Icon**
For other individuals, the horses of the Mogollon Rim symbolize a connection with region's historical development pre-dating the founding of the United States. Some people believe the horses of the

Mogollon Rim are decedents of Spanish horses brought to the region over 400 years ago by Father Eusebio Kino as remount horses and possibly by the Spanish explorer Coronado as early as 1508. Horses are valued for the role they played in the settlement of the United States, as they were used as mounts by explorers, missionaries, settlers, and soldiers. They were prized for their attributes (Grijalva 2007). Some people acknowledge that some of the horses on the Mogollon Rim could be domestic breeds; however, without a brand, they believe distinguishing between a historic wild horse and a domesticated horse cannot be accomplished. The wild horse is believed to be a historically significant living feature of the landscape that should be preserved for historical purposes (AWI Quarterly 2005). This concept is enshrined in law; as stated in 16 USC 1331, "Congress finds and declares that wild free-roaming horses and burros are living symbols of the historic and pioneer spirit of the West; that they contribute to the diversity of life forms within the Nation and enrich the lives of the American people; and that these horses and burros are fast disappearing from the American scene. It is the policy of Congress that wild free-roaming horses and burros shall be protected from capture, branding, harassment, or death; and to accomplish this they are to be considered in the area where presently found, as an integral part of the natural system of the public lands." Hence, people with these beliefs have unfavorable attitudes towards management mechanisms that would remove unclaimed/wild horses from the national forest.

Following is a sampling of comments received during scoping that illustrate these beliefs and attitudes.

"America was built on the backs of horses, everything from plowing our field, bringing coal from the mines, carrying our wagons and even caring our men into battle. The wild horse is a part of the American history and they should not be reduced to a size that can be devastating to the DNA diversity." [Letter-comment #102-4]

"Humans and horses share a rich history. Horses have been a help to mankind through much of that history. Wild horses hold a unique position in the minds and hearts of all Americans. They symbolize freedom to us. Please let's not destroy this beautiful creature that has served to give image to our American desire for freedom." [Letter-comment #121-1]

"This is our heritage and treasure and they are being destroyed." [Letter-Comment # 132-2]

"Horses have always been a part of this state and should be preserved and protected. They are a symbol of what our state and nation once was." [Letter-comment #193-1]

## Communities of Interest

The following section describes generally the four communities of interest that have expressed their concerns and hopes related to this project. Communities of interest are united around shared interests or passions. Defining aspects of these communities are further outlined in terms of social, political and cultural capital, and inform considerations in the social impact analysis.

**Wild Horse Advocates**

### *Social Capital*

This community includes people from the local community to people from across the nation to around the world. This community has a high level of bridging capital, as it connects people from diverse geographies and backgrounds through common interests and values. The high level of bridging capital connects people and organizations with diverse resources lending to a high level of political capital.

### *Political Capital*

Organizations advocating for wild horses that have demonstrated interest in this project include the Cloud Foundation, The Heber Wild Horse Freedom Preservation Alliance, the Arizona Wild Horse and Burro

Collaborative, the Gila Herd Foundation, the Apache Junction Horse Rescue, Jackson's Rescue and Horse Ranch, the International Society for the Protection of Mustangs and Burros, Central Oregon Wild Horse Coalition, the Western Watersheds Project, American Wild Horse Campaign, and the Citizens Against Equine Slaughter. This community has been successful in aligning on shared values to elevate the significance of local management issues to issues of national importance (Grijalva 2007, Singleton 2019). In addition, this community has also shown a high degree of political capital in activating community interests through shaping and sharing messages with their community, while allowing this community to cultivate resources and place pressure on land managers to consider and respond to their concerns related to wild horse management.

### *Cultural Capital*

Generally, this community values wild horses as a culturally significant symbol of American and regional history. While there is agreement among this community that the horses should be maintained, there is a diversity of attitudes regarding whether and to what extent the horse population should be actively managed. Beyond these points of divergence there is agreement that the horses should be treated humanely in all aspects of herd management. This community believes land use should be prioritized for horses, specifically above that of cattle grazing which is seen as a competing use believed to be driven by profit motives.

Following are some of the comments received during the scoping period that illustrate the range of attitudes, values and beliefs regarding economic considerations.

"You can do better than roundups and dirt pens. You MUST do better. Let's come up with a plan for sharing the land and protecting all of its creatures (and treating them with the respect and honor they deserve). How about starting a sanctuary and becoming a model of humane darting fertility control and letting the horses run free with their families?" [Letter-comment #831-3]

"I strongly urge you to make it your top priority to protect the horses regarding the Heber Wild Horse Territory Plan for USDA Forest Service. Our beloved horses deserve to be treated with respect and kindness and they deserve to have their freedom." [Letter-comment #11-1]

"The current round up methods are extremely stressful for the animals. Perhaps if you used gentler roundup methods that do not include ruining the horses it would be better." [Letter-Comment #6-2]

"Terrorizing and killing is abhorrent. These majestic animals deserve free range. Whatever you do in this life impacts your soul eternally." [Letter-Comment #37-1]

"The reason I gave up beef is for precisely the reason that is given for pushing the horses out of the area. The corporate beef industry thinks grass-producing lands should be managed around the needs of maintaining the livestock, while the cattle themselves only exist to bring a buck." [Letter-comment #137-1]

"Rancher interests should not be prioritized over our wild horses;" [Letter-comment #59-1]

### Ranchers

### *Social Capital*

Livestock grazing permit records (USDA Forest Service 2020) show most ranchers with grazing permits on the Sitgreaves National Forest reside within the study area. Ranchers, however, also include the employees of permittees. Grazing requires active management of livestock and therefore people in this community have a physical and active connection with Sitgreaves National Forest lands. The demographic data suggests this community may have a relatively low level of diversity in socioeconomic class, race and ethnicity. Information in the ethnographic report also suggests this community has

intergenerational connections with the national forest through grazing (USDA Forest Service 2017). Available information about this community suggests a high degree of social bonding capital based in shared family histories in the area, however, this community may lack bridging capital which may have implications regarding the community's political capital.

### *Political Capital*

Information reviewed, including scoping comments, news and magazine articles, and social media posts, suggests that this community has not leveraged significant political capital. This may be influenced by the low level of bridging capital, which hinders vertical integration of people with diverse backgrounds who share common interests and are able leverage resources to affect change. This community's relatively limited geographic scope and uniformity may hinder the community's political efficacy.

### *Cultural Capital*

This community values ranching as way-of-life that they view as important to personal identity, family traditions and cultural heritage. Ranching, while accounting for a relatively large portion of jobs, accounts for a small portion of income, which is not surprising, as the main motive for many ranchers is to perpetuate family traditions, connection to the land and their way-of-life (Torell et al. 2001, Rowe et al. 2001). One study, aimed at better understanding the interests of federal land grazing permittees, found eight groups of grazing permittees emerged from hobbyist to corporate ranchers. When asked why they continue ranching, only three groups, the dependent family rancher, sheep herder ranchers, and corporate ranchers, accounting for 37 percent of the respondents, identified profit and indicated a relatively large dependence on income from ranching. Other groups cited tradition and family most commonly as to why they continue to ranch, and indicated they have a relatively low dependence on income from the ranch (Gentner and Tanaka 2002). The ethnographic study provides some evidence of traditional community attitudes towards horses in the local community and suggests that horses roaming freely on the national forest were historically considered a nuisance by people living in the study area. (USDA Forest Service 2017). Scoping comments suggest this community believes the overpopulation of horses on the national forest may result in the Forest Service reducing the number of permitted livestock, and hence would threaten their identity and cultural heritage. Attitudes among this community towards managing the horse population on the Sitgreaves National Forest are generally favorable.

Following are some of the comments received during the scoping period that illustrate the range of attitudes, values and beliefs regarding economic considerations.

"Ranchers and landowners are not the enemy to these horses and are actually victims to people that neglected their animals when they turned them loose on the forest. After years of in-breeding we now have a much bigger problem than if they were removed 10-20 years ago. People need to understand that these are feral horses, just like dogs that have escaped the dog catcher. ." [Comment-letter #60-1]

"The land users and allotment owners have the grazing rights, and too many of these feral horses cropping the grass too short are infringing on the rights of these historic users. This is unethical. It's hard on the land and the people earning a living." [Letter-comment #69-1]

## Hunters, Anglers, and Conservationists

### *Social Capital*

This community includes people who have an interest in hunting and fishing Sitgreaves National Forest lands and are generally concerned about the ecological condition in the study area. This community includes both state and federal land managers charged with managing resources in the project area in line with state and federal law, policy, and regulation. A subset of this community includes those that value hunting, fishing, and wildlife viewing recreation opportunities. Organizations representing the interests of

this community that have shown interest in this project include the Arizona Deer Association, the Arizona Sportsmen for Wildlife Conservation, and the Arizona Department of Game and Fish. This community may have moderate levels of social bridging capital that is facilitated through these organizations and their relationship with government agencies who are charged with managing these resources.

### *Political Capital*

This community's political capital is exercised through collective knowledge and application of law, policy and regulation to hold government agencies accountable for natural resource conditions. The hunting and fishing community advocates for rules or policies that are protective of resources they cherish. These groups work with the state fish and wildlife agency and its Commission to consider and implement hunting and fishing rules and policies. This community may have moderate levels of political capital that is facilitated through these organizations and their relationship with government agencies that are charged with managing these resources.

### *Cultural Capital*

As a whole, there is belief among this community that the overpopulation of horses would degrade ecological conditions, including fish and wildlife habitat, and result in subsequent negative effects on dispersed recreation opportunities. Some people in this community also believe that this may lead to reduced national forest visitation and a decrease in visitor spending in local communities. This community believes the horse population should be managed to conserve natural resource conditions that would perpetuate thriving ecological conditions that support dispersed recreation opportunities and associated economic contributions. Attitudes are generally favorable regarding management of horses on the Sitgreaves National Forest; however, concerns over taxpayer costs are also a factor influencing these attitudes.

The following are some of the comments received during the scoping period that illustrate the range of attitudes, values and beliefs regarding economic considerations.

"As herd size increases so does the damage done to our forest! AZGF manages our wildlife but nothing is being done to address the horse over population in that area." [Letter-comment #452-2]

"These are all critical factors that must be examined when considering allowing unmanaged horse grazing on public lands, which has occurred with hundreds of feral or free-roaming horses on the Forest that are unauthorized or undocumented and not monitored, causing significant effects to Forest natural resources and localized wildlife." [Letter-comment #1091-7]

"[requests] an assessment of the economic impacts of feral horses on wildlife-associated recreation…. An equitable allocation of available forage among, wildlife, domestic livestock, and feral horses." [Letter-comment # 1161- 5&11]

"If animals currently occupying the territory are found not to be progeny of the original herd, they should be removed by humane means and the territory dissolved by the Secretary of Agriculture under the authority of 16 U.S.C. § 1333(a). If, on the other hand, these horses are found to be progeny of the original inhabitants, the Forest must provide a clearly articulated, defensible framework for managing these feral horses, pursuant with the Act's requirement to do so "in a manner that is designed to achieve and maintain a thriving natural ecological balance on the public lands." [Letter-comment #1161-7 & 8]

**Business Interests in Travel and Tourism Sector**

*Social Capital*

This community includes people with business interests in the study area dependent on tourism for their economic livelihood. Information uncovered in the development of this report suggests that the travel and tourism industry is a relatively new and growing industry in the study area. Hence, social bonding capital may not be as strong as in the ranching community, however, the diversity of backgrounds and common economic interest provides for the development of social bridging capital. Thus far, there is not strong evidence to suggest that this community has developed a high degree of social capital.

*Political Capital*

Thus far, there is not strong evidence however to suggest this community has developed or leveraged their political capital, outside of individual actions by participating in the public participation process facilitated in accordance with the National Environmental Policy Act.

*Cultural Capital*

Members of this community believe the horses are a relatively unique resource that attracts tourists from afar and contributes to visitor spending they rely upon for their livelihoods. Attitudes towards horse management among this community are affected by beliefs about how visitation and associated expenditures will be affected by the management of the herd.

The following are some of the comments received during the scoping period that illustrate the range of attitudes, values and beliefs regarding economic considerations.

"What are the estimated economic impacts caused by a loss of tourism to the Heber-Overgaard communities and the state of Arizona by the removal and eventual decimation of the Heber Wild Horses." [Letter-Comment # 864-10]

"We do not need more cattle and we should leave the wild horses and burros where they are, because believe it or not, they represent a Tourist Value who bring in millions of dollars every year. I know because I am an Interpreter-Travel facilitator, particularly in the Southwest and when I tell the Tourists what the America Government does to the Wild horses and Burros, they are incensed." [Comment-Letter # 13-1]

"There are so few left in the Wild it's an opportunity for ecotourism here in Arizona. Let's create a win-win for Arizona and our wild horses" [Letter-Comment 48-2]

## Effects Analysis

### Issues and Concerns

No issues relating to socioeconomic resources that warranted an additional alternative were identified during scoping. However, the following concerns were raised. These concerns were used to focus this analysis.

### *Economic Impacts*

There is concern that the management or lack thereof of the herd will have adverse economic effects to local communities reliant upon tourism.

• There is concern that lack of management will impact hunting and fishing opportunities resulting in fewer national forest visits and less recreation related expenditures.

- There is concern that the management of the herd would result in the loss of wild horse viewing opportunities and in turn lend to a decrease in the number of national forest visitors and related spending.

- There is concern that the lack of management of the herd would result in impacts to grazing areas lending to adverse economic impacts to permittees and their employees.

- There is concern that the lack of management of the herd will result in a reduction of economic contributions due to the reduction in forage and associated reduction of authorized livestock grazing within the Heber and Black Canyon Allotments.

### Social Impacts

- There is concern that the social values related to the herd that cannot be captured using econometric tools will not be considered.

# Alternative 1 – No Action

## Direct and Indirect Effects

### Economic Impacts

**Travel and Tourism**

There may be no effects to visitor spending affecting the travel and tourism sector in the short-term. This is because changes related to recreation opportunity would be gradual in the short-term. In addition, the wild horse advocate community may perceive changes in the recreation opportunity as positive, encouraging more visitation, while other communities, such as anglers and hunters, may perceive changes as a degradation of the recreation opportunity and hence visitation by this community may decline. Should this occur, the visitation to the territory and surrounding region may shift but it is not likely to experience a noticeable change in national forest visitation and associated expenditures in the short-term.

As described in the Recreation report, dispersed and developed recreation opportunities are expected to degrade, and health and safety issues are anticipated to increase in the long-term. Given the importance of "feelings of safety" identified by Apache-Sitgreaves National Forests visitors, it is likely that recreation visitation would decrease among all community segments resulting in a decrease in visitor expenditures in the long term. While the direct economic effects are due to changes in national forest visitor expenditures from visits related to the territory, the indirect economic effects extend beyond the territory and may affect visitation to other areas of the Sitgreaves National Forest and expenditures in neighboring counties. Heber Overgaard and Navajo County may be directly affected; however, Apache County may also be indirectly affected. Gila County is not anticipated to experience these effects as acutely given that other industries, including mining and energy production, contribute substantially to jobs and labor income providing for economic diversity and stability.

As discussed in the affected environment, Apache County and Navajo County appear to have a weak economy characterized by relatively high unemployment, low-income levels, and a high portion of non-labor income from hardship and age-related transfer payments. In addition, the population in these counties is characterized by relatively low educational attainment, high poverty rates, and a large portion of minorities compared to the nation. The data suggests that these communities in these counties have a low level of community capital they can engage to mitigate adverse economic events.

While the travel and tourism sector accounts for between 22 and 26 percent of jobs in Apache County and Navajo County, it only accounts for between 8 and 16 percent of labor income respectively. While these

jobs are not high paying, they do account for roughly one in four jobs in these counties and they are not easily replaced. Given the high level of vulnerability of these communities to adverse economic events, a decrease in national forest visitor expenditures, while only responsible for a small share of economic activity within the travel and tourism sector, may result in disproportionate socioeconomic effects. As such, socioeconomic conditions in Apache County and Navajo County may decline in the long-term and lend to an increase in the poverty rates for families and individuals.

## Grazing

As described in the methodology section, economic effects related to grazing are based on the environmental consequences in the rangeland vegetation report related to livestock grazing management. The exact point in time when effects to authorized livestock grazing and the grazing strategy would occur is unknown, however it is anticipated to occur within the next 20 years. In the long-term, economic contributions to local communities from the direct and indirect effects of alternative 1 are anticipated to result in a downward trend and could result in the loss of economic contributions from grazing on the Sitgreaves National Forest. While the decrease in the 121 jobs supported by grazing on the Sitgreaves National Forest may be experienced acutely by permittees and employees directly affected, the overall effect to the economy in respect to labor income and resulting economic ripple effect including secondary spending, $1.3 million, may be relatively small given that labor income in this sector only accounts for 0.2 percent of labor income in the study area.

## *Social Impacts*

### Wild Horse Advocates

Wild horse advocates are likely to have a favorable attitude towards alternative 1; however, attitudes may shift in the long-term, should the results of no population management be ultimately seen as inhumane. In the short-term, attitudes are likely to be favorable because wild horse advocates may believe the horses are safe and the values they associated with the herd are protected. However, as described in the Wild Horse Report, if the horse population is left unchecked, it is anticipated that it would continue to grow approximately 20 percent per year, ultimately resulting in the deterioration of range conditions with horses at risk of death due to a lack of water and forage. Should such conditions become prevalent on the Sitgreaves National Forest, some wild horse advocates may feel their values related to the humane treatment of the horses are better served by implementing some measure of humane population control. Attitudes by wild horse advocates about horse population management may shift in the long-term. This may be a consequence of changing beliefs about the perceived humanity or inhumanity of doing nothing, in context of the effects of over-population on the health of the herd.

### Livestock Permittees and Employees

Ranchers, including livestock permittees and their employees, are likely to have unfavorable attitudes towards alternative 1. This is because alternative 1 would allow the horse population to continue to grow resulting in impacts to grazing opportunities, which may be reduced or eliminated in the long term. Grazing is highly valued by ranchers as an important part of the local cultural heritage and way-of-life. Alternative 1 is likely to be perceived as a threat to ranchers and their ability to continue grazing practices that support their way-of-life. As described in the economic effects to livestock permittees and employees, it is estimated that 121 ranchers may be affected. However, it is important to acknowledge that given the significant role that ranching plays in constructing family values and culture the number of people who experience the social effects are anticipated to be greater, extending through the social and family networks of ranchers who are directly affected. Alternative 1 is likely to be perceived as a threat to the personal, family and community identity of the ranching community. Ranchers may feel that alternative 1

would threaten their cultural heritage and disrupt their attachment to the land in the long-term. Hence, it is likely that rancher's attitudes towards alternative 1 are highly unfavorable.

**Hunters, Anglers, and Conservationists**

Hunters, anglers, and conservationists are likely to have unfavorable attitudes towards alternative 1. This is because alternative 1 would allow for the continued growth of herd population and lead to a deterioration of ecological conditions and associated terrestrial and aquatic habitats. This community values high quality ecosystem conditions and the benefits that flow from them, including dispersed recreation opportunities. This community is likely to feel that their values are threatened by alternative 1 and are likely to have unfavorable attitudes towards this alternative.

**Business Owners in Travel and Tourism**

In the short-term business owners may have favorable attitudes towards alternative 1, however, in the long-term attitudes towards the lack of management under alternative 1 may shift to unfavorable. In the short-term, attitudes are favorable because business owners in the travel and tourism sector who believe that their businesses are highly dependent visitor expenditures due to the presence of wild horses, may believe that these economic benefits would be sustained by allowing the herd to continue to roam the Sitgreaves National Forest unmanaged.

These attitudes toward herd management may shift to unfavorable for alternative 1 in the long-term, should Sitgreaves National Forest visitation decrease in response to a degradation in the recreation opportunity due to the unchecked growth of the horse population on the national forest. As described in the recreation report, in the short-term, Sitgreaves National Forest visitation is unlikely change related in response to management or lack thereof of the herd. However, in the long-term, if the horse population increases, as is suggested by horse population modelling (see Wild Horse Report), the quality of the recreation opportunity may degrade in respect to safety issues related to the horses, degradation of fish and wildlife habitat, and/or degradation of horse viewing opportunities itself should horses be emaciated and starving. In the long-term, attitudes of business owners in the travel and tourism industry toward alternative 1 may be unfavorable as the lack of management of the herd may be believed to be a negative impact to the quality of recreation opportunity that attracts visitors to their community.

## Cumulative Effects

Under the no-action alternative, in the short-term it is likely that economic contributions from the Sitgreaves National Forest would be sustained. Given the heightened interest of travelers and the public to seek outdoor recreation opportunities, including camping and hiking in remote places, it is likely that economic contributions related to national forest visits will increase in the short-term, irrespective of local conditions. -

Other impacts from related to local economic trends indicate that there may be fewer jobs in the study area, which would lend to declining social and economic conditions. These conditions may be exacerbated by impacts to the rangeland condition and recreation opportunity resulting from a growing horse population. Alternative 1, therefore, may lend to an increased likelihood of conflict and social tension among communities of interest and reduce social cohesion.

## Summary of Effects

The data suggests that Navajo County and Apache County are highly vulnerable to adverse risk events. High unemployment and poverty rates, and low education and income levels position these communities with few resources, be it human, financial, or economic resources to avert and mitigate adverse risk events or to respond in such a way as to minimize impacts of these risks. In particular, the Fort Apache

Indian Reservation community may be especially vulnerable given the extreme low levels of community capital.

In the short-term, cumulative effects are resulting in increased levels of national forest visitation, and perhaps expenditures, and are expected to outweigh any direct or indirect economic effects that may but are not likely to occur related to this project. It is unknown how long the increased visitation rate to rural communities and national forests will last, but for the time being it offers some economic relief during the economic recession for rural communities dependent in part on travel and tourism.

In the long-term, the direct and indirect economic effects related to alternative 1 are compounded by the economic recession. Decreased national forest economic contributions to the travel and tourism and cattle grazing sectors that are likely to result from alternative 1 may cause a disproportionate share of hardship given the pre-existing high level of vulnerability of communities in Navajo County and Apache County to adverse economic events.

In the short-term, alternative 1 would not address issues that have historically divided Sitgreaves National Forest communities of interest. In the long-term, some of the conflicts among these communities may be allayed should attitudes among wild horse advocates towards herd management shift to favorable if the consequences of doing nothing are be perceived as less humane than active management. At the same time, there is likely to be increased social and community tension, as economic conditions worsen for local business and livestock permittees due to declining range conditions and degraded recreation opportunities. In the long-term, alternative 1 would impact local ranching heritage by disrupting cultural practices among families. The social impacts to livestock permittees and their employees may be inter-generational.

## Alternative 2 – Proposed Action

## Direct and Indirect Effects

### *Economic Impacts*

**Travel and Tourism**
Economic effects in the short-term are expected to be similar the effects of alternative 1. This is because it may take years to reach the AML, so the effects due to the horse population exceeding the appropriate management level would be similar.

In the long-term, economic impacts related to national forest visitor expenditures are not expected to change measurably as a result of this project. This is because recreation opportunities attracting national forest visitors and related expenditures would be maintained or improved by managing the territory and herd at the appropriate management level. Wild horse advocates would continue to be attracted to the territory due to the continued presence of the herd. In addition, recreation opportunities valued by visitors who are attracted for other dispersed and developed types of recreation dependent on a thriving ecological condition, such as hunting and fishing, would be maintained or improved.

**Grazing**
As described in the methodology section, economic effects related to grazing are based on the environmental consequences in the rangeland vegetation report related to livestock grazing management. Economic effects in the short-term may be similar to the short-term effects of alternative 1. This is because horses may exceed the AML and hence factors that may influence the reduction in permitted

*Heber Wild Horse Territory Management Plan Final Environmental Assessment*

livestock grazing or warrant changes in the grazing strategy may persist in the short-term until the AML is reached.

In the long-term, there would be no direct and indirect effects of alternative 2 to the economic contributions related to grazing. This is because the horse population would be managed so that utilization levels are at or below the allowable use, rangeland plant communities are healthy, and livestock grazing may continue as it is currently authorized.

*Social Impacts*

**Wild Horse Advocates**

Alternative 2 is controversial for wild horse advocates. Attitudes may generally be unfavorable towards reducing the population to the AML; however, just as important, if not more important to this community, is *how* the population is managed. Given the high level of social and political capital this community possesses, it is likely that the attitudes and beliefs of this community regarding alternative 2 will be amplified in the media among the public-at-large and with elected officials. Population control methods that are perceived to be stressful or inhumane are likely to continue to create controversy. Opportunities to mitigate controversy and concerns include developing active partnerships to assist in managing the herd, increasing public communication on herd management activities, developing innovative conservation education methods related to herd population and ecosystem dynamics, and developing more interpretation recognizing the social values and historical role of horses on the Sitgreaves National Forest among communities of interest.

**Livestock Permittees and their Employees**

Ranchers, including livestock permittees and their employees, are likely to have favorable attitudes towards alternative 2. This is because alternative 2 would maintain the horse population at the AML such that the grazing opportunities would persist in the long term. Grazing is highly valued by some ranchers as an important part of their cultural heritage and way-of-life. As described in the economic effects to livestock permittees and employees, it is estimated that 121 ranchers may be affected. However, it is important to acknowledge that given the significant role that ranching plays in constructing family values and culture, the number of people who experience the social effects are anticipated to be greater, extending through the social and family networks of ranchers who are directly affected. Alternative 2 would support opportunities for ranchers to continue grazing practices that support intergeneration knowledge transfer and strengthen social bonds among family and the ranching community. These practices also inform the development personal, family and community identity, and contribute to this community's knowledge of and attachment to the local landscape. Alternative 2 would contribute to sustaining the cultural heritage of the local community.

Opportunities to mitigate concerns for some ranchers related to the costs of managing the herd, include increasing public awareness on the market and non-market costs and benefits related to herd management costs, as described in this environmental assessment. In the long-term, this may include sharing information on the economic value of partnerships, in terms of volunteer time and other resources leveraged in partnership to manage the herd.

**Hunters, Anglers, and Conservationists**

Hunters, anglers, and conservationists are likely to have favorable attitudes towards alternative 2. This is because alternative 2 would manage the herd population to a level that would result in a thriving natural ecological balance and avoids deterioration of the rangeland vegetation. This community values functioning ecosystem conditions and the benefits that flow from them, including but not limited to, wildlife and fish habitat. This community is likely to believe that alternative 2 would result in landscape

conditions that would sustain dispersed and developed recreation opportunities, and overall support ecosystem condition aligned with their beliefs and values. Hence, this community is likely to have favorable attitudes towards this alternative.

**Business Owners in Travel and Tourism**

Business owners in the travel and tourism sector exhibit strong beliefs that their businesses are highly dependent visitor expenditures of people attracted to the national forests to see horses. The reduction in the horse population to the appropriate management level may be perceived as a loss of horse viewing opportunities by this community. Hence, there may be heightened concerns that the visitor population, upon which they depend, would decrease as well. Therefore, business owners in the travel and tourism sector may be acutely concerned about how their economic livelihoods would be affected and may believe they would be adversely affected. Hence, it is likely that the local businesses dependent on national forest visitor expenditures may have unfavorable attitudes towards alternative 2 in the short-term.

In the long-term, major changes in national forest visitation is not expected due to the implementation of alternative 2. This is because horse viewing opportunities would persist, as well as, other dispersed and developed recreation opportunities. Attitudes among this community may shift to favorable in long-term, should National Forest visitation and related economic contributions be sustained, as is anticipated.

Opportunities to mitigate the concerns in the short-term would be to work in a collaborative capacity with the local business community and other organizations of interest to develop and implement a public communication and marketing strategy on herd viewing opportunities.

## Cumulative Effects

Under alternative 2, in the short-term it is likely that economic contributions from the Sitgreaves National Forest in the context of cumulative effects may increase. Given the heightened interest in outdoor recreation , it is likely that economic contributions related to Sitgreaves National Forest visits will increase, irrespective of the horse population. Alternative 2 is more likely to reduce economic hardships that would result from the recession compared to alternative 1, because alternative 2 would maintain rangeland conditions and recreation opportunities that support national forest economic and social contributions to the local community. Compared to alternative 1, alternative 2 may decrease the intensity of conflict among communities of interest.

## Summary of Effects

The short-term direct and indirect effects to economic contributions from national forest visitation and grazing are expected to be the same as alternative 1, which are likely to result in no effect. However, the cumulative effects related to national forest visitation may result in short-term increases in the economic contributions to the travel and tourism sector. In the long-term, there are no direct or indirect effects to economic contributions from national forest visitation and grazing. This is because the horse population would persist on the Sitgreaves National Forest; however, it would be managed so that utilization levels are at or below the allowable use resulting in a thriving ecosystem. This would result in continued high quality dispersed and developed recreation opportunities and continued livestock grazing as it is currently authorized.

The short-term direct and indirect effects from alternative 2 may result in continued polarization and conflict among communities of interest due to competing values and beliefs. However, efforts to recognize and honor social values, and work proactively to address concerns based on beliefs may reduce conflict among these communities. In the long-term, greater community cohesion in the local community may result due to the sustained economic and social contributions derived from maintaining a thriving

ecosystem condition. Attitudes towards the management of the herd may become favorable over the long-term by some wild horse advocates who believe that the continued presence of the herd signifies and cultural heritage they value.

# Cultural Resources

This section is a summary of the Cultural Resources Report which is incorporated by reference.

## Affected Environment

The Heber Wild Horse Territory (territory) consists of 19,700 acres located in the Black Canyon area of the Black Mesa Ranger District and is centered approximately 5 miles southwest of Heber, Arizona (Figure 1). The designated boundary runs roughly in a north-easterly direction from its southern boundary on National Forest System Road 300 to the northern boundary, which abuts private land. The north-northeastern portion of the territory is bounded by the community of Heber, with houses, roads, and fences. The west-northwest flank of the territory is bound by the Highway 260 corridor fence. The southeast flank is an irregular boundary comprised of ridgelines, drainages, and section lines. The Mogollon Rim, with its steep canyons and ridges, lies to the south of the territory. The territory management plan will include horse management activities across the entire Black Mesa and Lakeside Districts, but for the purpose of this analysis the area of potential effects (APE) only included the territory.

Past human cultural activity is represented throughout the project area by a variety of archaeological site types and material culture. The demonstrations of prehistoric activity manifest as artifact scatters consisting of lithic and ceramic scatters; structural or habitation remains such as room blocks or field houses; rock shelters and petroglyphs, rock alignments; and features of unknown purpose. Prehistoric sites represent 58 of the total site counts in the APE and historic sites account for 25 of 86 known sites. The historic sites in the project area are represented by agricultural fields and features; agency facilities and remnants including a possible ranger station, look out, and work facility; refuse dumps; homesteads; structural or habitation markers; burials; and transportation routes. One site is considered multi-component, demonstrating various occupations. Two of the sites are lacking temporal markers to aid in diagnosing even their general occupation time.

Approximately 11,400 acres of the 19,700-acre project area has been surveyed to varying levels of adequacy, with 9,460 acres having adequate survey to standard. Of the 86 sites in the project area, 27 are considered eligible for the National Register of Historic Places, 32 sites have been determined ineligible for the National Register, and 27 sites have yet to be evaluated for the National Register of Historic Places. As a result, all eligible, unevaluated, and unknown sites will be treated as historic properties.

## Effects Analysis

### Issues and Concerns

No issues relating to cultural resources that warranted another alternative were identified during scoping. The following concerns were raised. A minimum of roughly 4,000 acres or 20 percent of the area of potential effect has yet to be surveyed, resulting in possible missing data.

## Alternative 1 – No Action

Alternative 1 is a no-action alternative. This means the population of horses would continue to grow unchecked, and authorized activities within the territory, such as livestock grazing and prescribed burning, would continue. New independent actions would need analyzed and implemented under separate environmental analysis.

*Heber Wild Horse Territory Management Plan Final Environmental Assessment*

## Direct and Indirect Effects

Horses tend to use small portions of habitat available to them and habitually congregate in limited localities. They do not appear to explore or exploit new areas, even if new areas are available to them. This creates a use pattern that allows for some areas to be minimally impacted while others sustain heavy use (Beever and Burssard 2004). Moreover, horses gravitate towards temporary or permanent water sources during the summertime, typically remaining within 4.8 km during the summer months (Miller 1983). Human cultural activity is typically recorded near water sources. Hunting, subsistence, habitation, irrigation, and spiritual lifeways usually require or involved access to water. As a result, it isn't uncommon for archaeological sites to occur in areas where horses congregate.

When compared to areas where horses had been removed Beever (2008) found reduced ground and shrub cover in horse occupied areas. Beever (2008) determined that the reduction in ground and shrub cover is due to effects from trampling and traffic, not necessarily grazing. While studies have not been conducted into the effects of the horse population directly in the project area, it can be assumed that the effects described above are seen within the area. Sustained or increased hoof traffic on horse travel routes and in watering areas can have a direct effect on the visibility of and damage to artifacts and features. There is the potential to expose artifacts and features within cultural sites resulting in damaging of those artifacts or features and displacing any in situ artifacts or features. Extended soil erosion, as a result of trampling and traffic, can expose and displace artifacts and features, resulting in cultural material being dislodged and out of context or situ. If the horse populations go unchecked, the resulting trampling and traffic have the potential to adversely impact cultural resources. Cultural resources are a non-renewable resource and any effects that may have occurred in the past cannot be undone.

The upper limit of the AML (104) is the number of horses which results in a thriving natural ecological balance. Unchecked population or potential population increase could directly and indirectly impact cultural resources. A no-action alternative could result in the stasis of the population at current levels, or an increase. While no cases of damage are known, the direct effects to cultural resources could be continued damage or degradation of cultural resource sites by an excessive or unmanageable horse population. This could especially be the case in frequently used trails/routes or congregating areas. An increase in population or maintenance of the population at the current threshold is likely to result in increased and sustained hoof traffic that might cause site or artifact exposure as well as damage to artifacts and sites. Similarly, an increase in congregating areas such as watering locations could also impact cultural resources by exposing, breaking, damaging, or otherwise destroying artifacts associated with known or undiscovered sites.

## Cumulative Effects

There are no other management activities proposed under the no-action alternative, and therefore there are no cumulative impacts to cultural resources.

## Alternative 2 – Proposed Action

The Environmental Analysis describes the design criteria to be applied to aid in the reduction of negative effects disclosed below. The proposed action is to establish an AML of 50 to 104 horses for the territory, authorize population management actions, and establish an adaptive management strategy based on monitoring with the objective of maintaining the thriving natural ecological balance necessary to support horses within the territory.

The key components of the territory management plan include the following:

- A strategy to reduce the horse population to the upper limit of the Appropriate Management Level (AML).

- Adaptive management actions (horse population, herd health, and habitat management) based on monitoring in order to manage horses within the AML (50-104 horses).

- Infrastructure improvements needed within the territory to manage the horses.

- Project design features as well as standards and guidelines from the Apache-Sitgreaves National Forests Land Management Plan.

*Proposed Improvements*

To help meet the purpose and need, a variety of improvements, both permanent and temporary, are proposed across the territory and the Sitgreaves Forest. Additional improvements may be added if deemed necessary through monitoring under adaptive management. Proposed permanent improvements located within or near the vicinity of the territory include the installation of cattleguards, additional water developments (stock tanks), fences, two handling corrals, and a permanent holding facility, while temporary structures that could be used during horse gathering activities within the territory and across the Sitgreaves Forest include traps and corrals (Figure 3).

## Direct and Indirect Effects

There are potential beneficial effects associated with reducing the number of horses in the management area. Any reduction to the current horse population may reduce the potential of damage to cultural resources and minimize impacts. A decrease in horse population would reduce the impacts of trampling, trailing, and congregating at water sources thus also decreasing the potential for impacts to cultural resources. Additionally, there are several improvements proposed that would potentially encourage a more even use of the territory or break up current use patterns, specifically the proposed development of water sources (stock tanks) which would distribute the availability of water more evenly throughout the territory, reducing impacts to just a few water sources.

Project activities under the proposed action include the installation of new stock tanks or temporary traps and/or handling corrals, as necessary. These proposed project activities have the potential to adversely impact historic properties. To mitigate this, design feature Heritage-1 identifies that in order to avoid impacts to heritage sites all undertakings will need a cultural resource inventory and that if any cultural resources are found within the locations identified they will not be utilized or will be modified to avoid impacts to those cultural resources. Inventories shall be conducted in accordance with the stipulations set forth in the First Amended Programmatic Agreement Regarding Historic Property Protection and Responsibilities, as agreed upon by the Arizona State Historic Preservation Officer and Region 3 of the USDA Forest Service (the PA). By following these guidelines, the projects would be in compliance with Section 106 of the National Historic Preservation Act, as amended, and Section 101(b)(4) of the National Environmental Policy Act of 1969.

## Cumulative Effects

A cumulative effects analysis considers whether the proposed action of the Heber Wild Horse Territory Plan would impact historic properties, when added to other past, present or future projects. This includes impacts to sites considered eligible, unevaluated, and sites that have yet to be discovered. Under the proposed action there may be potential beneficial effects to cultural resources associated with reducing the number of horses in the management area. Any reduction to the current horse population may actually reduce the potential for sites to be damaged and minimize impacts. Additionally, implementing design features to protect known and previously unrecorded properties that are encountered would protect eligible or unevaluated properties. When the proposed actions are added to past and ongoing activities as described, the impact to cultural resources should be negligible or slightly beneficial.

The following list summarizes just a few past, present, and future activities that can potentially add to the total cumulative effects. The current extent of these activities within the project area was determined from the most up-to-date schedule of proposed actions within and around the territory.

**Livestock Grazing**

As noted above, livestock grazing has occurred aggressively across the landscape since the late 19th century. The overall loss of ground cover and repeat exposure of cultural materials to erosion, compaction, displacement, and damage compromises the integrity of artifacts and sites, as well as the future research potential of a site. Spread over a large landscape and cumulative perspective, grazing effects have the potential to compromise several sites. These effects could result in a loss of contextual information regarding settlement, habitation, migration, and lifeways of past peoples. The Black Mesa Ranger district manages grazing on the Black Canyon and Heber allotments, which fall within the designated project area. The adaptive management style plans to manage these grazing allotments provide best management practices to manage livestock grazing, potentially reducing the inadvertent impacts to historic properties.

**Prescribed Burning**

Prescribed burning is proposed on the Apache-Sitgreaves National Forests managed lands over a multi-year project (Rodeo-Chediski Prescribed Burn). Prescribed burning improves forest health and reduces the risk of catastrophic wildfire. Activities associated with this project have already been mitigated and design criteria established to ensure the stability and protection of historic properties.

Many prehistoric sites are resilient to the effects of prescribed fire, with the exception of petroglyphs. Likewise, previously unrecorded or undiscovered sites are oftentimes located on account of the improved visibility left behind fire. Unknown historic sites with fire sensitive artifacts can be compromised. Prescribed burns often provide a valuable window for monitoring sites that are difficult to see due to overgrowth. Overall, this project aims to improve the natural regeneration of vegetation, and aid in stabilizing ground cover. It poses minimal cumulative effects when mitigation measures and design features are followed.

**4FRI Rim Country Project**

The desired condition from implementation of Rim Country is to improve forest health and develop a forest structure that is resilient to natural elements including disease, fire, insects, and disease. The project includes a variety of activities such as timber harvest, prescribed burning, and improving wildlife habitat areas. The project has adequately accounted for the protection of historic properties.

## Summary of Effects

After reviewing available heritage data and horse behavior information it is likely that Alternative 1, the no-action alternative, would potentially result in an *Adverse Effect* of cultural resources. The horse population would go unchecked resulting in increased trampling and traffic that could potentially adversely affect cultural resources, particularly those near existing water sources or established high traffic areas.

Alternative 2, the proposed action and territory management plan, would have a *No Adverse Effect*. Alternative 2 provides an avenue for managing the horse population and subsequently reducing the risks for impact to cultural resources. Additionally, there are proposed improvements that would reduce impact to cultural resources through encouraging different use patterns by the horses. The current proposed permanent improvements show in Figure 3, as well as any temporary improvements, are subject to Section 106 heritage clearance. All additional undertakings, both permanent and temporary, associated with the management plan will go through proper heritage clearance as identified within the design

features Heritage-1 of the Environmental Assessment (USDA 2022). If any cultural resources are found within the proposed project locations, those locations will not be utilized, or the project will be modified to avoid impacts to cultural resources present.

The Territory Management Plan is an adaptive management strategy that provides flexibility in managing large landscapes in order to meet desired conditions. If desired conditions are not being met, then an undertaking may occur to meet those desired conditions. *Appendix H Standard Consultation Protocol for Rangeland Management* of the R3 First Amended Programmatic Agreement outlines the process for response to an adaptive management plan.

# Other Agencies and Individuals Consulted

Federal, state, and local agencies, Tribes, and non-Forest Service individuals with whom the Agency engaged in discussions as part of the environmental assessment. See also project record scoping disposition summary for a complete list of all individuals, groups and agencies that provided comments during the scoping period for this project.

## Cooperating Agencies

Arizona Game and Fish Department

Arizona Department of Agriculture

## Tribal Consultation

Pueblo of Acoma

Fort McDowell Yavapai Nation

Hopi Tribe

Mescalero Apache Tribe

Navajo Nation

San Carlos Apache Tribe

Tonto Apache Tribe

White Mountain Apache Tribe

Yavapai Apache Tribe

Pueblo of Zuni

Yavapai Prescott Tribe

## Agencies and Organizations

Alpine Alliance

America Wild Horse Preservation

American Rivers

American Wild Horse Sanctuary Return to Freedom

Animal Welfare Institute

Apache County Board of Supervisors

Archaeological Consulting Service

Arizona Antelope Foundation

Arizona Audubon Society (Nina Mason Pulliam Rio Salado)

Arizona Cattle Feeders Association

Arizona Cattlegrower's Association

Arizona Cattleman's Association

Arizona Deer Association

Arizona Department of Agriculture

Arizona Department of Environmental Quality (Non-Point Source Unit)

Arizona Department of Transportation

Arizona Department of Water Resources

Arizona Desert Bighorn Sheep Society

Arizona Elk Society

Arizona Flycasters

Arizona Game and Fish Department

Arizona Game and Fish Department

Arizona House of Representatives

Arizona Native Plant Society

Arizona Nature Conservancy

Arizona Republic

Arizona Sportsmen for Wildlife Conservation

Arizona State Forestry

Arizona State Governor's Office

Arizona State Land Department

Arizona State Parks

Arizona State University

Arizona Wilderness Coalition

Arizona Wildlife Conservation Council

Arizona Wildlife Federation

Arizonans for Wildlife Conservation

Bison Ranch Homeowners Association

Bison Resort Cabins II Homeowners Association

Blue River Watershed Association

Bureau of Indian Affairs, Fort Apache Agency

Bureau of Land Management

Bureau of Land Management, Arizona State Office

Center for Biological Diversity

Central Oregon Wild Horse Coalition

Clay Springs Fire Department

Coconino County

County Extension

Cowgirl Puppy Ranch

Defenders of Wildlife

Desert Cry Wildlife Inc.

Diamond X Ranch, South Fork Properties

Eastern Arizona Counties Organization

Ecological Restoration Institute

Forest Conservation Council

Forest Guardians

Forest Guardians, Grazing Reform Program

Forest Lakes Fire Department

Forest Lakes Homeowners Association

Freeport McMoRan

Grand Canyon Trust

Greenlee County Board of Supervisors

Growing Excellence

Heber-Overgaard Chamber of Commerce

High Country Pines

In Defense of Animals

Intermountain Wild Horse and Burro Advisors

International Society for the Protection of Wild Mustangs and Burros

Joseph Auza Sheep Company

Kentucky Wolf Information Center

KVSL

LANC Investments

Little Colorado River Plateau Resource Conservation and Development Area, Inc.

Maricopa Audubon Society

Mule Deer Foundation

National Cattleman's Association

National Wild Turkey Federation

Natural Resource Conservation District

Natural Resource Conservation Service

Navajo County Board of Supervisors

Navajo County Cooperative Extension

Navajo County Department of Public Works

New Mexico Wilderness Alliance

Northern Arizona University

Novo Power

One Renaissance Square

Otto Trucking

Perkins Ranch

Pinecrest Cabins, LLC

Recreation Management of America

Reid Smith Trucking

Renegy, LLC

Resource Advisory Committee

Rocky Mountain Elk Foundation

Safari Club (Arizona Chapter)

Salt River Project

Seibert Cattle Co.

Sekretariat Rubibachstr 9

Sierra Club

Sky Island Alliance

Southwest Forest Alliance

Sunshine Report

Tates Auto Center

Taylor Stake – Latter-Day Saints Church

The Cloud Foundation

The Conquistador Equine Rescue and Advocacy Program

The League of Humane Voters

The Mule Deer Foundation

The Nature Conservancy in Arizona

The Wilderness Society

The Wildlife Federation

Tonto National Forest, Pleasant Valley Ranger District and Payson Ranger District

Town of Pinetop-Lakeside

Tracks

Tucson Electric Power

University of Arizona

U.S. Congress -– White Mountain Office

U.S. Department of Interior

U.S. Fish and Wildlife Service Arizona Ecological Services Field Office

U.S. Senate

Western Watersheds

White Mountain Conservation League

White Mountain Horsemen's Association

White Mountain Independent Newspaper

White Mountain Audubon Society

WildEarth Guardians

Wilderness Society

Wildlife Conservation Council

Williams Family

*Heber Wild Horse Territory Management Plan Final Environmental Assessment*

# Appendix A. Cumulative Effects

Cumulative effects analysis considers past, present and future actions that have potential to have a direct effect to a given natural or social resource. Effects to resources from specific projects may individually not cause an impact threshold to be exceeded but may cumulatively cause thresholds to be exceeded.

The following actions were considered as potential sources of direct effects for all resources. Analysis of the direct and cumulative effects to resources is provided in specific resource sections.

## Past Actions

This effects analysis relies on current environmental conditions as a proxy for the impacts of past actions because the existing conditions reflect the aggregate impact of all prior human actions and natural events. The following past agency actions have potential effects on vegetation, forage and wildlife habitat: grazing, noxious weed treatments, range forage improvement, tree encroachment control, watershed improvements, and wildlife habitat improvement (Table 24).

In general, these past activities have modified vegetation conditions to increase the quality and quantity of forage within the analysis area, and improved wildlife habitat factors such as cover and security areas. The current conditions for horses, wildlife and livestock present within the Heber Wild Horse Territory are a result of the effect of these activities on background natural conditions. These activities have generally provided a benefit to the wildlife habitat and vegetation conditions in the treated portions of the territory.

**Table 24: Past actions considered for cumulative effects analysis for the Heber Wild Horse Territory**

| Year | Name | Activity | Acres |
|------|------|----------|-------|
| 1997 | Sundown Ecosystem Management Area | Range vegetation control, manipulation and type conversion | 2,000 |
| 2003 | Heber-Overgaard Wildland Urban Interface | Range forage improvement | 541 |
| 2003 | Little Springs Wildland Urban Interface | Range cover manipulation | 2,500 |
| 2004 | Country Club Escape Route | Range cover manipulation | 915 |
| 2005 | Nagel vegetation treatment | Range forage improvement | 1,592 |
| 2006 | Hilltop Wildland Urban Interface | Range forage improvement | 616 |
| 2006 | Los Burros vegetation treatment | Range cover manipulation | 29 |
| 2012 | Rodeo-Chediski Fire Prescription Burn | Range cover manipulation | 9,670 |
| 2012 | Timber Mesa/Vernon Wildland Urban Interface | Range cover manipulation | 9,110 |
| 2013 | Rim Lakes Forest Restoration | Range cover manipulation | 6,251 |
| 2015 | Upper Rocky Arroyo Restoration | Wildlife habitat improvement | 3,960 |
| 2016 | Little Springs Wildland Urban Interface | Range cover manipulation | 2,500 |

## Present and Reasonably Foreseeable Activities

Ongoing and reasonably foreseeable activities in the project area relevant to the effects to the horses and their habitat include permitted livestock grazing, timber harvest, prescribed burning, recreation, and

noxious weed treatment. The horses and their habitat are also both susceptible to the effects of drought. While drought is not a management activity per se, our reaction to drought is, therefore it is included in this brief discussion of effects to the horses and their habitat:

Mexican Wolf Recovery Plan – A record of decision was signed January 2015 for a revision to the regulations regarding management of the Mexican wolf. This revision expanded the territory to include the Sitgreaves National Forest, which includes the Heber Wild Horse Territory. It also allows for the release of wolves on the Sitgreaves National Forest.

Oky Flats Categorical Exclusion – A decision memo was signed February 2020 authorizing a combination of vegetation and fuels treatments across approximately 3,000 acres. Some treatments are planned within the north end of the Heber Wild Horse Territory.

4FRI Rim Country Project Environmental Impact Statement and Record of Decision – This project includes vegetation and prescribed fire treatments across 100 percent of the Heber Wild Horse Territory. 2.

Heber Allotment – Allotment analysis to determine re-issuance of a term grazing permit, what grazing management strategy will be implemented in the allotment management plan, treatments for grassland restoration and maintenance, and placement of tanks and fence. A final decision was issued in November 2020.

Travel Management Rule – In the analysis area, there are numerous informal off-highway vehicle trails and routes. Cross-country off-highway vehicle use can decrease vegetation/ground cover and spread noxious weed species, leading to a loss of forage and deterioration of soil conditions. The Apache-Sitgreaves National Forests travel management planning process designated system of routes and eliminates motorized cross-country overland travel except in designated areas. Roads and off-highway vehicle use being a prominent disturbance in Southwestern grasslands, this action has the potential to positively affect recreation experience, wildlife habitat, and rangeland vegetation in the planning area.

Additional actions relevant to specific resources are included under the resource cumulative impacts section below.

## Resource Cumulative Impacts Common to All Alternatives

- Permitted livestock grazing will continue on the Black Canyon and Heber allotments as is currently authorized. Grazing results in direct impacts of defoliation to individual plants and an alteration of canopy structure to the plant community. However, research has shown with properly managed grazing, forage plant health and productivity, and overall ecological condition of rangelands can be improved or maintained. Holechek et al. (2004) found light to conservative allowable use levels, such as those under the currently authorized livestock grazing, can increase forage production and improve vegetation composition. Thus, the current level of livestock grazing within the territory is not expected to impact the horse forage. Livestock grazing can also result in competition for water, cover and space. The proposed appropriate management level considers the need for all grazers within the territory and was proposed at a level that allows for multiple use of the area. Thus, the continuation of livestock grazing at the currently authorized level is not expected to have impacts on the horses or their habitat.

- Timber harvest is expected to continue within the territory. Timber harvest can have a beneficial impact on the horse habitat as the canopy is opened up, allowing more sunlight to reach the understory vegetation which provides forage. It can also create a localized negative short-term impact if it results in soil disturbance, compaction of soil or crushing or removal of rangeland vegetation

which produces forage. Timber harvest has the potential to affect the cover component of the horse habitat, and conversely, a lack of timber harvest can have impacts on the horse habitat if tree encroachment results in limiting the amount of forage, cover and space available.

- Prescribed burning is expected to continue within the territory. Prescribed burning can have a beneficial impact on the horse habitat by reducing the litter accumulation and competition from woody vegetation, ultimately enhancing the forage component. But prescribed burning can also have short-term detrimental impacts on the cover and forage components of the horse habitat, particularly if high ground temperatures are created that impact rangeland vegetation or removes needed cover. Fire also tends to favor post-fire germination of non-native species which could result in an increase in noxious weeds or other non-native invasive plants.

- Recreation is expected to continue in the project area. Recreation can affect the horses directly if horses become acclimated to human presence, and ultimately become known as nuisance animals in areas of concentrated recreation.

- Monitoring and treatment of noxious weeds is expected to continue in the project area. Continued monitoring and treatment of noxious weeds would help maintain the current forage base. Although the risk of it occurring is low, if invasive species are introduced into the area, and if they are not treated, there could be a change in the plant communities which could result in a loss of forage.

- Drought, and management reaction to drought, can result in changes to the forage and water habitat components. Naturally plants respond to climatic conditions, resulting in less forage in addition to a likely decrease in water availability. The reduction in the amount of forage and water available may drive competition amongst the horses themselves and with other animals in the area.

## Range

Ongoing and reasonably foreseeable activities in the project area that are relevant to the effects to the rangeland vegetation and livestock grazing management include permitted livestock grazing, forest restoration treatments including prescribed burning and thinning; recreation management, and noxious weed treatment. Rangeland vegetation and livestock grazing management are also both susceptible to the effects of climate change and drought. Our management reactions to drought and climate change are therefore, included in this brief discussion of effects to the range resources:

- Permitted livestock grazing will continue on the Black Canyon and Heber allotments as currently authorized. The established allowable use level of 35 percent includes use by all grazing animals; therefore, the analysis above includes expected impacts to the rangeland vegetation from the currently permitted livestock in the area.

- Forest restoration is expected to continue within the territory. Forest restoration can have a beneficial impact on the rangeland vegetation when the more open overstory vegetation canopy is maintained, allowing more sunlight to reach the understory herbaceous vegetation. It can also create a localized negative short-term impact if it results in soil disturbance, compaction of soil or crushing or removal of rangeland vegetation.

- Prescribed burning is expected to continue within the territory. Prescribed burning can have a beneficial impact on the rangeland vegetation by reducing the litter accumulation and competition from woody vegetation. Prescribed burning can also have detrimental impacts to rangeland vegetation if high ground temperatures are created. Fire also tends to favor post-fire germination of non-native species which could result in an increase in noxious weeds or other non-native invasive plants. Prescribed burning does have the potential to impact livestock grazing management in the short-term as operations may need to adjust grazing strategies to accommodate the burning.

- Recreation is expected to continue in the project area. Recreation can also affect livestock management if gates are inadvertently left open, making it difficult to keep cattle in the authorized areas.

- Monitoring and treatment of noxious weeds is expected to continue in the project area. Continued monitoring and treatment of noxious weeds would help maintain the current plant communities. Although the risk of it occurring is low, if invasive species are introduced into the area, and if not treated, there could be a change in the plant communities which could result in a loss of forage and ultimately adverse impacts to livestock grazing management.

- Drought, and our management reactions to trends in climate, can result in changes to the rangeland vegetation and livestock grazing management. In the Southwest, climate projections show an overall decrease in rangeland productivity and increased vulnerability of livestock production (Borchers et al. 2021). The reduction in the amount of forage and unreliable water availability can make livestock management difficult, with operators needing to remove cattle from the allotments or make changes to planned grazing systems.

## Botany

This effects analysis relies on current environmental conditions as a proxy for the impacts of past actions because the existing conditions reflect the aggregate impact of all prior human actions and natural events. Ongoing and reasonably foreseeable activities in the action area relevant to the effects to sensitive species include permitted livestock grazing, timber management, prescribed burning, recreation, and noxious weed treatment. The effects of these types of activities on sensitive plants are as follows:

- Permitted livestock grazing will continue as is currently authorized. Livestock grazing can impact sensitive species and their habitats by defoliation and trampling, as well as by altering the plant community and fire regime.

- Timber management is expected to continue in the action area. Timber harvest can have a beneficial impact on sensitive species such as Arizona sunflower and Arizona phlox, which prefer open areas by opening up the canopy, allowing more sunlight to reach the understory. Conversely it can have a negative impact on sensitive species such as alumroots which prefer shaded slopes. It can also create a localized negative short-term impact if it results in soil disturbance, compaction of soil or crushing or removal of rangeland vegetation.

- Prescribed burning is expected to continue in the action area. Prescribed burning can have a beneficial impact for some sensitive species by reducing the litter accumulation and competition from woody vegetation. But prescribed burning can also have detrimental impacts if high ground temperatures are created that alter the soil properties. Fire also tends to favor post-fire germination of non-native species that could result in an increase in noxious weeds or other non-native invasive plants.

- Recreation is expected to continue in the action area. It may on a limited basis result in soil disturbance and erosion, fragmentation and loss of sensitive species habitat, and non-native plant infestation.

- Monitoring and treatment of noxious weeds is expected to continue in the action area. Continued monitoring and treatment of noxious weeds would help maintain the current sensitive species habitat. Although the risk of it occurring is low, if invasive species are introduced into the area, and if they are not treated, there could be a loss of sensitive species habitat.

## Wildlife

The following list summarizes the past, present, and future activities that can potentially add to the total cumulative effects. As exact impacts of the various effects are unknown, a description of the effect is given to the reader as an idea of the significance of the activity.

- *Livestock Grazing:* The Black Mesa Ranger District manages grazing on the Black Canyon and Heber allotments, which fall within the designated project area. Black Canyon allotment underwent revision in 1998, and the Heber allotment, which was completed in 2020. These revisions to the grazing allotments have the potential to better manage livestock grazing and potentially reduce the impacts to riparian areas.

- *Rodeo-Chediski Prescribed Burn:* Prescribed burning is authorized on approximately 148,222 acres of Apache-Sitgreaves National Forests lands (approximately 5000 to 15000 acres per year). This project would reintroduce fire into the ecosystem thus improving forest health and decreasing the risk of catastrophic wildfire. Activities associated with this project would have short-term negative effects on most wildlife due to smoke and immediate habitat alterations. Burn severities would generally be low. Long-term, this project aims to improve watershed conditions and vegetative structural stage distributions, increase natural regeneration of vegetation, and aid in maintaining key wildlife habitat components such as browse, snags, and logs. In addition, this project would maintain fuels levels at densities where uncharacteristic intense fire behavior would not occur thereby providing opportunities to manage wildfires for ecosystem benefit.

- *4FRI Rim Country Project:* The desired condition from implementation of the Rim Country Project is to reestablish and restore forest structure and pattern, forest health, and vegetation composition and diversity. There is a need to increase forest resiliency and sustainability, protect soil productivity, and improve soil and watershed function. Resiliency increases the ability of the ponderosa pine forest to survive natural disturbances such as fire, insect and disease, and climate change (FSM 2020.5).

- *Community Development:* The project area is located near the community of Heber-Overgaard. Human population within the area is expected to continue to increase. Community development is expected to increase and will likely include home and business construction and infrastructure improvements and maintenance such as water well development, highway developments, and utility corridors. Increased urbanization could result in a loss of suitable wildlife habitats. Community development may increase surface water runoff through roads and other impermeable surfaces, increase ground or surface water contamination through septic system development, or reduce ground or surface water through water developments. Increased population will increase demand on limited water supplies. Water quantity and quality is, and will continue to be, affected by private land livestock grazing and by present and future real estate development in private inholdings within the Apache-Sitgreaves National Forests.

- *Arizona Game and Fish Department species management*: The state would continue to manage fish and wildlife species, hunting, and fishing in the Sitgreaves National Forest. The fish and wildlife species managed by the State of Arizona compete for habitat used by threatened and endangered fish and wildlife.

- *Recreational Activities:* Due to the close proximity of the project area to the Phoenix metro area, recreational activities will continue to have an effect on habitats and wildlife. Recreation activities common to the area include hunting, motorized use (all-terrain vehicles), camping, fuelwood cutting, and fishing. All these activities have the potential to disturb wildlife through noise and higher traffic volumes, especially since many of these activities are not restricted to designated areas but are allowed across the district.

Individual projects may not have a noticeable impact, but cumulatively these ongoing projects increase activity in the Apache-Sitgreaves National Forests, which can affect wildlife behavior patterns, security, and habitat quality. However, mitigation measures implemented for managed projects may have a cumulative effect of improving wildlife habitat through the management of grazing, reintroduction of fire, forest health and management of recreational activities.

## Vegetation

The planned 4FRI Rim Country Project, current treatments under the Oky Flat categorical exclusion, and various other smaller projects would have effects on forest vegetation as thinning, mastication and prescribed fire treatments would reduce canopy cover, tree density, and change forest structure and species composition within the Heber Wild Horse Territory. The reduction in trees per acre would result from a combination of mechanical and prescribed fire activities. Prescribed fires with higher or lower severity (for example, burning under hotter or cooler and/or wetter conditions) could be implemented to maintain a higher or lower number of trees per acre in the smaller size classes. The reduction in tree density would increase individual tree growth and reduce density dependent tree mortality. Understory grasses, forbs, herbs and shrubs would increase in quantity in the short-term direction following treatment but would slowly reduce over the next several decades as regeneration and trees increase in density and canopies close (Covington and Moore 1994). Future treatments either through thinning or prescribed fire would be needed into the future in order to maintain forage levels.

### Tree Density

The reduction in trees per acre would result from a combination of mechanical and prescribed fire activities. Prescribed fires with higher or lower severity (for example, burning under hotter or cooler and/or wetter conditions) could be implemented to maintain a higher or lower number of trees per acre in the smaller size classes. The reduction in tree density would increase individual tree growth and reduce density dependent tree mortality. Understory grasses, forbs, herbs and shrubs would increase in quantity in the short-term direction following treatment but would slowly reduce over the next several decades as regeneration and trees increase in density and canopies close (Covington and Moore 1994). Future treatments either through thinning or prescribed fire would be needed into the future in order to maintain forage levels.

Over time stand densities should stabilize as the reintroduction of fire returns natural disturbance processes to the landscape. This would result in reduced susceptibility to insect epidemics, particularly bark beetles, as well as reduced density dependent mortality, increased individual tree diameter growth and forage production over time, and continued attainment of the desired condition. Table 25 shows a comparison of the existing stand densities by basal area range compared to what is projected to develop by the year 2039.

*Heber Wild Horse Territory Management Plan Final Environmental Assessment*

**Table 25: Tree densities that will develop by 2039 based on foreseeable actions planned within the Heber Wild Horse Territory.**

| Basal Area Range | Existing Acres (2019) | Percentage of the Territory (2019) | Projected Acres (2039) | Percentage of the Territory (2039) |
|---|---|---|---|---|
| 0–20 | 4,102 | 20.9% | 7,167 | 36.4% |
| 20–40 | 2,618 | 13.3% | 2,582 | 13.1% |
| 40–60 | 1,054 | 5.4% | 4,428 | 22.5% |
| 60–80 | 1,067 | 5.4% | 2,064 | 10.5% |
| 80–100 | 2,745 | 14.0% | 1,323 | 6.7% |
| 100–120 | 4,536 | 23.1% | 1,369 | 7.0% |
| 120+ | 3,550 | 18.0% | 740 | 3.8% |

Due to the planned treatments within the Heber Wild Horse Territory under the Rim Country Project, the overall stand densities are expected to be reduced across the project area. This will result in more available forage for all ungulates. Endress et al. (2012) show that thinning treatments will result in increases in aspen, cottonwood and willow species (where they currently exist on the landscape), with their study showing that fuels reduction treatments resulted in increased densities of these deciduous species by four times as much as un-thinned areas. These increases in deciduous plants that are highly palatable to ungulates become the focal point for herbivory, which affects the density and structure of aspen, cottonwood and willow in areas after thinning. The thinning improves these species abundance which then become a target for ungulates.

## *Canopy Cover*

The reduction in tree canopy cover would result from a combination of mechanical and prescribed fire activities. As canopy cover is reduced, forage availability and abundance are increased. Table 26 shows a comparison of the canopy cover percentages across the Heber Wild Horse Territory that are projected to develop by the year 2039.

**Table 26: Canopy cover percentages that will develop by 2039 based on foreseeable actions planned within the Heber Wild Horse Territory**

| Canopy Cover (percent) | Existing Acres (2019) | Projected Acres (2039) |
|---|---|---|
| 0–20 | 5,634 | 14,468 |
| 20–40 | 5,804 | 4,691 |
| 40+ | 8,235 | 514 |
| All | 19,673 | 19,673 |

Overall, the treatments proposed under the Rim Country Project will shift the territory to have less overall canopy cover with most of the acres being less than 20 percent canopy cover by the year 2039. This will affect the available thermal cover for any ungulate, including horses, and increase the available forage overall within the territory. However, there is still a range of densities and canopy covers to provide a variety of habitats so horses will have multiple habitats depending on the climatic conditions at the time.

## Watershed

As discussed under the "Watershed Condition" section, five separate six 6th-level HUCs were rated for functionality by the Apache-Sitgreaves National Forests, using the Watershed Condition Report protocol (USDA Forest Service 2011). Table 27 shows the watersheds that were rated for watershed condition and their current rankings.

**Table 27: Overall Watershed Condition Class—anticipated cumulative effects to the analysis watersheds**

| Watershed | Current Conditions | No Action | Proposed Action |
|---|---|---|---|
| Bear Canyon-Black Canyon | Functional at risk | Functional at risk | Functional at risk |
| West Fork Black Canyon | Functional at risk | Functional at risk | Functional at risk |

Four watersheds--Bear Canyon-Black Canyon, Buckskin Wash, Upper Brookbank Canyon, and West Fork Black Canyon-- were functioning at risk (WCC II) while the Upper Wildcat Canyon watershed was properly functioning (WCC I).

Upper Brookbank Canyon and Upper Wildcat Canyon have approximately 1 percent of their land base in the Heber Wild Horse Territory. Further, Buckskin Wash has approximately 5 percent of its land base within the territory.

Both 1 and 5 percent represent a small enough area in these watersheds where no cumulative effects would occur from either the no action or the action alternative to the corresponding watershed condition indicators of soil condition, water quality, water quantity, or riparian. Therefore, their overall watershed condition class would not be impacted by either the no action or proposed action alternative.

Bear Canyon-Black Canyon (which has approximately 57 percent of its acreage in the territory) and West Fork Black Canyon (which has 99 percent of its acreage in the territory) have the potential to see cumulative effects from either the no action or proposed action alternatives.

Of the twelve watershed condition indicators associated with the project area watersheds, we determined that four of the twelve may be impacted by the project. These include "riparian," "water quality," "water quantity," and "soil condition." Table 28: through Table 31: rate these indicators considering potential effects from either the no action or proposed action alternative.

**Table 28: Riparian watershed condition indicator—anticipated cumulative effects to the analysis watersheds.**

| Watershed | Current Conditions | No Action | Proposed Action |
|---|---|---|---|
| Bear Canyon-Black Canyon | Fair | Poor | Fair |
| West Fork Black Canyon | Good | Fair | Good |

**Table 29: Water Quality watershed condition indicator—anticipated cumulative effects to the analysis watersheds.**

| Watershed | Current Conditions | No Action | Proposed Action |
|---|---|---|---|
| Bear Canyon-Black Canyon | Good | Good | Good |
| West Fork Black Canyon | Good | Fair | Good |

**Table 30: Water Quantity watershed condition indicator—anticipated cumulative effects to the analysis watersheds.**

| Watershed | Current Conditions | No Action | Proposed Action |
|---|---|---|---|
| Bear Canyon-Black Canyon | Good | Good | Good |
| West Fork Black Canyon | Good | Good | Good |

**Table 31: Soil Condition watershed condition indicator—anticipated cumulative effects to the analysis watersheds.**

| Watershed | Current Conditions | No Action | Proposed Action |
|---|---|---|---|
| Bear Canyon-Black Canyon | Fair | Poor | Fair |
| West Fork Black Canyon | Fair | Poor | Fair |

# Appendix B. Glossary

**adaptive management** – Adaptive management is the general framework encompassing the three phases of planning: assessment, plan development, and monitoring (36 CFR 219.5). This framework supports decision-making that meets management objectives while simultaneously accruing information to improve future management by adjusting the plan or plan implementation. Adaptive management is a structured, cyclical process for planning and decision-making in the face of uncertainty and changing conditions with feedback from monitoring, which includes using the planning process to actively test assumptions, track relevant conditions over time, and measure management effectiveness (FSH 1909.12 zero code, page 3 of 35).

**animal unit (AU)** – Considered to be one mature cow of about 1,000 pounds (450 kg), either dry or with calf up to 6 months age, or their equivalent, consuming about 26 pounds (12 kg) of forage per day on an oven-dry basis (*FSH 2209.13 chapter 90, page 5 of 63).

**animal-unit-month (AUM)** – The amount of oven-dry forage (forage demand) required by one animal unit for a standardized period of 30 animal-unit-days. Not synonymous with animal month. The term AUM is commonly used in three ways: (a) stocking rate, as in "X acres per AUM"; (b) forage allocations, as in "X AUMs in Allotment A"; (c) utilization, as in "X AUMs taken from Unit B" (*FSH 2209.13 chapter 90, page 5 of 63).

*Definition from "A Glossary of Terms Used in Range Management." Fourth Edition, edited by the Glossary Update Task Group, Society for Range Management, Thomas E. Bedell, Chairman. 1998. Third Printing 2005.

**appropriate management level (AML)** – The Interior Board of Land Appeals has defined the appropriate management level as the "optimum" number of horses (or burros) which results in a thriving natural ecological balance and avoids a deterioration of the range. It is usually expressed as a range of numbers (Apache-Sitgreaves National Forests Land Management Plan).

**available forage** – That amount of growth of a vigorous and healthy plant that can be utilized as feed (regardless of what animal is using it) without impairing the plant's long-term health and productivity or other uses such as riparian filtering. The amount of available forage may be less where there is a need to restore health and vigor of forage plants. That amount may also depend on time of year and plant physiological stage or other conditions such as drought (Apache-Sitgreaves National Forests Land Management Plan).

**community-forest intermix** – The Community-Forest Intermix Management Area consists of National Forest System lands that are within one-half mile of communities-at-risk. Due to the threat of fire moving into or from developed areas, more intensive treatments (including regular maintenance) may be needed to reduce the risk of uncharacteristic wildfire and restore fire-adapted ecosystems. This management area may act as a zone in which fire suppression activities can be safely and effectively conducted. Likewise, it can act as a buffer to protect forest resources (Apache-Sitgreaves National Forests Land Management Plan).

**connectivity** – The arrangement of habitats that allows organisms and ecological processes to move across the landscape; patches of similar habitats are either close together or linked by corridors of appropriate vegetation; the opposite of fragmentation (Apache-Sitgreaves National Forests Land Management Plan).

*Heber Wild Horse Territory Management Plan Final Environmental Assessment*

**equine** – Horses, mules, and asses. [adapted from Arizona Revised Statues, Title 3 – Agriculture, Chapter 11 (Ownership, Control and Regulation of Livestock), Article 1, 3-1201 (Definitions)].

**feral animal** – "…animals, including horses, burros, cattle, swine, sheep, goats, reindeer, dogs, and cats, without ownership, that have reverted to the wild from a domestic state…" (50 CFR 30.11). Feral horses and burros are animals that do not meet the definition of a wild free-roaming horse in accordance with 36 CFR 222.60(b)(13). See unauthorized livestock definition

**habitat** – The physical location or type of environment in which an organism or biological population lives or occurs (Apache-Sitgreaves National Forests Land Management Plan).

**hay -**

> **weed-free**- the classification of hay as weed-free that describes the required absence of invasive weed seeds in the hay to protect the biome. There is a certification process in every state for weed- free hay which is overseen by the state Department of Agriculture (See Guidelines for Weed-Free Seed, Forage, Mulch, and Fill Materials in Region 3) (FSM 2900).

> **good-quality**- the classification of hay as good quality describes hay that is forage quality including lack of mold spores and toxic weeds and other potential toxic components to horses. This level quality of hay is required for horse health and viability. (locally defined)

**herd** – "herd" means one or more stallions and his mares; (source: The Wild Free-Roaming Horses and Burros Act of 1971 section 1332(d).

**herd unit** – An area of land within a Wild Horse and Burro Territory that is designated as a territorial habitat of one or more stallions/jacks, and their mares/jennies, and progeny, all ranging as one band of animals. A herd unit identifies land area boundaries used by the herd under varying conditions necessary for survival and reproduction (FSM 2260).

**key area** - A relatively small portion of a range selected because of its location, use or grazing value as a monitoring point for grazing use. It is assumed that key areas, if properly selected, will reflect the overall acceptability of current grazing management over the range (FSH 2209.13, Chapter 90)

**livestock** – Cattle, equine, sheep, goats, and swine, except feral hogs [adapted from Arizona Revised Statues, Title 3 – Agriculture, Chapter 11 (Ownership, Control and Regulation of Livestock), Article 1, 3-1201 (Definitions)].

**monitoring** – The collection and analysis of repeated observations or measurements over time to detect changes in conditions and values and evaluate progress toward meeting a resource or management objective. A monitoring activity may include an information needs assessment; planning and scheduling; data collection, classification, mapping, data entry, storage and maintenance; product development; evaluation; and reporting phases (FSM 1940.5).

**implementation monitoring** – This short-term monitoring answers the question, was the management implemented as designed. Annually documents several items. Examples include: (a) were management actions implemented as designed; and (b) did the management actions achieve the annual effect expected? Items which may be documented through implementation monitoring include but are not limited to actual use (livestock numbers and days), condition of range improvements, utilization, wildlife observations.

**effectiveness monitoring** – This long-term monitoring documents whether management actions are having the expected progress towards achieving resource management objectives (FSH 2209.13 chapter 90, page 9 of 63).

**National Forest System (NFS)** – As defined in the Forest and Rangeland Renewable Resources Planning Act of 1974 (Public Law 93-378), the "National Forest System" includes all national forest lands reserved or withdrawn from the public domain of the United States, all national forest lands acquired through purchase, exchange, donation, or other means; the national grasslands and land use projects administered under Title III of the Bankhead-Jones Farm Tenant Act (50 Stat. 525, 7 U.S.C. 1010-1012); and other lands, waters, or interests therein administered by the Forest Service.

**range condition** – The present state of vegetation of a range site in relation to the climax (potential natural) plant community for that site. It is an expression of the relative degree to which the kinds, proportions, and amounts of plants in a plant community resemble that of the climax plant community for the site. Range condition as evaluated and ranked by the Forest Service, is an adjective expression of the status or health of the vegetation and soil relative to the combined potential to produce a sound and stable biotic community. Soundness and stability are evaluated relative to a standard that encompasses the composition, density, and vigor of the vegetation and physical characteristics of the soil. The adjectives that describe range condition are excellent, good, fair, poor, and very poor (FSH 2209.21, Southwestern Region). Range condition is measured in degrees of departure from climax; excellent range condition represents climax and very-poor range condition represents the greatest departure from climax.

**stray animal** – "…livestock, bison or ratites whose owner is unknown or cannot be located, or any such animal whose owner is known but permits the animal to roam at large on the streets, alleys, roads, range or premises of another without permission." (Arizona Revised Statutes: Title 3 – Agriculture, Chapter 11 (Ownership, Control and Regulation of Livestock), Article 7, 3-1401).

Stray horses and burros are animals that do not meet the definition of a wild free-roaming horse in accordance with 16 USC 1332(b), 36 CFR 222.60(b)(13), and 36 CFR 222.63.

**sustainability** – Meeting the needs of the present generation without compromising the ability of future generations to meet their needs. Sustainability is composed of desirable social, economic, and ecological conditions or trends interacting at varying spatial and temporal scales embodying the principles of multiple use and sustained yield (Apache-Sitgreaves National Forests Land Management Plan).

**territorial plan** – An operational plan for managing one or more herd units of free-roaming horses and burros. The plan describes desired population level, detailed management practices, interagency coordination, scheduling, and monitoring requirements for managing each herd unit, within the direction established in the land management plan (FSM 2260).

**unauthorized livestock** – Any cattle, sheep, goat, hog, or equine not defined as a wild free-roaming horse or burro by 36 CFR section 222.20(b)(13), which is not authorized by permit (or bill for collection) to be upon the land on which the livestock is located and which is not related to use authorized by a grazing permit (livestock owned by other than a national forest grazing permit holder). Noncommercial pack and saddle stock used by recreationists, travelers, other forest visitors for occasional trips, as well as livestock to be trailed over an established driveway when there is no overnight stop on Forest Service administered land do not fall under this definition.

**wild free-roaming horses and burros** – "…all unbranded and unclaimed horses and burros on public lands of the United States" (16 USC 1332(b)).

"Wild free-roaming horses and burros mean all unbranded and unclaimed horses and burros and their progeny that have used lands of the National Forest System on or after December 15, 1971, or do hereafter use these lands as all or part of their habitat, but does not include any horse or burro introduced onto the National Forest System on or after December 15, 1971, by accident, negligence, or willful disregard of private ownership. Unbranded, claimed horses and burros for which the claim is found to be

erroneous, are also considered as wild and free-roaming if they meet the criteria above" (36 CFR 222.60(b)(13)).

"Horses and burros not within the definition in section 222.20(b)(13) [recodified as 36 CFR section 222.60(b)(13)] which are introduced onto Wild Horse and Burro Territories or ranges after December 15, 1971, by accident, negligence, or willful disregard of private ownership, and which do not become intermingled with wild free-roaming horses or burros shall be considered as unauthorized livestock and treated in accordance with provisions in 36 CFR 261.7 and 262.10" (36 CFR 222.63).

**Wild Horse and Burro Territory** – "…lands of the National Forest System which are identified by the Chief, Forest Service, as lands which were territorial habitat of wild free-roaming horses and/or burros at the time of the passage of the Act" (36 CFR 222.60(b)(15)).

# Appendix C. Findings Required by Law, Regulation, or Policy

Those situations are noted. The following information discloses findings required by laws, regulations, and policy.

The proposed action complies with all required law, regulations and policies. In some cases, the no-action alternative does **not** comply with required law, regulations and policies.

## General

### Federal Laws

### National Environmental Policy Act of 1969

This act establishes national policy for the protection and enhancement of the environment. This act declares it is the policy of the federal government to create and maintain conditions under which man and nature can exist in productive harmony, and fulfill the social, economic, and other requirements of present and future generations of Americans. The act requires agencies to analyze the physical, social, and economic effects associated with proposed plans and decisions, to consider alternatives to the action proposed, and to document the results of the analysis.

### National Forest Management Act

This act directs the Forest Service to develop renewable resource plans through an interdisciplinary process with public involvement and consultation with other interested governmental departments and agencies. Land management plans for national forests are required under the National Forest Management Act. They provide guidance for forest management and other land uses. The proposed action is compatible with the Apache-Sitgreaves National Forests Land Management Plan (USDA Forest Service 2015). A complete listing of standards and guidelines that apply is included in the project record.

### *Land Management Plan*

The 2015 Apache-Sitgreaves National Forests Land Management Plan provides standards, guidelines and desired conditions. This project was designed to be consistent with the land management plan. An analysis of each standard and guideline was performed by the interdisciplinary team. That analysis is documented in the project record. Additionally, each resource report addresses specific guidelines applicable to each resource. Since those reports are incorporated by reference into this analysis, they will not be repeated here.

### *Best Available Science*

We developed this assessment and analysis for the Heber Wild Horse Territory project in consideration of the best available science and is consistent with the Apache-Sitgreaves National Forests Land Management Plan. It includes use of current (online) data and reports available from various state and federal government agencies including: Arizona Department of Environmental Quality; U.S. Environmental Protection Agency; Forest Service directives (manuals and handbooks); current and past field inventory, monitoring, and administrative information; and use of current literature endorsed by the Forest Service Southwestern Region (Region 3). Each specialist report provides methodology used and references cited.

*Heber Wild Horse Territory Management Plan Final Environmental Assessment*

## The Multiple-Use Sustained-Yield Act of 1960

This act states that national forests are to be administered for outdoor recreation, range, timber, watershed, and wildlife and fish purposes. Sustained yield means achieving and maintaining into perpetuity a high-level annual or regular periodic output of renewable resources without impairment of the productivity of the land.

# Heritage

This analysis has been prepared in compliance with all applicable statutes, regulations, and executive orders including, but not limited to, the following:

## Federal Laws

- Antiquities Act of 1906 (16 U.S.C. 431)

- Historic Sites Act of 1935 (16 U.S.C. 461)

- National Historic Preservation Act of 1966, as amended (16 USC 470)

- National Environmental Policy Act of 1969, as amended (42 USC 4321 et seq.)

- National Forest Management Act of 1976

- American Indian Religious Freedom Act of 1978 (42 USC 1996)

- Archaeological Resources Protection Act of 1979 (16 USC 470), as amended

- Native American Graves Protection and Repatriation Act of 1990 (25 USC 3001-3013)

## The National Historic Preservation Act of 1966 (16 U.S.C. 470)

As amended, this landmark act extends the policy in the Historic Sites Act to state and local historical sites as well as those of national significance, expands the National Register of Historic Places, establishes the Advisory Council on Historic Preservation and the State Historic Preservation Officers, and requires agencies to designate Federal Preservation Officers.

### Section 106 of The National Historic Preservation Act

Section 106 of the National Historic Preservation Act seeks to accommodate national and local historic preservation concerns with the needs of federal undertakings.

### Tribal Consultation

Tribal consultation is mandated by the National Historic Preservation Act of 1966, as amended, and by Executive Orders 13007 and 13084. In addition, the federal government has trust responsibilities to tribes under a government-to-government relationship. Consultation with the tribes is completed to help ensure that these trust responsibilities are met.

Tribal consultation on this project was initiated on January 16, 2020. No concerns regarding historic or traditional properties were identified through NEPA consultation. The Apache-Sitgreaves staff will continue to coordinate with tribal governments they have the opportunity to review and comment on the project.

## Federal Regulations

- Protection of Historic and Cultural Properties (36 CFR 800 et seq.)

- National Register of Historic Places (36 CFR part 60)

- Protection of Archaeological Resources Uniform Regulations (36 CFR part 296)

- Native American Graves Protection and Repatriation Regulations (43 CFR part 10, Subpart B – Human Remains, Funerary Objects, Sacred Objects, or objects of Cultural Patrimony from Federal or Tribal Lands)

# Wild Horse and Range Resources

The following federal laws and policies are applicable to free-roaming horses on National Forest System lands.

Under alternative 1 (no action) there would be no management of the horses. If the horse population continues to grow as expected, there is the potential for a loss of livestock grazing as utilization levels increase and rangeland plant communities degrade. There would be no thriving natural ecological balance. Thus, alternative 1 does not meet the intent of the laws and policies listed below.

Alternative 2 (the proposed action) includes an appropriate management level that is expected to help ensure a thriving natural ecological balance. It helps ensure the horse population is in balance with other uses, including livestock grazing, thus meeting the intent of the laws and policy listed below.

## Federal Laws

These acts established wild free-roaming horses and burros as a part of the natural system where they occur on National Forest System lands. The acts require management, protection, and control of these horses and burros.

Where consistent with other multiple use goals and objectives, there is congressional intent to allow grazing on suitable lands.

- The Wild Free-Roaming Horses and Burros Act of 1971, as amended,16 U.S.C. sections 1331 through 40, requires the USDA Forest Service and the USDI Bureau of Land Management to manage wild horses in a manner to achieve and maintain a thriving natural ecological balance and multiple-use relationship on public lands

- Public Rangelands Improvement Act of 1978

- Multiple-Use Sustained-Yield Act of 1960

- Resource Planning Act as amended by the National Forest Management Act

- Forest and Rangeland Renewable Resources Planning Act of 1974

- National Forest Management Act of 1976

## Federal Regulations and Policy

- 36 C.F.R. Part 222, Subpart D – Management of Wild Free-Roaming Horses and Burros

- Forest Service Manual 2260 – Wild Free-Roaming Horses and Burros.
  Forest Service policy for management of wild free-roaming horses is detailed in this Forest Service Manual. The objective is identified as to maintain wild free-roaming horse and burro populations in a thriving ecological balance in the areas they inhabit on National Forest System lands.

- Forest Service Manual 2203.1

It is Forest Service policy to make forage available to qualified livestock operators from lands suitable for grazing consistent with land management plans.

- Forest Service Manual 2202.1

  It is Forest Service policy to continue contributions to the economic and social well-being of people by providing opportunities for economic diversity and by promoting stability for communities that depend on range resources.

# Threatened, Endangered, and Sensitive Species

The proposed action has been reviewed and is determined to be in compliance with the management framework applicable to these resources. See the Wildlife Report, Botanical Biological Evaluation, and Aquatic Species Biological Evaluation.

## Federal Laws

### Endangered Species Act of 1973 (as amended)

This act directs federal agencies to conserve endangered and threatened species. U.S. Department of Agriculture regulation 9500-4 reflects this Endangered Species Act mandate and reinforces the need for agencies within the department to conduct activities and programs to conserve currently listed species, as well as avoid contributing to species decline and need for future Endangered Species Act listings.

To comply with the Endangered Species Act, a biological assessment for fisheries and wildlife was prepared for the alternative selected by the deciding official and will be submitted to the U.S. Fish and Wildlife Service for consultation. Consultation was completed prior to a final decision on this project. Preliminary analyses and determinations have been performed to provide information in this environmental assessment.

### *Finding*

This project complies with the Endangered Species Act, as amended. Federally listed species, status, and determination for the proposed action are presented below. Analysis supporting these determinations is included in the Terrestrial and Aquatic Wildlife Biological Assessment.

**Botanical Species**

No federally listed botanical species or critical habitat are present in the project area.

**Terrestrial Species**

Mexican wolf (*Canis lupus baileyi*)

- Federal status: Endangered, experimental population, non-essential

- Critical habitat: None designated

- Determination: Not likely to jeopardize its continued existence

Mexican spotted owl (*Strix occidentalis lucida*)

- Federal status: Threatened

- Critical habitat: May affect, not likely to adversely affect

- Determination: May affect, likely to adversely affect

Yellow-billed cuckoo (*Coccyzus americanus)*

- Federal status: Threatened

- Critical habitat: does not occur in project or action area

- Determination: May affect, not likely to adversely affect

**Aquatic Species**

Little Colorado spinedace (*Lepidomeda vittata*)

- Federal status: Threatened

- Critical habitat: does not occur in project or action area

- Determination: May affect, not likely to adversely affect

## Migratory Bird Treaty Act of 1918, Executive Order 13186 of January 10, 2001

The Migratory Bird Treaty Act 1918, as amended, protects migratory bird species. Executive Order 13186 (Responsibilities for Federal Agencies to Protect Migratory Birds) created a more comprehensive strategy for the conservation of migratory birds by the federal government, thereby fulfilling the government's duty to lead in the protection of this international resource.

### *Finding*

This project complies with the Migratory Bird Treaty Act of 1918, Executive Order 13186 of January 10, 2001, and the April 11, 2018 Department of the Interior memorandum. Under the proposed action, no take of migratory birds would occur, see the Wildlife Report for full analysis.

## Bald and Golden Eagle Protection Act of 1940, as Amended

This law provides for the protection of the bald eagle and the golden eagle (as amended in 1962) by prohibiting the take, possession, sale, purchase, barter, offer to sell, purchase or barter, transport, export or import, of any bald or golden eagle, alive or dead, including any part, nest, or egg, unless allowed by permit (16 U.S.C. 668(a); 50 CFR 22). "Take" includes pursue, shoot, shoot at, poison, wound, kill, capture, trap, collect, molest or disturb (16 U.S.C. 668c; 50 CFR 22.3.

### *Finding*

Given that activities are unlikely to directly affect nesting raptors and that management activities will not take place within known active nest sites, and managing appropriate numbers of horses will reduce impacts to habitat components for raptor prey species, the proposed action may affect individual bald eagles but will not result in a trend toward listing or loss of viability. The proposed action would not result in take of bald or golden eagles.

## Federal Regulations and Policy

### Forest Service Manual 2670 – Threatened, Endangered, and Sensitive Plants and Animals

Forest Service Sensitive Species: Regional Forest Sensitive Species are based on FSM2670, sensitive species are defined as "those plant and animal species identified by a Regional Forester for which population viability is a concern, as evidenced by: a) significant current or predicted downward trends in population numbers or density, or b) significant current or predicted downward trends in habitat capability that would reduce a species existing distribution" (FSM 2670.5). A primary objective of Forest Service

policy is to develop and implement management practices to ensure that species do not become threatened or endangered due to Forest Service actions (FSM 2670.22).

*Findings*

For all sensitive species the determination was the proposed action may affect individuals, but is not likely to result in a trend toward federal listing or a loss of viability for any Southwestern Region (Region 3) sensitive species. A summary of sensitive species determination of effects is presented below. Refer to the biological evaluations in the project record for additional information.

**Botanical Species**

For the sensitive botanical species listed below, the determination is may affect individuals, but is not likely to result in a trend toward federal listing or a loss of viability.

- villous groundcover milkvetch

- heathleaf wild buckwheat

- Arizona sneezeweed

- Arizona alumroot

- Eastwood alumroot

- Arizona sunflower

- Arizona phlox

- Blumer's dock

- Bebb's willow

**Aquatic Species**

For the sensitive aquatic species listed below, the determination is may affect individuals, but is not likely to result in a trend toward federal listing or loss of viability.

- Roundtail chub

- Little Colorado sucker

  Northern leopard frog

  A Stonefly (1) *Capnia caryi*

  Caddisflies *(3): Lepidostoma apache, Lepidostoma knulli, and Lepidostoma granti*

    Nokomis Fritillary

    Ferris' copper butterfly

    California floater

**Terrestrial Species**

For the sensitive terrestrial species listed below, the determination is may affect individuals, but is not likely to result in a trend toward listing or loss of viability.

- northern goshawk, *Accipiter gentiles*

- American peregrine falcon, *Falco peregrinus anatum*

- bald eagle, *Haliaeetus leucocephalus*

- western burrowing owl, *Athene cumicularia hypugaea*

- Springerville silky pocket mouse, *Perognathus flavus goodpasteri*

- Navajo Mogollon vole, *Microtus mogollonensis Navaho*

- spotted bat, *Euderma maculatum*

- pale Townsend's big-eared bat, *Corynorhinus townsendii pallescens*

- Allen's lappet-browed bat, *Idionycteris phyllotis*

- western red bat, *Lasiurus blossevillii*

## Mexican Spotted Owl Recovery Plan First Revision (2012)

Guidance from the U.S. Fish and Wildlife Service and habitat requirements and recommendation for the Mexican spotted owl. The plan details treatment recommendation for Mexican spotted owl core areas, protected and recovery habitat and defines components and thresholds for each habitat type.

## Mexican Wolf Recovery Plan (1982) and First Revision (2017)

Guidance from the U.S. Fish and Wildlife Service and habitat requirements and recommendation for the Mexican wolf. The plan details treatment recommendation for Mexican wolf. The goal of the Mexican wolf recovery plan is to have resident wolves on the Sitgreaves National Forest and hence the territory as it is in Zone 1 of the recovery plan.

# Watershed

The proposed action has been reviewed and is determined to be in compliance with the management framework applicable to this resource. See Watershed Report for specifics on these laws and regulations. The laws, regulations, policies and land management plan direction governing soil and water management on the Apache-Sitgreaves National Forests applicable to this project are as follows:

## Federal Law

- Organic Administration Act of 1897 (16 U.S.C. 473-475)

- Bankhead-Jones Act of 1937

- The Forest and Rangeland Renewable Resources Planning Act

- Federal Clean Water Act

# Appendix D Heber Wild Horse Territory Comment Consideration Report

This report contains a summary of the process for consideration and disposition of public comments received during the 30-day comment period of the Draft EA and Draft Territory Management Plan.

## Comments regarding the proposed action and related impacts

### Topic 1. Genetic Diversity and Viability

Commenters (contained in letter numbers 427, 494, 498, 841, 912, 1043, 1281, 1283, 1289, 1379, and 1409) raised concerns regarding the need to maintain horse health and welfare specifically in regard to maintaining genetic diversity.

### Theme 1-1 Minimum Herd Size to maintain genetic diversity

A representative comment for this theme:

- EA, p. 17. Genetic sampling would be done after the round ups occur. At that point, it is too late. Once removed the horses cannot be replaced and new horses from outside the territory cannot be used to replace the wild ones that inhabited this territory and surrounding areas. (Letter 1409, Comment 76)

- The current EA failed to include equine genetics data, reports or scientific research information from the known equine genetics expert, Dr. Gus Cothran, who over the years has expressed concern regarding the genetic viability of both wild horse and wild burro herd populations. Although in my scoping letter, I provided and required the USFS Heber EA to include the following Dr. Cothran wild horse scientifically supportable genetic facts be included in the EA, the USFS concealed this important information. (Letter 498, Comment 35)

**Response:** Expected effects to genetic diversity are included in the effects analysis (Horse Specialist Report, pages 8-10). An analysis of the genetics within this territory has not been conducted to date, but it is included as part of the monitoring plan. With the adaptive management strategy in place, if monitoring of the herd genetics indicates there is a concern regarding the genetic diversity, management actions such as introducing one to three young horses from outside the area, to increase genetic diversity, would be taken.

The process for determining the AML was outlined in the BLM handbook. The AML is based on the best available science, including information for the National Academy of Scientists regarding a healthy, self-sustaining, viable herd.

The commenter is referencing this direction from BLM Handbook https://www.blm.gov/sites/blm.gov/files/uploads/Media_Library_BLM_Policy_H-4700-1.pdf stating: A minimum population size of 50 effective breeding animals (i.e., a total population size of about 150-200 animals) is currently recommended to maintain an acceptable level of genetic diversity within reproducing WH&B populations (Cothran, 2009).

This point is specifically addressed in the appropriate management level determination process. As part of the process for identifying the appropriate management level for the herd, the Tier 3 analysis specifically addresses determining whether or not the projected horse herd size is sufficient to maintain genetically

diverse horse populations (avoid inbreeding depression). See the *Proposed Appropriate Management Level Determination, p. 34-35*.

The Appropriate Level Management Determination analysis for this project further states (p. 33-34): The Bureau of Land Management handbook recommends a minimum herd size of 150 to 200 horses (at least 50 effective breeding animals) to avoid inbreeding depression in wild horse populations and states that interchange of horses between other herd management areas or territories may reduce the need to maintain a herd of that size (USDI BLM 2010). However, the 2013 National Academy of Science committee review (Committee to Review the Bureau of Land Management Wild Horse and Burro Management Program 2013) stated that to maintain herd fitness, the minimum herd size could be closer to 5,000. This is based on the following: 1) new genetic variation from mutations is added more slowly than originally thought, 2) the effects of inbreeding depression are likely to be more severe in stressful environments, and 3) slightly deleterious mutations may accumulate in smaller populations and lead to a decline in fitness.

The committee acknowledged that managing for a minimum of 5,000 animals would not be realistic, that assisted movement of individual horses between herd management areas will be necessary, and that herd management areas will need to be managed as a meta-population for long-term persistence at the herd management area level.

The proposed action for the territory includes actions that will be taken to ensure genetic variability, if needed, including: Introduce one to three young horses from outside the area to maintain or increase genetic diversity (EA, Proposed Action Adaptive Management Potential Management Actions, Herd Health Management Actions).

## Theme 1-2 Maintain Herd Genetic Viability

A representative comment for this theme:

- Significant controversy by wild horse and burro citizen preservation groups centers around the genetic viability of wild horse and burro populations. Small isolated or sub-divided populations are subject to reduced genetic diversity (Goodloe, Warren, Cothran, Bratton, Trembicki, 1991). (Letter 498, Comment 27)

- The risks of translocation are heightened for many Forest Service-managed herds, simply by virtue of higher elevations, forested environments, and likelihood of greater historic distance to other herds as compared to most BLM wild herds. The metapopulation doctrine may apply to certain BLM herds, as the 2013 NAS Report suggests. But other studies have indicated a higher risk of loss of specific adaptations as well as out-breeding depression when translocated and importing populations are environmentally and genetically dissimilar. This is summarized in the following advice which we stated previously in our Scoping comments: Isolated, unrelated HMAs should not necessarily be considered as a metapopulation, according to the NAS report and the Strategic Research Plan, Wild Horse and Burro Management (2005). Under D. Genetic Conservation Strategies: "Similar or closely-related herds of horses should be identified for any genetic augmentation of wild horse herds." This same Report also admonishes under Goals 1: Manage to minimize the need for augmentation, if possible." It must also be mentioned that without solid and accurate genome study and integrated historical data, every wild horse population is potentially invaluable in terms of preserving unique and significant ancient DNA. Robert C. Lacy, Department of Conservation Biology, Daniel F. and Ada L. Rice Center, Brookfield Zoo, states in Importance of Genetic Variation to the Viability of Mammalian Populations: Exchange with other populations can restore variation, but only with the risk of losing genetic variants that had been unique to the local population. The time to determine whether

translocation may be advisable in the future needs to be made now, during the continuing analysis process, rather than when the herd has been reduced irreparably to 50 total individuals. (Letter 912, Comment 15)

**Response**: Maintaining genetic diversity including plans for introduction of other animals to increase genetic diversity if needed are addressed in the EA. Public Law 92-195 and Forest Service Manual 2260 both allow for the relocation of wild horses from other designated wild horse territories. The Heber herd is not isolated, based on the known historic influx of horses to the area, there has likely been continual gene flow into the herd.

From the Horse Report, page 8: In territories where there is an ongoing influx of breeding animals from other areas, such as this territory, contraception is not expected to cause an unacceptable loss of genetic diversity or an unacceptable increase in the inbreeding coefficient. In any diploid population, the loss of genetic diversity through inbreeding or drift can be prevented by large effective breeding population sizes (Wright 1931) or by introducing new potential breeding animals (Mills and Allendorf 1996). The proposed appropriate management level for this territory is not what Wright would consider a 'large effective breeding population size,' but with the historic influx of horses to the area, there likely has been continual gene flow into the herd. The 2013 National Academy of Science committee review (Committee to Review the Bureau of Land Management Wild Horse and Burro Management Program 2013) recommended that single territories should not be considered as isolated genetic populations. Rather, managed herds of horses would be better viewed as components of interacting metapopulations, with the potential for interchange of individuals and genes taking place as a result of natural and human-facilitated movements. The committee also noted that except for horses in a small number of well-known herds that contain a relatively high fraction of alleles associated with old Spanish horse breeds, the genetic composition of wild horses across the West is consistent with admixtures from domestic breeds. As a result, for most horse herds, applying fertility control to a subset of mares is not expected to cause irreparable loss of genetic diversity. In fact, contraceptive treatment can result in improved longevity and ultimately an aging population, effectively lengthening generation time which is expected to slow the rate of genetic diversity loss (Hailer et al. 2006).

An analysis of the genetics within this territory has not been conducted to date, but it is included as part of the monitoring plan. With the adaptive management strategy in place, if monitoring of the herd genetics indicates there is a concern regarding the genetic diversity, management actions such as introducing one to three young horses from outside the area, to increase genetic diversity, would be taken.

## Topic 2. Horse Population Estimates and Data

Commenters (contained in letter numbers 112, 124, 132, 139, 152, 159, 164, 420, 467, 498, 506, 900, 912, 987, 990, 1014, 1016, 1085, 1099, 1100, 1102, 1107, 1110, 1117, 1120, 1139, 1156, 1159, 1162, 1168, 1231, 1236, 1240, 1253, 1269, 1281, 1283, 1291, 1293, 1327, 1329, 1330, 1348, 1379, 1391, and 1409) stated that the population estimates in the EA are inflated, census data is outdated, and the growth rate is inaccurate. Commenters also raised concerns that the FS lacks knowledge of the composition of the herd and specific bands.

### Theme 2-1 Accurate population count and band observation data needed

A representative comment for this theme:

- WHR, p.8. The FS admits that "The current herd age distribution is unknown." There are a number of bachelor bands in the territory and surrounding areas, and they obviously do not reproduce. The FS has failed to study the specifics of these horses and cannot make management

decisions until it understands the horses, fully inventoried, with ratios of male to female, ages of horses, number of bands, and the like (Letter 1409, comment 50)

- Tables 4 & 5 Horse Survey: The last horse number survey was conducted four years ago in 2017, I assume due to lack of funds. As a result of fires and the severe drought Arizona has experienced during the last four years, significant changes to the wild horse population have most likely occurred. (Letter 467, Comment 1)

- Page 34/Table 5: Concern: Disparity in estimated population (270 to 420). The Forest Service must be able to produce a more accurate population count before going forward. The U.S. Geological Survey Fort Collins Science Center (FORT) tested combinations of four techniques for estimating wild horse populations: mark-resight, simultaneous double-count, sightability bias correction modeling, and distance sampling. The combination of multiple sources of information overcomes most of the deficiencies of the single technique used by the Forest Service (Letter 1379, Comment 2)

- EA, p. 34. Band observation data collected by the FS and relied upon for its proposed action was not available to the public during this comment period, on-line or otherwise. Once horsed does not constitute a "band". And the FS admits that "This data is being presented as the beginning steps to obtain herd information…" Shouldn't the FS have this information before making a proposed action plan? Aren't the results of the herd information and composition relevant to any removal of so-called excess horses? The proposed actions are premature (letter 1409, comment 85)

**Response**: Horse population estimations are based on flight data and the accompanying statistical analyses performed by a statistician. These reports are available in the project record. A current census was completed in April of 2021. The findings of that census are consistent with the anticipated growth rate and population modeling that was performed for this project. The Final EA was updated with the latest census results

At the time of the surveys, the estimated total number of horses within the boundaries of the Heber WHT was 83. The overall total estimated number of wild horses present in the surveyed area of the Sitgreaves NF (including the Heber Wild Horse Territory), at the time of the surveys was 378 adults and 35 foals.

A Band Book was initiated this year, data was collected on and off the Heber Wild Horse Territory between April and September 2021. The intent of the Band Book is to record and catalog observations to identify different bands and attempt to assess their movements relative to the Heber Wild Horse Territory. The data collected includes; date, location, and total number of horses for each band. Horses are categorized as studs, mares, foals, yearlings, two-year-olds and bachelor horses, along with the following information: total number of horses in each category, total number of each color in each category, average body condition score for each category, number of males and females for each age class. Bands are identified by using identifying features of the stallions. Identifying Photos were taken of the stallions, and general photos were taken of the rest of the band. The observation data is available in the project record.

## Topic 3. Designation of Territory

Many commenters requested clarification on the original territory designation process, location and made recommendations to consider changing the boundary of the territory. Commenters had concerns about how the heritage of the horses was determined.

*Heber Wild Horse Territory Management Plan Final Environmental Assessment*

## Theme 3-1 Designation and location of territory boundary

Commenters (contained in letters: 22, 112, 132, 135, 139, 152, 156, 159, 164, 361b 420, 467, 487, 498, 502, 506, 513, 517, 520, 587, 608, 661, 689, 838, 847, 857, 862, 899, 900, 907, 912, 987, 990, 1014, 1016, 1078, 1085, 1099, 1100, 1102, 1107, 1110, 1117, 1120, 1139, 1146, 1151, 1156, 1159, 1162, 1168, 1179, 1190, 1231, 1236, 1240, 1253, 1261, 1269, 1272, 1281, 1283, 1291, 1293, 1296, 1327, 1329, 1330, 1348, 1379, 1391, 1409, and 1416 commented on this theme. Representative comments for this theme are as follows:

- The EA failed to supply documentation of the total lands where horses occupied within the Apache Sitgreaves National Forest at the time of the passage of the Wild Horse and Burro Act. The agency therefore must review the proposed territory boundaries to verify the historic range of the wild horses of the Apache-Sitgreaves National Forest at the time the law was passed in 1971, America's wild horses and burros as they existed in 1971 when the congressionally designated WFHBA was enacted. (Letter 498, Comment 95)

- It would appear that this EA failed to provide enough documentation, including but not limited to official surveys, notes, maps, photos, and scientifically supportable and unbiased reasoning, for the proposed boundary of the Heber Wild Horse Territory as shown in the USFS EA proposal map. (Letter 1240, Comment 1)

- As discussed earlier in our public comments, the historic land used by the herd, which is currently where the majority of the herd resides, was not included in the boundary you mapped out for the wild horse territory. This artificial boundary the FS created will not provide the acreage for an adequate and true AML of the herd that has existed since before the 1971 Act was passed. Therefore, until the boundary of the territory is redrawn to adequately reflect where the herd was in 1971 and for decades before and after, the AML cannot be accurately calculated. (Letter 1293, Comment 27)

- The decision to dedicate the current 19,700 acres as the Heber Wild Horse Territory was arbitrary and capricious. Basing the Territory boundaries on a "purported" number of horses that were seen by some unnamed person, in one specific area of the 818,651 acres that comprise the Sitgreaves National Forest, without doing a proper, thorough, and comprehensive survey and study to determine where wild free-roaming horses were in 1971 at the very minimum shows negligence on the part of the Forest Service. It is time to do what should have been done in 1971. By any and all standards of the Wild Free-Roaming Horses and Burros Act the current HWHT should be expanded. (Letter 487 Comment 1)

- The WHT Plan and EA fail to (1) provide adequate documentation to support the current Territory boundary and (2) fail to provide sufficient data to support that wild horses were able to be sustained within the current Territory boundary. Rather USFS documentation provided shows that lands to the south and east of the Territory (Gentry and Bunger pastures in the Heber allotments) have historically been used by wild horses; these areas were erroneously excluded in the original Territory which has contributed to the intense controversy over the management of these wild horses. (Letter 1330, Comment 14)

- The Timeline of Events outlined below will show that the Forest Service failed to do an initial inventory of the Heber Wild Horses; that they failed to properly establish the Heber Wild Horse Territory by failing to consider the horses "in the area where presently found, as an integral part of the natural system of the public lands" in accordance with the 1971 Wild and Free-Roaming

Horses and Burros Act; that they removed horses and sold them at auction as "trespass" horses without taking any measures to identify the origin of the horses to ensure they were not removing wild free-roaming horses protected by the Act. In fact, the Forest Service entered into agreements to remove horses multiple times following passage of the Act, without ever establishing the origin of the horses being captured and removed. (Letter 159, Comment 1)

- The Draft Proposed Action for the Heber Wild Horse Territory Management Plan states: "When the territory was established in 1974, a letter from the forest supervisor to the regional forester indicated the territorial use of the area and included the first census (seven horses)." However, a document received from a FOIA request proves there were more than seven unclaimed, unbranded horses in the forest in 1974. To pick out just seven and ignore the other horses directly contradicts the mandate of the 1971 law to establish areas "where horses currently are" and to protect those horses. According to the document the other horses were on the Heber grazing allotment. Line 11 of the document below states the horses were "rounded up and sold at public auction". It states the horses were "White Mountain Apache trespass" however, that was never proven. Being on public lands of the United States and not claimed by the White Mountain Apache or anyone else, the horses were wild by definition of the WFHBA and should have been protected as such and included in the census along with the area they were found and their natural range. To remove them would have been in violation of the Act. (Letter 867 attachment is a 1974 inspection report for the Buckskin Allotment)

**Response:** The Wild Horse and Burro act states that the territories were to be established by horses that were present at the time the act was passed and only animals whose ownership could not be determined were to be considered wild. There are no records demonstrating that those horses were present prior to 1974. Ownership was determined and documented in the record mentioned. The act instructs the agency to remove unauthorized livestock as soon as possible that could be a threat to the integrity of the herd.

The intent of this project is to establish a management plan for the existing territory, not to reexamine the original 1974 territory designation. The letter to the regional forester establishing the territory followed the procedures established at that time.

## Theme 3-2 Expand Territory Boundary to address free-ranging requirements

Commenters (contained in letters: 164, 498, 520, 713, 719, 735, 739, 778, 783, 811, 980, 1283, 1329, 1330, and 1379) commented on this theme. Representative comments for this theme are as follows:

- The USFS acknowledges it (1) lacks monitoring data, (2) that the Heber wild horses are doing what all wild horses do "in the summer horses prefer flatter areas with higher elevations, lower canopy cover, and proximity to water" and (3) All of these studies corroborate what appears to be happening in this project area. The USFS knows the historic horse use of the project area, understands the lack of fencing which would have confined horses to the Territory, acknowledges that there are horses inside and outside of the Territory, cites experts that discuss seasonal migratory patterns which would affect where horses would be during certain times of year and during specific environmental conditions. Yet, based on its own data the USFS fails to consider revising the Territory boundary to address the problems that have been ongoing since the first population census in 1974 due to the erroneous Territory boundary. (Letter 1330, Comment 13)

- The Draft EA assumes that runs against the evidence and legislative intent, and is therefore arbitrary and capricious. The Forest Service's faulty analysis of appropriate management levels is

based entirely on the underlying assumption that the wild horses must be restrained exclusively to the Heber Wild Horse Territory and cannot access resources from outside the Territory. This assumption runs against the evidence and legislative intent and is therefore arbitrary and capricious under the APA. Indeed, The U.S. Forest Service has an obligation to manage and protect wild horses residing on any public lands, such as the Apache-Sitgreaves National Forests and not only within the Heber Wild Horse Territory. See 36 C.F.R Section 222.25 of the regulations provides protection for the wild free-roaming horses even if they were to move or migrate off of protected territories onto lands of other ownership or jurisdiction (Letter 1329, Comment 5)

- For example, the FS stated (pg. 13) that expanding the territory was bought up by several commenters. In their explanation for not changing the boundary they state it was not addressed by the interdisciplinary team. However, if they had addressed our public comment they would have seen that the working group suggested adding at least a buffer to the territory boundaries because most of the horses do not live on the territory, and they would have had to address our issue of historical use of lands left out of the territory as drawn on the map FS created and submitted to Congress as the Heber wild Horse Territory in 1973. (Letter 1296, Comment 92)

- I hereby submit this information for the Administrative Record: I do not understand and I feel Forest Service has failed to recognize The territorial habit limits of the Heber Wild Horse herd, Historical documents and FS own surveys have concluded that the herd has and still to this day uses the entire Sitgreaves National Forest as their Habitat. When it comes to AML, forage allocation and everything else related to this herd, the Management Plan should consider the Sitgreaves National Forest as the "territorial habitat" (letter 811, Comment 1)

- The USFS is required to manage wild horses and burros "in a manner that is designed to achieve and maintain a thriving natural ecological balance on the public lands … [and] all management activities shall be at the minimal feasible level." The WFHBA recognizes the importance of maintaining and protecting ranges where wild horses and burros may roam. It defines a range as, "the amount of land necessary to sustain an existing herd or herds of wild free roaming horses and burros … and which is devoted principally but not necessarily exclusively to their welfare in keeping with the multiple-use management concept for the public lands." These legally protected areas are known as "herd areas" or "territories". By regulation, wild horse and burro herd areas and territories are defined as, "the geographical area identified as having been used by a herd as its habitat in 1971."(Letter 498, Comment 88)

- The forage allocation was only counted by the size of the territory, not by the actual size of the acreage where they roam. (Letter 783, Comment 3)

- The basis for the Draft Management Plan and the Draft Environmental Assessment was to evaluate only the 19,700 acres that comprises the "legal" territory for the Heber wild horse herd. However, it is known and widely acknowledged that very few of the approximately 300 horses that roam the ASNF are found on the HWHT at any given time [9]. (Letter 164, Comment 4).

- Aerial surveys conducted in 2014, 2015 and 2017, as well as the ground survey conducted in 2019 show that the "territorial habitat limits" of the Heber Wild Horses is the entire Sitgreaves National Forest. The horses free-roam the entire Sitgreaves for forage, water and shelter and should be considered as "an integral part of the natural system of the public lands" within the entire Sitgreaves. (Letter 520, Comment 4)

**Response:** As noted in the EA, an alternative to expand the territory was not analyzed in detail because the interdisciplinary team did not identify any unusual circumstance or other rationale to justify expanding the territory in contravention to the established Forest Service policy to manage horses and burros on territories as established in 1971 to the extent possible while adhering to all land management acts. The analysis conducted to determine the appropriate management level for the territory found sufficient forage, water, cover, and space in the territory to support wild horses (see The Proposed Appropriate Management Level Determination). If it were determined that one of the four key elements (forage, water, cover, space) were lacking then analyzing expanding or re-drawing the territory boundary would have been justified. This sufficiency determination supports the decision not to analyze expanding the territory. Through this analysis, the territory, *as drawn*, has been deemed adequate to support horses to the determined AML; therefore, expanding the territory is not necessary. Additionally, the adaptive management component of the proposed action is designed to facilitate movement of horses to access the *existing* territory to address concerns about horses not utilizing the entire territory.

Information on herd movement is being gathered and will continue as part of the monitoring plan proposed for this project. A Band Book was initiated this year, data was collected on and off the Heber Wild Horse Territory between April and September 2021. The intent of the Band Book is to record and catalog observations to identify different bands and attempt to assess their movements relative to the Heber Wild Horse Territory. The data collected includes: date, location, and total number of horses for each band. Horses are categorized as studs, mares, foals, yearlings, two-year-olds and bachelor horses, along with the following information: total number of horses in each category, total number of each color in each category, average body condition score for each category, number of males and females for each age class. Bands are identified by using identifying features of the stallions. Identifying Photos were taken of the stallions and general photos were taken of the rest of the band. The observation data is available in the project record. The observation data is available in the project record. Horse Observations from 2019 were documented and used in the EA analysis and included in the references.

## Theme 3-3 Status of the Horses

Commenters (contained in letters: 900, 1078, 1241, and 1323) commented on this theme. Representative comments for this theme are as follows:

- Pages 21- 22. The AWF supports all of the identified criteria and "Thresholds for Determining Excess Horses". However, as stated previously (Comment 1.) The AWF only supports the designation of horses as "wild horses" under the 1971 Act which have a home range and biological connection with the HWHT. The AWF does not support the designation of horse populations throughout the Sitgreaves NF and other areas on the ASNF with no connection to the HWHT as "wild horses". We do not support the action that "The following thresholds will be used in determining that an overpopulation of horses exists within the Sitgreaves National Forest, such that it is necessary to remove excess animals to achieve appropriate management levels and ensure a thriving natural ecological balance". The specific AML identified in this document and the proposed management plan is based on the habitat capacity of the HWHT and should only apply to horses utilizing the HWHT. What will be considered an overpopulation of horses outside of the HWHT? Are the USFS and ASNF proposing to formally designate all horses not connected with the HWHT and found within the entire Sitgreaves NF portion of the ASNF as "wild horses" with the intent to establish different AML(s) and management territories for these populations without going through required Congressional legislation? Again, the USFS and ASNF need to specifically clarify the intent and rationale to manage and consider horses within the entire Sitgreaves NF and not associated with the HWHT as "wild horses" under the 1971 Act. (Letter 900, Comment 3)

- The Forest Service has made an arbitrary and capricious decision to manage feral horses within the Territory as "wild" and covered under the Act. This, even though the EA and supporting documents clearly state that there is no evidence indicating that horses currently residing on the Forest are progeny of animals present prior to December 15, 1971. This sets a dangerous precedent, one that could compromise the Forest Service's ability to appropriately manage feral equids that are expanding across the Western United States. Before proceeding with any other management actions, the Forest Service must complete a defensible and credible lineage assessment of feral horses on the A-S, one that is be based on the best available science, not mere speculation, and opinion. Absent a determination that these horses are covered under the Act, they must be treated as unauthorized livestock and removed immediately. (Letter 1078, 7)

**Response:** The purpose and need is to develop a management plan as directed by law in the Wild Horse and Burro Act for the Heber Wild Horse Territory. The Forest Service has agreed to manage the Heber Wild Horse Territory in compliance with the Act and the Apache-Sitgreaves National Forests Land Management Plan, allowing for horses to occupy the territory in accordance with the Act and Heber Wild Horse Management Plan.

## Theme 3-4 Heritage of the horses is misrepresented

Commenters (contained in letters: 112, 124, 132, 139, 152, 159, 164, 256, 364, 415, 420, 456, 467, 494, 498, 506, 799, 900, 912, 987, 990, 995, 1014, 1016, 1085, 1099, 1100, 1102, 1107, 1110, 1117, 1120, 1139, 1156, 1159, 1162, 1168, 1213, 1231, 1236, 1240, 1253, 1269, 1272, 1281, 1291, 1293, 1327, 1329, 1330, 1344, 1348, 1379, 1384, 1391, and 1409) commented on this theme. Representative comments for this theme are as follows:

- In 2005, a U.S. District Court Judge in the District of Arizona, Case No. CV-05-2754-PHX-FJM, cited 36 C.F.R. §222.25 requires the surveillance and protection of wild horses on National Forest lands, other public lands, and lands of other ownership or jurisdiction.[2] Furthermore, in the same ruling, the Judge refuted the Defendant's (U.S. Department of Agriculture (USDA), et al) claim that the horses at issue are domesticated and "strayed onto the Forest after the Rodeo-Chediski fire of 2002".[3] Furthermore, six affidavits by local area residents were signed (under penalty of perjury) attesting to sightings of unbranded "wild horses" over the ASNF throughout the 1970's, 1980's, 1990's and 2000's as part of this referenced legal action (Case No. CV-05-2754-PHX-FJM)[4]. Therefore, the premises upon which the Draft Management Plan were initially formed (citing incorrect information in the Ethnographic Study [5] and Territory History [6]) and used for the original Draft Management Plan (January 2020) are flawed and therefore should be dismissed outright and corrective action taken. It is highly irresponsible to purport falsehoods in 2020 that are known to have been refuted by sworn affidavits in Federal Court as far back as 2005, especially in light of the admission by USDA that no actual scientific data or monitoring of this wild herd had been done for decades prior. (Letter 164, comment 2)

- For the Administration Record, I am submitting these Agreements between Forest Service and ranchers for the unlawful removal of Heber Wild Horses in 1988 and 1989. We know that they were "unbranded", "wild" horses that had been on the National Forest lands at least since 1967 (prior to the passage of the 1971 Wild and Free-Roaming Horses and Burros Act - Public Law 92-195), (letter 420, Comment 4)

- From the interviewee Doy Reidhead's "Oral History" statement, recorded on April 3, 2006, we know that at that time Doy Reidhead held the Gibson Ranch livestock grazing permit (1983-1988). The Forest Ranger and Doy Reidhead worked together to trap and remove 187 unbranded,

wild horses that, per Doy Reidhead, had been on the National Forest lands since (at least) 1967. The Forest Ranger did not want the area turned into a "wild horse refuge". The Forest Ranger would have known that horses on the National Forest lands at the time of passage of the Wild Free-Roaming Horses and Burros Act in 1971 fell under the protection of the Act, which states "It is the policy of Congress that wild free-roaming horses and burros shall be protected from capture, branding, harassment, or death; and to accomplish this they are to be considered in the area where presently found, as an integral part of the natural system of the public lands." This provides proof that there were wild horses within the Apache-Sitgreaves National Forest prior to the passage of the Act and that Forest Service knowingly unlawfully authorized the removal of 187 wild horses in the 1980's. (Letter 498, comment 78)

- Wild Horses are the oldest mammal that have evolved in the US and have this more advanced quality about them if allowed to be. The Heber herd carries Old Spanish breed DNA and possible some of the original native horse, plus of course additional stock through "the Centuries". (Letter 456, comment 1)

- The premise of the Wild Horse Territory Boundary locations is not supported. They are in fact arbitrary and all things being equal, should be the entire Sitgreaves national Forest. This is due to a lack of detailed background regarding so called "trespass horses" being included in this NEPA process. (Letter 1253, Comment 4)

**Response:** These diverging views regarding the heritage of the horses are thoroughly discussed in the EA under the Socio-Economic section and in the Ethnographic study found in the project record. The EA contains a description of the social values related to the herd and its significance, beliefs regarding the herd and its context in history and relation to the land and community, and attitudes regarding how the project may affect those attributes that people value. A more detailed description of community capital and values, beliefs and attitudes are located under the methodology section of the Socioeconomic Report.

## Topic 4. Water

Commenters (contained in letter numbers 39, 111, 158, 498, 910, 1119, 1151, 1236, 1253, 1281, 1283, 1296) raised concerns about the availability of water in light of recent drought conditions, climate change, existing fencing on the territory and the potential impact on horses. Also, concerns were raised about water quality at Black Canyon Lake.

### Theme 4-1 Water availability

A representative comment for this theme:

- Given the semi-free roaming status of the wild horses for at least half the year due to closed fencing for grazing permits and the removal and lack of predators, together with climate change which is significantly contributed to by methane of enteric fermentation of cattle and their wastes, along with the amount of government spending on the livestock industry, it is incumbent on federal agencies USDA FS and Bureau of Land management (BLM) to plan for climate change and intervene as necessary for water. To do less than this would clearly impact ALL wildlife, in a spiral that would hurry along climate change by turning more forage allocation over to ruminants which utilize enteric fermentation and also constitute unequal protection under the law at a minimum. (Letter 1253, Comment 3)

- According to the Terrestrial Wildlife Report for the HWHT, these water sources have not been evaluated since 2014. With the drought and anticipated climate warming, the lack of available

water in these primary sources will affect the survival of all wildlife in the area, including any feral or stray or free-roaming horses. (Letter 1236, Comment 12)

**Response:** This project would not impact the carbon footprint. Potential impacts from short term weather events and long term climatic trends were considered in the effects analyses including the watershed, vegetation and range reports. Climate variability will continue to occur across the Apache-Sitgreaves National Forests, with higher probabilities of extended drought which can lead to dramatic impacts on the landscape. The proposed action includes adaptive management strategies to address drought and changes in forage production related to climate and other impacts. Monitoring and adaptive management allows for the development of new water sources (8 are currently identified), if necessary.

## Theme 4-2 Water availability analysis

A representative comment for this theme:

- Specific to available water, we must request the FS provide more recent surveys, and evaluate the past decade of available water, particularly in the 24 available water tanks within the HWHT. (Letter 1236, comment 11)

- The hydrology report (Appendix C of the Proposed AML) is based on field visits to water sources from 2014. This information is seven years old and outdated. The USFS should have revisited these water sources to verify their condition and capacity to support wild horses and livestock use. This is especially important in light of the historic and chronic drought in the region. (Letter 910, comment 8)

**Response:** The watershed report determined in normal years it's expected that there will be sufficient water to support horses. The Heber Wild Horse Territory plan drought conditions are addressed by allowing for additional water sources to be developed under the proposed adaptive management strategy.

The long-term drought conditions within the territory (the average SPI for the past 2 years) are currently at or near -1 (https://wrcc.dri.edu/wwdt/archive.php?folder=spi24). However, this season's (2021) monsoonal precipitation was above normal and has temporarily alleviated drought concerns. The past five-month SPI is at or above 1 in the territory ( https://wrcc.dri.edu/wwdt/archive.php?folder=spi5). If the territory receives similar normal to above normal precipitation in the next few years drought conditions may be alleviated. Should drought conditions continue for an extended period of time, the adaptive management strategy would allow for the development of additional water sources.

## Theme 4-3 Access to water

A representative comment for this theme:

- Wild Horses and Elk Sharing Water During the 2018 Severe Drought in the Sitgreaves When water resources were scarce game camera photos captured proof of the horses and elk peacefully at the temporary water tanks. No guarding of water was done by either species. The forest was closed due to a severe fire danger. In some areas of the forest no water was available. Cattle pasture fences prevented horses in those areas from migrating to find water. While the elk could leap the fences, the horses could not and were therefore trapped in dry areas. The Forest Service authorized a limited number of permits to citizen volunteers to haul water to the temporary water tanks the volunteers had taken into the forest. I am hereby submitting the attached photos for the administrative record of Heber herd wild horses and elk peacefully at the temporary water tanks during the drought of 2018. (Letter 158, comment 7)

- I respectfully ask why all new proposed water Tanks are in fenced off cattle lease areas that wild horse have very little access to and then for limited short-term use when cattle aren't using it! (Letter 39, Comment 1)

- New water developments should be away from common recreation sites and away from roads to discourage wild horses from being in these areas. (This would also minimize horses being on the road and possibly hit which was also mentioned) (Letter 1296, comment 16)

- The USFS should have acknowledged the current state of drought in the HMA and specifically addressed the issue with a specific plan for which water infrastructure projects are necessary right now and into the future. Again, this is a clear indication that a FONSI is not possible and the use of an EA is not appropriate (Letter 910, Comment 4)

- Also Included in the 2020 Heber Allotment EA are numerous proposed structural improvements involving water including a new well, 17 miles of pipeline, 28 water troughs, 2 water storage units, 20 stock tanks, and 7 water lots. Gentry will get 3 tanks and one water lot, Bunger 4 tanks and 2 waterlots. None of these improvements will be located within the HWHT. This is not only bias treatment but will contribute to horses wandering outside of the territory boundaries resulting in their removal (letter 1151, comment 5)

**Response:** With the adaptive management strategy, if monitoring indicates a need, management actions such as developing additional water sources (to draw the animals into under-used locations) and increasing fence permeability may be used to help improve the use of the territory by the horses.

The purpose of the proposed action is to provide the forest with the ability to make adaptive management decisions appropriate to sustain a viable horse herd with the forage and water resources available on the territory. The intent is to manage for resiliency of the rangelands and the horse herd while also maintaining a multiple use strategy to provide for permitted livestock grazing and wildlife. The forest recognizes that in order to manage for events such as drought and wildfire, there is a need for management to be adaptive and proactive while managing the horse herd at a level that is appropriate for the forage and water resources available at the time. Current horse numbers across the Sitgreaves NF greatly exceed the forage capacity of the territory. However, within the territory an AML has been identified where enough forage would be available. The management plan has also identified the need for additional infrastructure to address water needs on the territory. The current grazing decisions for the Heber and Black Canyon Allotments address this adaptive management need and livestock grazing would be managed in accordance with those decisions.

## Theme 4-4 Water Quality at Black Canyon Lake

A representative comment for this theme:

- Heber Wild Horse Territory Management Plan, Watershed Report Excerpt: "Due to anticipated increases in horse populations and lack of management, we anticipate increases in nitrogen, phosphorus, carbon, and ammonia from horses at Territory water sources that are listed in Table 7. Of particular concern in Black Canyon Lake, which is a heavily used recreation site in the territory." Horses are not often seen at the lake and when they are it is a small band which does not linger throughout the day the way the cattle herds do. If the condition of the water in Black Canyon Lake is a concern, perhaps it would be a good idea to start with keeping the cattle away from the lake. This is not about a small number of cattle; it is about herds of cattle. Not only do the cattle stand in and defecate and urinate in the actual lake water, they also graze around it

which of course further contaminates the lake water due to rain and snow runoff. People go to the lake to fish, picnic, hike, and enjoy nature. However, when cattle are in the area, the need for people to tiptoe around cow diarrhea and while holding their nose due to the horrific stench of the cattle diarrhea and urine makes the experience less than enjoyable. On top of that when the cattle are being driven past the lake by either careless or clueless public lands ranch hands it not only becomes an unhealthy, nasty nuisance it becomes dangerous. People fishing and enjoying the lake have had to literally climb up and between the boulders to get out of the way of the oncoming cattle which also run through the boulders where the people are trying to take refuge. The quality of the water at Black Canyon Lake and the experience and safety of the lake visitors can be greatly improved by closing that area off to cattle grazing. (Letter 111, Comment 5)

**Response:** The, "Arizona Department of Environmental Quality did more recent sampling of the (Black Canyon) Lake for ammonia on October 17, 2017, June 7, 2018, and June 11, 2019. There were 5 samples taken (some at multiple depths).

According to a May 11, 2020 email from Jason Jones, from the Arizona Department of Environmental Quality (this email is located in the project record), the Agency has proposed to provisionally delist Black Canyon Lake for ammonia. This is due to the additional samples taken at the lake from 2017-2019.

Therefore, it has been determined that no water bodies (streams or lakes) being impaired within the Heber Wild Horse Territory after the 2020 State of Arizona Impaired Waters is released. The 2020 report should be made available to the public by the DEQ when available, posted on their website (https://www.azdeq.gov/programs/water-quality-programs/surface-water-monitoring-and-assessment).

## Topic 5. Availability and adequacy of forage

Commenters (contained in letter numbers 384, 424, 467, 498, 514, 785, 907, 912, 943, 1078, 1151, 1154, 1159, 1169, 1236, 1281, 1283, 1293, 1296, 1329, 1343, 1379, and 1409) raised concerns about the forage use, availability, and adequacy determination. Specifically, concerns were raised about how the forage calculations were done, age of the data that was used, and whether an equitable distribution was accounted for between the horses, livestock and wildlife (elk and deer).

### Theme 5-1 Forage calculations

A representative comment for this theme:

- AML p.3 BLM handbook says to use "animal unit equivalents". The proposed actions fail to follow BLM handbook that prescribed "utilization monitoring" and "use-pattern mapping" for determining forage availability. Only three years of forage, carefully cherry picked, were used for making the forage calculations; the AML is tied to forage consumption annually not any per animal unit in contravention of the guidelines. (Letter 1409, Comment 12)

**Response:** As noted in the AML determination document...The National Academy of Sciences committee that reviewed the BLM Wild Horse and Burro Handbook noted there are difficulties in using animal unit equivalents when evaluating forage availability and that animal unit equivalents for horses range from 1.0 to 1.5 (Committee to Review the Bureau of Land Management Wild Horse and Burro Management Program 2013). Using pounds of forage needed rather than animal unit months to express the amount of forage needed provides a cleaner, more straightforward method of displaying how many horses the available forage could support. And as stated, ...for this particular territory, the district has three years of forage production data available, as well as annual utilization data. A combination of both forage production data and forage utilization data was used, resulting in a more accurate calculation of available

forage. And...The average of three years of annual forage production is included because of the variations in forage production from year to year. The handbook (USDI Bureau of Land Management 2010) states a determination of forage availability should not be based on the result of only one year's monitoring data. A minimum of three to five years of data is preferred. This is because forage production can vary substantially from year to year based on the timing and amount of precipitation received. All data used to determine species composition and forage production are available in the project record. Forage production calculations were based on data available at the time of the analysis.

- AML p. 18 Forage. A key component of the AML calculation is the amount of forage available. However, the FS has chosen erratic and stale years for selection of production levels. Rather than rely on the last three years forage production or an average of the last 5-10 years, the FS carefully selects the years 2007, 2008, and 2018. It is not clear why the FS reached back in time approximately 14 years ago to rely on this important number for forage. With extensive livestock grazing all over the Territory and surrounding areas, there is certainly more complete data on forage production that is more recent than 2007-08 era. This forage calculation cannot be relied upon and appears to have been reverse engineered for a desired result. (Letter 1409, Comment 17)

**Response:** As discussed in the AML...The Bureau of Land Management handbook describes using utilization monitoring and use pattern mapping for determining forage availability. However, for this territory, we have 3 years of forage production available, as well as yearly utilization data, resulting in a more accurate calculation of forage production. All data used to determine species composition and forage production are available in the project record. Forage production calculations were based on data available at the time of the analysis.

The purpose of this decision is to provide the forest with the ability to make adaptive management decisions appropriate to sustain a viable wild horse herd with the forage and water resources available on the territory. The intent is to manage for resiliency of the rangelands and the horse herd while also maintaining a multiple use strategy to provide for permitted livestock grazing and wildlife. The forest recognizes that in order to manage for unforeseen events such as drought and wildfire, there is a need for our management to be adaptive and proactive while managing the horse herd at a level that is appropriate for the forage and water resources available at the time. Current wild horse numbers across the Sitgreaves NF greatly exceed the forage capacity of the territory. However, within the territory an AML has been identified where enough forage would be available. The management plan has also identified the need for additional infrastructure to address water needs on the territory. The current grazing decisions for the Heber and Black Canyon Allotments address this adaptive management need and livestock grazing would be managed in accordance with those decisions.

- You State on page 5 "The appropriate management level is the number of horses which results in a thriving natural ecological balance and avoids deterioration of the range. Thus, management of the horses within the range of the appropriate management level is expected to maintain the essential habitat components of water, forage, cover and space for a healthy, sustainable horse herd." How have you determined the percentage of damage done by horses versus other grazing wild and versus livestock. We know that the number of livestock permitted is approximately 100 times the number of wild horses you are proposing at the upper limit of the AML, and elk also largely outnumber wild horses currently there. So as we addressed earlier, the way to more fairly provide equal protections for the wild horses would be to proportionately limit each of the 3 categories of browsing animals, not just the wild horses. But you have provided no scientific evidence that supports this action to only remove horses, or that only wild horses are causing

deterioration of the land. For example if population ratios show that for every one horse there are 5 elk and 100 livestock (and if we acknowledge livestock are there 6 months of the year so we divide that in half to only use 50 of those livestock.) Then we should determine the damage done by 1 horse, 5 elk and 50 livestock to determine the percent damage done by each grazing category. That would then give the information needed to more fairly make changes in the management of each of these 3 categories of grazers that contribute to range deterioration. This has not been considered, the data has not been collected, and therefore only the horses are removed at such extreme numbers. Your proposal to remove 75% of this herd is based on only one category and doesn't meet the need to manage the herd for a healthy self-sustaining herd. Whereas if more livestock were removed, and perhaps a greater number of elk permits were given to hunters then there would not be a need to create this arbitrary AML. (Letter 1293, 30)

**Response:** It's important to note (as stated in the AML determination document in reference to past and current utilization data)...While the data are collected to help with livestock management, there is no distinction between cattle, horse, or wildlife use. And in the monitoring plan each threshold includes ...and horses are a contributing factor. Thus there must be evidence that horses are a contributing factor to meet a threshold. Your estimation that livestock are permitted at 100 times the number of horses proposed at the upper limit of the AML is incorrect. Note there are 905 head of cattle permitted on the entire Heber allotment for 6 months and 60 head of cattle on the entire Black Canyon allotment for 5.5 months. But only 6% of the Heber allotment overlaps the horse territory and 60% of the Black Canyon allotment. So, a total of 506 head months (number of cattle X months) of cattle are permitted in the horse territory (as noted in the AML document). The upper limit of the AML is proposed at 104 horses, for 12 months, which would be 1,248 head months (104 X 12). Please note the AML is not arbitrary but rather based on data and the goal for the project is to ensure the herd is managed to maintain a self-sustaining population of healthy horses within the designated territory, in a thriving natural ecological balance with other uses and the productive capacity of their habitat.

## Theme 5-2 Equitable distribution

A representative comment for this theme:

- The Draft EA developed an AML and resulting forage allocation, however, the justification for the stated allocation does not seem to provide for an equitable split between horses, wildlife, and authorized livestock, instead allocating half of all the available forage to horses alone. The Draft EA should provide rationale for the justification in recognition of the mandate of multiple uses on the landscape. (Letter 1159, comment 2)

- Forage Allocations. We do not find in the EA any clear reference to the amount of forage allocated to wildlife in the Territory. It is stated in the AML Determination (p.33) "...that is, 65 percent of the for- age that occurs on grazable slopes within two miles of a water source remains for wildlife, plant and watershed health." This would seem to explain that big game forage needs are considered in the remaining 65%, as grazers grazing grazable slopes. But the next sentence includes wildlife in the "com- bination of livestock, wildlife, and free-roaming horse use of the forage within the territory is well within the established use level." This muddles our understanding of which forage utilization group big game are assigned to. The paragraph's last sentence does not clarify: "...there would still be an additional 483,063 pounds of the available forage for wildlife (beyond that currently utilizing the area) or for future adjustments in the livestock grazing level." Presuming the forage needs of all large ungulates are accounted for without the "additional 483,063 pounds", we have concerns about its potential allocation. (Letter 912, comment 9)

- Allocation of available forage to wildlife Under the requirements of the Multiple Use Sustained Yield Act (MUSYA) of 1960, the national forests must be managed, in cooperation with State and Local Governments, for multiple use and sustained yield of five equally important natural resource objectives: recreation, range, timber, watershed, and wildlife, with no resource taking precedence over any other: "It is the policy of Congress that the national forests are established and shall be administered for outdoor recreation, range, timber, watershed, and wildlife and fish purposes" (16 USC 528) While the Management Objective "Maintain Range and Riparian Health" indicates "Limit utilization by all herbivores to the following: 35% on upland vegetation, 30% on herbaceous riparian species, 50% of terminal leaders on riparian woody browse," the Monitoring Objective specifies "Monitor key areas prior to livestock turnout. Monitor total herbivore use within established key areas at the end of the livestock grazing season" (p19). I am concerned that while assumedly including it in "all herbivores" the Management Plan does not specifically allocate forage to wildlife. As an elected Navajo County Supervisor for District IV, I request that the Forest service specifically allocate available forage to wildlife. (Letter 1169, Comment 7)

**Response:** The AML determination document does not 'allocate' a certain percentage of forage to each grazer group. Rather the intent is to identify how many horses the territory could sustainably support while meeting our multiple use mandate. As noted in the tier 2 analysis. It was determined half the available forage should be used to establish the high end of the appropriate management level (that is, 989,063 pounds of available forage). Utilizing one half of the available forage to determine the appropriate management level ensures there is still enough forage for the other grazing animals in the area. There is currently an obligation of 506,000 pounds of forage needed for the permitted livestock in the area. By making half of the total available forage (989,063 pounds) available for the free-roaming horses, there would still be an additional 483,063 pounds of the available forage for wildlife (beyond that currently utilizing the area) or for future adjustments in the livestock grazing level.

This document does not designate the area exclusively for horse use, rather it ensures that the AML is set at level that ensures a thriving natural ecological balance, while considering all uses of the Forest.

Also, in regard to utilization data (clipped from the AML determination document)...While the data are collected to help with livestock management, there is no distinction between cattle, horse, or wildlife use, thus the utilization levels used in the AML determination document do take into account use by wildlife.

- AML, p. 34. Using "pounds of forage" instead of customary and standard "animal unit months" is not an accurate way of calculating the AML in the Territory. (Letter 1409, comment 34)

**Response:** As noted in the AML document we did not use AUMs because The National Academy of Sciences committee that reviewed the Handbook noted difficulties in using animal unit equivalents when evaluating forage availability and that animal unit equivalents for horses range from 1.0 to 1.5 (Committee to Review the Bureau of Land Management Wild Horse and Burro Management Program 2013).

- You state on page 3 that the second tier of this AML determination process using half the available forage to establish the high end of the AML which ensures proper allocation is left for livestock and other grazing wildlife, This contradicts the Wild Horse Report where you state the goal was not to exceed 35% utilization of forage in total for all three categories of grazers, and also contradicts the threshold indicators for determining excess discussed by FS n page 5 of the proposed TMP. That states that 35% utilization in 30% of key grazing areas, 2 out of any 5 years would indicate excess horses and initiate gather and removals. Therefore it isn't clear if the horses

are allocated 50%, 35% or some percentage of 35%. But it is clear that the wild horses will never be allocated 50% of forage available without being considered excess and causing a gather and removal. The contradictory statements are arbitrary and capricious. (Letter 1293, Comment 10)

**Response:** As stated in the AML...The analysis utilized a GIS model along with three years of forage production data to determine the amount of forage available to grazing animals. The model takes into account (1) the annual forage production, (2) topography of the area (slope class), (3) distance from water, and (4) an allowable use factor of 35 percent. The 35% utilization is already accounted for in "available forage" numbers in Table 10 of the AML. The AML then shows in Table 14 that half of the available forage (shown in table 10) is available to the wild horses.

- EA, p. 54. There are no plans to reduce livestock grazing within the Territory to accommodate the principal use for the wild horses in direct contravention of the WHBA. Indeed, the FS states that livestock usage will actually increase from 25 to 35%. (Letter 1409, Comment 91)

**Response:** The allowable utilization level is being confused with permitted livestock grazing. The allowable utilization level is the amount of defoliation that is allowed by all grazers - i.e. once 35% use is reached management changes are needed. There are no proposals to increase the permitted livestock grazing as that is outside the scope of this project.

## Topic 6. Population control techniques and impacts Commenters (contained in letter numbers 417, 424, 498, 513, 756, 912, 943, 984, 987, 992, 1058, 1154, 1162, 1281, 1283, 1293, 1296, 1330, 1379b 1409 and 1416) raised concerns about the impacts of immuno-contraceptives, IUDs, sterilization, sex skewing and birth control on the herd.

### Theme 6-1 Impacts from immuno-contraceptives

A representative comment for this theme:

- You do not mention performing genetics tests before you begin castration and administration of other forms of fertility control such as immuno-contraceptives. This must be done before any horses are permanently removed from contributing to the gene pool as discussed above. And again any darting of fertility control vaccines should be done on the range not after moving the horses from a bait trap to a 'processing' location. (Letter 1293, Comment 33)

**Response:** Castration is not proposed for horses that will remain on the territory, only as a possible action, if needed for horses transitioning to domestication. Application of immuno-contraceptives is proposed on the range, this point was clarified in the EA. There are permanent handling corrals in the territory and temporary handling corrals across the Sitgreaves National Forest, as needed. Genetics testing is proposed as part of the proposed action.

- The EA fails to acknowledge and consider that currently there is insufficient data to know the long-term impacts of Gonacon and SpayVac on wild horses. While the EA acknowledges the experimental nature of GDF-9 and BMP-15, it fails to acknowledge the same for Gonacon and SpayVac; the EA fails to supply adequate data to establish these drugs as anything but experimental. The EA fails to acknowledge that there is no data that suggests the reversibility of Gonacon, SpayVac, GDF-9 and BMP-15 after repeated application or that these substances intentionally destroy the ovaries. (Letter 1330, Comment 21)

- Any fertility control that does not wear off within 3 yrs is too dangerous genetically as wild horses can be easily double darted and can easily end up sterilized. Conversely with Zona Stat H,

an older mare receiving her 5th dart i n as many years my become sterilized (Letter 1283, Comment 36)

- In a telling study published back in 1992, the manufacturer of Native PZP, along with colleagues, reported that " … three consecutive years of PZP treatment may interfere with normal ovarian function as shown by markedly depressed oestrogen secretion." [6] Thus, despite all the hype about PZP being non-hormonal, the manufacturer knew that ZonaStat-H has an adverse hormonal effect, causing significantly-lowered estrogen. Thus, PZP is an endocrine disruptor. [21] The plummeting estrogen-levels may also reflect the ovarian dystrophy and oophoritis now known to be caused by PZP. Despite personally discovering negative hormonal impacts 23 years ago, PZP's manufacturer continued to cite misinformation regarding the product's mode-of-action and endocrine-disruptor side-effects. (Letter 498, Comment 211)

- PZP -- Endocrine Disruptor -- Elevated Testosterone -- Masculinizing Effects Recall that PZP has endocrine-disrupting effects that result in lowered estrogen. Per the observed masculine behavior of treated mares, PZP seems to have a testosterone-elevating effect too. A deficit of estrogen alone would not necessarily manifest in the masculinization of treated females, but an excess of testosterone would. So, it appears that PZP disrupts at least two hormones: estrogen — by substantially lowering it — and testosterone — by substantially elevating it. Adverse effect: Unnatural behavior. (Letter 498, Comment 213)

**Response:** USDA FS only utilizes approved substances which have EPA and or FDA clearance for use in horses. Various forms of fertility control can be used in horses and burros, with the goals of maintaining herds at or near AML, reducing fertility rates, and reducing the frequency of gathers and removals. The WFRHBA of 1971 specifically provides for contraception and sterilization (16 U.S.C. 1333 section 3.b.1). The analysis of the potential effects of fertility control methods proposed in this project are included in the Horse Specialist Report.

A literature review by the BLM (project record) concludes that fertility control measures have been shown to be a cost-effective and humane treatment to slow increases in horse populations or, when used in combination with gathers, to reduce horse population size (Bartholow 2004, de Seve and Boyles-Griffin 2013, Fonner and Bohara 2017). Although fertility control treatments may be associated with a number of potential physiological, behavioral, demographic, and genetic effects, those impacts are generally minor and transient, do not prevent overall maintenance of a self-sustaining population, and do not generally outweigh the potential benefits of using contraceptive treatments in situations where it is a management goal to reduce population growth rates (Garrott and Oli 2013). This literature review was prepared by the BLM and reviewed by the Forest Service for applicability to the Heber Wild Horse Territory Project. The Forest Service intends to adopt all Standard Operating Procedures, Management Guidelines and other guidance that the BLM uses.

## Theme 6-2 Impacts from IUDs

A representative comment for this theme:

- IUDs-- The inclusion of IUDs in the proposed alternative is also experimental and therefore the impacts cannot be properly analyzed in the EA because they are unknown. In fact, the USFS has never implemented IUDs in wild, free-roaming horses before. Further, even the BLM has only implemented IUDs to control fertility of wild horses on the range in one HMA, the Swasey HMA in Utah. However, the agency has not released any information about the IUDs implementation, complications, or success in this HMA. Instead, the agency relied on unpublished studies

*Heber Wild Horse Territory Management Plan Final Environmental Assessment*

conducted under far different conditions than on range management in order to wrongly justify its approach. Given this, AWHC is concerned that the USFS is following in BLM's footsteps and proposing IUDs for the purpose of some sort of research experiment on wild horses rather than an established management program that will safely, humanely, and effectively control their population in the WHT. …… For all these reasons the implementation of IUDs as a management tool must be dropped from consideration for implementation in the WHT. However, if the USFS chooses to move forward with the implementation of IUDs as a management tool in the WHT, then the agency must develop clear, precise, and humane protocols. Without clear protocols for use, neither the agency nor the public can begin to properly analyze and consider the use of IUDs on the wild mares in the WHT, and without these additions, the EA is considered incomplete. (Letter 1058, Comment 12)

- IUD research to date suggests a number of untoward conditions may occur in the use of the IUD which, because the horses are in the wild, the condition likely won't be diagnosed and may cause pain or death. These conditions are infections and perforations of the uterus, endometriosis, uterine edema, pyometra, and/or abortion if a zygote or fetus is present. Because of the current research IUD use should be taken off the table. (Letter 1416, Comment 5)

- IUD's - These again require roundup which we are opposed to when you can use PZP and dart on the range. There are no birth control products or methods that are acceptable if not administered on the range, without a gather or disrupting and separating family units. The only way gathering is acceptable is if it is done by a family unit and done with horses to be released right back to the range without any transport to any other location. (Letter 1296, Comment 38)

**Response:** Use of the Y-Shaped Silicone IUD for Feral Horses was approved in 2021 via an EPA label (EPA Est 97628-MI-1). Use of this device, or similar devices once approved by EPA, could be used as a contraceptive. No experimental devices are proposed for use in this project.

The Y-shaped silicone IUD for federal horses is an intrauterine device (IUD) comprised solely of medical-grade, inert, silicone that is suitable for use in female feral horses (free-roaming or "wild" Equus caballus). The EPA label indicates intended users include government agencies with l horses in their management purview, Native American tribes that have management authority over feral horses, and authorized horse care or rescue sanctuaries that manage horses in a free ranging environment. The Y-shaped silicone IUD for federal horses can mitigate or reduce horse population growth rates because these IUDs can provide potentially reversible fertility control for female l horses. This IUD prevents pregnancy by its physical presence in the mare's uterus as long as the IUD stays in place. In trials, approximately 75% of mares living and breeding with fertile stallions retained the Y-Shaped Silicone IUD for Horses over two breeding seasons. None of the mares that kept their IUDs became pregnant during an experimental trial. After IUD removal, the majority of mares returned to fertility.

The territory management plan includes Appendix 3 which states the standard operating procedures for fertility reduction treatments. The EPA labels for the Gonacon and PZP can be found in the project record and the valid EPA label, for use was added to the Territory Management Plan and is available in the project record and posted online.

## Theme 6-3 Impacts from sterilization

A representative comment for this theme:

*Heber Wild Horse Territory Management Plan Final Environmental Assessment*

- The EA failed to pay close attention to the 2013 National Research Council's (NRC) admission that surgery on the wild horses carries serious risks and that all fertility control measures affect wild horse/burro physiology and behavior. This disproves your false assertion that wild horse sterilization will "improve the health of the wild horse and burro herds." Regarding the side effects of procedures and the social and behavioral effects on the wild horses returned to the range, your dismissal of these as "outside the scope of this E.A." is erroneous. These effects on the wild horses in the wild should be carefully examined. Why should you subject the individual mares to such ordeals involving pain, suffering and even death especially if there is compelling evidence that their alteration will adversely affect them in the wild? (Letter 498, comment 240)

- The USFS EA document's proposed sterilization projects also ignore the true meaning of the WFHBA's "… to achieve and maintain a thriving natural ecological balance on the public lands." Any permanent or temporary sterilization of wild mares and stallions is very unnatural and will upset the balance between and among species of plants and animals. Sterilization also ignores this same instruction to manage wild horses and burros "at the minimum feasible level." (Letter 498, comment 227)

- We have twice stopped mares surgical spay experiments using the regulations in the Animal Welfare Act and those have not changed making the possibility of ever doing surgical spays in the field illegal5• They are also cruel, inhumane and unacceptable to the majority of the public. The fact that the government (BLM and FS) keeps bringing these plans forward to attempt to use this antiquated method for population control covers up the fact that they have twice now had to ask for a vacate and remand order when they were not going to be able to proceed with such plans. (Letter 1296, comment 36)

**Response:** Sterilization was originally included in the proposed action as a management option. This practice was raised as concern by many commenters. Commenters raised the concern that there is not current science to consider the effects of sterilization on horse behavior and thus this practice is unsupported. Commenters identified that surgical sterilization is not approved and is cost prohibitive. For these reasons, the proposed action was modified to remove sterilization as a valid management option. Therefore, the original proposed action this option will not be analyzed in detail, rather the modified version without this option is be analyzed (EA, p.12).

## Theme 6-4 Impact of birth control on herd dynamics

A representative comment for this theme:

- the WHT Plan and EA fail to acknowledge the importance of "wild" behaviors. Therefore, the Plan and EA must be amended to analyze this issue and preclude the following from management actions: * fertility control that destroys ovary functions or alters the production of natural hormones (including Gonacon, SpayVac, GDF-9, BMP-15) * sex ratio skewing which causes stallion aggression due to the unnatural ratio of males to females. (Letter 1330, Comment 19)

- The USFS states that sterilization and/or immunocontraception procedures will provide long-term beneficial effects such as maintaining or improving overall body condition, since the physical burden of pregnancy and raising a foal would not occur," but the EA failed to adequately consider the vigor, vitality, and long-term well-being of the wild horses' population in the wild, natural world. (Letter 498, Comment 25)

- Sterilization and immunocontraception procedures are completely contrary to the pure core intent of the WFHBA that plainly states: "… wild horses and burros … contribute to the diversity of life forms within the nation … and shall be protected from capture, branding, harassment or death, and are to be considered in the area where presently found [signifying year-round habitat by any reasonable interpretation] as an integral part of the natural system of public lands." (Letter 498, comment 226)

**Response:** Fertility reduction methods to be utilized will be in compliance with USDA, AVMA, AAEP and FDA standards as indicated in EA and TMP.

The WFRHBA of 1971 specifically provides for contraception and sterilization (16 U.S.C. 1333 section 3.b.1). The analysis of the potential effects of fertility control methods proposed in this project are included in the Wild Horse Specialist Report, including impacts to the individual horse as well as herd dynamics.

## Theme 6-5 Impact of sex skewing on herd dynamics

A representative comment for this theme:

- The WHT Plan and EA fail to provide any scientific analysis or data to support the artificial skewing of the sex ratio. Wild horse natural sex ratios naturally favor females. Creating unnatural sex ratios increases aggression among males and causes stress and social disruption. It would create dangerous situations for females, who are subject to repeated rape by stallions as a result of the lack of mares. The increased aggression between stallions and against mares puts foals at great risk of injury and death. This ill-conceived management strategy has no basis in science and would have a devastating impact on both individual horses and family bands. (Letter 1330, Comment 7)

- Your population management plans also include the possibility of adjusting the sex ratio. Making adjustments that change what the natural ratio is changes the overall herd dynamics. You acknowledge that it could increase male fighting. It can also skew the natural genetic drift by forcing human influenced breeding through removal of or increase of the male genetics that may contribute to the gene pool via natural selection. You state on page 19 of the Wild Horse Report that adjusting the sex ratio aggressively could "result in males of higher genetic quality becoming breeding stallions." 'Could' is a big word when analyzing scientifically. It also 'could' cause males of lesser genetic quality to be the ones left on the territory to become breeding stallions. Where are the scientific studies provided on this conjectural statement? (Letter 1293 Comment 32)

- Sex Ratio skewing - This is unnecessary and would mess with natural behaviors, much the same as GonaCon which changes behavior through a hormonal change. These horses must be managed to protect their natural behaviors and management plans that change the sex ratios do not do that. This needs to be eliminated from the final plans. (Letter 1296, Comment 37)

- Manipulating the Heber herd for age and gender ratio is unnecessary and will disrupt the natural behavior of the family bands and the entire herd. It can be dangerous to all with escalation of competition for mares, unnatural breeding of yearling fillies (normally protected by their family band) and contribute to loss of genetic diversity with less stallions doing the breeding. (1162, 8)

**Response:** Sex ratios of feral horse herds in the western United States suggest that for young horses, it tends to be close to parity (1:1), whereas there generally is a preponderance of females in the adult segment of feral horse populations (Garrott 1991). The similarity of the sex ratios of herds with and

without a history of removals suggests that any differential probability of capture between adult males and females was slight and probably had little impact on observed sex ratios. Sex ratios of adults tend to be skewed toward females due to differential survival (Garrott 1991). A preponderance of females is common in many mammalian species and is generally interpreted as indicating that survival of adult males is lower than survival of females (Trivers 1972). The age-specific sex ratio data for horses shows a pattern of increasingly skewed sex ratios in favor of females to age 4 or 5 years. However, the apparent reversal in sex ratio of older horses indicates that differential survival switches from favoring females in the immature age-classes to favoring males in mature age-classes.

For the Heber Wild Horse Territory herd, the USFS intends to conduct gathers primarily with passive bait and trap operations where horses enter traps volitionally regardless of sex or age. We will not focus on selective removal of females to skew sex ratios but attempt to mimic the gender ratios which would occur naturally. Our goal is to reduce the herd to AML through direct removal and to slow the reproductive rate using immuno-contraceptives. This dual approach has proven effective in managing federal wild horse herds.

## Theme 6-6 Impact of gathers

A representative comment from this theme:

- YOUR PLAN STATES THAT THESE REMOVAL OF HORSES WILL BE SEND TO TEMP HOLDING PENS. THE FS DOES NOT HAVE THE MEANS TO SUPPORT THIS STATEMENT AND DOES NOT HAVE A CURRENT CONTRACT WITH THE BLM TO HOUSE THE HEBERS THAT ARE CAUGHT OR HOUSE OUT OF STATE. (Letter 987, Comment 2)

- Page 11 and 12/All Bullets: Concern: Helicopters must not be used for driving horses. Helicopter use constitutes animal cruelty even for sound, healthy horses in their prime. The weak, the young, mares in foal are especially subject to extreme abuse with helicopter driving. The so-called "pressure and release" phrase in Bullet 11 is still highly stress-producing and uses fear as the basis for moving the horses. This management plan must make the effort to come up with other options (e.g. riders on horseback -- no roping! -- quietly and slowly herding wild horses). The public is incensed that tax payer money is used to produce fear to drive horses by helicopter over miles of terrain. A helicopter can be humanely and feasibly used for darting of immunocontraception which is a brief encounter with the mare and a feasible procedure. (Letter 1379, comment 41)

- Separating wild horses by bait and trap will certainly cause chaos in the forest and could result in destruction to areas of the forest by the remaining bands, to the corrals or pens, to the wild horses inside, and to nearby sensitive wildlife. Checking baits every 12 hours is too long a period of time for checking and there could be injury to the horses and the wildlife nearby. (Letter 1409, comment 99)

- EA, p. 27, Figure 3 shows corrals set up inside the Territory. Why would FS capture horses within the Territory when they seem to be complaining that the horses are not staying in the Territory? Once would think bait and trap would focus on horses outside the Territory? (Letter 1409, Comment 82)

**Response:** All handling activities will follow humane handling procedures consistent with USDA, DOI, AVMA and AAEP guidance, Lacy Act does not cover horses.

USDA FS has facilities for processing animals in collaboration with other WHT's and works with the State Animal Health Officials if interstate movement is required.

Horses may be gathered within the territory to administer contraceptives, radio collaring or other needed management activities. This was clarified in the Final EA.

## Topic 7. Process for determination of excess horses Commenters (contained in letter numbers 857, 910, 1078, 1159, 1169, 1281, 1283, 1293, 1310, 1338, 1344, 1379, and 1409) raised concerns about the process used for determination of excess horses specifically taking umbrage with the thresholds for removal and the lack of public input or notice when an excess determination is made.

### Theme 7-1 Thresholds for removal

A representative comment for this theme:

- The Draft EA for this project states that "excess" horses will be determined, in part when the Standard Precipitation Index (SPI) reaches a value of minus 1.00 or less for the preceding 12-month period and forage production decreases to less than 50 pounds per acre. 2021 USFS Draft EA at 22. As the USFS must be aware, the SPI is currently well below -1.00. Forage throughout Region 3 of the USFS, and specifically on the Apache-Sitgreaves National Forests, and on these allotments, has already been impacted. It appears the USFS may have already set the AML beyond what the range can support unless the USFS plans to reduce permitted livestock grazing immediately and until the SPI reaches positive numbers or the range recovers. (Letter 910, comment 9)

- Draft EA p22. Thresholds for Determining Excess Horses. Comment: "The horse population exceeds the upper level of appropriate management level, which reflects the maximum number of horses to ensure a thriving natural ecological balance within the territory and preventing deterioration of the range." Action: The Department recommends adding the wording "within the Sitgreaves National Forest" to this threshold and deleting "which reflects the maximum number of horses to ensure a thriving natural ecological balance within the territory and preventing deterioration of the range" to remove any ambiguity as to the geographical extent to which the appropriate management level (AML) applies, and would help ensure that the implementation of needed removals of excess horses distant from the Heber Wild Horse Territory (HWHT) could occur regardless of conditions within the HWHT itself. (Letter 1159 Comment 9)

- Draft EA, p23, Figure 2TMP p6, Figure 2. Comment: The process flowchart, as illustrated, does not provide for implementation of removal actions once the upper limit of the AML is exceeded, independent of any other threshold. Removal actions should take place upon exceeding the upper limit of the AML to ensure resource damage does not occur unchecked. As currently proposed, the process relies on reactive management triggers that allow for the possibility of removal actions to be taken to address resource damage only once problems are occurring, and under certain circumstances occurring for decades. Action: The Department recommends the process flowchart be revised to show clear and direct action between exceeding the upper limit of the AML and the removal of excess horses from the Sitgreaves National Forest. (Letter 1159, Comment 10)

- The trigger points for removing "excess" feral horses are insufficient to prevent resource damage and health impacts that occur when their population exceeds carrying capacity. As written, the EA and TMP indicate that feral horses would only be considered "excess" if the population exceeds

the AML and one or more metrics reflecting forage utilization, resource condition, and animal health are met. The final EA and TMP must be revised to indicate that each of these metrics alone or the AML will trigger removal of "excess" feral horses. (Letter 1078, Comment 12)

- Definition of horses utilizing the territory the "Flowchart that illustrates the process for determining if an excess of wild horses exists on the national forest, based on thresholds" (HWHT Mgmt Plan EA, p.23) includes a decision point "Are horses utilizing territory?" Considering the facts mentioned earlier that the Heber Wild Horse Territory is not fenced and that feral horses have been reliable documented to enter the Territory from the Fort Apache Reservation and from illegal releases or abandonment of formerly domestic horses by private parties; and that the horse population is moving freely between the Heber Wild Horse Territory and the rest of the Sitgreaves National Forest, what constitutes in the Management Plan "utilizing the territory?" I am concerned that the lack of a clear definition of "horses utilizing territory" may lead to conflicting interpretation, and likely litigation, of Management Plan. For example, is a band of horses living most of the year outside the Territory but occasionally stepping within the Territory, considered as utilizing the Territory? As an elected Navajo County Supervisor for District IV, I request that the Forest Service add a clear definition of "horses utilizing territory." (Letter 1169, Comment 5)

- One of the thresholds is horses not using the territory for "long term" use (which is not defined and vague) yet the FS has fenced the horses out of the territory. Utilizing "key" grazing areas exceeding 35% yet the term "key" grazing areas is not defined and vague. Likewise, "sensitive areas" is not defined yet if these areas are impacted negatively by horse use, the horses can be removed. Animal health is another reason to remove yet there is no process for certification by a veterinarian. Then there is a "catch all" provision for "other circumstances" which is not defined and is vague and arbitrary power in one person's hands, the Forest Supervisor. Despite all these flaws, one comes back to the central question, how can the FS remove horses for not using the territory when they are the ones who locked them out? This is a disgrace and violation of the FS duties under federal law. (Letter 1409, Comment 78)

**Response:** The method for determining excess horses was clarified in the final EA and the Territory Management Plan. The proposed action now consists of a strategy to remove excess horses to achieve the upper end of AML and then an adaptive management strategy for managing within the AML range.

A herd health management action in the adaptive management table includes tracking of movements either through continued improvement of band data or other appropriate research methods including but not limited to radio collaring.

Horses may move on-and-off the territory when they are within AML. However, a thriving natural ecological balance is based on ecological indicators is specific to the lands within the Territory. See the Clarifications to Heber Wild Horse Territory Management Plan for more information.

Several commenters raised concerns about the monitoring protocol which seems to indicate that resource damage must occur over three measurement periods. The adaptive management process was clarified in the Final EA Table 2. All potential management actions that could result from a monitoring question are listed in the adaptive management table. Gather and remove excess horses is often just one of many management actions the responsible official could choose based on monitoring.

## Theme- 7-2 Decision Authority

- Draft EA p22, 3rd paragraph. TMP p6, last paragraph. Comment: "When a threshold is exceeded, the deciding official (district ranger or forest supervisor) may make a determination that there is an excess of horses. That determination will be documented in a letter to the file. Once an excess determination is made, the deciding official will then authorize removal of excess horses to achieve appropriate management levels (figure 2)." Action: The Department believes making such a determination optional when a threshold has been exceeded adds subjectivity to the decision process. The Department recommends a clear, objective decision process, utilizing clear thresholds and best available science for making determinations of excess horses, and conducting removals when AML is exceeded. Also, the Department requests a timeline by which the deciding official would make such a determination, as well as the length of time between the authorization for removal and the initiation of removal activity (Letter 1159, Comment 8)

- TMP, p. 14. Too much authority in a single person. The forest supervisor has extraordinary unchecked power to remove the horses without consultation with experts or even notice to the public. Horse advocates should be intimately involved in any proposed removals and any removals should be well supported with study and data to back it up which has not been presented to date. (Letter 1409, comment 96)

- EA, pp 21-22. Determination of Excess horses is vague and arbitrary. One government official can send "a letter to the file" unbeknownst to the general public and remove wild horses if a single threshold is deemed exceeded. There should be detailed process in place before such conclusion can be reached including consulting independent experts, data to back up the conclusion, and giving public notice. (Letter 1409, Comment 78)

**Response:** The overall decision for any activity on the NFS lands ultimately lie upon the Forest Supervisor, who relies upon the subject matter experts to provide sound factual data for decision making. The thresholds for removal provide a framework for the deciding officer to make the decision but allow flexibility to address each determination specifically. The exact times for implementation of any of the methods utilized are dependent on numerous other factors, largely funding and human capital.

# Topic 8. Territory Management Plan

Commenters (contained in letter numbers 123, 424, 498, 912, 1011, 1045, 1159, 1168, 1261, 1283, 1327, 1330, and 1379) made suggestions to the specific protocols or language in the Territory Management Plan. Some suggestions were provided for additional analysis recommended.

## Theme 8-1 Specific protocols

A representative comment for this theme:

- We do not find detailed information as to the disposition of captured horses: What adoption facility (BLM/FS) will process captured horses? Who will approve facilities for adopted horses? Who will conduct compliance checks on adopted horses? If processed by BLM, will Heber horses be subjected to the ill-fated $1000 adopter incentive program? If processed by Forest Service, are qualified staff available? What database will be used? Will horses be freeze-branded as required by FS regulations, or micro- chipped, or both? What titling process will be used? What is the capacity of the ASNFs to rescue or re-possess horses in the event of failed adoptions? (Letter 912, Comment 13)

**Response:** The level of detailed information requested is already included in the Territory Management Plan. The standard operating procedures in the Territory Management Plan include the Comprehensive Animal Welfare Standards which are the standards that were developed by established professional equine health organizations both governmental and private which federal and state agencies must comply with.

- The USFS fails to specify the process by which horses may be determined to be domestic animals. See TMP, App. 1: Standard Operating Procedures for Removal of Excess Wild Horses, p. 10 ("Any branded or previously domesticated animal captured will be handled under regular impoundment and disposal procedures."). Consequently, it is impossible to determine whether that process affords sufficient protection for wild horses. (Letter 1344, comment 34)

**Response**: Stray horses and burros are animals that do not meet the definition of a wild free-roaming horse in accordance with 16 USC 1332(b), 36 CFR 222.60(b)(13), and 36 CFR 222.63.

## Theme 8-2 Suggested analysis

A representative comment for this theme:

- Over a 10-yr period, I recommend the following measure: MM = No. of Removals divided by the mid AML range. => Removals/AML Management Goal would be well under one (1) This addresses both feasibility & humane issues. GOAL: MM less than 1. Once at AML and maintain PZP darting at about 80% mares/yr. per WHOA population modelling. We can easily keep this MM no. at 1 or under. For example: NOT Feasible Removing 1000 wild horses in 10 years with a median AML of 100 Management Measure or MM = 10 Feasible & Humane Removing 100 wild horses in 10 years would then be an MM of 1 (letter 1283, Comment 9)

- Why are the preparers and decision-makers ignoring Reserve Design as a pre-eminent course of action that could be adopted for the wild horses? It would allow for long-term viable, ecologically adapted, and naturally self-stabilizing populations of wild horses, but would mean biting the bullet and actually providing adequate natural resources to accommodate a much higher, truly viable mustang population. It involves the design of a bounded reserve that provides the space, water, forage, shelter, mineral sources, seasonal migratory amplitude, both vertically and horizontally, etc., within which the wild horses could fill their ecological niche. This they should do as mature social units that are not frequently broken up by violent captures and destruction of their natural family bands. (Letter 498, comment 234)

**Response:** The EA includes an adaptive management and monitoring plan that was developed to ensure the components of a thriving natural ecological balance (TNEB) are sustained. This monitoring plan meets the intent of the WHB Act, the Forest Plan and other agency direction guidance on resource monitoring. The appropriate management level (AML) is proposed to ensure that the requirements of the herd are met while maintaining TNEB.

Horse Comprehensive Animal Welfare Standards are incorporated into the Territory Management Plan which will ensure safe and humane management of the horses and the forest biome.

Additional analyses are unnecessary as the project incorporates adaptive management and adaptive monitoring.

## Topic 9 Terrestrial Wildlife Commenters requested additional analysis regarding impacts to wildlife including threatened, endangered and sensitive wildlife species.

## Theme 9-1 Impacts to Threatened, Endangered and Sensitive Species

A representative comment for this theme:

- We recognize the Biological Assessment is separate from NEPA and CEQ requirements, and the ESA does not require public participation on the preparation of the BA. However, because there is little information available on the impacts from horses on wildlife or wildlife habitat (EA page 65), we believe we would be remiss if we did not question the preliminary Biological determinations displayed in the draft EA. (Letter 1236, comment 37)

**Response:** To comply with the Endangered Species Act, a biological assessment for fisheries and wildlife was prepared for the alternative selected by the deciding official and was be submitted to the Fish and Wildlife Service for consultation. Determinations were made and finalized. The Biological Opinion was completed.

- EA, p. 63-64. Numerous species are identified in the Sitgreaves Forest including the Mexican spotted owl, Mexican wolf, birds and falcons including the Goshawk and bald eagle, bats, mice and yet every single determination was "No action" with a short conclusion lacking in any study that the species is "not likely" to be effected by their proposed activities, including bait and trapping and helicopters. Insufficient study or no study was done. (Letter 1409, Comment 92)

**Response:** Effects may occur, are disclosed and explained in supporting document and are based on previous studies and professional knowledge.

# Topic 10 Fencing

Commenters (contained in letter numbers 39, 456, 485, 498, 502, 520, 702, 820, 838, 847, 899, 910, 912, 972, 987, 1065, 1078, 1154, 1159, 1162, 1169, 1179, 1190, 1236, 1253, 1281, 1283, 1293, 1296, 1330, 1338, 1409, and 1416) brought up concerns related to livestock fencing restricting horse movements including fully accessing the territory and water developments.

## Theme 10-1 fencing restricts horse movement

A representative comment for this theme:

- First territory boundaries are not in accordance with The Wild Free Roaming Horse and Burro act 1971. These animals are to be considered in the area where they are presently found as an integral part of the natural system of public lands. Instead, the Forest Service did not do surveys before mapping lines for the Heber Wild Horses territory. Due to cattle pasture leasing fences are now up on these public lands. The fences prevent free roaming of the Wild Horses for water, forage and shelter. (Letter 485, Comment 2)

- The agency must also address fencing problems which prevent the Heber wild horses from accessing, entering and utilizing their own Territory. Such impediments to their free-roaming behavior must be removed as during droughts, mustangs suffer when prohibited from accessing life-saving water sources. (Letter 899, Comment 5)

**Response**: As noted in the rangeland resources specialist report the grazing allotments and accompanying fences were in place prior to the establishment of the territory...When the Heber Wild Horse Territory (the territory) was established it overlaid portions of the already well-established Black Canyon and Heber grazing allotments.

Structural range improvements are included as habitat management actions within the adaptive management component, including increasing fence permeability. As noted in the horse specialist report...With the adaptive management strategy, if monitoring indicates a need, management actions such as developing additional water sources (to draw the animals into under-used locations) and increasing fence permeability may be used to help improve the use of the territory by the horses.

- Allotment Fences. The ASNFs admits the wild horses are not accessing their entire Territory due to existing pasture fences. The proposed solution of widening gates or adding new gates is unlikely to change the situation. It would be helpful if the ASNFs could fully analyze more innovative solutions. For example, would it be possible to eliminate internal fences in the Black Canyon allotment within the Territory? Would it be possible to convert selected sections to let-down fencing? Would it be possible for the majority of the Heber allotment pastures to absorb the 6% use currently within the Territory? Could permit reduction/AUM buyouts be negotiated? If solutions to fence obstruction can be found, it may be a number of years until wild horse use patterns change. Studies of large ungulate migrations show that removing obstructions or creating new corridors are unlikely to immediately alter travel routes, but can take up to 90 years to have significant effects. Still, the ASNFs recognize this as an on- going problem for the horses, and undoubtedly for other wildlife, and regardless of the Alternative selected this needs to be seriously addressed. (Letter 912, Comment 8)

**Response:** Structural range improvements are included as habitat management actions within the adaptive management component, including increasing fence permeability. As noted in the horse specialist report, with the adaptive management strategy, if monitoring indicates a need, management actions such as developing additional water sources (to draw the animals into under-used locations) and increasing fence permeability may be used to help improve the use of the territory by the horses.

- A reasonable alternative, which was not analyzed in the EA, and should appear in the final EA, is to install new fencing that confines feral horses within Territory boundaries. Until such fencing is completed, existing pasture fences should serve as a temporary boundary, and any feral horses outside that area must be treated as in excess of the AML and removed from the Forest (Letter 1078, Comment 9)

**Response:** While it is recognized that fences exist in wild horse territories for other management purposes including safety, fencing wild horse territories in total is considered contrary to the wild free-roaming horses and burros act. Senate report 92-242 emphasizes that the management of the wild free-roaming horses and burros be kept to a minimum in part to deter the possibility of 'zoolike' developments.

- You acknowledge there is generally enough water on the territory for the wild horses year-round. We agree, and have hauled water during times there is not, and will continue to offer those services. However, the issues that occur are more often due to fences impeding movement of individual bands from one area to another as different water holes dry up. Gates are not left open when livestock is removed, and there has been an issue with side-by-side gates causing foal and mare separation, injury and death. These issues have not been addressed in the TMP. Additional water sources would be helpful, but only if maintenance of these is outlined and followed through with. And the gate issue needs to be outlined and resolved for the protection and safety of the horses. (Letter 1293, Comment 12)

**Response**: The Heber WHT was established in 1974 by federal officials at that time with the data they had. None of the FS Wild Horse/Burro Territories have perimeter fencing which allows for the animals to move on and off as necessary. Where it has been observed horses have not or traditionally do not utilize a portion of the territory, the FS is working with the permittees to ensure when the cattle are not present, the

gates remain open for the horses to have ability to move freely. Where there are cattleguards without an adjacent gate, the FS has plans to place gates (may need to be away from the cattle guard) to allow for horse passage that will allow for horse passage but not cattle.

- WHR, p.1 Once again the FS admits in one sentence that they have fenced out the Heber Herd from their Territory and in the next sentence, the FS acts like it does not know why the horses are not using the Territory??? To quote the FS on p.1 of WHR, "Existing livestock fencing within the territory may be limiting horse movement to the lower elevations in the northern portion of the territory. However, current monitoring is not sufficient to ascertain with any certainty why horses are utilizing the northern portion of the territory nor is it sufficient in determining why they are not moving off the territory. Additional monitoring is needed to better understand how the horses are using the territory." See my comments above to AML, p. 32 (Letter 1409, Comment 44)

**Response**: In the AML determination document additional monitoring is incorporated to better understand how horses are using the territory. The adaptive management component of the proposed action would allow managers to use such monitoring data to make management changes. As noted in the horse specialist report...With the adaptive management strategy, if monitoring indicates a need, management actions such as developing additional water sources (to draw the animals into under-used locations) and increasing fence permeability may be used to help improve the use of the territory by the horses.

## Topic 11. SocioEconomics

Commenters (contained in letter numbers 498, 704, 878, 900, 987, 1159, 1253, 1281, 1283, 1380, 1409, and 1420) raised concerns about the cost of implementing the proposed action and sources of potential funding. Commenters also raised concerns about the impacts of the proposed action on local businesses and recreationists.

### Theme 11-1 Financial Efficiency

A representative comment for this theme:

- COST ANALYSIS: There is no cost analysis regarding the many options discussed, the many options not discussed. Moreover, again, these NEPA documents do not suffice (Letter 1253, Comment 7)

- The EA failed to provide the economic impacts of the proposed action, including lost revenues, costs for capture and short term and long term or lifetime holding of horses or capture and disposal and any sterilization procedures vs. the economic benefits to American taxpayers of reducing or eliminating taxpayer subsidized livestock grazing in this area including all details of research studies and methods of research of these studies. (Letter 498, Comment 128)

- I would like to see a cost break down on what is being spent catching these horses. And the cost to remove them along with the cost of providing for their care; put up against the monies made from grazing allotments along with the expenditures for such items as fencing and irrigation piping necessary for livestock grazing on federal lands. (Letter 878, Comment 1)

**Response:** Financial efficiency evaluates the costs against the expected financial revenue by alternative. Financial efficiency analysis is not required for range or wild horse management decisions. Nor is the purpose and need of the project driven by improving the financial efficiency of the range management program, nor would the financial cost of implementing the TMP result in unintended adverse impacts.

Costs are but one of numerous factors that would be considered the selection of methods used to implement the adaptive management approach outlined in the Final Territory Management Plan.

Long term or lifetime hold is not proposed under this project. Livestock grazing is not being analyzed under the project.

## Theme 11-2 Cost of project analysis- Implementation Plan

A representative comment for this theme:

- Economic impacts and funding needed for the implementation of the HWHT Management Plan. Nowhere in either is the Draft HWHT Environmental Assessment (e.g., Page 104, Effects Analysis - Economic Impacts) or the HWHT Management Plan is there any discussion and analysis of the projected costs and economic impacts of implementing the Draft HWHT Management Plan. In addition, there is no discussion of the potential procurement and securing of either USFS funding or other federal / non-federal funding that will be needed to fully implement the actions proposed in the HWHT Management Plan. These issues are of critical concern to the AWF and need to be addressed and discussed in the Final -HWHT Environmental Assessment and HWHT Management Plan. If management of HWHT is to be successful the AWF strongly believes that adequate and continued annual funding is of critical importance. (Letter 900, Comment 7)

- EA, p. 17. FUNDING? The FS obviously doesn't have the funding now to complete the aerial and other surveys necessary to determine the herd size, herd composition, and migratory patterns. Without an increase in funding, the FS will not have resources to continue to monitor closely the population and this obligation too will not be followed. There is no discussion of funding availability for all the activities and follow up required in this proposed action. Why would taxpayers have to take on the obligation of paying for the care and feed of wild horses in captivity? What is the source of the funding available to care for the horses once rounded up? If funds fall short, are these horses headed to slaughter (immediately after auction)? What protections have been put in place for the removed horses to ensure they do not end up in meat markets? Simply put, none. In 2014, a FOIA request revealed an internal memo from Joan Guilfoyle, national director of BLM's wild horses program urging suspending roundups until those horses already in captivity can be placed elsewhere but that has fallen on deaf ears. (Letter 1409, Comment 75)

**Response**: Costs are but one of numerous factors that would be considered the selection of methods used to implement the adaptive management approach outlined in the Final Territory Management Plan. Costs of particular methods will change over time along with changes in the economy and technology. The amount of congressionally funds allocated for the management of the Heber Wild Horse Territory is beyond the decision authority of the responsible official. Funding implementation is likely to come from a combination of resources including congressionally allocated funding, partnerships and grants. Range improvements for grazing are authorized under a separate permitting process and are beyond the scope of this decision.

## Theme 11-3 Socioeconomic Impacts

A representative comment for this theme:

- I REQUIRE THAT ANY NEPA ANALYSIS OF THIS PROPOSED ACTION INCLUDE BUT NOT BE LIMITED TO A THOROUGH CONSIDERATION OF THE FOLLOWING

SIGNIFICANT IMPACTS OF THIS ACTION.  * THE ECONOMIC IMPACTS OF REQUIRING TAXPAYERS TO ABSORB THE ASTRONOMICAL COST OF THESE CAPTURES AND MAINTAINING ANY ADDITIONAL WILD HORSES AT USFS OR BLM HOLDING FACILITIES, AND * THE IMPACT OF INCOME OF LOCAL BUSINESS IN FOREST LAKES AND OR HEBER WHERE MULTIPLE PHOTOGRAPHERS COME ALL OVER THE WOLRD TO TAKE PICS OF THE HEBER WILD HORSES WHICH IN RETURN GENERATES ADDITIONAL INCOME TO THE LOCAL STORE FRONTS, HOTELS, CAMPING… ETC. (letter 987, Comment 7)

- We have been spending our summers in Heber Overgaard for 14 years. We love the area so much we invested in a home there. The biggest attraction to us was and is the wild horse bands that roam the area. We've invested a lot of time and money into our second home and the community. If you do as planned, we will probably leave the community. We know others who feel as we do. (Letter 1420, Comment 1)

- EA, p. 12. Impact to travel and tourism was not considered as an option for the herd. Viewing stations along State Rt 260 could prove to be a valuable tool to increase awareness of the wild horses and provide an enjoyable recreational opportunity for the public but this option was not considered. It could also be a revenue source to fund proper care and management of the herd. This option was not considered by the FS in any of the project record reports. (Letter 1409, Comment 70).

**Response:** The socioeconomic environmental consequences section includes a social impact analysis of the values, attitudes and beliefs of communities of interests, including wild horse advocates. It is anticipated that attitudes towards implementation of the action alternative would shift to favorable in the long-term, as the Heber horse population is stabilized and healthy. Long-term changes in community structure or out-migration are not anticipated from the implementation of the action alternative.

Travel and tourism related economic impacts are also considered in the socioeconomic environmental consequences section. While there are tourism related economic benefits associated with the Heber Wild Horse Territory, the purpose and need of the project is focused on establishing a territory management plan to ensure the herd is managed to maintain a self-sustaining population of healthy horses within the territory by establishing population management actions. Development of recreation infrastructure is beyond the purpose and need of the project and therefore beyond the scope of the project.

## Topic 12. Recreation

Commenters (contained in letter numbers 430, 498, 1281, and 1296) raised concerns about lost opportunities for horse viewing under the proposed action and concern that conflict between recreationists and horses is not relevant.

### Theme 12-1 Recreation resources and impacts

A representative comment for this theme:

- The EA failed to include an analysis of the recreational use impacts due to lost opportunities for wild horse viewing, independent research and photography, and human need for solitude and meditation; all of which are popular public activities in this Heber wild horse area, including all details of research studies and methods of research of these studies. (Letter 498, comment 127)

**Response:** The EA in the Recreation and Social Economic Analysis discusses lost opportunities for horse viewing.

- Recreation Resource Report You talk about conflicts occurring occasionally with aggressive horses. This is a chance people take anytime they encounter any kind of wildlife so this is truly not relevant to the decisions being made. (Letter 1296, Comment 16)

**Response:** Conflicts are mentioned because they impact the recreation experience and opportunities in the area. They also relate to the number of horses in the area--it is expected that the more horses there are, the more the likelihood of encounters between horses and people.

## Topic 13 Cultural Resources

Commenters (contained in letter numbers 1253, 1281, and 1296) raised concerns about a lack of completed heritage surveys prior to the NEPA analysis.

### Theme 13-1 Incomplete surveys.

Representative comments from this theme:

- Cultural Resources Report One concern we have with this report is that it states that 15,000 acres of the 19,000 acre project area were surveyed. This should have been completed before this TMP/EA was drafted. (Letter 1296, comment 8)

- This also does not include the rest of the off-proposed-territory activities included in these proposed plans. You state a concern that you have missing data of about 20% for the proposed territory acreage. Again there is no mention of the 300,000 acres where the majority of the horses live and would be trapped, or gathered via helicopter. Why is this information not included and why wasn't the entire proposed territory completed before this part of the NEPA process was started. (Letter 1296, comment 9)

**Response:** Potential project activities under the proposed alternative, if determined necessary through monitoring under adaptive management, include but are not limited to the installation of new stock tanks as necessary. These proposed project activities have the potential to adversely impact historic properties. To mitigate this, design feature Heritage-1 identifies that in order to avoid impacts to heritage sites all undertakings will need a cultural resource inventory and that if any cultural resources are found within the locations identified they will not be utilized or will be modified to avoid impacts to those cultural resources. Inventories shall be conducted in accordance with the stipulations set forth in the First Amended Programmatic Agreement Regarding Historic Property Protection and Responsibilities, as agreed upon by the Arizona State Historic Preservation Officer and Region 3 of the USDA Forest Service in 2003 (the PA). By following these guidelines, the projects will be in compliance with Section 106 of the National Historic Preservation Act, as amended, and Section 101(b)(4) of the National Environmental Policy Act of 1969.

# Comments related to the analysis process

## Topic 14 NEPA Analysis

Commenters requested to update or revise the Draft EA, Draft Territory Management Plan or supporting documents to reflect current information and cited concern at the lack of analysis for certain topics.

Theme 14-1 Editorial Remarks or requests for clarification

- Numerous editorial comments were submitted, the majority of which were non-substantive and won't be reiterated here.

**Response:** These comments have been noted and have been incorporated into the final environmental analysis, as necessary to inform the public and decision-makers about the potential impacts of the proposed project.

Detailed specialist reports were prepared for each of these resource areas and are incorporated by reference. These documents are available in the project record. These reports disclose methodology and analysis used to draw conclusions about potential impacts for the resources.

## Topic 15. Public Involvement and Scoping

Commenters (contained in letter number 26, 111, 167, 498, 511, 517, 894, 901, 910, 1058, 1169, 1236, 1253, 1281, 1296, 1298, 1329, 1384, 1402, and 1409) expressed concerns related to public input, including the scoping process and the draft EA comment period. Comments advocated for a longer comment period to review the reports including all the literature cited within the specialist reports. Commenters raised concerns about the CARA database and issues submitting comments.

### Theme 15-1: Scoping or comment period process concerns

Representative comments from this theme:

- The 30 day time frame for public comments is too short due to the complexity of the Heber Wild Horse Territory Management Plan Draft EA and Draft Territory Management Plan and the multiple other pdf files that accompany the plan. (Letter 111, comment 1)

- Overall Volume - Given the sheer volume of additional materials and reports, and references which are mentioned however not provided, as well as the life and death nature of the outcome for these wild horse families, and the public impact, additional time for review is necessary. It took 26 hours and 45-minute man-hours to search for and file references listed, and/or document those that could not be found online. This doesn't include time to read any of the reference materials found and filed to be read. For documents found, and those not found but having the number of pages listed we have summed the number of pages to be approximately 7,271 pages of information that has to be read to make an informed and substantive public comment on this plan. (Not to mention the missing environmental information which should be included for the public.) (Letter 1298, comment 1)

**Response:** Extending the comment period for an EA is not allowed. For an EA, comments were accepted for 30 days beginning the first day after publication of the legal notice in the newspaper of record (36 CFR 218.25(a) and 218.24(b) (4)). This time period cannot be extended (36 CFR 218.25(a) (1) (iv)).

The only documents published for comments on were the Draft Environmental Analysis and the Draft Territory Management Plan. The commenter took it upon themselves review the supporting specialist reports, which were summarized in the Draft EA, and all associated citations which they requested.

- We cannot bring up objections that we do not address in prior comments during these public comment periods. So if FS doesn't read and provide a response to our public comment during the scoping period then we don't get a response to that round or the current round until the Final EA and TMP are completed, where do we have an opportunity to reply to their response to our public

comment, this step is omitted. Thereby making a scoping process null and void for us because FS deleted a step in the process for us. The public cannot address issues not raised in their public comments, during this or the scoping period, prior to the objection. And the public has no knowledge of what issues we brought up. We are damaged by FS leaving this information off the public record as people who thought they could rely on our public comments, and our actions throughout the entire process now see nothing from us. We have no way of knowing who might be looking for our prior comments, so we have no way of providing them to people who might be looking at the public records provided by FS and not finding our comments. (Letter 1296, comment 87)

**Response:** The CARA database is a tool used by the Forest Service to help manage comments to ensure that all comments are tracked and managed appropriately. Allowing comments to be submitted to multiple sources increases the likelihood for comments to be misplaced, lost or overlooked.

Some commenters are erroneously equating their comment posting to the reading room with their comment being accepted by the CARA system. When a comment is submitted into CARA, confirmation of submission is provided by a screen shot.

The reading room is not intended to provide verification that comments have been received. The Forest Service is not required to publish all public comments on a project. The reading room is provided as a courtesy for commenters to see the comments that have been submitted. There is no requirement to do this. There may be a number of factors that delay the posting of comments into the reading room. Therefore, it is not a reliable source to determine if submitted comments have been effectively received.

The Responsible Official shall consider all written comments submitted during a designated opportunity for public comment in compliance with 36 CFR 218.25(a). The Responsible Official shall use information from comments to enhance project analysis and decision making. There is no requirement in the regulations to provide a **response** to comments provided for an EA, only they be considered.

The decision notice will include a brief summary of how the public was involved in the analysis and can be an opportunity to explain how comments received during scoping and the designated comment period(s) were considered and used in the environmental analysis (FSH 1909.15, ch. 10, sec. 12.6 and FSH 1909.15, ch. 40, sec. 43.21).

## Theme 15-2: Availability of references cited

Representative comments from this theme:

- I submit that on 4/2/2021, the Forest Service reorganized the Plan documents and added a number of documents related to the Heber Wild Horse Territory Draft Management Plan. This process is difficult enough for the General Public without the Forest Service making it even more difficult by juggling and adding documents 10 days after they opened up the comment period. Also, the CARA system has been unreliable when trying to submit comments, requiring multiple attempts before they will go through, discouraging public comments. (Letter 167, comment 1).

- I hereby submit this information for the Administrative Record, The Public should be mad aware that on 4/15/2021 Forest Service added a Socioeconomic Report. How can they keep adding documents at such a late date? If FS is going to add Documents it should extend comment period also. (Letter 511, Comment 1)

- FS did start to add references to the public record on the website for this project proposal, beginning 02 April and as late as 16 April 202. (See attachment 3) This included one EA Specialist Report added on 02 April (The 2019_HorseBandObservations (Referred to in the EA and other documents as the 2019 Wild Horse Observations Report) and another on 15 April, 2021, even though the references cited for that report had been uploaded on 09 April, 2021. The public not only did not have many of the references for 30 days, but did not even have the specialist reports used to support the Draft EA for a full 30 days, because it wasn't uploaded until April 15, only 7 days before the deadline for public comments. The EA specialist Report added on the 15th is named the HWHT_SocioeconomicReport. The references cited for this report is named Socioeconomics Literature Cited. (Letter 1296, Comment 71)

- At this point, not knowing how to access these reference files we decided to write to FS again. The second letter to FS was sent on 08 April, 2021. (See Attachment 4) FS responded in a number of emails back and forth on 13 April that we had to right click on the links and save these zip files to our computers in order to open them and that when we got to the point that Google issued a security warning we had to click on the direction that saved it to our computer anyway. They also added a 4 page document to the website with instructions on how to download these large zip files so they can be read. This file was added to the website on 09 April, 2021. (See attachment 4 - "How to Download Large (or zipped) Files From the Website" and Attachment 5 - Letter from FS, including Marshell Moy on how to bypass Google security warnings) This is now only 9 days until the deadline for public comments. (Letter 1296, comment 23)

**Response:** The only required documents to be posted for public review during the 30 day comment period is the Environmental Analysis. The Territory Management Plan does not require a public notice and comment period, but it was provided for context.

The specialist reports were summarized in the EA and incorporated by reference. They were also posted online for the comment review period. Material may be incorporated by reference into any environmental or decision document. This material must be reasonably available to the public and its contents briefly described in the environmental or decision document (36 CFR 220.4(h)). While the specialist reports were incorporated by reference, this does not mean that every citation included with the specialist reports must be made available to the public. However, at the request of commenters, we did post the majority of all citations included in the specialist reports. Again, this is not a requirement and therefore they did not need to be posted for the comment period to be valid.

References added after the comment period was initiated were posted at the request of other commenters to provide requested information. There is no requirement to post all citations within reports.

The FS provided assistance to the commenter to retrieve the requested information. Technical difficulties of the user are beyond our control

## Topic 16. Suggested alternatives for consideration

Commenters (contained in letter numbers 132, 152, 156, 162, 178, 409, 424, 444, 498, 502, 513, 785, 820, 838, 847, 899, 910, 912, 925, 984, 992, 1041, 1053, 1154, 1058, 1107, 1151, 1179, 1190, 1236, 1253, 1261, 1281, 1283, 1293, 1296, 1310, 1327, 1338, 1344, 1368, 1379, 1380, 1409, 1414, and 1416) expressed concerns related to alternatives proposed, requested additional alternatives be considered limiting or eliminating authorized livestock grazing. Several commenters suggested using PZP only or PZP only administered on-range (no gathers) to the control wild horse population.

## Theme 16-1 Consider an Alternative to Reduce Livestock Grazing

Many commenters suggested that livestock grazing should be reduced or discontinued to allow for a higher AML for horses and to reduce negative impacts from livestock grazing.

A representative comment for this theme:

- The EA appears to pre-determine a solution of removing wild horses without full and adequate analysis of the livestock grazing impacts or serious consideration of cancelation or reduction in livestock AUMs or permits. (Letter 498, Comment 259)

- "Reducing Livestock" was also summarily rejected by the interdisciplinary team. Though we are not necessarily proposing livestock reduction for the sake of livestock reduction, we would certainly recommend the ASNFs consider this when doing so would assure sustainable habitat and wild horse population health as part of a well-developed and holistic strategy to satisfy the provisions of the WFRHBA. Since livestock reduction was an "off the table" option regardless of our comments to the Scoping letter, we will reiterate here. Reduction of livestock and/or cancellation of livestock permits are authorized for a number of reasons, one of which is found in 36 CFR §222.4 Changes in grazing permits (a) "The Chief, Forest Service, is authorized to cancel, modify, or suspend grazing and livestock use permits in whole or in part as follows: (1) Cancel permits where lands grazed under the permit are to be devoted to another public purpose including disposal. In these cases, except in an emergency, no permit shall be cancelled without two years prior notification." (Letter 912, Comment 11)

- When this plan and the overall management practiced by the Forest Service leans so heavily toward those of the livestock industry, the rest of the uses of the forest have been reduced. Multiple use is always used as an excuse to reduce horse herds but is never used to reduce livestock numbers. This is not only unequal protection but also does not meet with the language in the 1971 WFRHBA which states the areas where wild horses were in 1971 must be managed "principally" for wild horses. In this case wild horses have not been given use of the entire area where they were found in 1971, nor are they even given principle use of the severely diminished territory drawn on a map by the Forest Service. (Letter 1296, Comment 40)

- The USFS failed to consider an alternative that eliminates or - at a minimum - significantly reduces livestock grazing within the Heber Wild Horse Territory (the "Territory"). The USFS provides the following faulty rationale: "[b]ecause of the requirement to manage for multiple uses, the established history of authorized livestock grazing within the territory, and the abundance of forage that was not identified as a limiting factor in the appropriate management level determination, this alternative was not brought forward for detailed analysis." EA at p. 14. The USFS disregards the fact that, pursuant to the Act, the Territory was designated as a "sanctuary" for the protection and preservation of wild horses. 16 U.S.C. § 1333(a). Moreover, even designated ranges managed under a multiple use concept are to be "devoted principally" to wild horses. 16 U.S.C. § 1332(c). Additionally, the mere fact that livestock grazing has historically occurred within the Territory does not negate this option from consideration. Finally, eliminating or significantly reducing livestock grazing within the Territory would provide up to an additional 506,000 pounds of the available forage to wild horses, which - in turn - would allow an increase in the appropriate management level ("AML"). Given that substantial livestock grazing occurs outside of the Territory, it is anticipated that the impact on permittees currently authorized to graze livestock within the Territory would be minimal. See EA, at p. 51, Table 12 Permitted livestock grazing in the Heber Wild Horse Territory. Consequently, the USFS wrongly

dismissed an alternative eliminating or significantly reducing livestock grazing within the Territory from detailed consideration (Letter 1344, Comment 2)

**Response:** As noted in the EA, reducing authorized livestock grazing to allow for a higher AML was an alternative that was considered and dismissed from detailed analysis. Because of the requirement to manage for multiple uses, the established history of authorized livestock grazing within the territory, and the abundance of forage that was not identified as a limiting factor in the appropriate management level determination, this alternative was not brought forward for detailed analysis.

As noted in the AML determination document, we have a multiple use mandate...The Wild, Free-Roaming Horses and Burros Act of 1971, as amended (16 U.S.C. sections 1331 through 40), requires the USDA Forest Service and the USDI Bureau of Land Management to manage horses and burros in a manner to achieve and maintain a thriving natural ecological balance and multiple-use relationship on public lands. To attain such a balance, free-roaming horses associated with the Heber Wild Horse Territory should be managed to ensure significant progress is made toward achieving the 2015 Apache-Sitgreaves National Forests Land Management Plan (land management plan) standards and guidelines for upland vegetation and riparian plant communities, watershed function, and habitat quality for animal populations, as well as other site-specific or landscape-level objectives, including those necessary to protect and manage threatened, endangered, and sensitive species.

## Theme 16-2 consider solely using contraceptives and no gathers

Representative comments from this theme:

- Of all the population control methods the only well researched, humane option is PZP. All others should not be considered as there isn't enough research into the effects of these methods on wild horses health and natural behaviors, and some are unnecessarily cruel. Again, please choose well established science over unproved experiments. (Letter 152, comment 7).

- The E.A. considers using PZP after removing almost all of the wild horses but fails to consider humane fertility control as a means to stabilize and reduce the CURRENT herd numbers; that failure is unscientific and contrary to the USFS mission. (Letter 992, comment 5)

- Drop consideration for the use of any alternate form or method of birth control, other than native PZP. IUDs in mares as a form of fertility control is an unproven and dangerous method of birth control, and sex ratio skewing is even worse for the wellbeing of the horses. (Letter 1058, Comment 58).

- Adequately consider the immediate start of a robust PZP program to manage the wild horses on the range. A real concerted effort should be put into documenting each band and the migrating patterns, while accommodating the current wild horse numbers with range improvements, fence removal (and boundary adjustment), cattle reductions, and water source improvements. USFS should certify volunteers and personnel immediately to dart PZP, in order to ensure that every mare is darted before giving birth to this year's foal. This way, each mare will not have a foal next year, and every foal not born in the future is one less horse for the USFS to remove in the future. Such a plan would lead to less cost to taxpayers and a more sustainable management for the foreseeable future. (Letter 1058, comment 7).

**Response:** Fertility reduction methods to be utilized will be in compliance with USDA, AVMA, AAEP and FDA standards as indicated in EA and Territory Management Plan.

*Heber Wild Horse Territory Management Plan Final Environmental Assessment*

All fertility control methods affect the behavior and physiology of treated animals (NAS 2013), and are associated with potential risks and benefits, including effects of handling, frequency of handling, physiological effects, behavioral effects, and reduced population growth rates (Hampton et al. 2015). Contraception alone does not remove excess horses from territory's population, so one or more gathers are usually needed in order to bring the herd down to a level close to AML. Horses are long-lived, potentially reaching 20 years of age or more in the wild. Except in cases where extremely high fractions of mares are rendered infertile over long time periods of (i.e., 10 or more years), fertility control methods such as immuno-contraceptive vaccines and sex ratio manipulation are not very effective at reducing population growth rates to the point where births equal deaths in a herd. However, even more modest fertility control activities can reduce the frequency of horse gather activities, and costs to taxpayers. Bartholow (2007) concluded that the application of 2-year or 3-year contraceptives to wild mares could reduce operational costs in a project area by 12-20%, or up to 30% in carefully planned population management programs. Because applying contraception to horses requires capturing and handling, the risks and costs associated with capture and handling of horses may be comparable to those of gathering for removal, but with expectedly lower adoption and long-term holding costs. Population growth suppression becomes less expensive if fertility control is long-lasting (Hobbs et al. 2000).

In accordance with Federal civil rights law and U.S. Department of Agriculture (USDA) civil rights regulations and policies, the USDA, its Agencies, offices, and employees, and institutions participating in or administering USDA programs are prohibited from discriminating based on race, color, national origin, religion, sex, disability, age, marital status, family/parental status, income derived from a public assistance program, political beliefs, or reprisal or retaliation for prior civil rights activity, in any program or activity conducted or funded by USDA (not all bases apply to all programs). Remedies and complaint filing deadlines vary by program or incident.

Persons with disabilities who require alternative means of communication for program information (e.g., Braille, large print, audiotape, American Sign Language, etc.) should contact the State or local Agency that administers the program or contact USDA through the Telecommunications Relay Service at 711 (voice and TTY). Additionally, program information may be made available in languages other than English.

To file a program discrimination complaint, complete the USDA Program Discrimination Complaint Form, AD-3027, found online at How to File a Program Discrimination Complaint and at any USDA office or write a letter addressed to USDA and provide in the letter all of the information requested in the form. To request a copy of the complaint form, call (866) 632-9992. Submit your completed form or letter to USDA by: (1) mail: U.S. Department of Agriculture, Office of the Assistant Secretary for Civil Rights, 1400 Independence Avenue, SW, Mail Stop 9410, Washington, D.C. 20250-9410; (2) fax: (202) 690-7442; or (3) email: program.intake@usda.gov.

USDA is an equal opportunity provider, employer, and lender.