Troy B. Froderman (012717)
Rita M. Gara (037349)
FR LAW GROUP PLLC
4745 North 7th Street, Suite 210
Phoenix, AZ 85014
602-566-7425
tfroderman@frlawgroup.com
rgara@frlawgroup.com

Randall M. Weiner (CO Bar No. 23871)
Annmarie Cording (CO Bar No. 42524)
WEINER & CORDING
3100 Arapahoe Avenue, Suite 202
Boulder, Colorado 80303
(303) 440-3321
randall@randallweiner.com
annmarie@weinercording.com
*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Salt River Wild Horse Management Group, | Case No. 3:24-cv-08148-JJT |
| Plaintiff, | |
| vs. | **DECLARATION OF SIMONE VAN DER SALM/NETHERLANDS** |
| U.S. Department of Agriculture, et al., | |
| Defendants. | |

I, Simone van der Salm/Netherlands, hereby declare as follows:

1.      I submit this declaration in support of the Salt River Wild Horse Management Group's (SRWHMG) Application for Temporary Restraining Order.  The facts stated herein are personally known to me. If called as a witness, I will and can competently testify thereto.

1

2.      I am the president of the Salt River Wild Horse Management Group, SRWHMG, an accredited Arizona non-profit, charitable organization.

3.      SRWHMG is dedicated to the humane treatment of wild horses in Arizona, and the protection and preservation of wild horses living in forests managed by the United States Forest Service (the "Forest Service"), including in the Apache-Sitgreaves National Forest, specifically the Alpine Wild Horses and the Heber Wild Horses therein.

4.      SRWHMG strives to manage wild horses humanely through fertility control throughout Arizona as well as to rescue them and place them in good homes.

5.      On January 20, 2026, this Court found that SRWHMG "has standing to bring its claims and the Court will deny Defendants' Motion to Dismiss on this basis." ECF No. 54 at 8.

6.      On February 26, 2025, this Court found that SRWHMG's "organizational mission – [is] to protect wild horses, manage them humanely, and rescue them for placement in good homes…." ECF. No. 44 at 5.

7.      SRWHMG brings the current Application for Temporary Restraining Order and Motion to Supplement Complaint because the USFS and its contractors and or agents have begun taking actions, which are contrary to their own EA and regulations. This will decimate the remaining horses in the Apache-Sitgreaves National Forest. It blatantly strips their protection from slaughter under the Wild Free Roaming Horse and Burro Act.

8.      I am aware that Forest Service regulations define wild free-roaming horses and burros broadly to include all unbranded and unclaimed horses and their progeny that used National Forest System lands on or after December 15, 1971, or that do hereafter use those lands as all or part of their habitat, excluding only animals introduced after that date by accident, negligence, or willful disregard of private ownership. 36 C.F.R. § 222.60(b)(13). I am also aware that that no accident, negligence or willful disregard of private ownership has taken place or has been proven by the Forest Service.

2

9.    Defendant USFS issued a notice of impoundment that says it will commence a roundup of "unclaimed livestock" on April 27, 2026. This impound notice is faulty and the EA upon which it is based is faulty. Our organization participated in comments on the EA, which appear to have been ignored.

10.    I have seen evidence that impoundments and removals have already begun, ahead of the impoundment date, whether by contractors, agents or private individuals and permittees with permission from the Defendant USFS to take and dispose of these horses.

11.    Defendants have been allowing these removals without justification,

12.    Moreover, the horses are being caught in holding corals that contain sharp objects that will pierce and harm their skin. This is inhumane. It violates the Comprehensive Animal Welfare Program that the USFS promised to abide by in its A-S Forest Management Plan regardless of whether they are stray livestock or excess wild horses.

13.    These horses are protected under the Wild Free-Roaming Horses and Burros Act of 1971 ("WHA"), 16 U.S.C. § 1332, and are illegally labeled as "unclaimed livestock." The decision to strip the horses of their WHBA protections after decades of protection and USFS recognition of their protected status in all the NEPA documents the USFS issued in January, 2026, is contrary to the EA, and even contrary to the stray livestock handling regulations.

14.    By stripping the Heber Wild Horses of their status under the WHBA, the USFS is allowing its agents to directly ship them to slaughter rather than to the adoption facilities required under the WHBA. That's 1800 protected wild horses being sent straight to slaughter!

15.    Our organizational mission to rescue these horses for placement in good homes will be fully undercut, without any sales notices being placed, and we assume there may not be any sales as the horses will be shipped directly to Mexico for slaughter.

16.    The Heber Wild Horses live on federal land in and around the A-S Forest.

3

17.    Defendants have themselves impounded, or let contractors or agents or permitttees capture protected Heber Wild Horses, place them in holding pens, and ship them off.  Upon information and belief, they are currently being shipped directly to slaughterhouses in Mexico. As a result, our organization has not had, and will not have, an opportunity to rescue these horses.

18.    Instead, these protected horses should be going to adoption facilities under the Wild Free Roaming Horse and Burro Act accessible by our organization.

19.    In rounding up these horses, Defendants and/or their agents are impounding the horses in "holding corals" which contain "barbed wire and protruding tie wire in the fencing." Fellhoelter Decl., ¶ 6 and exhibit 1 thereto, which will undoubtedly cause horrific cruelty when panicked horses run into barbed wire. We foresee a real bloodbath, however there is no public viewing allowed.

20.    I have devoted my life to protecting wild horses and this may be the most blatant disregard for federal law and for animal welfare I have seen. The U.S. Forest Service should immediately halt any practice that allows a permittee or any other private individual to capture, remove, transport, auction, or sell horses from National Forest System lands unless and until the agency has made a lawful, documented determination that each animal is not a protected wild free-roaming horse and has complied with the Forest Service's own trespass and impoundment procedures applicable to unauthorized livestock. 36 C.F.R. § 262.10; 36 C.F.R. Part 222, Subpart C; 16 U.S.C. §§ 1331, 1338.

21.    These are wild horses under the wild horses and burro act regardless of whether they have strayed outside of their territory. The public loves and cherishes these horses and they are an important recreational resource. Wild horses on public lands need to be treated like historic treasures, especially because federal law states so. Loss of the ability to rescue the Heber Wild Horses significantly impairs our organization and causes irreparable harm to these horses and all Arizonans who love them.

4

22.    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of April, 2026 in Mesa, AZ.

*Simone van der Salm*

Simone van der Salm/Netherlands

# Declaration of Simone Netherlands (SN)

Final Audit Report                                                          2026-04-24

| | |
|---|---|
| Created: | 2026-04-24 |
| By: | Randall Weiner (randall@randallweiner.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAhEsg36HFwOHd2oQ3HnAFq6xtO8w1xH-h |

## "Declaration of Simone Netherlands (SN)" History

Document created by Randall Weiner (randall@randallweiner.com)
2026-04-24 - 1:16:37 AM GMT- IP address: 73.34.64.32

Document emailed to Simone Netherlands (simone@respect4horses.com) for signature
2026-04-24 - 1:16:58 AM GMT

Email viewed by Simone Netherlands (simone@respect4horses.com)
2026-04-24 - 2:06:44 AM GMT- IP address: 98.177.156.78

Signer Simone Netherlands (simone@respect4horses.com) entered name at signing as Simone van der Salm - Netherlands
2026-04-24 - 2:08:45 AM GMT- IP address: 98.177.156.78

Document e-signed by Simone van der Salm -Netherlands (simone@respect4horses.com)
Signature Date: 2026-04-24 - 2:08:47 AM GMT - Time Source: server- IP address: 98.177.156.78

Agreement completed.
2026-04-24 - 2:08:47 AM GMT

Adobe Acrobat Sign