# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

SALT RIVER WILD HORSE
MANAGEMENT GROUP,

PLAINTIFF,

V.

UNITED STATES DEPARTMENT OF
AGRICULTURE, ET AL.,

DEFENDANTS.

CASE NO. CV-24-08148-PCT-JJT

**[PROPOSED] ORDER GRANTING PLAINTIFF'S
APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY
INJUNCTION; MOTION TO SUPPLEMENT COMPLAINT**

The Court having reviewed the Plaintiffs' Application for Temporary Restraining Order and Preliminary Injunction; Motion to Supplement Complaint (jointly the "Motion") and being fully advised in the premises,

1. HEREBY ORDERS that Plaintiff's Motion is GRANTED; and

2. A Temporary Restraining Order and Preliminary Injunction is hereby issued to prevent Defendants' and their agents' from conducting, allowing or authorizing the impoundment and sale of the Heber Wild Horses from the Apache-Sitgreaves National Forest (the "Heber Horses"), effective immediately, until this matter is decided on the merits;

3. Plaintiff's Supplemental Pleading (attached to the Motion as **Exhibit 11**) is hereby accepted for filing as a supplement to Plaintiff's Complaint. Defendants shall file any responsive pleading thereto within the time permitted under F.R.C.P. 12.

1