ADAM R.F. GUSTAFSON, Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

Gabriel Lopez (FL Bar No. 1017629)
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 598-0881
Email: Gabriel.lopez2@usdoj.gov

*Attorneys for Federal Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Salt River Wild Horse Management Group, <br><br> Plaintiff, <br><br> v. <br><br> U.S. Department of Agriculture, et al., <br><br> Defendants. | Case No.: 3:24-cv-08148-JJT <br><br> **FEDERAL DEFENDANTS' NOTICE REGARDING PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AND MOTION TO SUPPLEMENT COMPLAINT [DKT. NO. 64]** |

The federal defendants, the United States, the U.S. Department of Agriculture, Brooke L. Rollins in her official capacity as Secretary of the Department of Agriculture, the United States Forest Service, Josh Miller in his official capacity as Forest Supervisor for the Apache-Sitgreaves National Forest, and Michiko Martin in her official capacity as Regional Forester for the Southwest Region, file this Notice Regarding Plaintiff's

Application for Temporary Restraining Order and Preliminary Injunction and Motion to Supplement Complaint:

1. There is no emergency here and nothing yet to potentially enjoin.

2. Undersigned counsel received notice of Plaintiff's Motion for a temporary restraining order and preliminary injunction this morning and has worked diligently to obtain relevant information from the United States Forest Service.[1]

3. Based on information provided by the Forest Service, the agency is still in the planning phase of any horse removal activity alleged to be at issue in Plaintiff's motion. For this reason, the earliest the Forest Service will conduct any gathers or other on-the-ground removal activity involving these horses is **July 15, 2026**.

4. The Forest Service also has not authorized any third parties to gather or remove horses on its behalf. The Forest Service issued an April 2, 2026 impoundment notice to alert the public that the agency anticipates undertaking

---

[1] As an initial matter, Plaintiff appends to its Motion two Exhibits (Exhibits 1 and 2) which Plaintiff contends relate to its efforts to communicate with the U.S. Forest Service to prevent the issues outlined in their Motion. However, it is worth noting that (1) the United States Department of Justice is not the United States Forest Service, and (2) as of February 4, 2026, Brian Herman, the attorney who Plaintiff contacted, is no longer on this matter and has been substituted. Dkt. No. 57. Instead, the undersigned responded to Plaintiff to explain that conferral was not possible on a motion that was not attached to the correspondence, and for a matter which (1) did not yet exist, and (2) the Department of Justice had not yet been assigned to represent the interests of the Forest Service. Plaintiff made no attempt to contact undersigned counsel with the actual motions now filed on this docket.

removal activity in the future and to provide notice that any private owners of horses or livestock should retrieve their animals before Forest Service operations begin. Those private retrieval efforts are not being undertaken by the Forest Service, and the Forest Service has not authorized the removal of any non-privately owned horses on its behalf.

5.  In light of the Forest Service's commitment that it will not undertake the challenged gather activity **before July 15, 2026**, at the earliest, there is no imminent federal action requiring emergency injunctive relief. Defendants therefore propose responding to Plaintiff's motion to "supplement" their Second Amended Complaint within fourteen days and also meeting and conferring with Plaintiff to establish a mutually agreeable schedule for preliminary injunction briefing that will allow adequate time for both full presentation of the issues and for the Court's consideration of the motion.

Respectfully submitted this 24th day of April, 2026,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

 /s/ Gabriel Lopez
Gabriel Lopez
Trial Attorney
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 598-0881
Email: Gabriel.lopez2@usdoj.gov