ADAM R.F. GUSTAFSON, Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

Ashley M. Carter (OR Bar No. 165397)
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 532-5492
Email: ashley.carter@usdoj.gov

*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Salt River Wild Horse Management Group, )<br><br>Plaintiff, )<br><br>v. )<br><br>U.S. Department of Agriculture, et al., )<br><br>Defendants. ) | Case No.: 3:24-cv-08148-JJT<br><br>**ENTRY OF APPEARANCE** |

Undersigned counsel, Ashley M. Carter, hereby enters her appearance on behalf of the U.S. Department of Agriculture, Brooke L. Rollins in her official capacity as Secretary of the Department of Agriculture, the United States Forest Service, Josh Miller in his official capacity as Forest Supervisor for the Apache-Sitgreaves National Forest, and Michiko Martin in her official capacity as Regional Forester for the Southwest Region.

Respectfully submitted this 27th day of April, 2026,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

 /s/ Ashley M. Carter
Ashley M. Carter
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 532-5492
Email: ashley.carter@usdoj.gov