ADAM R.F. GUSTAFSON, Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

Ashley M. Carter
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Oregon State Bar No. 165397
Email: ashley.carter@usdoj.gov
Tel: (202) 532-5492

Gabriel Lopez
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
FL Bar No. 1017629
Email: Gabriel.lopez2@usdoj.gov
Tel: (202) 598-0881

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Salt River Wild Horse Management Group, | Case No.: 3:24-cv-08148-JJT |
| Plaintiff, | **FEDERAL DEFENDANTS' MOTION FOR REMOTE HEARING** |
| v. | |
| U.S. Department of Agriculture, et al., | |
| Defendants. | |

The U.S. Department of Agriculture, Brooke L. Rollins in her official capacity as Secretary of the Department of Agriculture, the United States Forest Service, Josh Miller in his official capacity as Forest Supervisor for the Apache-Sitgreaves National Forest, and Michiko Martin in her official capacity as Regional Forester for the Southwest Region (collectively, the "Federal Defendants") move the Court for an order converting the May 1 hearing to a remote hearing (telephonic or video hearing).  In support thereof, the Federal Defendants state as follows:

1.    On April 23, 2026, Plaintiff filed an Application for Temporary Restraining Order and Preliminary Injunction and Motion to Supplement Complaint.  *See* Doc. 64.

2.    On April 24, 2026, Federal Defendants filed a Notice Regarding Plaintiffs' above-referenced filing.  *See* Doc. 65.

3.    Later that day, the Court issued an order granting Plaintiff's Application for a Temporary Restraining Order and provisionally granting Plaintiff's Motion to Supplement Complaint.  Doc. 66.

4.    In its order, the Court directed Federal Defendants to file a Response to Plaintiff's Application for Preliminary Injunction and Motion to Supplement Complaint (Doc. 64) by April 28, 2026, at 5:00 p.m. (Arizona time).  Doc. 66 at 4.

5.    The order also identified that the "Court will hold a hearing on Plaintiff's Application for Preliminary Injunction and Motion to Supplement Complaint (Doc. 64) on **May 1, 2026, at 9:00 a.m.** (Arizona time) before District Judge John J. Tuchi in Courtroom 505, Sandra Day O'Connor Federal Courthouse, 401 West Washington Street, Phoenix, Arizona 85003.  This will not be an evidentiary hearing, and the Court will rely on the evidence the parties submit with their briefing to resolve Plaintiff's Application for Preliminary Injunction" *Id.* at 4-5.

6.    Co-counsel Mr. Lopez is on previously-scheduled leave this entire week and unable to attend the hearing.

7.    Undersigned counsel recently had a baby and returned from maternity leave, which presents challenges to attending the hearing in person this coming Friday. The short time frame also presents a challenge to attending, as undersigned counsel is located in Washington, D.C. but was scheduled to be in Florida on Friday for previously-planned leave for a family commitment.

8.    Therefore, and in accordance with LRCiv 7.2(h), Federal Defendants respectfully request that the Court convert the May 1 hearing to either a telephonic or video hearing.

9.    Undersigned counsel has conferred with counsel for Plaintiff.  They indicated that they have no objection to Federal Defendants appearing remotely but reserve the right for Plaintiff's counsel to attend the hearing in person.

Wherefore, Federal Defendants respectfully request that the Court convert Friday's hearing to a telephonic or video hearing.

Dated: April 27, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

 /s/ Ashley M. Carter
Ashley M. Carter
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 532-5492
Email: ashley.carter@usdoj.gov

3