**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Salt River Wild Horse Management Group, | ) |
| | ) Case No.: 3:24-cv-08148-JJT |
| | ) |
| Plaintiff, | ) **ORDER GRANTING MOTION FOR** |
| | ) **REMOTE HEARING** |
| v. | ) |
| | ) |
| U.S. Department of Agriculture, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

The Court, having considered the Federal Defendants' motion to convert the May 1, 2026 hearing to a remote hearing, hereby **GRANTS** the motion for good cause shown. The May 1, 2026 hearing shall be **remote**. The Court will provide further instructions to access the remote hearing to the parties.