# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Salt River Wild Horse Management Group, | No. CV-24-08148-PCT-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| United States Department of Agriculture, *et al.*, | |
| Defendants. | |

At issue is the Federal Defendants' Motion for Remote Hearing (Doc. 69), in which they request leave to appear telephonically or by video at the Preliminary Injunction hearing set for May 1, 2026, at 9:00 a.m. (Arizona time) (Doc. 66). For good cause shown, counsel for Federal Defendants may appear telephonically. Plaintiff's counsel may appear telephonically or in person.

**IT IS THEREFORE ORDERED** granting Federal Defendants' Motion for Remote Hearing (Doc. 69). Counsel for Federal Defendants may appear telephonically at the Preliminary Injunction hearing set for May 1, 2026, at 9:00 a.m. (Arizona time), and counsel for Plaintiff may appear telephonically or in person. Chambers will e-mail dial-in information to all counsel of record prior to the hearing.

Dated this 27th day of April, 2026.

Honorable John J. Tuchi
United States District Judge