**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Salt River Wild Horse Management Group,<br><br>　　　　Plaintiff,<br><br>　　　　　　v.<br><br>U.S. Department of Agriculture, et al.,<br><br>　　　　Defendants. | )<br>)<br>) Case No.: 3:24-cv-08148-JJT<br>)<br>)<br>) DECLARATION OF JOSH MILLER<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF JOSH MILLER, USDA FOREST SERVICE**

I, Josh Miller, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1.      I am employed by the United States Department of Agriculture, Forest Service, ("USFS"), and have been a USFS employee since 2003.

2.      I serve as the Forest Supervisor for the Apache-Sitgreaves National Forests. I have served in this position since July 2025.

3.      As Forest Supervisor, I am responsible for managing the use of National Forest System lands and resources on the Apache-Sitgreaves National Forest and ensuring the protection of resources located on those lands.

4.      I make this declaration on personal knowledge and a review of the records regularly maintained by the USFS and available to me in the course of official business.

5.      The Heber Wild Horse Territory Management Plan Environmental Assessment and Finding of No Significant Impact (FONSI) was issued on January 29th, 2026.  The Decision Notice set an Appropriate Management Level (AML) for the territory of 50-104 horses and authorizes the Forest Supervisor or his/her delegate or agent to gather and remove horses located across the

1

Sitgreaves National Forest System lands, working furthest from the territory, and progressively moving closer to the territory as outlined in Forest Service Manual (FSM) 2200. If all horses that reside across the Sitgreaves National Forest outside the territory are removed through gathers, and the population residing within the territory still exceeds the upper end of AML, horses would be removed from within the territory boundary until the population reaches 104 horses.

6. On March 9th 2026, I determined that the horses currently found on the Sitgreaves NF are unauthorized livestock.

7. I signed the Notice of intent to impound unauthorized livestock on April 2nd of 2026 for the Black Mesa Ranger District and Lakeside Ranger District on the Sitgreaves National Forest, where the Notice applied to "Any unbranded livestock, or any livestock bearing brands of previously unauthorized livestock which are found to be making continuing or subsequent unauthorized use within twelve months after publication of this notice may be impounded without further notice."

8. Following the complaint and Motion for a Temporary Restraining Order filed by the International Society for the Protection of Mustangs and Burros (ISPMB) on April 22, 2026 in the United States District Court, District of Arizona (Case No. 3:26-cv-08092-KML), the Government filed a Status update regarding the April 2nd impoundment Notice, explaining that the Forest Service had not initiated or conducted any gathers or other on-the-ground removal activities and therefore there was no need for an emergency order. The Government further informed the court that the Forest Service did not intend to initiate any gathers until or after July 15, 2026 and explained that the Forest Service has not authorized any third parties to gather or remove horses on its behalf. Similarly, in response to Plaintiff's emergency motion in this case, the Government filed a similar status update with its Notice Regarding Plaintiff's Application for Temporary Restraining Order and Preliminary Injunction and Motion to Supplement Complaint, filed on April 24, 2026.

9. Additionally, the Forest Service entered into a Joint Stipulation with the ISPMB Plaintiffs, which

was filed with the court in that case on April 27th and states: The U.S. Forest Service will issue (a) a modified impoundment notice; and (b) a notice on its website, which state the following:

a. "Private parties that attempt to reclaim their private livestock on National Forest Lands must comply with all applicable law, policy, and procedures.  No non-privately-owned horse may be removed from the Black Mesa and Lakeside Ranger District on the Apache-Sitgreaves National Forests without compliance with applicable state and federal law, and until the below-specified motion for preliminary injunction in above-captioned lawsuit is resolved on or before July 15, 2026. From now until July 15, 2026, all non-privately-owned horses will be subject to all provisions and protections of the Wild Free-Roaming Horse and Burros Act.  Federal law prohibits causing or allowing the inhumane treatment or harassment of and the unauthorized removal or attempted removal of any wild horse from the Apache-Sitgreaves National Forests by third parties, subject to criminal penalties."

10.    I have reviewed the Exhibits attached to Plaintiff's Application for Temporary Restraining Order and Preliminary Injunction; Motion to Supplement Complaint, which includes the Declarations of Christian Fellhoelter and Simone van der salm/Netherlands, where they claim that an impoundment began on April 21, 2026, conducted by contractors working for the Forest Service, alleging that these contractors "ran several Wild Horses into a holding corral off Forest Service Road 51 and then loaded them into a trailer and drove off with the Wild Horses" by Mr. Fellhoelter, as well as Ms. Van Der Salm's statement that she has "seen evidence that impoundments and removals have already begun, ahead of the impoundment date, whether by contractors, agents or private individuals and permittees with permission from the Defendant USFS to take and dispose of these horses."

11.    The Forest Service has not gathered or impounded any horses on the Sitgreaves Forest.  This includes either by internal Forest Service personnel or personnel contracted by the

Forest Service to do such activities.  Any horses that were alleged to have been removed were not removed by any Forest Service action.  While the Forest Service had planned to begin gathers of unauthorized horses no earlier than April 27th, 2026, the Forest Service has agreed to postpone any gathers until July 15th, 2026.

12.     I have reviewed the Exhibits attached to Plaintiff's Application for Temporary Restraining Order and Preliminary Injunction; Motion to Supplement Complaint, which includes the Declarations of Christian Fellhoelter and Simone van der salm/Netherlands, where they claim that "[a]dditional horses were impounded today, April 22" with attached pictures that Mr. Fellhoelter alleges he took of "these holding corral on March 28, 2026, showing barbed wire and protruding tie wire in the fencing," as well as Ms. Van Der Salm's statement that "the horses are being caught in holding corals that contain sharp objects that will pierce and harm their skin" and that these horses "are currently being shipped directly to slaughterhouses in Mexico."

13.     The Corrals/holding pens identified by the plaintiffs and shown in pictures attached to their motion are located on the Black Mesa Ranger District on the Sitgreaves Forest, just south of the Ranger District Office, and approximately 3-4 miles east of the Heber Wild Horse Territory. The corrals and holding pens are administratively authorized infrastructure that are used and maintained by certain Forest Service permittees who hold a term grazing permit to graze National Forest System lands, where the grazing permit authorizes maintenance and improvements to such structures as this infrastructure is critical for successful livestock management.  These types of corrals and pens can be used to gather and hold permittees' livestock to transport from these areas or other uses such as administering medicine, branding and any other related livestock actions taken by the permittee consistent with the term grazing permit.  There is also nothing restricting the public use of any of these facilities except if it were to interfere with government operations or the infrastructure was being damaged by the public.  However, the Forest Service has no plans to use

these corrals/holding pens to impound and remove any horses on the Sitgreaves National Forest.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 28th day of April 2026.

_____

Josh Miller, Acting Forest Supervisor
Apache-Sitgreaves National Forests
USDA, Forest Service