Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Defendant Rail Lazy H
Contracting and Consulting LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Salt River Wild Horse Management Group,<br><br>Plaintiff,<br><br>vs.<br><br>United States Government, Department of Agriculture, Tom Vilsack as acting United States Secretary of Agriculture; United States Forest Service, Robert Lever, acting in his official capacity as Forest Supervisor, Apache-Sitgreaves National Forest and Michiko Martin, acting in her official capacity as Regional Forester, Southwestern Region; Rail Lazy H Contracting and Consulting LLC d/b/a Rail Lazy H; and Johnson County Livestock Exchange,<br><br>Defendants. | Case No.: CV-24-08148-PCT-JJT<br><br>**DECLARATION OF JACQUELYN HUGHES**<br><br>(Assigned to the Honorable John J. Tuchi) |

I, Jacquelyn Hughes, declare as follows:

1.     I am the sole member and manager of Defendant Rail Lazy H Contracting and Consulting LLC d/b/a Rail Lazy H ("Rail Lazy H"). I submit this declaration in opposition to Plaintiff's Application for Temporary Restraining Order and Preliminary Injunction and Motion to Supplement Complaint, ECF No. 64 (the "Application"). Except as otherwise noted, the statements in this declaration are based on my own personal

knowledge, on my personal involvement in the day-to-day affairs of Rail Lazy H, and on my review of Rail Lazy H's business records and contracts. If called as a witness, I could and would competently testify to the matters set forth below.

2.      I have personally reviewed the Application, the Declaration of Christian Fellhoelter, ECF No. 64-4, and the Declaration of Simone Netherlands, ECF No. 64-12. I submit this declaration to address several factual assertions made in those filings that are not true.

3.      The individuals listed in Mr. Fellhoelter's declaration, Frank Despain and Larry Nelson, are not, and have never been, associated with Rail Lazy H.

4.      Paragraph 4 of the Fellhoelter Declaration, ECF No. 64-4, states that "[t]wo of Defendant Rail Lazy H's contractors, Frank Despain and Larry Nelson, working for Nelson Churley of Black Canyon Cattle, ran several Wild Horses into a holding corral off Forest Service Road 51 and then loaded them into a trailer and drove off with the Wild Horses."

5.      That statement is false as to Rail Lazy H. Frank Despain is not, and has never been, an employee, independent contractor, subcontractor, agent, representative, partner, joint venturer, or affiliate of Rail Lazy H. Rail Lazy H has no contractual or business relationship of any kind with Frank Despain. Lazy H has never paid Frank Despain for any service. Rail Lazy H has never directed, supervised, controlled, or authorized any work performed by Frank Despain.

6.      The same is true of Larry Nelson. Larry Nelson is not, and has never been, an employee, independent contractor, subcontractor, agent, representative, partner, joint

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

2

venturer, or affiliate of Rail Lazy H. Rail Lazy H has no contractual or business relationship of any kind with Larry Nelson. Rail Lazy H has never paid Larry Nelson for any service. Rail Lazy H has never directed, supervised, controlled, or authorized any work performed by Larry Nelson.

7. Rail Lazy H has no current or anticipated future contract, agreement, or arrangement that would establish any relationship with either Frank Despain or Larry Nelson. They have not been associated with Rail Lazy H in the past, are not associated with Lazy H now, and will not be associated with Rail Lazy H going forward.

8. Rail Lazy H has no relationship with Black Canyon Cattle or Nelson Churley, and has no role in the activity Mr. Fellhoelter describes.

9. Rail Lazy H is not, and has never been, in a contractual, business, or operational relationship with Nelson Churley. Rail Lazy H is not, and has never been, in a contractual, business, or operational relationship with the entity referred to in Mr. Fellhoelter's declaration as "Black Canyon Cattle." Rail Lazy H has not engaged Nelson Churley or Black Canyon Cattle to perform any service of any kind, and has not been engaged by either of them to perform any service of any kind.

10. Rail Lazy H did not direct, authorize, supervise, or in any way participate in the activity described in paragraphs 3 through 6 of the Fellhoelter Declaration, ECF No. 64-4, that is, the impoundment or movement of horses on or before April 21, 2026 in connection with Forest Service Road 51 or otherwise on the Apache-Sitgreaves National Forest. Lazy H had no advance knowledge of that activity. Whatever Mr. Fellhoelter

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

3

observed on April 21, 2026, was not Rail Lazy H's action, was not undertaken at Rail Lazy H's direction, and was not undertaken on Rail Lazy H's behalf.

11.    Rail Lazy H did not build, install, own, lease, control, use, or have any role in the construction or maintenance of the corrals depicted in Exhibit 1 to the Fellhoelter Declaration, ECF No. 64-4. Rail Lazy H had no advance knowledge of the construction of those corrals. Rail Lazy H has not held or moved any horses through those corrals.

12.    Rail Lazy H has no contract with the United States Forest Service regarding the Heber Wild Horses, and has done nothing with respect to the Heber Wild Horses to date.

13.    Rail Lazy H does not currently have, and has not had at any point in 2026, any contract, agreement, task order, purchase order, or other arrangement with the United States Forest Service, the United States Department of Agriculture, or any agency of the United States to gather, capture, impound, hold, transport, sell, auction, slaughter, or otherwise dispose of any of the horses referred to in the Application as the "Heber Wild Horses."

14.    Rail Lazy H has not been engaged by any private party, livestock owner, or other entity to gather, capture, impound, hold, transport, sell, auction, or otherwise dispose of any of the Heber Wild Horses.

15.    Neither I personally nor Rail Lazy H has gathered, captured, impounded, held, transported, sold, auctioned, slaughtered, or otherwise dealt with any of the Heber Wild Horses to date. Lazy H has done nothing with respect to the Heber Wild Horses.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

4

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

16.    I have no knowledge of facts supporting the assertions Plaintiff makes against Rail Lazy H.

17.    I have reviewed the assertions in the Application and supporting declarations stating or suggesting: that Rail Lazy H "continue[s] to endanger animals" by use of "exposed barbed wire and protruding metal twist ties in fencing/corrals," ECF No. 64-11 ¶ 34; that Rail Lazy H is "directly or indirectly" sending horses to slaughterhouses in Mexico, ECF No. 64-12 ¶¶ 14, 17, and; that Rail Lazy H is otherwise involved in the conduct that is the subject of Plaintiff's Application. None of those assertions is correct as it pertains to Lazy H, and none is supported by any fact within my knowledge.

18.    I make this declaration in good faith, based on my own knowledge of Rail Lazy H's business and operations and my review of Rail Lazy H's contracts and records.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

EXECUTED on April 28, 2026.

/s/ <em>Jacquelyn Hughes</em>

Jacquelyn Hughes