**USA**SPENDING.gov

Search Award Data ⌄    Explore the Data ⌄    Download the Data ⌄    Find Resources ⌄

## Other Summary

⬇ Download    ⤴ Share

Other Financial Assistance  ▭  FAIN  24PA11031600173                                          In Progress  (3 years, 3 months remain)

| Awarding Agency | Recipient | Assistance Listings (CFDA Programs) ⓘ | Dates ⓘ |
|---|---|---|---|

**Awarding Agency**
Department of Agriculture (USDA)

**Recipient**
RAIL LAZY H CONTRACTING AND CONSULTING LLC
13829 E OLESEN RD
SCOTTSDALE, AZ 85262-5824
UNITED STATES
Congressional District: AZ-01 ⓘ

**Assistance Listings (CFDA Programs)** ⓘ
10.699 - PARTNERSHIP AGREEMENTS
VIEW MORE INFO ABOUT THIS PROGRAM

**Dates** ⓘ

Today

● Start Date    Aug 19, 2024
● End Date    Aug 18, 2029

### $ Award Amounts ⓘ

### 💬 Description ⓘ

GATHERING AND REMOVAL OF UNAUTHORIZED LIVESTOCK



$44,220
Outlayed Amount

$199,360
Obligated Amount

$53,186
Non-Federal Funding

$252,546
Total Funding

| | |
|---|---|
| ● Outlayed Amount | $44,220.00 |
| ● Obligated Amount | $199,360.00 |
| ○ Non-Federal Funding | $53,186.20 |
| ● Total Funding | $252,546.20 |

⊞ View Transaction History



6:28

  **Wild Horse Tra...**  🔍 ↗ •••



**Jackie Hughes**  •••
✦ Admin  9h · 🌐

## No more being in the background...

I love the horses...and what a disservice to abandon them on the landscape.

And yes i will gather them with compassion and care...any chance I can get.

https://www.facebook.com/share/p/1bhaxHaxqr/



mountaindailystar.com

**Free-Roaming Arizona Horse Series | Episode 2 Preview | Heber Horses With Jackie Hughes | MO...**

👍 5   💬   ↗