Troy B. Froderman (012717)
Rita M. Gara (037349)
FR LAW GROUP PLLC
4745 North 7th Street, Suite 210
Phoenix, AZ 85014
602-566-7425
tfroderman@frlawgroup.com
rgara@frlawgroup.com

Randall M. Weiner (CO Bar No. 23871)
Annmarie Cording (CO Bar No. 42524)
WEINER & CORDING
3100 Arapahoe Avenue, Suite 202
Boulder, Colorado 80303
(303) 440-3321
randall@randallweiner.com
annmarie@weinercording.com
*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Salt River Wild Horse Management Group, | Case No. 3:24-cv-08148-JJT |
| Plaintiff, | **DECLARATION OF JOSEPH LABARBERA** |
| vs. | |
| U.S. Department of Agriculture, et al., | |
| Defendants. | |

I, Joseph LaBarbera, hereby declare as follows:

1.      I submit this declaration in support of the Salt River Wild Horse Management Group's (SRWHMG) Request for a Preliminary Injunction. The facts stated herein are personally known to me. If called as a witness, I will and can competently testify thereto.

1

2.      On April 22, 2026, I had a phone conversation with Matthew Bullmore, Forest Supervisor of the Black Mesa Ranger District in the Apache-Sitgreaves National Forest (the "Forest").

3.      I initiated the call after learning through a personal contact, and social media, that wild horses had been removed from the Apache Sitgreaves forest earlier that day.

4.      When I explained the purpose of my call to the staff member who answered the phone, I was connected to Mr. Bullmore.

5.      We discussed the actions being taken by Larry Gibson, an employee of an allotment holder in the Forest, who I told him was gathering and removing wild horses from the Forest.

6.      Mr. Bullmore stated that Mr. Gibson was free as a private individual, with no contract, to remove unauthorized livestock from the forest pursuant to the notification that was placed in the post office.

7.      I stated that that this was unlawful since those horses have not been determined legally to be unauthorized livestock.

8.      I then asked Mr. Bullmore if I, as a private individual, could go and take one of those horses and say that it was my horse, and Mr. Bullmore stated that this would be ok.

9.      When Mr. Bullmore stated that he was expecting a lawsuit and that the legal aspects are going to have to work themselves out, I explained that this was going to be too late for these particular horses who may very well end up being auctioned off and sent to a slaughterhouse.

10.      Earlier, on March 4, 2026, I wrote to Mr. Bullmore that I had observed a trap being constructed by private parties in the Forest near the east Buckskin tank on FS Rd. 51.

2

11.    I explained that this was a "hazardous holding pen," that I knew which private parties were constructing it, and I requested that the holding pen "be dismantled before any horses are injured, killed or illegally gathered by a non-contracted individual."

12.    My email to Mr. Bullmore is attached.

13.    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of April, 2026 in Phoenix, AZ.


<u>Joseph LaBarbera (Apr 29, 2026 16:56:42 PDT)</u>

Joseph LaBarbera

3

# Declaration of Joseph LaBarbera

Final Audit Report                                                    2026-04-29

| | |
|---|---|
| Created: | 2026-04-29 |
| By: | Randall Weiner (randall@randallweiner.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAFt80kPvImaj7SNFpsJxU8g3UUspS_FcB |

## "Declaration of Joseph LaBarbera" History

📄 Document created by Randall Weiner (randall@randallweiner.com)
2026-04-29 - 11:46:31 PM GMT- IP address: 73.34.64.32

✉ Document emailed to joelabarb@gmail.com for signature
2026-04-29 - 11:46:47 PM GMT

📄 Email viewed by joelabarb@gmail.com
2026-04-29 - 11:53:36 PM GMT- IP address: 66.249.84.12

✍ Signer joelabarb@gmail.com entered name at signing as Joseph LaBarbera
2026-04-29 - 11:56:40 PM GMT- IP address: 97.182.193.194

✍ Document e-signed by Joseph LaBarbera (joelabarb@gmail.com)
Signature Date: 2026-04-29 - 11:56:42 PM GMT - Time Source: server- IP address: 97.182.193.194

✔ Agreement completed.
2026-04-29 - 11:56:42 PM GMT

Adobe Acrobat Sign