Troy B. Froderman (012717)
Rita M. Gara (037349)
FR LAW GROUP PLLC
4745 North 7th Street, Suite 210
Phoenix, AZ 85014
602-566-7425
tfroderman@frlawgroup.com
rgara@frlawgroup.com

Randall M. Weiner (CO Bar No. 23871)
Annmarie Cording (CO Bar No. 42524)
WEINER & CORDING
3100 Arapahoe Avenue, Suite 202
Boulder, Colorado 80303
(303) 440-3321
randall@randallweiner.com
annmarie@weinercording.com
*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| Salt River Wild Horse Management Group, | Case No. 3:24-cv-08148-JJT |
|---|---|
| Plaintiff, | **SECOND DECLARATION OF CHRISTIAN FELLHOELTER** |
| vs. | |
| U.S. Department of Agriculture, et al., | |
| Defendants. | |

I, Christian Fellhoelter, hereby declare as follows:

1.      I submit this declaration in support of the Salt River Wild Horse Management Group's (SRWHMG) Request for a Preliminary Injunction. The facts stated herein are personally known to me.

2.      If called as a witness, I will and can competently testify thereto.

1

3. In the end of March this year when visiting the forest to see the wild horses I noticed that a lot of work had been going on at an existing old cattle pen. It appeared to me that it was being transformed into a heavy duty catch pen. It was now much taller than it had been. I measured it to be 67 inches tall when before it was only 42-48 inches tall. The new height was created with the addition of mesh fence and barbed wire. I measured the bottom wire only being 12 inches above the ground instead of 18 inches off the ground, which is the required space for wildlife. The bottom wire was now also barbed wire instead of the smooth wire, also required standard for wildlife. I took the pictures showing the added mesh wire and barbed wire. I also witnessed a salt block in the pen, which is irresistible bait for wild horses. I also witnessed many hoofprints on the ground inside that catch pen (holding corral).

4. On April 23, 2026, I witnessed Cy Despain jump out from behind a bush trying to force 3 stallions into the catch pen (holding corral). While waiving his hat and yelling, he drove one of the stallions into the barbed wire perimeter fence, but the stallions did not enter the catch pen. Mr. Despain then called someone on his phone claiming we were interrupting his lively hood, chasing wild horses and keeping him from his business. Two sheriff's deputies arrived 15 minutes later.

5. The two deputies watched as the three stallions, who were still inside the larger perimeter fencing around the waterhole, next to the catch pen (holding corral) were herded to the open east gate. The three stallions escaped through the open gate back into the Forest.

6. I asked Mr. Despain who gave him permission to catch and remove these Heber Wild Horses and he said that the Forest Service did. His exact words were "my boss got permission from the Forest Service." His boss is from Black Canyon Cattle Company, operated by Nelson Shirley, who are the permittees of the allotment that the Heber Wild horses live on.

7. On April 28, 2026, I drove onto Highway 277 at Heber, Arizona. I witnessed a truck just like Cy Despains truck, pulling a livestock trailer, heading in the direction of the Despain allotment. I have seen his truck many times before near the catch pen.

8. I followed the trailer up Highway 377 toward Holbrook. As the trailer pulled into the oncoming lane and slowed down to make a left turn I could clearly see at least six wild horses were in it. I knew they were wild horses because they were not tied like domestic horses, they had no halters and they were packed very closely together and appeared fearful. The vehicle and trailer turned off road 377 onto Duck Lake Rd at about 12:21 PM. This road leads to the allotment they have on BLM land (a few miles north of Sitgreaves Forest boundary.)

9. This was called into the Navajo County Sherriff's office, and a report was made with case number 26040760. The plate number of the trailer is: 75137J. The deputies had notified Forest Service law enforcement. To my knowledge nothing came of it, and I do

2

not know where they took the horses. However, I do know that the judges order said that horses could not be moved.

10.    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of April, 2026 in Heber, AZ.

Christian Fellhoelter