

---------- Forwarded message ---------
From: **Joseph LaBarbera** <joelabarb@gmail.com>
Date: Wed, Mar 4, 2026, 6:52 AM
Subject: Heber Horse Gathering
To: <matthew.bullmore@usda.gov>

Mr Bullmore
I've been a regular visitor to the Apache Sitgreaves for many years as a photographer, primarily interested in the wild horses.
This past weekend on a trip there I saw what is being constructed near the east Buckskin tank on FS Rd 51.

I am aware of who is constructing that trap and holding area for the horses, and have also been made aware that there is no contract between the persons doing the work and FS for the purposes of gathering horses.

I have read and re-read the final EA for the Heber Wild Horse Territory Management Plan several times and nowhere did I see that location specified as a gather or holding space.

Additionally I am aware of the standards governing the gather and handling of wild horses on public lands as spelled out in CAWP, which in the final EA there is a statement that Apache Sitgreaves will follow while administering this action pertaining to horses and the Heber Territory.

I respectfully ask at this time that oversight be taken to ensure that the statements made on record in the final EA be followed, and the hazardous holding pen currently being constructed be dismantled before any horses are injured, killed, or illegally gathered by a non contracted individual.
Chris Kerins has also received this request.

Thank you for your time,
Sincerely,
Joseph LaBarbera
716-397-0711