**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Salt River Wild Horse Management Group, | |
| Plaintiff, | Case No. 3:24-cv-08148-JJT |
| vs. | |
| United States Government, Department of Agriculture, et al., | **(proposed) ORDER** |
| Defendants. | |

Pending before the Court is Plaintiff's UNOPPOSED MOTION FOR EXTENTION OF TIME TO FILE MOTION TO SUPPLEMENT ADMINISTRATIVE RECORD (FIRST REQUEST) (the "Motion"). Good cause appearing,

It is hereby ORDERED, the Motion is GRANTED. The briefing schedule for the Motion set forth below is approved:

Plaintiff's Motion:       July 3, 2026.
Defendant's Response:   July 29, 2026
Plaintiff's Reply:        August 10, 2026.

Dated this ____ day of _____ 2024.

BY THE COURT:

_____

1