**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Salt River Wild Horse Management Group, *et al.*, | No. CV-24-08148-PCT-JJT |
| Plaintiffs, | **ORDER** |
| v. | |
| United States Department of Agriculture, *et al.*, | |
| Defendants. | |

At issue is Plaintiff's Motion for Extension of Time to File Motion to Supplement Administrative Record (Unopposed; First Request) (Doc. 77). Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting Plaintiff's Motion for Extension of Time to File Motion to Supplement Administrative Record (Unopposed; First Request) (Doc. 77) and extending the deadlines as follows:

Plaintiff's Supplement to Administrative Record:  from June 12, 2026 to **July 3, 2026**

Defendant's Response:  from June 26, 2026 to **July 29, 2026**

Plaintiff's Reply:  from July 6, 2026 to **August 10, 2026**.

Dated this 11th day of June, 2026.

Honorable John J. Tuchi
United States District Judge