Troy B. Froderman (012717)
Rita M. Gara (037349)
FR LAW GROUP PLLC
4745 North 7th Street, Suite 210
Phoenix, AZ 85014
602-566-7425
tfroderman@frlawgroup.com
rgara@frlawgroup.com

Randall M. Weiner (CO Bar No. 23871)
Annmarie Cording (CO Bar No. 42524)
WEINER & CORDING
3100 Arapahoe Avenue, Suite 202
Boulder, Colorado 80303
(303) 440-3321
randall@randallweiner.com
annmarie@weinercording.com
*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Salt River Wild Horse Management Group, | Case No. 3:24-cv-08148-JJT |
| Plaintiff, | |
| vs. | **DECLARATION OF SIMONE VAN DER SALM/NETHERLANDS RE. SUPPLEMENTATION OF AR** |
| U.S. Department of Agriculture, et al., | |
| Defendants. | |

I, Simone van der Salm, hereby declare as follows:

1.     I submit this declaration in support of the Salt River Wild Horse Management Group's (SRWHMG) Motion to Supplement the Administrative Record (AR) in this matter.

1

The facts stated herein are personally known to me. If called as a witness, I will and can competently testify thereto.

2.    I am the president of SRWHMG.

3.    SRWHMG is dedicated to the protection and preservation of wild horses living in forests managed by the United States Forest Service (the "Forest Service"), including the Tonto National Forest and the Apache-Sitgreaves National Forest (the "AS Forest").

4.    To date, our organization has placed or helped place 420 Alpine wild horses in good homes, as a result of purchasing horses at Forest Service's Alpine wild horse auctions, including at the auction held at the Johnson County Livestock Exchange ("Johnson Exchange"), located at 3119 N Main St., Cleburne, TX 76033 (the "Cleburne Auction") in August, 2025.

5.    In order to prosecute our lawsuit, we need to review all notices of impound and sale related to the sale of Alpine Wild Horses, as some of these notices (if properly provided to the public) were not available to us.

6.    Indeed, the Forest Service advertised for at least two additional auctions under the December 2023 notice: one on August 25, 2024 and one in September, 2024. The Forest Service had continued to conduct sales under its inadequate notice of impoundment.

7.    We have spent over $100,000.00 placing horses in good homes, and it is very difficult to raise enough funds to do so. Moreover, our organization has suffered financially because of high quarantine holding costs, transport costs, veterinary costs and gelding costs associated with the rescue of the Alpine wild horses who are being transported far away from Arizona to sales frequented by "kill buyers."

8.    SRWHMG needs proper notices containing adequate descriptions of the horses put up for sale, as well as fair and open competition, in order to fulfill its mission as a non-profit horse rescue organization.

9.    The inadequate and late notices prevent Plaintiff from effectively fundraising or securing resources to purchase the Alpine wild horses, or even some of them, and prevent them from being sold to "kill buyers" who take them to Mexican slaughterhouses.

10.    Since the mission of our organizations is to protect these wild horses from inhumane treatment, suffering and death, Plaintiff suffered and will suffer irreparable harm if additional auctions proceed without proper notices.

11.    Our organization and our volunteers have been excluded from Forest Service auctions, both online and in person. Rail Lazy H engaged in three types of auctions: (1) online auctions, (2) out-of-state auctions (primarily at the Johnson Exchange at the Cleburne Auction and Bowie Livestock Auction in Texas, and (3) physical auctions in Arizona, and also I believe unauthorized auctions by Rail Lazy H of the horses for the entity's and its owner's personal profit. Upon information and belief, at the time of the many sales from which we were excluded, the horses went to Jacklynn Hughes, Rail Lazy H's owner, for just $25.00 dollars each. She then held her own sale and sold them for $1,000.00 each, but purposely refused to sell them to our organization or any of our volunteers and had a volunteer and me kicked out, because the auction took place on private property. We have evidence of this "self-dealing," since the persons to whom Ms. Hughes sold the horses then sold them to us. However, we do not know the extent of this practice or other facts related to Rail Lazy H's activities in this regard.

12.    The Forest Service and its contractor should not have prevented me, my organization or other horse rescue groups and individuals from bidding on horses on Defendants' website. Further, upon information and belief, Defendants have been selling/giving away horse(s) without putting them through auctions, and without public advertisement or full and open competition in violation of the above-cited regulations. Because Defendants have access to more information on the horses and on other bidders than the public is given access to, having Defendants bid at their own auctions prevents "full and open competition" in violation of 41 C.F.R. § 102-38.80(a).

13.    A significant portion of our organization's efforts over the past few years have focused on rescuing the Alpine wild horses in the Apache Forest and placing them in good homes so they won't be sent to slaughter, which the Forest Service has acknowledged, and I know personally, will otherwise occur. ECF No. 3-2; *See also* https://www.fs.usda.gov/detail/asnf/landmanagement/?cid=FSEPRD1008087.

14.    The Forest Service has also engaged in instances of animal cruelty related to its auctions. For instance, federal laws protect horses during transportation and require they be offloaded for at least 5 consecutive hours for food, water and rest after 28 consecutive hours of transportation. I have monitored the transport of Alpine wild horses from the contractor's holding facility in Arizona to the Cleburne Auction in the days prior to the auction originally scheduled for Wednesday, July 24, 2024 and do not believe the horses were given their 5 hours of rest, as it took over 48 hours for the truck to arrive. The temperature during those transportation days exceeded 110 degrees Fahrenheit. Many horses have died, including horses that we had already purchased but never received.

15.     There was also a horse virus at the Cleburne Auction, a notoriously unhygienic operation, and the 13 Alpine wild horses (that were the subject of the TRO hearing) turned into 12 and were exposed to this virus but never given a simple shot to protect them, despite my pleas in emails. They were also in an extremely emaciated and dehydrated condition. The before and after pictures are attached hereto as **Exhibit 3**.

16.     As a result of the Forest Service's failure to provide hygienic pens or veterinary care, at least two of the 12 Alpine wild horses died of a virus within weeks of the scheduled auction.

17.     I have devoted my life to protecting these wild horses because they are being treated appallingly by the Forest Service. The public loves and cherishes these horses and they are an important recreational resource. Wild horses on our public lands need to be treated humanely, not discarded like trash at auctions where horse advocates are purposely discriminated by the contractor of the Apache Sitgreaves National Forest, who could have easily worked with SRWHMG to place these horses in good homes. Loss of the ability to humanely manage the Alpine wild horses significantly impairs our members' ability to view, study, and enjoy this unique and culturally significant herd.

18.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of July, 2026 in Mesa, AZ.

*Simone van der Salm*

_____
Simone van der Salm/Netherlands

5

# Declaration of Simone Netherlands for Supplementation of AR (final)

Final Audit Report                                                                           2026-07-06

| | |
|---|---|
| Created: | 2026-07-06 |
| By: | Randall Weiner (randall@randallweiner.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA7G5-sWD_LJXtym5NPoPSRxSRCMbzUVgl |

## "Declaration of Simone Netherlands for Supplementation of AR ( final)" History

Document created by Randall Weiner (randall@randallweiner.com)
2026-07-06 - 8:07:48 PM GMT- IP address: 174.51.125.142

Document emailed to Simone Netherlands (simone@respect4horses.com) for signature
2026-07-06 - 8:08:36 PM GMT

Email viewed by Simone Netherlands (simone@respect4horses.com)
2026-07-06 - 8:47:15 PM GMT- IP address: 67.40.83.223

Document e-signed by Simone Netherlands (simone@respect4horses.com)
Signature Date: 2026-07-06 - 8:47:51 PM GMT - Time Source: server- IP address: 67.40.83.223 - Signature Appearance Selected: IMAGE

Agreement completed.
2026-07-06 - 8:47:51 PM GMT

Adobe Acrobat Sign