**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Salt River Wild Horse Management Group, | Case No. **CV24-8148-PCTJJT** |
| Plaintiff, | |
| vs. | **PROPOSED ORDER RE. MOTION TO SUPPLEMENT THE ADMINSTRATIVE RECORD** |
| United States Government, Department of Agriculture, et. al, | |
| Defendants. | |

The Court having reviewed the Plaintiff's Motion to Supplement the Administrative Record (the "Motion"), and being fully advised in the premises,

1. HEREBY ORDERS that Plaintiff's Motion is GRANTED; and

2. The U.S. Forest Service shall supplement the Administrative Record (AR) in this case to include those documents referenced on pp. 9-11 of the Motion, and Plaintiff shall be permitted during discovery to take the depositions of (1) the Forest Service supervisor over the impoundment and sale notices and (2) the Rule 30(b)(6) representative of Rail Lazy H concerning the exclusionary auctions and animal cruelty incidents.

Dated this _____ day of _____, 2026.

BY THE COURT:

_____
District Court Judge

1