ADAM R.F. GUSTAFSON, Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

Gabriel Lopez (FL Bar No. 1017629)
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 598-0881
Email: Gabriel.lopez2@usdoj.gov

*Attorneys for Federal Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Salt River Wild Horse Management Group, | ) Case No.: 3:24-cv-08148-JJT |
| | ) |
| Plaintiff, | ) **FEDERAL DEFENDANTS' MOTION** |
| | ) **FOR ADDITIONAL PAGE** |
| | ) **ALLOWANCE FOR RESPONSE TO** |
| v. | ) **PLAINTIFF'S MOTION TO** |
| | ) **SUPPLEMENT THE** |
| U.S. Department of Agriculture, et al., | ) **ADMINSTRATIVE RECORD AND** |
| | ) **CONSIDER EXTRA-RECORD** |
| Defendants. | ) **EVIDENCE [DKT. NO. 79]** |
| | ) |

**INTRODUCTION**

Federal defendants, the United States, the U.S. Department of Agriculture, Brooke L. Rollins in her official capacity as Secretary of the Department of Agriculture, the United States Forest Service, Josh Miller in his official capacity as Forest Supervisor for the Apache-Sitgreaves National Forests, and Michiko Martin in her official capacity as Regional Forester for the Southwest Region, respectfully move the Court for an Allowance of Additional Pages for their forthcoming Response to Plaintiff's Motion to Supplement The Administrative Record and Consider Extra Record Evidence ("Plaintiff's Motion") pursuant to D. Ariz. LRCiv 7.2(e)(1). Dkt. No. 79.

The Court's local rules reflect that such briefs are generally limited to seventeen pages, however, the circumstances in this instance favor extending that limitation. LRCiv 7.2(e)(1). Federal Defendants request an expanded page limit from seventeen pages to twenty-six pages, due to the number of issues raised in Plaintiff's Motion, particularly with respect to the scope of the allegations in Plaintiff's Second Amended Complaint and the scope of judicial review for claims under the Administrative Procedure Act ("APA"). Additional pages are also necessary because of Plaintiff's significant request to depose witnesses in this APA case, which the Federal Defendants must thoroughly address in response.

As the Court is aware, this case involves multiple allegations against the Federal Defendants individually, Defendant Rail Lazy H Contracting and Consulting

LLC d/b/a Rail Lazy H ("Lazy H") individually, and claims levied against the Defendants collectively. 2d Am. Compl. ¶¶ 2, 9-15, Dkt. No. 45. As reflected in Plaintiff's Motion, Plaintiff seeks to supplement the Administrative Record and conduct extra-record discovery based upon multiple legal theories. Federal Defendants must respond to each of the legal bases identified by Plaintiff, in addition to responding to the factual allegations made by Plaintiff in its motion, which precipitated the instant motion.

Federal Defendants have attempted to confer with all other parties. Counsel communicated by way of electronic communication with Plaintiff and the non-federal defendants on July 27, 2026, but no response was received.

Thus, in accordance with the foregoing, Federal Defendants respectfully move the Court to grant this motion and allow it to file a response brief of twenty-six pages.

Respectfully submitted this 27th day of July, 2026,

> ADAM R.F. GUSTAFSON
> Principal Deputy Assistant Attorney General
>
>  /s/ Gabriel Lopez
> Gabriel Lopez
> Trial Attorney
> P.O. Box 7611
> Washington, DC 20044-7611
> Tel: (202) 598-0881
> Email: Gabriel.lopez2@usdoj.gov