**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Salt River Wild Horse Management Group,

      Plaintiff,

          v.

U.S. Department of Agriculture, et al.,

      Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 3:24-cv-08148-JJT

**ORDER GRANTING DEFENDANTS'**
**MOTION FOR ADDITIONAL PAGE**
**ALLOWANCE FOR RESPONSE TO**
**PLAINTIFF'S MOTION TO**
**SUPPLEMENT THE**
**ADMINSTRATIVE RECORD AND**
**CONSIDER EXTRA-RECORD**
**EVIDENCE**

The Court, having considered the Federal Defendants' motion for additional page allowance to respond to Plaintiff's Motion to Supplement the Administrative Record and Consider Extra-Record Evidence, hereby **GRANTS** the motion for good cause shown. Federal Defendants shall have a page limit of twenty-six pages to respond to Plaintiff's Motion to Supplement the Administrative Record and Consider Extra-Record Evidence.