# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Salt River Wild Horse Management Group, | No. CV-24-08148-PCT-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| United States Department of Agriculture, *et al.*, | |
| Defendants. | |

At issue is Federal Defendants' Motion for Additional Page Allowance for Response to Plaintiff's Motion to Supplement the Administrative Record and Consider Extra-Record Evidence (Doc. 80). Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting Federal Defendants' Motion for Additional Page Allowance for Response to Plaintiff's Motion to Supplement the Administrative Record and Consider Extra-Record Evidence (Doc. 80).

**IT IS FURTHER ORDERED** that Federal Defendants shall have a page limit of twenty-six pages to respond to Plaintiff's Motion to Supplement the Administrative Record and Consider Extra-Record Evidence (Doc. 79).

Dated this 28th day of July, 2026.

_____
Honorable John J. Tuchi
United States District Judge