Troy B. Froderman (012717)
FR LAW GROUP PLLC
4745 North 7th Street, Suite 210
Phoenix, AZ 85014
602-566-7425
tfroderman@frlawgroup.com

Randall M. Weiner (CO Bar No. 23871)
Annmarie Cording (CO Bar No. 42524)
WEINER & CORDING
3100 Arapahoe Avenue, Suite 202
Boulder, Colorado 80303
(303) 440-3321
randall@randallweiner.com
annmarie@weinercording.com
*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Salt River Wild Horse Management Group, | Case No. 3:24-cv-08148-JJT |
| Plaintiff, | |
| vs. | **UNOPPOSED** MOTION FOR ONE-WEEK EXTENSION OF TIME TO REPLY TO DEFENDANTS' RESPONSES TO PLAINTIFF'S MOTION TO SUPPLEMENT THE RECORD |
| U.S. Department of Agriculture, et al., | |
| Defendants. | |

Plaintiff, Salt River Wild Horse Management Group, Inc. ("SRWHMG"), respectfully requests a one-week extension to reply to the separate responses by two of the Defendants to Plaintiff's motion to supplement the record in this matter. In support whereof, Plaintiff states as follows:

1. CONFERRAL: Plaintiff contacted counsel for the Federal Defendants and Rail Lazy H on August 5, 2026 regarding this motion. Counsel for the Federal Defendants and Rail Lazy H stated today that they do not oppose this extension.

1

2. Plaintiff's reply to the separate responses by two of the Defendants to Plaintiff's motion to supplement the record is currently due August 10, 2026.

3. Plaintiff's lead counsel in this matter, Randall Weiner, was out of the country until late on August 4, 2026, his long-planned family vacation to Asia having been unexpectedly extended.

4. Currently, Mr. Weiner is attending an annual trial lawyers' conference commencing August 6 and ending August 8, 2026.

5. Plaintiff's counsel requires an additional week to adequately respond to Defendants' responses to Plaintiff's motion to supplement the record due to the numerous arguments raised in these responses and the necessity to review the caselaw cited and potentially obtain declarations in support of the reply.

6. This is the second request for an extension for this reply, necessitated by the unexpected additional time spent by Mr. Weiner with his family overseas.

7. Accordingly, Plaintiff requests an addition week, until August 17, 2026, to reply to the Federal Defendants and Rail Lazy H's responses to Plaintiff's motion to supplement the record.

RESPECTFULLY SUBMITTED this 6th day of August, 2026.

WEINER & CORDING

By: */s/ Randall M. Weiner, Esq.*
Randall M. Weiner, Esq.
Annmarie Cording, Esq.
*Attorneys for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 6, 2026, I electronically transmitted the foregoing

document was filed using the ECF System for filing and caused a copy to be electronically

transmitted to all parties of record.

/s/ Randall M. Weiner
Randall M. Weiner