Troy B. Froderman (012717)
FR LAW GROUP PLLC
4745 North 7th Street, Suite 210
Phoenix, AZ 85014
602-566-7425
tfroderman@frlawgroup.com

Randall M. Weiner (CO Bar No. 23871)
Annmarie Cording (CO Bar No. 42524)
WEINER & CORDING
3100 Arapahoe Avenue, Suite 202
Boulder, Colorado 80303
(303) 440-3321
randall@randallweiner.com
annmarie@weinercording.com
*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Salt River Wild Horse Management Group,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. Department of Agriculture, et al.,<br><br>Defendants. | Case No. 3:24-cv-08148-JJT<br><br>**PROPOSED ORDER** |

The Court, having considered Plaintiff's motion for a one-week extension on its reply in support to the Defendants' responses to Plaintiff's motion to supplement the record in this matter, hereby GRANTS same. Plaintiff's response shall be due August 17, 2026.

SO ORDERED this ___ day of August, 2026:

_____
District Court Judge

1