**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Salt River Wild Horse Management Group, | No. CV-24-08148-PCT-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| United States Department of Agriculture, *et al.*, | |
| Defendants. | |

At issue is Plaintiff's Motion for One Week Extension of Time to Reply to Defendants' Responses to Plaintiff's Motion to Supplement the Record (Unopposed; Second Request) (Doc. 84). Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting Plaintiff's Motion for One Week Extension of Time to Reply to Defendants' Responses to Plaintiff's Motion to Supplement the Record (Unopposed; Second Request) (Doc. 84).

**IT IS FURTHER ORDERED** extending Plaintiff's Reply in support of their Motion to Supplement the Record (Doc. 79) from August 10, 2026 to **August 17, 2026**.

Dated this 7th day of August, 2026.

Honorable John J. Tuchi
United States District Judge