# SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS

*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30*

1. REQUISITION NUMBER: 1115323
PAGE 1 OF 13

2. CONTRACT NO.: 127EAV24C0008
3. AWARD/EFFECTIVE DATE:
4. ORDER NUMBER:
5. SOLICITATION NUMBER: 127EAV24R0001
6. SOLICITATION ISSUE DATE: 02/29/2024

7. FOR SOLICITATION INFORMATION CALL: a. NAME: DAVID WATSON; b. TELEPHONE NUMBER (No collect calls): 602-225-5350
8. OFFER DUE DATE/LOCAL TIME: MT

9. ISSUED BY — CODE 7EAV
USDA-FS CSA SOUTHWEST 5
333 BROADWAY BLVD SE
ALBUQUERQUE NM 87102-3498

10. THIS ACQUISITION IS ☐ UNRESTRICTED OR X SET ASIDE: 100.00 % FOR:
- X SMALL BUSINESS
- ☐ HUBZONE SMALL BUSINESS
- ☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS (SDVOSB)
- ☐ WOMEN-OWNED SMALL BUSINESS (WOSB)
- ☐ ECONOMICALLY DISADVANTAGED WOMEN-OWNED SMALL BUSINESS (EDWOSB)
- ☐ 8(A)

NORTH AMERICAN INDUSTRY CLASSIFICATION STANDARD (NAICS): 114210
SIZE STANDARD: $8.5

11. DELIVERY FOR FREE ON BOARD (FOB) DESTINATION UNLESS BLOCK IS MARKED [X] SEE SCHEDULE
12. DISCOUNT TERMS:
13a. ☐ THIS CONTRACT IS A RATED ORDER UNDER THE DEFENSE PRIORITIES AND ALLOCATIONS SYSTEM - DPAS (15 CFR 700)
13b. RATING:
14. METHOD OF SOLICITATION: ☐ REQUEST FOR QUOTE (RFQ) ☐ INVITATION FOR BID (IFB) X REQUEST FOR PROPOSAL (RFP)

15. DELIVER TO — CODE 8173
See Schedule

16. ADMINISTERED BY — CODE 7EAV
USDA-FS CSA SOUTHWEST 5
333 BROADWAY BLVD SE
ALBUQUERQUE NM 87102-3498

17a. CONTRACTOR/OFFEROR — CODE 1106924564# — FACILITY CODE:
RAIL LAZY H CONTRACTING AND CONSULTING LLC
28150 N ALMA SCHOOL PKWY
103-153
SCOTTSDALE AZ 85262-0000

TELEPHONE NO.

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18a. PAYMENT WILL BE MADE BY — CODE IPP
INVOICE PROCESSING PLATFORM IPP
ALL INVOICES MUST BE SUBMITTED
ELECTRONICALLY THROUGH THE
INVOICE PROCESSING PLATFORM IPP
VIA WWW IPP GOV

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED ☐ SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | DELIVER TO:<br>USDA FOREST SERVICE<br>APACHE SITGREAVES NATIONAL FOREST<br>PO BOX 640<br>30 S CHIRICAHUA DR<br>SPRINGERVILLE AZ 85938 US<br>Apache-Sitgreaves National Forest Unauthorized Livestock Removal Services Base Year<br><br>The contractor shall capture and remove unauthorized livestock (horses and/or cattle) | | | | |

*(Use Reverse and/or Attach Additional Sheets as Necessary)*

25. ACCOUNTING AND APPROPRIATION DATA: See schedule
26. TOTAL AWARD AMOUNT (For Government Use Only): $285,000.00

☐ 27a. SOLICITATION INCORPORATES BY REFERENCE (FEDERAL ACQUISITION REGULATION) FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA ☐ ARE ☐ ARE NOT ATTACHED.

☐ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA ☐ ARE ☐ ARE NOT ATTACHED.

X 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 1 COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED.

☐ 29. AWARD OF CONTRACT: REFERENCE ______ OFFER DATED ______. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

30a. SIGNATURE OF OFFEROR/CONTRACTOR: Jacquelyn Hughes
30b. NAME AND TITLE OF SIGNER (Type or print): Jacquelyn Hughes
30c. DATE SIGNED: 5/4/24

31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER): DAVID WATSON — Digitally signed by DAVID WATSON Date: 2024.05.05 15:36:46 -07'00'
31b. NAME OF CONTRACTING OFFICER (Type or print): DAVID L. WATSON
31c. DATE SIGNED: 5/4/24

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | from<br>national forest system lands on the<br>Apache-Sitgreaves National Forests.<br>Period of Performance: 05/13/2024 to 05/12/2028 | | | | |
| 0001 | Mobilization/Demobilization<br>Product/Service Code: H188<br>Product/Service Description: QUALITY CONTROL-<br>LIVE ANIMALS<br><br>Delivery: 05/12/2025<br>Accounting Info:<br>FMMI Account: FS00.0301NFWF0124 BOC: 2540<br>Funded: [redacted] | | | | [redacted] |
| 0002 | Gather of livestock Services, Delivery to<br>approved holding facility. Not to exceed amount<br>of [redacted] Please check with contracting<br>officer if invoice amount total goes over<br>[redacted]<br><br>Delivery: 05/12/2025<br>Accounting Info:<br>FMMI Account: FS00.0301NFVW0124 BOC: 2540<br>Funded: [redacted]<br>Accounting Info:<br>FMMI Account: FS00.0301NFWF0124 BOC: 2540<br>Funded: [redacted]<br><br>Continued ... | | | | [redacted] |

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: ____________

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|

| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|
| | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL ☐ FINAL | | | ☐ COMPLETE ☐ PARTIAL ☐ FINAL | |
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY *(Print)* | |
|---|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT *(Location)* | |
| | | 42c. DATE REC'D *(YY/MM/DD)* | 42d. TOTAL CONTAINERS |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED 127EAV24C0008 | PAGE 3 | OF 13 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
RAIL LAZY H CONTRACTING AND CONSULTING LLC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| 0003 | Holding, Feed and Care (to include basic vet care) Livestock must be held a minimum of 5 days.<br><br>Delivery: 05/12/2025<br>Accounting Info:<br>FMMI Account: FS00.0301NFWF0124 BOC: 2540<br>Funded: [redacted] | | | | [redacted] |
| 0004 | Humane euthanasia of sick or injured livestock. Prior to holding facility delivery.<br><br>Delivery: 05/12/2025<br>Accounting Info:<br>FMMI Account: FS00.0301NFWF0124 BOC: 2540<br>Funded: [redacted] | [redacted] | | [redacted] | [redacted] |
| 0005 | 5a<br>Contractor facilitated sale online or in person options<br>Contract Type: FIRM-FIXED-PRICE<br><br>Delivery: 05/12/2025<br>Accounting Info:<br>FMMI Account: FS00.0301NFWF0124 BOC: 2540<br>Funded: [redacted] | | | | [redacted] |
| 0005AA | 5b Administrative costs for out of state sale option<br><br>Delivery: 05/12/2025<br>Accounting Info:<br>FMMI Account: FS00.0301NFWF0124 BOC: 2540<br>Funded: [redacted] | | | | [redacted] |
| 0006 | Shipping Mileage for delivery outside of AZ. Not to exceed 900miles from Springerville, AZ<br><br>Delivery: 05/12/2025<br>Accounting Info:<br>FMMI Account: FS00.0301NFWF0124 BOC: 2540<br>Funded: [redacted] | | | | [redacted] |
| 0007 | Health certificates for animals transported outside of AZ (only for animals sold outside of AZ)<br>Continued ... | [redacted] | | [redacted] | [redacted] |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED 127EAV24C0008 | PAGE 4 | OF 13 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
RAIL LAZY H CONTRACTING AND CONSULTING LLC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Delivery: 05/12/2025<br>Accounting Info:<br>FMMI Account: FS00.0301NFWF0124 BOC: 2540<br>Funded: [redacted] | | | | |
| 1001 | Unauthorized Livestock Removal Services Option Year 1<br>The contractor shall capture and remove unauthorized livestock (horses and/or cattle) from<br>national forest system lands on the Apache-Sitgreaves National Forests.<br>Amount: [redacted] Option Line Item<br>Product/Service Code: H188<br>Product/Service Description: QUALITY CONTROL-LIVE ANIMALS<br><br>Delivery: 05/12/2026 | | | | [redacted] |
| 2001 | Unauthorized Livestock Removal Services Option Year 2<br>The contractor shall capture and remove unauthorized livestock (horses and/or cattle) from<br>national forest system lands on the Apache-Sitgreaves National Forests.<br>Amount: [redacted] Option Line Item<br>Product/Service Code: H188<br>Product/Service Description: QUALITY CONTROL-LIVE ANIMALS<br><br>Delivery: 05/12/2027 | | | | [redacted] |
| 3001 | Unauthorized Livestock Removal Services Option Year 3<br>The contractor shall capture and remove unauthorized livestock (horses and/or cattle) from<br>national forest system lands on the Apache-Sitgreaves National Forests.<br>Amount: [redacted] Option Line Item<br>Product/Service Code: H188<br>Product/Service Description: QUALITY CONTROL-LIVE ANIMALS<br><br>Delivery: 05/12/2028<br>Continued ... | | | | [redacted] |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>127EAV24C0008 | PAGE 5 | OF 13 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
RAIL LAZY H CONTRACTING AND CONSULTING LLC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | The total amount of award: $881,625.00. The obligation for this award is shown in box 26. | | | | |

## Schedule of Items

## Unauthorized Livestock Removal Contract

| Item # | Line Item | Unit | comments | Pay Unit | Est Qty | Total Price |
|---|---|---|---|---|---|---|
| 1 | Mobilization/Demobilization | LS | Admin fees, facility and mechanical repairs, helicopter fees | [redacted] | 1 LS | [redacted] |
| 2 | Gather of Livestock, Delivery to approved holding facility. | EA | Per animal | [redacted] | 135 animals | [redacted] |
| 3 | Holding, Feed and Care (to include basic vet care) Livestock must be held a minimum of 5 days. | EA | Per animal per day<br><br>Need the option to maintain for extended periods of time if operations are paused for reasons outside our control. | [redacted] | 19.4 days/animal | [redacted] per animal for 19.4 days<br><br>Estimate for 135 animals for 19.4 days. [redacted] |
| 4 | Humane euthanasia of sick or injured livestock. Prior to holding facility delivery. | EA | Payment would be made for line item 2 or 4 not both. | [redacted] | 10 animals | [redacted] |
| | **Sale Facilitation (items 5-7)*** | | **Items 5-7 combined** | **Total for** | **135 animals** | [redacted] |
| 5a | Contractor facilitated sale online or in person options. | | Administrative costs | [redacted] | 35 | [redacted] |
| 5b | Administrative costs for out of state sale option. | | Per diem and Labor | [redacted] | 100 | [redacted] |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | Shipping Mileage for delivery outside of AZ. Not to exceed 900miles from Springerville, AZ | | per mile per load | [redacted] | 2 | [redacted] |
| 7 | Health certificates for animals transported outside of AZ (only for animals sold outside of AZ) | EA | per horse | [redacted] | 100 | [redacted] |
| | | | | | Total | [redacted] |

* There is a need for a variety of sale options to be available when livestock are ready for sale that the Forest can select from. Each sale option would have different costs associated with it. Items 5-7 are intended to capture those costs and would only be applied to the appropriate sale option requested. Sales would occur regularly and typically range from 20 to 40 animals.

Option Year 1

| Item # | Line Item | Unit | comments | Item Cost | Units estimated | Total Cost Per Item |
|---|---|---|---|---|---|---|
| 1 | Mobilization/Demobilization | LS | Admin fees, facility and mechanical repairs, helicopter fees | [redacted] | 1 LS | [redacted] |
| 2 | Gather of Livestock, Delivery to approved holding facility. | EA | Per animal | [redacted] | 100 animals | [redacted] |
| 3 | Holding, Feed and Care (to include basic vet care) Livestock must be held a minimum of 5 days. | EA | Per animal per day<br><br>Need the option to maintain for extended periods of time if operations are paused for reasons outside our control. | [redacted] | 25 days/animal | [redacted] per animal for 25 days<br><br>Estimate for 100 animals for 25 days [redacted] |
| 4 | Humane euthanasia of sick or injured livestock. Prior to holding facility delivery. | EA | Payment would be made for line item 2 or 4 not both. | [redacted] | 0 animals | 0.00 |
| | **Sale Facilitation (items 5-7)** | | **Items 5-7 combined** | **Total for** | **100 animals** | [redacted] |
| 5a | Contractor facilitated sale online or in person options. | | Administrative costs | [redacted] | 25 | [redacted] |
| 5b | Administrative costs for out of state sale option. | | Per diem and Labor | [redacted] | 75 | [redacted] |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | Shipping Mileage for delivery outside of AZ. Not to exceed 900miles from Springerville, AZ | | per mile per load | [redacted] | 2 | [redacted] |
| 7 | Health certificates for animals transported outside of AZ (only for animals sold outside of AZ) | EA | per horse | [redacted] | 75 | [redacted] |
| | | | | | Total | [redacted] |

Option year 2

| Item # | Line Item | Unit | comments | Item Cost | Units estimated | Total Cost Per Item |
|---|---|---|---|---|---|---|
| 1 | Mobilization/Demobilization | LS | Admin fees, facility and mechanical repairs, helicopter fees | [redacted] | 1 LS | [redacted] |
| 2 | Gather of Livestock, Delivery to approved holding facility. | EA | Per animal | [redacted] | 100 animals | [redacted] |
| 3 | Holding, Feed and Care (to include basic vet care) Livestock must be held a minimum of 5 days. | EA | Per animal per day<br><br>Need the option to maintain for extended periods of time if operations are paused for reasons outside our control. | [redacted] | 25 days/animal | [redacted] per animal for 25 days<br><br>Estimate for 100 animals for 25 days [redacted] |
| 4 | Humane euthanasia of sick or injured livestock. Prior to holding facility delivery. | EA | Payment would be made for line item 2 or 4 not both. | [redacted] | 0 animals | 0.0 |
| | **Sale Facilitation (items 5-7)** | | **Items 5-7 combined** | **Total for** | **100 animals** | [redacted] |
| 5a | Contractor facilitated sale online or in person options. | | Administrative costs | [redacted] | 1- 25 animals | [redacted] |
| 5b | Administrative costs for out of state sale option. | | Per diem and Labor | [redacted] | 2- 75 animals | [redacted] |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | Shipping Mileage for delivery outside of AZ. Not to exceed 900miles from Springerville, AZ | | per mile per load | [redacted] | 2 | [redacted] |
| 7 | Health certificates for animals transported outside of AZ (only for animals sold outside of AZ) | EA | per horse | [redacted] | 75 | [redacted] |
| | | | | | Total | [redacted] |

Option year 3

| Item # | Line Item | Unit | comments | Item Cost | Units estimated | Total Cost Per Item |
|---|---|---|---|---|---|---|
| 1 | Mobilization/Demobilization | LS | Admin fees, facility and mechanical repairs, helicopter fees | [redacted] | 1 LS | [redacted] |
| 2 | Gather of Livestock, Delivery to approved holding facility. | EA | Per animal | [redacted] | 100 animals | [redacted] |
| 3 | Holding, Feed and Care (to include basic vet care) Livestock must be held a minimum of 5 days. | EA | Per animal per day<br><br>Need the option to maintain for extended periods of time if operations are paused for reasons outside our control. | [redacted] | 25 days/animal | [redacted] per animal for 25 days<br><br>Estimate for 100 animals for 25 days [redacted] |
| 4 | Humane euthanasia of sick or injured livestock. Prior to holding facility delivery. | EA | Payment would be made for line item 2 or 4 not both. | [redacted] | 0 animals | 0.0 |
| | **Sale Facilitation (items 5-7)** | | **Items 5-7 combined** | **Total for** | **100 animals** | [redacted] |
| 5a | Contractor facilitated sale online or in person options. | | Administrative costs | [redacted] | 1- 25 animals | [redacted] |
| 5b | Administrative costs for out of state sale option. | | Per diem and Labor | [redacted] | 2- 75 animals | [redacted] |

127EAV24R0001 Unauthorized Livestock Removal Services

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | Shipping Mileage for delivery outside of AZ. Not to exceed 900miles from Springerville, AZ | | per mile per load | [redacted] | 2 | [redacted] |
| 7 | Health certificates for animals transported outside of AZ (only for animals sold outside of AZ) | EA | per horse | [redacted] | 75 | [redacted] |
| | | | | | Total | [redacted] |

Option Year 4 – Option to extend if funds remain on the contract

Technical Requirements/ Task

This contractor understands that it is integral to meet pre, post, during implementation, and it is also understood that this contractor's ability to be flexible and adaptable to the needs of the USFS determines the success overall. Work shall commence according to the USFS schedule or when weather permits within the first 60 days. Work will take place as directed by the USFS, which could be subject to funding.

The handling of unauthorized livestock shall follow the guidelines set forth in the solicitation. Low stress safe handling practices shall be strictly followed.

Low stress passive bait trapping using salt or other feed sources will be used primarily. Traps will be located in USFS approved locations in the Apache Forest. Bait traps will consist of 6 ft tall 6 rail steel panels with gates.

Please see the pictures below of traps that Rail Lazy H has used in the past contract for bait trapping.

This contractor may also use other gather methods set forth in the solicitation such as herding with horses, roping, leading, or tie down. Helicopters will NOT be used to gather unauthorized horses.

This contractor may use chemical control methods to further facilitate safe handling and to reduce potential injuries to unauthorized livestock in traps, livestock trailers, on the landscape, and in holding facilities. This contractor's certificate of wildlife chemical capture and control training is attached as well as the veterinarian this contractor uses for reference.









Triggers may be used on gates to trap unauthorized livestock and will be approved by the COR prior to use to ensure safety of unauthorized livestock.

Traps will be monitored consistently to ensure unauthorized livestock is removed from the trap and transported by stock trailer to a temporary facility within the 24-hour time frame as specified in the scope of work.

Temporary and short-term holding facilities will include appropriate fencing, feed, water source in all holding corrals, and all basic care needs of the unauthorized livestock. Unauthorized livestock will be held for a minimum of 5 days, and it is understood that this time period may be extended based on the USFS needs or other unforeseen circumstances.

This contractor has a temporary holding in Eagar AZ, access to the Round Valley Fairgrounds if necessary, and two short-term holding facilities. One facility is 85 miles from Springerville AZ, and the second facility is 117 miles from Springerville AZ.

Once in holding facilities located off the forest the following will take place for the unauthorized livestock:

1. Sorted by gender.
2. Sorted by disposition.
3. Pairs sorted.
4. Yearlings weaned.
5. Livestock with problems will be separated and housed in other pens for evaluation by this contractor, a veterinarian if warranted, and USFS personnel.
6. If unauthorized livestock has further health and welfare needs this contractor may move the unauthorized livestock to another setting such as a qualified horse rescue, at the contractors' expense, for more specific care. Please see the current horse rescue partners information located within the list of references.

Horses will be inspected either at temporary holding or in short-term holding by USFS employees. Horses will be documented, and photos taken.

If an animal must be humanely euthanized, every effort will be made to first discuss the option with the appropriate USFS COR for permission. In the event of an emergency, without the benefit of communication this contractor will use experienced discretion to make a humane decision for a humane dispatch. If this event takes place this contractor will provide written details and photos to

the USFS COR to support the appropriate decision made in the event of an emergency where time is of the essence.

Dispatching will take place with an appropriate firearm. Dispatching a horse requires careful attention to placement of the center point of the X being considered from the outside corner of the eye to the opposite ear. Placement of the center point of the X for cattle is considered from the inside corner of the eye to the opposite ear. The difference being the skull mass and the actual position of the brain. A horse's brain is higher with less skull mass. The position of a cow's brain is lower with skull mass being denser as they are in the class of ramming animals.

Any animal that is either humanely dispatched or suffers a mortal injury shall be documented by this contractor and a written description sent to the USFS for recording.

The disposal of a dispatched animal will be this contractor's responsibility and directed by the COR.

Please see the diagrams below for example of the firearm placement for humane dispatch for horses and cattle.






If unauthorized cattle, goats, sheep, and/or hogs are gathered, this contractor will use traditional on the ground handling methods with cowboys, horses, and dogs by herding, roping, and or tying down.

Ariel assistance will be used to move cattle to traps when applicable and with USFS permission. Traps will consist of 6ft tall 6 rail steel portable corrals set in areas approved by the USFS.

Cattle and/ or other unauthorized livestock will be loaded onto enclosed or bar top livestock trailers for transport.

Cattle and/ or other unauthorized livestock will be transported to the closest auction barn.

If any unauthorized branded livestock is captured the Arizona Department of Agriculture (AZDA) will be contacted and their policies and procedures will be followed to determine and/ or locate the owner. As a former AZDA brand inspector I do understand the holding period is longer than 5 days and other procedures I may be required to follow.

Sales:

The contractor will take all necessary steps to determine the best auction practice to facilitate the dispersal of unauthorized livestock. Rail Lazy H will remain flexible in meeting the needs of the USFS and will continue to participate in any and all discussions to ensure the best outcomes for the horses.

Horses that have health concerns, mares nursing young foals, and weanlings between the ages of 6 months to one year will not be subjected to transport out of state. The online auction facilitation will be used.

In the past and moving forward online auctions will be held by Rail Lazy H with pickup options to continue at the Navajo County Fairgrounds in Holbrook AZ.

The online website was designed in conjunction with the USFS to ensure the health and welfare of the unauthorized horses and so that the public had easy access to the USFS website for further information regarding unauthorized livestock. The bidder registration process was developed with input by the horse advocate community for the best practice to find quality buyers for the unauthorized horses. This website is easily managed for updates and changes can be made to suit any future needs of the USFS.

Please visit Rail Lazy H online auction site to review the existing service that was designed and used for the previous contract. Please also feel free to follow the registration process to see the bidder questionnaire.

Out-of-state auctions will take place within 900 miles of Springerville AZ. Unauthorized horses will be transported by the contractor. This contractor will use enclosed livestock trailers and/ or ground load single deck trailers for transport. All unauthorized horses will receive the necessary health certificates and blood work at the auction sites by that state's veterinarians and in accordance with USDA regulations, and that states agriculture regulations.

All auction proceeds will be returned to the USFS.

If this contractor gathers branded livestock, the procedures and policies will be followed according to the Arizona Department of Agriculture (AZDA) and work will be coordinated with the states

livestock officials. In this event this contractor, as a past AZDA brand inspector, understands the branded livestock will be held for 7 days while AZDA attempts to locate the owner. At that time if the owner of the branded livestock is not located, AZDA will dispose of said branded livestock according to their guidelines.

127EAV24R0001 – RFP SOI Discussion

Prior to review of the SOI, please take into consideration this contractor has an estimated amount of $97,000.00 of grant monies to utilize to supplement the gather cost per animal.

This currently available grant money cannot be applied to administrative costs, feed, care, transport, or facilitation of auction expenses.

In consideration of actual line-item amounts, specifically addressing transport, health certificates and coggins testing, and costs associated with holding, please take the following into consideration.

1. Transport miles to out of state auctions will vary depending on the actual out of state auction facility. The transport for out of state is based off the furthest 900-mile distance. There are auction facilities closer than that distance that have agreed to auction the unauthorized horses that may be gathered on this RFP.

2. Health certificates and coggins testing fees will vary depending on the out-of-state auction facility. This line-item estimate, per animal, also includes the minimum stay of 48 hours, per animal, at the out of state facility so that the necessary coggins test blood work is processed and returned prior to the auction of the animal.

3. Holding costs are estimated with the applicable information requested in this RFP. The estimate for holding per animal/ animals is based off the estimate per day, per animal, with the related estimated days that each animal could potentially be required to stay in holding.

In conclusion, the estimates provided for these line items may be substantially reduced depending on the needs/ requests of the USFS.

This contractor is willing to be flexible to meet the needs of the USFS.

**Forest Service – Region 3 – Apache-Sitgreaves National Forests**

**Statement of Work**

This project consists of the capture and removal of **unauthorized livestock** (horses and/or cattle) from national forest system lands on the Apache-Sitgreaves National Forests. Current estimates of unauthorized livestock to be removed from the Alpine, Clifton and Springerville Ranger Districts of the Apache National Forest are estimated between 100 and 200 head of horses. Gather efforts will be conducted on the National Forests where we are experiencing issues with unauthorized livestock. The objective of this contract is to remove as many unauthorized livestock as funding allows. Gather efforts shall not start without approval from the contracting officer's representative (COR). The COR will work closely with the contractor during implementation of the gather and share any new reports received regarding locations of unauthorized livestock.

Gathering must start within 60 days of contract award.

The work includes the gathering, handling/loading, holding, care, transportation, and facilitation of the sale of unauthorized livestock from the National Forests. The work also includes impounding and caring for branded, stray animals while public notice of unauthorized livestock is given. The health and well-being of the animals and personal safety of individuals involved with gather operations is high priority. The work will be accomplished in a safe and humane manner and be in accordance with appropriate State of Arizona laws (Arizona Department of Agriculture (az.gov)).

While the objective of this contract is to remove as many unauthorized livestock from Forest Service lands as funding allows, the contractor will only be authorized to invoice for the actual number of livestock gathered.

Modifications to this contract may be negotiated if determined within scope by the contracting officer. Such modifications may address unauthorized livestock on Forests across the Southwest Region.

**Contractor Requirements**
Technical Requirements / Tasks

The Contractor will be required to gather and remove unauthorized livestock from national forest system lands. Passive trapping will be the primary method of capture for horses; however, instances may arise that could require the need for other gather tools to include herding with horses, roping, leading, tie down, etc. Helicopter gathers for unauthorized horses will not be allowed.

Unauthorized livestock means any cattle, sheep, goat, hog, or equine not defined as a wild free-roaming horse or burro by § 222.20(b)(13), which is not authorized by permit to be upon the land on which the livestock is located and which is not related to use authorized by a grazing permit; provided, that noncommercial pack and saddle stock used by recreationists, travelers, other Forest visitors for occasional trips, as well as livestock to be trailed over an established driveway when there is no overnight stop on Forest Service administered land do not fall under this definition.

The Contractor will provide for feed, water, boarding, and basic care of the animals from the time of capture until transfer of ownership. All livestock must be held for a minimum of 5 days for claiming purposes. Holding periods are not expected to be longer than three weeks but could persist for extended periods of time.

The Contractor will be required to provide general care to sick or injured animals and restrain them if treatment is necessary.

The Contractor will be required to humanely euthanize livestock that are injured or sick. The COR will determine if injured animals must be dispatched and provide direction to the Contractor for disposal of such animals. See attached Euthanasia Guidelines.

The Contractor may be required to dispose of the carcasses as directed by the COR. Disposing of carcasses may include moving livestock off trails or from areas of high recreation use.

The Contractor will transport livestock from the temporary holding facility at capture site to their designated holding facility within 24 hours of capture unless prior approval is granted by the COR. The Contractor is responsible for coordinating inspection from Arizona Livestock Officers if required by Arizona State Law.

The Contractor is responsible for providing permanent corrals and holding facilities off Forest. Facilities must be approved by the COR. General expectations for approval are adequacy of the facilities for safe holding of ungentled horses, are located within the state of Arizona, and they are no more than a one-way travel distance of 3 hours from Springerville, Arizona.

On occasion, branded livestock may be gathered. Under these circumstances, the Contractor is responsible for feeding or feed costs while livestock are impounded at a temporary facility identified by the COR (typically on site, or within 40 miles of capture site) for approximately 7 days while public notice of stray livestock is given. If branded livestock are not claimed within the designated period, the contractor will be responsible to transport the livestock to a final destination.

Sales

The Contractor will be responsible for facilitating the public sale of impounded livestock as requested by the Forest Service. Sale options provided by the contractor must include an online auction, in-person auctions, and delivery to a livestock sale barn. Sale barns would be located within 900 miles of Springerville, Arizona. All sale locations and types would be determined by the Forest Service in coordination with the Contractor as livestock are captured.

The Contractor will be responsible for collecting any proceeds from the sale of unauthorized livestock on behalf of the Forest Service. The Contractor will return all funds received for the sale of livestock minus any fees incurred for the sale of livestock such as: sellers premiums, sale barn fees, testing fees (if performed by the sale barn), credit card fees, etc..

The Contractor will be responsible for care and holding of any animal that fails to sell at the time of public sale.

The Contractor will schedule shipments of animals to arrive at final destination in coordination with the COR. No shipments shall be scheduled to arrive at final destination on Sundays or on Federal holidays, unless prior approval has been obtained by the COR.

The Contractor will not allow livestock to remain standing on trucks while not in transit for a combined period of greater than six (6) hours.

All trigger and/or trip gate devices must be approved by the COR prior to capture of animals. Trigger and trip gate devices must be designed so that they do not injure livestock.

**Government Furnished**
The Government may furnish handheld radios if needed for safety purposes.

**Deliverables / Schedule**
The contractor will meet with the Forest regularly pre, post and during implementation.

The Contractor will submit a written schedule discussing gather plans to remove unauthorized livestock from Apache-Sitgreaves National Forestss located on the Alpine, Clifton and Springerville Ranger Districts along the Blue River and the west boundary areas within national forest system lands.

The Contractor will gather unauthorized livestock.

The Contractor will transport unbranded livestock from the temporary holding facility at capture site to an approved destination within 24 hours of capture and accommodate inspection from Arizona Livestock Officers when required.

The Contractor will provide feed and care for all gathered livestock until transfer of care has occurred though the sale or approved ownership claim of impounded livestock. Holding periods are not expected to be longer than three weeks but could persist for extended periods of time.

The Contractor will provide documentation for any livestock that die in the process of removal or holding or livestock that was humanly euthanized due to injury or sickness.

# Animal Handling and Welfare Guidelines[1]

## Facility Design

*Trap Site and Temporary Holding Facility*

- The trap site and temporary holding facility must be constructed of stout materials and be maintained in proper working condition, including gates that swing freely and latch or tie easily.
- Fence panels in pens and alleys must be not less than 6 feet high for horses and the bottom rail must not be more than 12 inches from ground level.
    - Horses in pens at the temporary holding facility should be maintained at a proper stocking density to allow, when at rest, all horses to occupy no more than half the pen area.
- There must be no holes, gaps or openings, protruding surfaces, or sharp edges present in fence panels or other structures that may cause escape or possible injury.
- Water must be provided at a minimum rate of ten gallons per 1,000-pound animal per day, adjusted upwards accordingly for larger or smaller horses, foals, and environmental conditions, with each trough placed in a separate location of the pen (troughs at opposite ends of the pen). Water must be refilled at least every 12 hours.
- Nonessential personnel and equipment should be located accordingly to minimize disturbance of horses.
- Trash, debris, and reflective or noisy objects should be eliminated from the trap site and temporary holding facility.

*Loading and Unloading Areas*

- Facilities in areas for loading and unloading horses at the trap site or temporary holding facility must be maintained in a safe and proper working condition, including gates which swing freely and latch or tie easily.
- There must be no holes, gaps or openings, protruding surfaces, or sharp edges present in fence panels or other structures which may cause escape or possible injury.
- All gates and doors must open and close easily and latch securely.
- Loading and unloading ramps must have a non-slip surface and be maintained in a safe and proper working condition to prevent slips and falls. Examples of non-slip flooring would include, but not be limited to, rubber mats, sand, shavings, or steel reinforcement rods built into ramps. There must be no holes in the flooring or items that can cause an animal to trip.
- Trailers must be properly aligned with loading and unloading chutes and panels ensuring no gaps exist between the chute or panel and floor or sides of the trailer creating a situation where a horse could injure itself.
- Fully enclosed stock trailers should be positioned for loading or unloading to allow no more than 18 inches clearance between the ground and floor of the trailer for horses.

[1] This information has been adapted from the Bureau of Land Management Comprehensive Animal Welfare Standards in accordance with the project design for the Unauthorized Livestock Project. Any need to deviate from these guidelines must be approved by the COR.

## Transportation

- Only fully enclosed covered stock trailers in sound mechanical condition will be permitted to transport horses. Trailers must have sufficient interior height to allow each equine to stand with its head extended to the fullest normal postural height.
- Each horse has enough floor space to ensure no equine is crowded in a way likely to cause injury or discomfort.
- All trailers will be single level and no "pot-belly" trailers are authorized to transport horses.
- Flooring of all transport trailers should not be slick or slippery, if metal, it should be covered with rubber matting to allow for secure footing and minimize slips and falls.
- All FS personnel driving transport trailers will have been properly trained in driving trailers with live animals.
- Adequate space to prevent overcrowding will be provided following American Veterinary Medical Association humane care when horses are loaded for transport. https://www.avma.org/resources-tools/avma-policies/humane-transport-equines

## Animal Care

### *Feeding and watering*

- Adult horses held in traps or temporary holding pens for longer than 12 hours must always be fed and watered at approximately 12-hour intervals with water available other than when animals are being sorted or worked.
- Water must be provided at a minimum rate of ten gallons per 1,000-pound animal per day, adjusted upward accordingly for larger or smaller horses, and foals, and environmental conditions, with each trough placed in a separate location of the pen (troughs at opposite ends of the pen). Water must be refilled at least every 12 hours.
- In all holding and working facilities the best hay possible will be used. Hay should be inspected prior to purchase to reduce the amount of weeds present.
- Hay must be fed at a minimum rate of 20 pounds per 1,000-pound adult animal per day, adjusted accordingly for larger or smaller horses and foals. Hay placement must allow all horses to eat simultaneously.
- When water or feed deprivation conditions exist on the range prior to the gather, the watering and feeding arrangements should be adjusted as necessary to provide for the needs of the animals.
- Dependent foals or weak or debilitated animals should be separated from other horses at the trap site to avoid injuries during transportation to the temporary holding facility. Separation of dependent foals from mares should not exceed four hours unless the immediate decision is made to wean the foals.

## Temporary holding facility

- All horses in confinement must be observed at least once daily to identify sick or injured horses and ensure adequate food and water.
- Dependent foals must be reunited with their mares at the temporary holding facility within four hours of capture unless foals are old enough to be weaned during the gather.

- Non-ambulatory horses will be humanly euthanized.
- Alternate pens must be made available for the following:
  - ♦ Horses that are weak or debilitated
  - ♦ Mares with dependent foals
- Aggressive horses causing serious injury to other animals should be identified and relocated into alternate pens when possible.

## Handling

*General Handling*

- Horses should be handled to enter runways or chutes in a forward direction.
- Horses should not remain in single-file alleyways, runways, or chutes longer than 30 minutes.
- No equipment should be operated in such a manner as to cause flighty behavior by or injury to horses.

*Willful Acts of Abuse*

- Hitting, kicking, striking, or beating any horse in an abusive manner is prohibited.
- Dragging a recumbent horse without a sled, slide board or slip sheet is prohibited. Ropes used for moving the recumbent animal must be attached to the sled, slide board, or slip sheet.
- There should be no deliberate driving of horses into other animals, closed gates, panels, or other equipment.
- There should be no deliberate slamming of gates and doors on horses.
- There should be no intentional excessive noise (for example, constant yelling) or sudden activity causing horses to become unnecessarily flighty, disturbed, or agitated.

*Handling Aids*

- Handling aids such as flags and shaker paddles must be the primary tools for driving and moving horses during handling and transport procedures. Contact of the flag or paddle end of primary handling aids with a horse is allowed. Ropes looped around the hindquarters may be used from horseback or on foot to assist in moving an animal forward or during loading.
- Electric prods must not be used routinely as a driving aid or handling tool. Electric prods may be used in limited circumstances only if the following guidelines are followed:
  - ♦ Electric prods must only be a commercially available make and model that uses DC battery power, and batteries should always be fully charged.
  - ♦ The electric prod device must never be disguised or concealed.
  - ♦ Space in front of an animal must be available to move the horse forward prior to application of the electric prod.
  - ♦ Electric prods must never be applied to the face, genitals, anus, or underside of the tail of a horse.

Contractor Reporting Needs for the Unauthorized Livestock Gather Contract

Apache-Sitgreaves National Forests Unauthorized Horses

The Forest will need the following information prior the sale of impounded livestock:

- Date of capture
- Location of capture
- Description of each animal captured
    - Color and markings
    - Approximate age (as available)
    - Sex (Not required for foals)

Information needed post sale:

- Date of Sale
- Sale records
    - Contractor facilitated sales: Purchaser information required for Bill of Sale to be issued by USFS.
    - Sale Barn: Sale records provided by sale barn.

Additional records required:

- Descriptive photos of each animal that show identifiable markings such as brands, coat variations or color markings. To be provided upon request.
- Situational To be provided upon request.
    - Any recent injuries (description, if known how the injury occurred and any care provided)
    - Any veterinary testing (e.g., coggins test) or care given
    - Any care given by contractor

Euthanize reporting (also notated in the euthanasia guidelines)

- The COR must be notified within 24 hours of the animal being euthanized.
- Documentation of the injury; any vet records should be included if used
- Documentation should include a description of the animal, the injury and how the injury occurred.
- The COR may request an inspection of the carcass prior to disposal.

Documentation requested may be adjusted as needed.

Sale and livestock information requested in excel format.

# Euthanasia Guidelines for Apache-Sitgreaves Unauthorized Livestock Gather Contract

The ASNF takes the humane treatment of animals very seriously. Severe illness and accidents involving horses may happen at any time. Some situations resulting in severe injury or illness of the animal may require humane euthanasia. The aim of emergency euthanasia is to provide a quick and humane death to ultimately, prevent and minimize suffering. Emergency euthanasia should only be performed when catastrophic injuries have occurred, and a horse is in significant pain and suffering.

Per the statement of work, the Contractor will be required to humanely euthanize livestock that are injured or sick. The COR will determine if injured animals must be dispatched and provide direction to the Contractor for disposal of such animals. See attached Euthanasia Guidelines.

The contractor will be preapproved to humanely euthanize livestock under the following conditions identified below, for animals that are in the possession of the contractor and animals encountered on the range. This approval can be revoked at any time by the COR.

Preapproved Situations

- Non-ambulatory horses
- Broken limbs or shoulders
- Horses with mortal injuries that impact the quality of life.

Reporting requirements

- The COR must be notified within 24 hours of the animal being euthanized.
- Photo and/or written documentation of the injury; any vet records should be included if used.
- Documentation should include a description of the animal, the injury and how the injury occurred.
- The COR may request an inspection of the carcass prior to disposal.

Situations other than those identified above must be approved by the COR prior to proceeding.

(A) If the service is related to item maintenance: A description of all covered telecommunications services offered (include on the item being maintained: Brand; model number, such as OEM number, manufacturer part number, or wholesaler number; and item description, as applicable); or

(B) If not associated with maintenance, the Product Service Code (PSC) of the service being provided; and explanation of the proposed use of covered telecommunications services and any factors relevant to determining if such use would be permissible under the prohibition in paragraph (b)(1) of this provision.

(2) Disclosure for the representation in paragraph (d)(2) of this provision. If the Offeror has responded "does" in the representation in paragraph (d)(2) of this provision, the Offeror shall provide the following information as part of the offer:

(i) For covered equipment—

(A) The entity that produced the covered telecommunications equipment (include entity name, unique entity identifier, CAGE code, and whether the entity was the OEM or a distributor, if known);

(B) A description of all covered telecommunications equipment offered (include brand; model number, such as OEM number, manufacturer part number, or wholesaler number; and item description, as applicable); and

(C) Explanation of the proposed use of covered telecommunications equipment and any factors relevant to determining if such use would be permissible under the prohibition in paragraph (b)(2) of this provision.

(ii) For covered services—

(A) If the service is related to item maintenance: A description of all covered telecommunications services offered (include on the item being maintained: Brand; model number, such as OEM number, manufacturer part number, or wholesaler number; and item description, as applicable); or

(B) If not associated with maintenance, the PSC of the service being provided; and explanation of the proposed use of covered telecommunications services and any factors relevant to determining if such use would be permissible under the prohibition in paragraph (b)(2) of this provision.

**52.209-7 Information Regarding Responsibility Matters (OCT 2018) )(Provision)**

(a)*Definitions*. As used in this provision—

Administrative proceeding" means a non-judicial process that is adjudicatory in nature in order to make a determination of fault or liability (*e.g.*, Securities and Exchange

Commission Administrative Proceedings, Civilian Board of Contract Appeals Proceedings, and Armed Services Board of Contract Appeals Proceedings). This includes administrative proceedings at the Federal and State level but only in connection with performance of a Federal contract or grant. It does not include agency actions such as contract audits, site visits, corrective plans, or inspection of deliverables.

Federal contracts and grants with total value greater than $10,000,000" means—

(1) The total value of all current, active contracts and grants, including all priced options; and

(2) The total value of all current, active orders including all priced options under indefinite-delivery, indefinite-quantity, 8(a), or requirements contracts (including task and delivery and multiple-award Schedules).

"Principal" means an officer, director, owner, partner, or a person having primary management or supervisory responsibilities within a business entity (*e.g.*, general manager; plant manager; head of a division or business segment; and similar positions).

(b)The offeror ☐ has ☐does not have current active Federal contracts and grants with total value greater than $10,000,000.

(c)If the offeror checked "has" in paragraph (b) of this provision, the offeror represents, by submission of this offer, that the information it has entered in the Federal Awardee Performance and Integrity Information System (FAPIIS) is current, accurate, and complete as of the date of submission of this offer with regard to the following information:

(1) Whether the offeror, and/or any of its principals, has or has not, within the last five years, in connection with the award to or performance by the offeror of a Federal contract or grant, been the subject of a proceeding, at the Federal or State level that resulted in any of the following dispositions:

(i)In a criminal proceeding, a conviction.

(ii)In a civil proceeding, a finding of fault and liability that results in the payment of a monetary fine, penalty, reimbursement, restitution, or damages of $5,000 or more.

(iii)In an administrative proceeding, a finding of fault and liability that results in–

(A)The payment of a monetary fine or penalty of $5,000 or more; or

(B)The payment of a reimbursement, restitution, or damages in excess of $100,000.

(iv)In a criminal, civil, or administrative proceeding, a disposition of the matter by consent or compromise with an acknowledgment of fault by the Contractor if the proceeding could have led to any of the outcomes specified in paragraphs (c)(1)(i), (c)(1)(ii), or (c)(1)(iii) of this provision.

(2) If the offeror has been involved in the last five years in any of the occurrences listed in (c)(1) of this provision, whether the offeror has provided the requested information with regard to each occurrence.

(d)The offeror shall post the information in paragraphs (c)(1)(i) through (c)(1)(iv) of this provision in FAPIIS as required through maintaining an active registration in the System for Award Management, which can be accessed via https://www.sam.gov. See 52.204-7.

**52.212-3 Offeror Representations and Certifications – Commercial Products and Commercial Services (NOV 2023) (DEVIATION NOV 2022) (Provision)**

*[If Offeror Representations and Certifications are not complete in SAM the offeror shall submit a completed copy of the provision at 52.212-3, Offeror Representations and Certifications-Commercial Products and Commercial Services, with your offer. The full provision is available from http://www.acquisition.gov/far/.*

*If Offeror Representations and Certifications are complete in SAM, the offeror shall complete the following:]*

(b)(1) *Annual Representations and Certifications*. Any changes provided by the Offeror in paragraph (b)(2) of this provision do not automatically change the representations and certifications in SAM.

(2) The offeror has completed the annual representations and certifications electronically in SAM accessed through http://www.sam.gov. After reviewing SAM information, the Offeror verifies by submission of this offer that the representations and certifications currently posted electronically at FAR 52.212-3, Offeror Representations and Certifications-Commercial Products and Commercial Services, have been entered or updated in the last 12 months, are current, accurate, complete, and applicable to this solicitation (including the business size standard(s) applicable to the NAICS code(s) referenced for this solicitation), at the time this offer is submitted and are incorporated in this offer by reference (see FAR 4.1201), except for paragraphs ______________.

[*Offeror to identify the applicable paragraphs at (c) through (v) of this provision that the offeror has completed for the purposes of this solicitation only, if any. Write "None" if there are no changes needed to your online reps and certs.*

DEVIATION NOV 2022] *Offerors that are representing as joint ventures should submit their socio-economic status in the space provided above until such time that*

*SAM.gov has been updated to include the joint venture representations contained within provision 52.212-3 paragraph (c).*

*These amended representation(s) and/or certification(s) are also incorporated in this offer and are current, accurate, and complete as of the date of this offer.*

*Any changes provided by the offeror are applicable to this solicitation only, and do not result in an update to the representations and certifications posted electronically on SAM.*]

**(xi) 52.212-4 Contract Terms and Conditions – Commercial Products and Commercial Services (NOV 2023)**

**Addenda to 52.212-4:**

**(xii) 52.212-5 Contract Terms and Conditions Required to Implement Statutes or Executive Orders– Commercial Products and Commercial Services (DEC 2023) )[DEVIATION JAN 2024]**

(a) The Contractor shall comply with the following Federal Acquisition Regulation (FAR) clauses, which are incorporated in this contract by reference, to implement provisions of law or Executive orders applicable to acquisitions of commercial products and commercial services:

(1) 52.203-19, Prohibition on Requiring Certain Internal Confidentiality Agreements or Statements (Jan 2017) (section 743 of Division E, Title VII, of the Consolidated and Further Continuing Appropriations Act, 2015 (Pub. L. 113-235) and its successor provisions in subsequent appropriations acts (and as extended in continuing resolutions)).

(2) 52.204-23, Prohibition on Contracting for Hardware, Software, and Services Developed or Provided by Kaspersky Lab Covered Entities (Dec 2023) (Section 1634 of Pub. L. 115-91).

(3) 52.204-25, Prohibition on Contracting for Certain Telecommunications and Video Surveillance Services or Equipment. (Nov 2021) (Section 889(a)(1)(A) of Pub. L. 115-232).

(4) 52.209-10, Prohibition on Contracting with Inverted Domestic Corporations (Nov 2015)

(5) 52.232-40, Providing Accelerated Payments to Small Business Subcontractors (MAR 2023) (31 U.S.C.3903 and 10 U.S.C. 3801)

(6) 52.233-3, Protest After Award (Aug 1996) (31 U.S.C. 3553).

(7) 52.233-4, Applicable Law for Breach of Contract Claim (Oct 2004) (Public Laws 108-77 and 108-78 (19 U.S.C. 3805note)).

(b) The Contractor shall comply with the FAR clauses in this paragraph (b) that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial products and commercial services:

*[Contracting Officer check as appropriate.]*

☒ (1) 52.203-6, Restrictions on Subcontractor Sales to the Government (June 2020), with Alternate I (Nov 2021) (41 U.S.C. 4704 and 10 U.S.C. 4655).

☒ (2) 52.203-13, Contractor Code of Business Ethics and Conduct (Nov 2021) (41 U.S.C. 3509)).

☐ (3) 52.203-15, Whistleblower Protections under the American Recovery and Reinvestment Act of 2009 (Jun 2010) (Section 1553 of Pub. L. 111-5). (Applies to contracts funded by the American Recovery and Reinvestment Act of 2009.)
☐ (4) 52.203-17, Contractor Employee Whistleblower Rights (Nov 2023) (Whistleblower Guidance to Contractor Employees)
☐ (5) 52.204-10, Reporting Executive Compensation and First-Tier Subcontract Awards (Jun 2020) (Pub. L. 109-282) (31 U.S.C. 6101 note).
☐ (6) [Reserved].
☒ (7) 52.204-14, Service Contract Reporting Requirements (Oct 2016) (Pub. L. 111-117, section 743 of Div. C).
☐ (8) 52.204-15, Service Contract Reporting Requirements for Indefinite-Delivery Contracts (Oct 2016) (Pub. L. 111-117, section 743 of Div. C).
☐ (9) 52.204-27, Prohibition on a ByteDance Covered Application (JUN 2023) (Section 102 of Division R of Pub. L. 117-328).
☐ (10) 52.204-28, Federal Acquisition Supply Chain Security Act Orders – Federal Supply Schedules, Governmentwide Acquisition Contracts, and Multi-Agency Contracts (Dec 2023) (Pub. L. 115-390)
☐ (11)(i) 52.204-30, Federal Acquisition Supply Chain Security Act Orders – Prohibition. (Dec 2023) (Pub. L. 115-390, title II)
  ☐ (ii) Alternate I (Dec 2023) of 52.204-30.
☒ (12) 52.209-6, Protecting the Government's Interest When Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment. (Nov 2021) (31 U.S.C. 6101note).
☒ (13) 52.209-9, Updates of Publicly Available Information Regarding Responsibility Matters (Oct 2018) (41 U.S.C. 2313).
☐ (14) [Reserved].
☐ (15) (i) 52.219-3, Notice of HUBZone Set-Aside or Sole-Source Award (Oct 2022) (15 U.S.C.657a).
☐ (16) (i) 52.219-4, Notice of Price Evaluation Preference for HUBZone Small Business Concerns (Oct 2022) (if the offeror elects to waive the preference, it shall so indicate in its offer) (15 U.S.C. 657a).
☐ (17) [Reserved]
☒ (18) (i) 52.219-6, Notice of Total Small Business Set-Aside (Nov 2020) (15 U.S.C.644).
  ☐ (ii) Alternate I (Mar 2020) of 52.219-6.
☐ (19) (i) 52.219-7, Notice of Partial Small Business Set-Aside (Nov 2020) (15 U.S.C. 644).
  ☐ (ii) Alternate I (Mar 2020) of 52.219-7.
☒ (20) 52.219-8, Utilization of Small Business Concerns (Sep 2023) (15 U.S.C. 637(d)(2) and (3)).
☐ (21) (i) 52.219-9, Small Business Subcontracting Plan (Sep 2023) (15 U.S.C. 637(d)(4)).
  ☐ (ii) Alternate I (Nov 2016) of 52.219-9.
  ☐ (iii) Alternate II (Nov 2016) of 52.219-9.
  ☐ (iv) Alternate III (Jun 2020) of 52.219-9.
  ☐ (v) Alternate IV (Sep 2023) of 52.219-9.
☐ (22) (i) 52.219-13, Notice of Set-Aside of Orders (Mar 2020) (15 U.S.C. 644(r)).

☐ (ii) Alternate I (MAR 2020) of 52.219-13

☒ (23) 52.219-14, Limitations on Subcontracting (Oct 2022) (15 U.S.C.637s)

[*Contracting Officer check as appropriate.*]

☐ By the end of the base term of the contract and then by the end of each subsequent option period; or

☐ By the end of the performance period for each order issued under the contract.

☐ (24) 52.219-16, Liquidated Damages-Subcontracting Plan (Sep 2021) (15 U.S.C. 637(d)(4)(F)(i)).

☐ (25) 52.219-27, Notice of Service-Disabled Veteran-Owned Small Business Set-Aside (Oct 2022) (15 U.S.C. 657f).

☒ (26) (i) 52.219-28, Post Award Small Business Program Rerepresentation (Sep 2023) (15 U.S.C. 632(a)(2)).

☐ (ii) Alternate I (MAR 2020) of 52.219-28.

☐ (27) 52.219-29, Notice of Set-Aside for, or Sole Source Award to, Economically Disadvantaged Women-Owned Small Business Concerns (Oct 2022) (15 U.S.C. 637(m)).

☐ (28) 52.219-30, Notice of Set-Aside for, or Sole Source Award to, Women-Owned Small Business Concerns Eligible Under the Women-Owned Small Business Program (Oct 2022) (15 U.S.C. 637(m)).

☐ (29) 52.219-32, Orders Issued Directly Under Small Business Reserves (Mar 2020) (15 U.S.C. 644(r)).

☐ (30) 52.219-33, Nonmanufacturer Rule (Sep 2021) (15 U.S.C. 637(a)(17)).

☒ (31) 52.222-3, Convict Labor (Jun 2003) (E.O.11755).

☒ (32) 52.222-19, Child Labor-Cooperation with Authorities and Remedies (Nov 2023) (E.O.13126).[DEVIATION JAN 2024]

☒ (33) 52.222-21, Prohibition of Segregated Facilities (Apr 2015).

☒ (34) (i) 52.222-26, Equal Opportunity (Sep 2016) (E.O.11246).

☐ (ii) Alternate I (Feb 1999) of 52.222-26.

☒ (35) (i) 52.222-35, Equal Opportunity for Veterans (Jun 2020) (38 U.S.C. 4212).

☐ (ii) Alternate I (Jul 2014) of 52.222-35.

☒ (36) (i) 52.222-36, Equal Opportunity for Workers with Disabilities (Jun 2020) (29 U.S.C.793).

☐ (ii) Alternate I (Jul 2014) of 52.222-36.

☒ (37) 52.222-37, Employment Reports on Veterans (Jun 2020) (38 U.S.C. 4212).

☐ (38) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (Dec 2010) (E.O. 13496).

☐ (39) (i) 52.222-50, Combating Trafficking in Persons (Nov 2021) (22 U.S.C. chapter 78 and E.O. 13627).

☐ (ii) Alternate I (Mar 2015) of 52.222-50 (22 U.S.C. chapter78 and E.O. 13627).

☐ (40) 52.222-54, Employment Eligibility Verification (May 2022). (Executive Order 12989). (Not applicable to the acquisition of commercially available off-the-shelf items or certain other types of commercial products or commercial services as prescribed in FAR 22.1803.)

☐ (41) (i) 52.223-9, Estimate of Percentage of Recovered Material Content for EPA–Designated Items (May 2008) (42 U.S.C. 6962(c)(3)(A)(ii)). (Not applicable to the acquisition of commercially available off-the-shelf items.)

☐ (ii) Alternate I (May 2008) of 52.223-9 (42 U.S.C. 6962(i)(2)(C)). (Not applicable to the acquisition of commercially available off-the-shelf items.)

☐ (42) 52.223-11, Ozone-Depleting Substances and High Global Warming Potential Hydrofluorocarbons (Jun 2016) (E.O. 13693).

☐ (43) 52.223-12, Maintenance, Service, Repair, or Disposal of Refrigeration Equipment and Air Conditioners (Jun 2016) (E.O. 13693).

☐ (44) (i) 52.223-13, Acquisition of EPEAT®-Registered Imaging Equipment (Jun 2014) (E.O.s 13423 and 13514).

☐ (ii) Alternate I (Oct 2015) of 52.223-13.

☐ (45) (i) 52.223-14, Acquisition of EPEAT®-Registered Televisions (Jun 2014) (E.O.s 13423 and 13514).

☐ (ii) Alternate I (Jun 2014) of 52.223-14.

☐ (46) 52.223-15, Energy Efficiency in Energy-Consuming Products (May 2020) (42 U.S.C. 8259b).

☐ (47) (i) 52.223-16, Acquisition of EPEAT®-Registered Personal Computer Products (Oct 2015) (E.O.s 13423 and 13514).

☐ (ii) Alternate I (Jun 2014) of 52.223-16.

☒ (48) 52.223-18, Encouraging Contractor Policies to Ban Text Messaging While Driving (Jun 2020) (E.O. 13513).

☐ (49) 52.223-20, Aerosols (Jun 2016) (E.O. 13693).

☐ (50) 52.223-21, Foams (Jun 2016) (E.O. 13693).

☐ (51) (i) 52.224-3 Privacy Training (Jan 2017) (5 U.S.C. 552 a).

☐ (ii) Alternate I (Jan 2017) of 52.224-3.

☐ (52)(i) 52.225-1, Buy American-Supplies (Oct 2022) (41 U.S.C. chapter 83).

☐(ii) Alternate I (Oct 2022) of 52.225-1

☐ (53) (i) 52.225-3, Buy American-Free Trade Agreements-Israeli Trade Act (NOV 2023) (19 U.S.C. 3301 note, 19 U.S.C. 2112 note, 19 U.S.C. 3805 note, 19 U.S.C. 4001 note, 19 U.S.C. chapter 29 (sections 4501-4732), Public Law. 103-182, 108-77, 108-78, 108-286, 108-302, 109-53, 109-169, 109-283, 110-138, 112-41, 112-42, and 112-43.

☐(ii) Alternate I [Reserved]

☐(iii) Alternate II (Dec 2022) of 52.225-3.

☐(iv) Alternate III (Nov 2023) of 52.225-3 (DEVIATION JAN 2024).

☐(v) Alternate IV (Oct 2022) of 52.225-3.

☒ (54) 52.225-5, Trade Agreements (Nov 2023) (19 U.S.C. 2501, et seq., 19 U.S.C. 3301 note).

☐ (55) 52.225-13, Restrictions on Certain Foreign Purchases (FEB 2021) (E.O.'s, proclamations, and statutes administered by the Office of Foreign Assets Control of the Department of the Treasury).

☐ (56) 52.225-26, Contractors Performing Private Security Functions Outside the United States (Oct 2016) (Section 862, as amended, of the National Defense Authorization Act for Fiscal Year 2008; 10 U.S.C. Subtitle A, Part V, Subpart G Note).

☐ (57) 52.226-4, Notice of Disaster or Emergency Area Set-Aside (Nov 2007) (42 U.S.C. 5150).
☐ (58) 52.226-5, Restrictions on Subcontracting Outside Disaster or Emergency Area (Nov 2007) (42 U.S.C. 5150).
☐ (59) 52.229-12, Tax on Certain Foreign Procurements (Feb 2021).
☐ (60) 52.232-29, Terms for Financing of Purchases of Commercial Products and Commercial Services (Nov 2021) (41 U.S.C.4505, 10 U.S.C.3805).
☐ (61) 52.232-30, Installment Payments for Commercial Products and Commercial Services (Nov 2021) (41 U.S.C.4505, 10 U.S.C.3805).
☒ (62) 52.232-33, Payment by Electronic Funds Transfer-System for Award Management (Oct 2018) (31 U.S.C. 3332).
☐ (63) 52.232-34, Payment by Electronic Funds Transfer-Other than System for Award Management (Jul 2013) (31 U.S.C.3332).
☐ (64) 52.232-36, Payment by Third Party (May 2014) (31 U.S.C.3332).
☐ (65) 52.239-1, Privacy or Security Safeguards (Aug 1996) (5 U.S.C. 552a).
☒ (66) 52.242-5, Payments to Small Business Subcontractors (Jan 2017) (15 U.S.C. 637(d)(13)).
☐ (67) (i) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (Nov 2021) (46 U.S.C. 55305 and 10 U.S.C. 2631).
 ☐ (ii) Alternate I (Apr 2003) of 52.247-64.
 ☐ (iii) Alternate II (Nov 2021) of 52.247-64.

(c) The Contractor shall comply with the FAR clauses in this paragraph (c), applicable to commercial services, that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial products and commercial services:

Contracting Officer check as appropriate.]

☒ (1) 52.222-41, Service Contract Labor Standards (Aug 2018) (41 U.S.C. chapter 67).
☐ (2) 52.222-42, Statement of Equivalent Rates for Federal Hires (May 2014) (29 U.S.C. 206 and 41 U.S.C. chapter 67).

In compliance with the Service Contract Labor Standards statute and the regulations of the Secretary of Labor (29 CFR Part 4), this clause identifies the classes of service employees expected to be employed under the contract and states the wages and fringe benefits payable to each if they were employed by the contracting agency subject to the provisions of 5 U.S.C.5341 or 5 332.

This Statement is for Information Only: It is not a Wage Determination

| **Employee Class** | **Monetary Wage/Fringe Benefits** |
|---|---|
| ____________ | ____________/______________ |

| Employee Class | Monetary Wage/Fringe Benefits |
|---|---|
| ____________ | __________/______________ |
| ____________ | __________/______________ |

☐ (3) 52.222-43, Fair Labor Standards Act and Service Contract Labor Standards-Price Adjustment (Multiple Year and Option Contracts) (Aug 2018) (29 U.S.C. 206 and 41 U.S.C. chapter 67).

☒ (4) 52.222-44, Fair Labor Standards Act and Service Contract Labor Standards-Price Adjustment (May 2014) (29 U.S.C. 206 and 41 U.S.C. chapter 67).

☐ (5) 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Requirements (May 2014) (41 U.S.C. chapter 67).

☐ (6) 52.222-53, Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Requirements (May 2014) (41 U.S.C. chapter 67).

☒ (7) 52.222-55, Minimum Wages for Contractor Workers Under Executive Order 14026 (Jan 2022).

☐ (8) 52.222-62, Paid Sick Leave Under Executive Order 13706 (Jan 2022) (E.O. 13706).

☐ (9) 52.226-6, Promoting Excess Food Donation to Nonprofit Organizations (Jun 2020) (42 U.S.C. 1792).

(d) Comptroller General Examination of Record. The Contractor shall comply with the provisions of this paragraph (d) if this contract was awarded using other than sealed bid, is in excess of the simplified acquisition threshold, as defined in FAR 2.101, on the date of award of this contract, and does not contain the clause at 52.215-2, Audit and Records-Negotiation.

(1) The Comptroller General of the United States, or an authorized representative of the Comptroller General, shall have access to and right to examine any of the Contractor's directly pertinent records involving transactions related to this contract.

(2) The Contractor shall make available at its offices at all reasonable times the records, materials, and other evidence for examination, audit, or reproduction, until 3 years after final payment under this contract or for any shorter period specified in FAR subpart 4.7, Contractor Records Retention, of the other clauses of this contract. If this contract is completely or partially terminated, the records relating to the work terminated shall be made available for 3 years after any resulting final termination settlement. Records relating to appeals under the disputes clause or to litigation or the settlement of claims arising under or relating to this contract shall be made available until such appeals, litigation, or claims are finally resolved.

(3) As used in this clause, records include books, documents, accounting procedures and practices, and other data, regardless of type and regardless of form. This does not require the

Contractor to create or maintain any record that the Contractor does not maintain in the ordinary course of business or pursuant to a provision of law.

(e) (1) Notwithstanding the requirements of the clauses in paragraphs (a), (b), (c), and (d) of this clause, the Contractor is not required to flow down any FAR clause, other than those in this paragraph (e)(1), in a subcontract for commercial products or commercial services. Unless otherwise indicated below, the extent of the flow down shall be as required by the clause-

(i) 52.203-13, Contractor Code of Business Ethics and Conduct (Nov 2021) (41 U.S.C. 3509).

(ii) 52.203-17, Contractor Employee Whistleblower Rights (Nov 2023) (41 U.S.C. 4712)

(iii) 52.203-19, Prohibition on Requiring Certain Internal Confidentiality Agreements or Statements (Jan 2017) (section 743 of Division E, Title VII, of the Consolidated and Further Continuing Appropriations Act, 2015 (Pub. L. 113-235) and its successor provisions in subsequent appropriations acts (and as extended in continuing resolutions)).

(iv) 52.204-23, Prohibition on Contracting for Hardware, Software, and Services Developed or Provided by Kaspersky Lab Covered Entities (Dec 2023) (Section 1634 of Pub. L. 115-91).

(iv) 52.204-25, Prohibition on Contracting for Certain Telecommunications and Video Surveillance Services or Equipment. (Nov 2021) (Section 889(a)(1)(A) of Pub. L. 115-232).

(vi) 52.204-27, Prohibition on a ByteDance Covered Application (JUN 2023) (Section 102 of Division R of Pub. L. 117-328)

(vii)(A) 52.204-30, Federal Acquisition Supply Chain Security Act Orders – Prohibition. (Dec 2023) (Pub. L. 115-390, title II)

(B) Alternate I (Dec 2023) of 52.204-30.

(viii) 52.219-8, Utilization of Small Business Concerns (Sep 2023) (15 U.S.C.637(d)(2) and (3)), in all subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds the applicable threshold specified in FAR 19.702(a) on the date of subcontract award, the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.

(ix) 52.222-21, Prohibition of Segregated Facilities (Apr 2015).

(x) 52.222-26, Equal Opportunity (Sep 2015) (E.O.11246).

(xi) 52.222-35, Equal Opportunity for Veterans (Jun 2020) (38 U.S.C.4212).

(xii) 52.222-36, Equal Opportunity for Workers with Disabilities (Jun 2020) (29 U.S.C.793).

(xiii) 52.222-37, Employment Reports on Veterans (Jun 2020) (38 U.S.C.4212).

(xiv) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (Dec 2010) (E.O. 13496). Flow down required in accordance with paragraph (f) of FAR clause 52.222-40.

(xv) 52.222-41, Service Contract Labor Standards (Aug 2018) (41 U.S.C. chapter 67).

(xvi) (A) 52.222-50, Combating Trafficking in Persons (Nov 2021) (22 U.S.C. chapter 78 and E.O 13627).

(B) Alternate I (Mar 2015) of 52.222-50(22 U.S.C. chapter 78 and E.O 13627).

(xvii) 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Requirements (May 2014) (41 U.S.C. chapter 67).

(xviii) 52.222-53, Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Requirements (May 2014) (41 U.S.C. chapter 67).

(xix) 52.222-54, Employment Eligibility Verification (May 2022) (E.O. 12989).

(xx) 52.222-55, Minimum Wages for Contractor Workers Under Executive Order 14026 (Jan 2022).

(xxi) 52.222-62, Paid Sick Leave Under Executive Order 13706 (Jan 2022) (E.O. 13706).

(xxii) (A) 52.224-3, Privacy Training (Jan 2017) (5 U.S.C. 552a).

(B) Alternate I (Jan 2017) of 52.224-3.

(xxiii) 52.225-26, Contractors Performing Private Security Functions Outside the United States (Oct 2016) (Section 862, as amended, of the National Defense Authorization Act for Fiscal Year 2008; 10 U.S.C. Subtitle A, Part V, Subpart G Note).

(xxiv) 52.226-6, Promoting Excess Food Donation to Nonprofit Organizations (Jun 2020) (42 U.S.C. 1792). Flow down required in accordance with paragraph (e) of FAR clause 52.226-6.

(xxv) 52.232-40, Providing Accelerated Payments to Small Business Subcontractors (MAR 2023) (31 U.S.C. 3903 and 10 U.S.C. 3801)

(xxvi) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (Nov 2021) (46 U.S.C. 55305 and 10 U.S.C.2631). Flow down required in accordance with paragraph (d) of FAR clause 52.247-64.

(2) While not required, the Contractor may include in its subcontracts for commercial products and commercial services a minimal number of additional clauses necessary to satisfy its contractual obligations.

**(xiii) Additional Requirements/Terms and Conditions:**

**Clauses:**

**52.203-3 Gratuities (APR 1984)**

**52.203-16 Preventing Personal Conflicts of Interest (JUN 2020)**

**52.204-4 Printed or Copied Double-Sided on Postconsumer Fiber Content Paper (MAY 2011)**

**52.204-13 System for Award Management Maintenance (OCT 2018)**

**52.204-18 Commercial and Government Entity Code Maintenance (AUG 2020)**

**52.204-21 Basic Safeguarding of Covered Contractor Information Systems (NOV 2021)**

(a) Definitions. As used in this clause–

"Covered contractor information system" means an information system that is owned or operated by a contractor that processes, stores, or transmits Federal contract information.

"Federal contract information" means information, not intended for public release, that is provided by or generated for the Government under a contract to develop or deliver a product or service to the Government, but not including information provided by the Government to the public (such as on public websites) or simple transactional information, such as necessary to process payments.

"Information" means any communication or representation of knowledge such as facts, data, or opinions, in any medium or form, including textual, numerical, graphic, cartographic, narrative, or audiovisual (Committee on National Security Systems Instruction (CNSSI) 4009).

"Information system" means a discrete set of information resources organized for the collection, processing, maintenance, use, sharing, dissemination, or disposition of information (44 U.S.C. 3502).

"Safeguarding" means measures or controls that are prescribed to protect information systems.

(b) Safeguarding requirements and procedures.

(1) The Contractor shall apply the following basic safeguarding requirements and procedures to protect covered contractor information systems. Requirements and procedures for basic safeguarding of covered contractor information systems shall include, at a minimum, the following security controls:

(i) Limit information system access to authorized users, processes acting on behalf of authorized users, or devices (including other information systems).

(ii) Limit information system access to the types of transactions and functions that authorized users are permitted to execute.

(iii) Verify and control/limit connections to and use of external information systems.

(iv) Control information posted or processed on publicly accessible information systems.

(v) Identify information system users, processes acting on behalf of users, or devices.

(vi) Authenticate (or verify) the identities of those users, processes, or devices, as a prerequisite to allowing access to organizational information systems.

(vii) Sanitize or destroy information system media containing Federal Contract Information before disposal or release for reuse.

(viii) Limit physical access to organizational information systems, equipment, and the respective operating environments to authorized individuals.

(ix) Escort visitors and monitor visitor activity; maintain audit logs of physical access; and control and manage physical access devices.

(x) Monitor, control, and protect organizational communications (i.e., information transmitted or received by organizational information systems) at the external boundaries and key internal boundaries of the information systems.

(xi) Implement subnetworks for publicly accessible system components that are physically or logically separated from internal networks.

(xii) Identify, report, and correct information and information system flaws in a timely manner.

(xiii) Provide protection from malicious code at appropriate locations within organizational information systems.

(xiv) Update malicious code protection mechanisms when new releases are available.

(xv) Perform periodic scans of the information system and real-time scans of files from external sources as files are downloaded, opened, or executed.

(2) Other requirements. This clause does not relieve the Contractor of any other specific safeguarding requirements specified by Federal agencies and departments relating to covered contractor information systems generally or other Federal safeguarding requirements for controlled unclassified information (CUI) as established by Executive Order 13556.

(c) Subcontracts. The Contractor shall include the substance of this clause, including this paragraph (c), in subcontracts under this contract (including subcontracts for the acquisition of commercial products or commercial services, other than commercially available off-the-shelf items), in which the subcontractor may have Federal contract information residing in or transiting through its information system.

**52.217-8 Option to Extend Services (Nov 1999)**

The Government may require continued performance of any services within the limits and at the rates specified in the contract. These rates may be adjusted only as a result of revisions to prevailing labor rates provided by the Secretary of Labor. The option provision may be exercised more than once, but the total extension of performance hereunder shall not exceed 6 months. The Contracting Officer may exercise the option by written notice to the Contractor within 30 days.

**52.217-9 Option to Extend the Term of the Contract (Mar 2000)**

(a)The Government may extend the term of this contract by written notice to the Contractor within 90 days; provided that the Government gives the Contractor a preliminary written notice of its intent to extend at least 60 days before the contract expires. The preliminary notice does not commit the Government to an extension.

(b)If the Government exercises this option, the extended contract shall be considered to include this option clause.

(c)The total duration of this contract, including the exercise of any options under this clause, shall not exceed 4 years *6 months*.

**52.223-2 Affirmative Procurement of Biobased Products Under Service and Construction Contracts (SEP 2013)**

**52.223-17 Affirmative Procurement of EPA-designated Items in Service and Construction Contracts (AUG 2018)**

**52.228-5 Insurance – Work on a Government Installation (JAN 1997)**

**52.232-18 Availability of Funds (APR 1984)**

**52.232-19 Availability of Funds for Next Fiscal Year (APR 1984)**

**52.237-2 Protection of Government Buildings, Equipment, and Vegetation (APR 1984)**

**52.242-15 Stop-Work Order (AUG 1989)**

**52.242-17 Government Delay of Work (APR 1984)**

**52.245-9 Use and Charges (APR 2012)**

**52.252-2 Clauses Incorporated by Reference (FEB 1998)**

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):
Federal Acquisition Regulation (FAR) Clauses:
https://www.acquisition.gov/browse/index/far (FAR clauses begin with 52)
Department of Agriculture Acquisition Regulation (AGAR) Clauses:
https://www.acquisition.gov/agar (AGAR clauses begin with 452)
FAR and AGAR Deviations to clauses may be viewed at: Policies & Regulations | USDA

**52.252-6 Authorized Deviations in Clauses (NOV 2020)**

(a) The use in this solicitation or contract of any Federal Acquisition Regulation (48 CFR Chapter 1) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the date of the clause.

(b) The use in this solicitation or contract of any Agriculture Acquisition Regulation (48 CFR 4) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the name of the regulation.

**452.204-70 Modification for Contract Closeout (DEVIATION JUL 2022)**

Upon contract closeout for contracts utilizing Simplified Acquisition Procedures (SAP) according to FAR 13:

(a) If unobligated funds in the amount of $1000 or less remain on the contract, the Contracting Officer (CO) shall issue a unilateral modification for deobligation. The contractor will receive a copy of the modification but will not be required to provide a signature. The CO shall immediately proceed with contract closeout upon completion of the period of performance, receipt and acceptance of supplies or services, and final payment.

(b) If unobligated funds of more than $1000 remain on the contract, the CO shall issue a bilateral modification for deobligation. The contractor will receive a copy of the modification and will be required to provide a signature. (The CO may also request a Release of Claims be completed by the contractor, although not required for contract and orders using SAP procedures.) If the bilateral modification and Release of Claims are not returned to the CO within 60 days, the CO shall release the modification as unilateral and proceed with contract closeout upon completion of the period of performance, receipt and acceptance of supplies or services, and final payment.

**452.211-74 Period of Performance (FEB 1988)**
The period of performance of this contract is from 5/6/2024 through 5/5/2028.

"REGISTER OF WAGE DETERMINATIONS UNDER | U.S. DEPARTMENT OF LABOR
THE SERVICE CONTRACT ACT | EMPLOYMENT STANDARDS ADMINISTRATION
By direction of the Secretary of Labor | WAGE AND HOUR DIVISION
| WASHINGTON D.C. 20210
|
|
|
| Wage Determination No.: 2015-5477
Daniel W. Simms Division of | Revision No.: 23
Director Wage Determinations| Date Of Last Revision: 12/26/2023

---

Note: Contracts subject to the Service Contract Act are generally required to pay at least the applicable minimum wage rate required under Executive Order 14026 or Executive Order 13658.

---

|If the contract is entered into on or |Executive Order 14026 generally applies to |
|after January 30, 2022, or the |the contract. |
|contract is renewed or extended (e.g., |The contractor must pay all covered workers |
|an option is exercised) on or after |at least $17.20 per hour (or the applicable |
|January 30, 2022: |wage rate listed on this wage determination,|
| |if it is higher) for all hours spent |
| |performing on the contract in 2024. |

---

|If the contract was awarded on or |Executive Order 13658 generally applies to |
|between January 1, 2015 and January 29,|the contract. |
|2022, and the contract is not renewed |The contractor must pay all covered workers |
|or extended on or after January 30, |at least $12.90 per hour (or the applicable |
|2022: |wage rate listed on this wage determination,|
| |if it is higher) for all hours spent |
| |performing on the contract in 2024. |

---

The applicable Executive Order minimum wage rate will be adjusted annually. Additional information on contractor requirements and worker protections under the Executive Orders is available at www.dol.gov/whd/govcontracts.

---

State: Arizona

Area: Arizona Counties of Apache, Gila, Navajo

---

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 15.03*** |
| 01012 - Accounting Clerk II | | 16.88*** |
| 01013 - Accounting Clerk III | | 18.88 |
| 01020 - Administrative Assistant | | 25.36 |
| 01035 - Court Reporter | | 20.14 |

01041 - Customer Service Representative I 14.98***
01042 - Customer Service Representative II 16.34***
01043 - Customer Service Representative III 18.35
01051 - Data Entry Operator I 14.50***
01052 - Data Entry Operator II 15.82***
01060 - Dispatcher, Motor Vehicle 19.10
01070 - Document Preparation Clerk 16.03***
01090 - Duplicating Machine Operator 16.03***
01111 - General Clerk I 14.57***
01112 - General Clerk II 15.90***
01113 - General Clerk III 17.86
01120 - Housing Referral Assistant 22.45
01141 - Messenger Courier 13.56***
01191 - Order Clerk I 14.70***
01192 - Order Clerk II 16.03***
01261 - Personnel Assistant (Employment) I 18.40
01262 - Personnel Assistant (Employment) II 20.58
01263 - Personnel Assistant (Employment) III 22.94
01270 - Production Control Clerk 30.79
01290 - Rental Clerk 15.03***
01300 - Scheduler, Maintenance 18.01
01311 - Secretary I 18.01
01312 - Secretary II 20.14
01313 - Secretary III 22.45
01320 - Service Order Dispatcher 17.08***
01410 - Supply Technician 25.36
01420 - Survey Worker 17.16***
01460 - Switchboard Operator/Receptionist 14.69***
01531 - Travel Clerk I 16.35***
01532 - Travel Clerk II 16.62***
01533 - Travel Clerk III 18.00
01611 - Word Processor I 16.03***
01612 - Word Processor II 18.01
01613 - Word Processor III 20.14
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer, Fiberglass 21.80
05010 - Automotive Electrician 20.30
05040 - Automotive Glass Installer 19.42
05070 - Automotive Worker 19.42
05110 - Mobile Equipment Servicer 16.62***
05130 - Motor Equipment Metal Mechanic 22.69
05160 - Motor Equipment Metal Worker 19.62
05190 - Motor Vehicle Mechanic 21.59
05220 - Motor Vehicle Mechanic Helper 15.12***
05250 - Motor Vehicle Upholstery Worker 18.14
05280 - Motor Vehicle Wrecker 19.62
05310 - Painter, Automotive 22.12
05340 - Radiator Repair Specialist 19.58
05370 - Tire Repairer 15.81***
05400 - Transmission Repair Specialist 21.59
07000 - Food Preparation And Service Occupations
07010 - Baker 14.46***
07041 - Cook I 16.14***
07042 - Cook II 18.62

| | |
|---|---|
| 07070 - Dishwasher | 13.63*** |
| 07130 - Food Service Worker | 14.45*** |
| 07210 - Meat Cutter | 18.24 |
| 07260 - Waiter/Waitress | 15.22*** |
| 09000 - Furniture Maintenance And Repair Occupations | |
| 09010 - Electrostatic Spray Painter | 26.36 |
| 09040 - Furniture Handler | 16.69*** |
| 09080 - Furniture Refinisher | 26.36 |
| 09090 - Furniture Refinisher Helper | 19.76 |
| 09110 - Furniture Repairer, Minor | 23.06 |
| 09130 - Upholsterer | 26.36 |
| 11000 - General Services And Support Occupations | |
| 11030 - Cleaner, Vehicles | 13.56*** |
| 11060 - Elevator Operator | 14.90*** |
| 11090 - Gardener | 20.00 |
| 11122 - Housekeeping Aide | 14.90*** |
| 11150 - Janitor | 14.90*** |
| 11210 - Laborer, Grounds Maintenance | 15.90*** |
| 11240 - Maid or Houseman | 13.84*** |
| 11260 - Pruner | 14.93*** |
| 11270 - Tractor Operator | 18.46 |
| 11330 - Trail Maintenance Worker | 15.90*** |
| 11360 - Window Cleaner | 15.86*** |
| 12000 - Health Occupations | |
| 12010 - Ambulance Driver | 17.23 |
| 12011 - Breath Alcohol Technician | 26.29 |
| 12012 - Certified Occupational Therapist Assistant | 36.07 |
| 12015 - Certified Physical Therapist Assistant | 29.82 |
| 12020 - Dental Assistant | 19.41 |
| 12025 - Dental Hygienist | 44.74 |
| 12030 - EKG Technician | 39.84 |
| 12035 - Electroneurodiagnostic Technologist | 39.84 |
| 12040 - Emergency Medical Technician | 17.23 |
| 12071 - Licensed Practical Nurse I | 23.51 |
| 12072 - Licensed Practical Nurse II | 26.29 |
| 12073 - Licensed Practical Nurse III | 29.30 |
| 12100 - Medical Assistant | 17.61 |
| 12130 - Medical Laboratory Technician | 24.72 |
| 12160 - Medical Record Clerk | 20.18 |
| 12190 - Medical Record Technician | 22.57 |
| 12195 - Medical Transcriptionist | 23.51 |
| 12210 - Nuclear Medicine Technologist | 57.78 |
| 12221 - Nursing Assistant I | 12.83*** |
| 12222 - Nursing Assistant II | 14.43*** |
| 12223 - Nursing Assistant III | 15.74*** |
| 12224 - Nursing Assistant IV | 17.68 |
| 12235 - Optical Dispenser | 18.17 |
| 12236 - Optical Technician | 23.51 |
| 12250 - Pharmacy Technician | 19.48 |
| 12280 - Phlebotomist | 21.02 |
| 12305 - Radiologic Technologist | 33.01 |
| 12311 - Registered Nurse I | 26.93 |
| 12312 - Registered Nurse II | 33.08 |
| 12313 - Registered Nurse II, Specialist | 33.08 |

12314 - Registered Nurse III 40.02
12315 - Registered Nurse III, Anesthetist 40.02
12316 - Registered Nurse IV 47.96
12317 - Scheduler (Drug and Alcohol Testing) 32.57
12320 - Substance Abuse Treatment Counselor 26.30
13000 - Information And Arts Occupations
13011 - Exhibits Specialist I 17.08***
13012 - Exhibits Specialist II 21.08
13013 - Exhibits Specialist III 25.71
13041 - Illustrator I 18.79
13042 - Illustrator II 23.18
13043 - Illustrator III 28.27
13047 - Librarian 23.06
13050 - Library Aide/Clerk 15.62***
13054 - Library Information Technology Systems 20.92
Administrator
13058 - Library Technician 15.74***
13061 - Media Specialist I 15.03***
13062 - Media Specialist II 16.81***
13063 - Media Specialist III 18.75
13071 - Photographer I 14.99***
13072 - Photographer II 17.27
13073 - Photographer III 21.32
13074 - Photographer IV 26.01
13075 - Photographer V 31.55
13090 - Technical Order Library Clerk 19.24
13110 - Video Teleconference Technician 17.22
14000 - Information Technology Occupations
14041 - Computer Operator I 19.54
14042 - Computer Operator II 21.85
14043 - Computer Operator III 24.36
14044 - Computer Operator IV 27.09
14045 - Computer Operator V 29.99
14071 - Computer Programmer I (see 1) 23.00
14072 - Computer Programmer II (see 1) 26.05
14073 - Computer Programmer III (see 1)
14074 - Computer Programmer IV (see 1)
14101 - Computer Systems Analyst I (see 1)
14102 - Computer Systems Analyst II (see 1)
14103 - Computer Systems Analyst III (see 1)
14150 - Peripheral Equipment Operator 19.54
14160 - Personal Computer Support Technician 27.09
14170 - System Support Specialist 29.99
15000 - Instructional Occupations
15010 - Aircrew Training Devices Instructor (Non-Rated) 31.94
15020 - Aircrew Training Devices Instructor (Rated) 38.65
15030 - Air Crew Training Devices Instructor (Pilot) 46.33
15050 - Computer Based Training Specialist / Instructor 31.94
15060 - Educational Technologist 29.66
15070 - Flight Instructor (Pilot) 46.33
15080 - Graphic Artist 23.49
15085 - Maintenance Test Pilot, Fixed, Jet/Prop 46.33
15086 - Maintenance Test Pilot, Rotary Wing 46.33
15088 - Non-Maintenance Test/Co-Pilot 46.33

15090 - Technical Instructor 31.89
15095 - Technical Instructor/Course Developer 38.99
15110 - Test Proctor 25.73
15120 - Tutor 25.73
16000 - Laundry, Dry-Cleaning, Pressing And Related Occupations
16010 - Assembler 18.28
16030 - Counter Attendant 18.28
16040 - Dry Cleaner 21.02
16070 - Finisher, Flatwork, Machine 18.28
16090 - Presser, Hand 18.28
16110 - Presser, Machine, Drycleaning 18.28
16130 - Presser, Machine, Shirts 18.28
16160 - Presser, Machine, Wearing Apparel, Laundry 18.28
16190 - Sewing Machine Operator 21.90
16220 - Tailor 22.78
16250 - Washer, Machine 19.26
19000 - Machine Tool Operation And Repair Occupations
19010 - Machine-Tool Operator (Tool Room) 27.94
19040 - Tool And Die Maker 34.36
21000 - Materials Handling And Packing Occupations
21020 - Forklift Operator 16.80***
21030 - Material Coordinator 30.79
21040 - Material Expediter 30.79
21050 - Material Handling Laborer 15.09***
21071 - Order Filler 15.14***
21080 - Production Line Worker (Food Processing) 16.80***
21110 - Shipping Packer 18.14
21130 - Shipping/Receiving Clerk 18.14
21140 - Store Worker I 16.37***
21150 - Stock Clerk 19.83
21210 - Tools And Parts Attendant 16.80***
21410 - Warehouse Specialist 16.80***
23000 - Mechanics And Maintenance And Repair Occupations
23010 - Aerospace Structural Welder 33.55
23019 - Aircraft Logs and Records Technician 26.25
23021 - Aircraft Mechanic I 31.91
23022 - Aircraft Mechanic II 33.55
23023 - Aircraft Mechanic III 35.28
23040 - Aircraft Mechanic Helper 22.48
23050 - Aircraft, Painter 30.00
23060 - Aircraft Servicer 26.25
23070 - Aircraft Survival Flight Equipment Technician 30.00
23080 - Aircraft Worker 28.12
23091 - Aircrew Life Support Equipment (ALSE) Mechanic 28.12
I
23092 - Aircrew Life Support Equipment (ALSE) Mechanic 31.91
II
23110 - Appliance Mechanic 27.94
23120 - Bicycle Repairer 22.70
23125 - Cable Splicer 43.00
23130 - Carpenter, Maintenance 21.86
23140 - Carpet Layer 26.19
23160 - Electrician, Maintenance 37.00
23181 - Electronics Technician Maintenance I 26.19

23182 - Electronics Technician Maintenance II 27.94
23183 - Electronics Technician Maintenance III 29.72
23260 - Fabric Worker 24.45
23290 - Fire Alarm System Mechanic 29.72
23310 - Fire Extinguisher Repairer 22.70
23311 - Fuel Distribution System Mechanic 29.76
23312 - Fuel Distribution System Operator 22.73
23370 - General Maintenance Worker 17.91
23380 - Ground Support Equipment Mechanic 31.91
23381 - Ground Support Equipment Servicer 26.25
23382 - Ground Support Equipment Worker 28.12
23391 - Gunsmith I 22.70
23392 - Gunsmith II 26.19
23393 - Gunsmith III 29.72
23410 - Heating, Ventilation And Air-Conditioning Mechanic 21.93
23411 - Heating, Ventilation And Air Contidioning Mechanic (Research Facility) 23.06
23430 - Heavy Equipment Mechanic 30.64
23440 - Heavy Equipment Operator 25.67
23460 - Instrument Mechanic 29.72
23465 - Laboratory/Shelter Mechanic 27.94
23470 - Laborer 15.09***
23510 - Locksmith 27.94
23530 - Machinery Maintenance Mechanic 31.36
23550 - Machinist, Maintenance 25.37
23580 - Maintenance Trades Helper 19.41
23591 - Metrology Technician I 29.72
23592 - Metrology Technician II 31.25
23593 - Metrology Technician III 32.86
23640 - Millwright 29.72
23710 - Office Appliance Repairer 27.94
23760 - Painter, Maintenance 20.20
23790 - Pipefitter, Maintenance 24.56
23810 - Plumber, Maintenance 23.09
23820 - Pneudraulic Systems Mechanic 29.72
23850 - Rigger 29.72
23870 - Scale Mechanic 26.19
23890 - Sheet-Metal Worker, Maintenance 26.35
23910 - Small Engine Mechanic 26.19
23931 - Telecommunications Mechanic I 34.75
23932 - Telecommunications Mechanic II 36.54
23950 - Telephone Lineman 29.72
23960 - Welder, Combination, Maintenance 29.48
23965 - Well Driller 27.47
23970 - Woodcraft Worker 29.72
23980 - Woodworker 22.70
24000 - Personal Needs Occupations
24550 - Case Manager 15.97***
24570 - Child Care Attendant 14.00***
24580 - Child Care Center Clerk 18.47
24610 - Chore Aide 13.53***
24620 - Family Readiness And Support Services Coordinator 15.97***

| | |
|---|---|
| 24630 - Homemaker | 18.38 |
| 25000 - Plant And System Operations Occupations | |
| 25010 - Boiler Tender | 27.29 |
| 25040 - Sewage Plant Operator | 22.71 |
| 25070 - Stationary Engineer | 27.29 |
| 25190 - Ventilation Equipment Tender | 19.23 |
| 25210 - Water Treatment Plant Operator | 22.71 |
| 27000 - Protective Service Occupations | |
| 27004 - Alarm Monitor | 20.60 |
| 27007 - Baggage Inspector | 16.32*** |
| 27008 - Corrections Officer | 20.41 |
| 27010 - Court Security Officer | 21.11 |
| 27030 - Detection Dog Handler | 18.25 |
| 27040 - Detention Officer | 20.41 |
| 27070 - Firefighter | 21.82 |
| 27101 - Guard I | 16.32*** |
| 27102 - Guard II | 18.25 |
| 27131 - Police Officer I | 25.69 |
| 27132 - Police Officer II | 28.55 |
| 28000 - Recreation Occupations | |
| 28041 - Carnival Equipment Operator | 16.11*** |
| 28042 - Carnival Equipment Repairer | 17.45 |
| 28043 - Carnival Worker | 13.15*** |
| 28210 - Gate Attendant/Gate Tender | 17.38 |
| 28310 - Lifeguard | 13.21*** |
| 28350 - Park Attendant (Aide) | 19.43 |
| 28510 - Recreation Aide/Health Facility Attendant | 14.18*** |
| 28515 - Recreation Specialist | 24.08 |
| 28630 - Sports Official | 15.47*** |
| 28690 - Swimming Pool Operator | 20.13 |
| 29000 - Stevedoring/Longshoremen Occupational Services | |
| 29010 - Blocker And Bracer | 29.40 |
| 29020 - Hatch Tender | 29.40 |
| 29030 - Line Handler | 29.40 |
| 29041 - Stevedore I | 27.43 |
| 29042 - Stevedore II | 31.33 |
| 30000 - Technical Occupations | |
| 30010 - Air Traffic Control Specialist, Center (HFO) (see 2) | 43.76 |
| 30011 - Air Traffic Control Specialist, Station (HFO) (see 2) | 30.18 |
| 30012 - Air Traffic Control Specialist, Terminal (HFO) (see 2) | 33.23 |
| 30021 - Archeological Technician I | 19.39 |
| 30022 - Archeological Technician II | 21.68 |
| 30023 - Archeological Technician III | 26.87 |
| 30030 - Cartographic Technician | 26.87 |
| 30040 - Civil Engineering Technician | 28.48 |
| 30051 - Cryogenic Technician I | 29.75 |
| 30052 - Cryogenic Technician II | 32.85 |
| 30061 - Drafter/CAD Operator I | 19.39 |
| 30062 - Drafter/CAD Operator II | 21.68 |
| 30063 - Drafter/CAD Operator III | 24.17 |
| 30064 - Drafter/CAD Operator IV | 29.75 |
| 30081 - Engineering Technician I | 17.26 |
| 30082 - Engineering Technician II | 19.39 |
| 30083 - Engineering Technician III | 21.68 |

30084 - Engineering Technician IV 26.87
30085 - Engineering Technician V 32.85
30086 - Engineering Technician VI 39.75
30090 - Environmental Technician 26.87
30095 - Evidence Control Specialist 26.87
30210 - Laboratory Technician 30.84
30221 - Latent Fingerprint Technician I 27.55
30222 - Latent Fingerprint Technician II 30.42
30240 - Mathematical Technician 26.87
30361 - Paralegal/Legal Assistant I 21.60
30362 - Paralegal/Legal Assistant II 26.76
30363 - Paralegal/Legal Assistant III 32.74
30364 - Paralegal/Legal Assistant IV 39.60
30375 - Petroleum Supply Specialist 32.85
30390 - Photo-Optics Technician 26.87
30395 - Radiation Control Technician 32.85
30461 - Technical Writer I 26.87
30462 - Technical Writer II 32.85
30463 - Technical Writer III 39.75
30491 - Unexploded Ordnance (UXO) Technician I 27.81
30492 - Unexploded Ordnance (UXO) Technician II 33.65
30493 - Unexploded Ordnance (UXO) Technician III 40.34
30494 - Unexploded (UXO) Safety Escort 27.81
30495 - Unexploded (UXO) Sweep Personnel 27.81
30501 - Weather Forecaster I 29.75
30502 - Weather Forecaster II 36.18
30620 - Weather Observer, Combined Upper Air Or (see 2) 24.17
Surface Programs
30621 - Weather Observer, Senior (see 2) 26.87
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot 33.65
31020 - Bus Aide 11.97***
31030 - Bus Driver 19.47
31043 - Driver Courier 19.21
31260 - Parking and Lot Attendant 15.44***
31290 - Shuttle Bus Driver 18.39
31310 - Taxi Driver 14.36***
31361 - Truckdriver, Light 20.82
31362 - Truckdriver, Medium 22.42
31363 - Truckdriver, Heavy 21.82
31364 - Truckdriver, Tractor-Trailer 21.82
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist 16.41***
99030 - Cashier 13.93***
99050 - Desk Clerk 13.37***
99095 - Embalmer 28.19
99130 - Flight Follower 27.81
99251 - Laboratory Animal Caretaker I 15.87***
99252 - Laboratory Animal Caretaker II 17.35
99260 - Marketing Analyst 27.59
99310 - Mortician 28.19
99410 - Pest Controller 23.25
99510 - Photofinishing Worker 14.62***
99710 - Recycling Laborer 20.17

| | |
|---|---|
| 99711 - Recycling Specialist | 24.28 |
| 99730 - Refuse Collector | 18.16 |
| 99810 - Sales Clerk | 14.53*** |
| 99820 - School Crossing Guard | 14.56*** |
| 99830 - Survey Party Chief | 32.05 |
| 99831 - Surveying Aide | 19.30 |
| 99832 - Surveying Technician | 27.21 |
| 99840 - Vending Machine Attendant | 21.43 |
| 99841 - Vending Machine Repairer | 26.78 |
| 99842 - Vending Machine Repairer Helper | 21.43 |

***Workers in this classification may be entitled to a higher minimum wage under Executive Order 14026 ($17.20 per hour) or 13658 ($12.90 per hour). Please see the Note at the top of the wage determination for more information. Please also note that the minimum wage requirements of Executive Order 14026 and 13658 are not currently being enforced as to contracts or contract-like instruments entered into with the federal government in connection with seasonal recreational services or seasonal recreational equipment rental for the general public on federal lands. The minimum wage requirements of Executive Order 14026 also are not currently being enforced as to any contract or subcontract to which the states of Texas, Louisiana, or Mississippi, including their agencies, are a party.

---

Note: Executive Order (EO) 13706, Establishing Paid Sick Leave for Federal Contractors, applies to all contracts subject to the Service Contract Act for which the contract is awarded (and any solicitation was issued) on or after January 1, 2017. If this contract is covered by the EO, the contractor must provide employees with 1 hour of paid sick leave for every 30 hours they work, up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness, injury or other health-related needs, including preventive care; to assist a family member (or person who is like family to the employee) who is ill, injured, or has other health-related needs, including preventive care; or for reasons resulting from, or to assist a family member (or person who is like family to the employee) who is the victim of, domestic violence, sexual assault, or stalking. Additional information on contractor requirements and worker protections under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.98 per hour, up to 40 hours per week, or $199.20 per week or $863.20 per month

HEALTH & WELFARE EO 13706: $4.57 per hour, up to 40 hours per week, or $182.80 per week, or $792.13 per month*

*This rate is to be used only when compensating employees for performance on an SCA-covered contract also covered by EO 13706, Establishing Paid Sick Leave for Federal Contractors. A contractor may not receive credit toward its SCA obligations for any paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or

successor, 3 weeks after 5 years, and 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor, wherever employed, and with the predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year: New Year's Day, Martin Luther King Jr.'s Birthday, Washington's Birthday, Memorial Day, Juneteenth National Independence Day, Independence Day, Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)

THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: This wage determination does not apply to any individual employed in a bona fide executive, administrative, or professional capacity, as defined in 29 C.F.R. Part 541. (See 41 C.F.R. 6701(3)). Because most Computer Systems Analysts and Computer Programmers who are paid at least $27.63 per hour (or at least $684 per week if paid on a salary or fee basis) likely qualify as exempt computer professionals under 29 U.S.C. 213(a)(1) and 29 U.S.C. 213(a)(17), this wage determination may not include wage rates for all occupations within those job families. In such instances, a conformance will be necessary if there are nonexempt employees in these job families working on the contract.

Job titles vary widely and change quickly in the computer industry, and are not determinative of whether an employee is an exempt computer professional. To be exempt, computer employees who satisfy the compensation requirements must also have a primary duty that consists of:

(1) The application of systems analysis techniques and procedures, including consulting with users, to determine hardware, software or system functional specifications;

(2) The design, development, documentation, analysis, creation, testing or modification of computer systems or programs, including prototypes, based on and related to user or system design specifications;

(3) The design, documentation, testing, creation or modification of computer programs related to machine operating systems; or

(4) A combination of the aforementioned duties, the performance of which requires the same level of skills. (29 C.F.R. 541.400).

Any computer employee who meets the applicable compensation requirements and the above duties test qualifies as an exempt computer professional under both section 13(a)(1) and section 13(a)(17) of the Fair Labor Standards Act. (Field Assistance Bulletin No. 2006-3 (Dec. 14, 2006)). Accordingly, this wage determination will not apply to any exempt computer employee regardless of which of these two exemptions is utilized.

2) AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY: If you

work at night as part of a regular tour of duty, you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek, you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).

** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance, explosives, and incendiary materials. This includes work such as screening, blending, dying, mixing, and pressing of sensitive ordnance, explosives, and pyrotechnic compositions such as lead azide, black powder and photoflash powder. All dry-house activities involving propellants or explosives. Demilitarization, modification, renovation, demolition, and maintenance operations on sensitive ordnance, explosives and incendiary materials. All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with, or in close proximity to ordnance, (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands, face, or arms of the employee engaged in the operation, irritation of the skin, minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used. All operations involving, unloading, storage, and hauling of ordnance, explosive, and incendiary ordnance material other than small arms ammunition. These differentials are only applicable to work that has been specifically designated by the agency for ordnance, explosives, and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract, by the employer, by the state or local law, etc.), the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition, where uniform cleaning and maintenance is made the responsibility of the employee, all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount, or the furnishing of contrary affirmative proof as to the actual cost), reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However, in those instances where the uniforms furnished are made of ""wash and wear"" materials, may be routinely washed and dried with other personal garments, and do not require any special treatment such as dry cleaning, daily washing, or commercial laundering in order to meet the cleanliness or appearance standards set by the terms

of the Government contract, by the contractor, by law, or by the nature of the work, there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the ""Service Contract Act Directory of Occupations"", Fifth Edition (Revision 1), dated September 2015, unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE, Standard Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e., the work to be performed is not performed by any classification listed in the wage determination), be classified by the contractor so as to provide a reasonable relationship (i.e., appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination (See 29 CFR 4.6(b)(2)(i)). Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)). The Wage and Hour Division shall make a final determination of conformed classification, wage rate, and/or fringe benefits which shall be paid to all employees performing in the classification from the first day of work on which contract work is performed by them in the classification. Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract. (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are included in a contract, a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid, the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award, the contractor prepares a written report listing in order the proposed classification title(s), a Federal grade equivalency (FGE) for each proposed classification(s), job description(s), and rationale for proposed wage rate(s), including information regarding the agreement or disagreement of the authorized representative of the employees involved, or where there is no authorized representative, the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action, together with the agency's recommendations and pertinent information including the position of the contractor and the employees, to the U.S. Department of Labor, Wage and Hour Division, for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or disapproves the action via transmittal to the agency contracting officer, or

notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

6) Each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request, the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember, it is not the job title, but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split, combine, or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."