**Fink, Ralph - FS, AZ**

| | |
|---|---|
| **From:** | Johnson, Steven - FS, AZ |
| **Sent:** | Thursday, July 18, 2024 10:06 AM |
| **To:** | Fink, Ralph - FS, AZ; Grunder, Scott - FS, AZ; Miller, Josh - FS, AZ |
| **Subject:** | RE: web update |

Ralph,
Your web edits have been completed at: https://origin-fs.fs.usda.gov/detail/asnf/landmanagement/?cid=FSEPRD1008087

**Steve Johnson**
**Public Affairs Specialist (detail)**
**Forest Service**
**Apache-Sitgreaves National Forests**
**Alpine Ranger District**
**928-339-5021**
steven.m.johnson@usda.gov
www.fs.usda.gov
**Caring for the land and serving people**

---

**From:** Fink, Ralph - FS, AZ <ralph.fink@usda.gov>
**Sent:** Thursday, July 18, 2024 9:52 AM
**To:** Johnson, Steven - FS, AZ <steven.m.johnson@usda.gov>; Grunder, Scott - FS, AZ <Scott.Grunder@usda.gov>; Miller, Josh - FS, AZ <Joshua.Miller2@usda.gov>
**Subject:** web update

Hi Steve are you able to post this update to our website today? Thank you

### Information on Sales (updated July 18, 2024)

- **Upcoming Sales:** July 24, 2024 at Johnson County Livestock Exchange, 3119 N Main St., Cleburne, TX 76033
- **Update:** The sale will include up to 25 head of unauthorized horses including Studs, Mares and yearlings of various colors and markings.
- **Warning:** All horses are unhandled and have had little human interaction. Prospective buyers are encouraged to have a knowledge of unhandled livestock prior to purchase.

**Ralph Fink**
**Range Program Manager**
**Forest Service**
**Apache-Sitgreaves National Forests**

**c: 575-654-0669**
**f: 928-333-5966**
**ralph.fink@usda.gov**

30 S. Chiricahua Drive
Springerville, AZ 85938
www.fs.fed.us

**Caring for the land and serving people**