Troy B. Froderman (012717)
Rita M. Gara (037349)
FR LAW GROUP PLLC
4745 North 7th Street, Suite 210
Phoenix, AZ 85014
602-566-7425
tfroderman@frlawgroup.com
rgara@frlawgroup.com

Randall M. Weiner (CO Bar No. 23871)
Annmarie Cording (CO Bar No. 42524)
WEINER & CORDING
3100 Arapahoe Avenue, Suite 202
Boulder, Colorado 80303
(303) 440-3321
randall@randallweiner.com
annmarie@weinercording.com
*Applicant Pro Hac Vice Forthcoming*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Salt River Wild Horse Management Group and American Wild Horse Conservation,<br><br>Plaintiffs,<br><br>vs.<br><br>United States Government, Department of Agriculture, Tom Vilsack as acting United States Secretary of Agriculture; United States Forest Service, Robert Lever, acting in his official capacity as Forest Supervisor, Apache-Sitgreaves National Forest and Michiko Martin, acting in her official capacity as Regional Forester, Southwestern Region; Rail Lazy H Contracting and Consulting LLC d/b/a Rail Lazy H; and Johnson County Livestock Exchange,<br><br>Defendants. | Case No. 3:24-cv-08148-JJT<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL FOR PLAINTIFFS** |

Comes now, undersigned attorney Annmarie Cording, and gives notice of her withdrawal as counsel of record for Plaintiffs. I affirmatively state as follows:

1. To the extent there are currently outstanding orders of the Court, counsel has complied with them.

2. No other counsel for Plaintiffs is withdrawing at this time. Attorney Randall M. Weiner of the same firm as the undersigned, in addition to Troy B. Froderman and Rita M. Gara of FR LAW GROUP PLLC, will continue to serve as active counsel of record for Plaintiffs.

Respectfully submitted this 30th day of September, 2026.

WEINER & CORDING

*Original Signature on file at Weiner & Cording*

By: *_/s/ Annmarie Cording_*
Randall M. Weiner, #23871
Annmarie Cording, #42524
3100 Arapahoe Avenue, Suite 202
Boulder, Colorado 80303
Phone Number: 303-440-3321
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 30, 2026, I electronically transmitted the above document (Notice of Withdrawal of Counsel for Plaintiffs) to the Clerk's Office using the ECF System for filing and caused a copy to be electronically transmitted to the ECF registrants.

*_/s/ Annmarie Cording_*
Annmarie Cording