**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Salt River Wild Horse Management Group,<br>Plaintiff,<br>v.<br>United States Department of Agriculture, *et al.*,<br>Defendants. | No. CV-24-08148-PCT-JJT<br>**ORDER** |

At issue is the Notice of Withdrawal of Counsel for Plaintiffs (Doc. 87) filed by Weiner & Cording through Annmarie Cording. Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting the Notice of Withdrawal of Counsel for Plaintiffs (Doc. 87).

**IT IS FURTHER ORDERED** withdrawing Annmarie Cording as counsel for Plaintiff. Plaintiff continues to be represented by attorney Randall M. Weiner of Weiner & Cording, in addition to Troy B. Froderman and Rita M. Gara of FR Law Group PLLC.

Dated this 1st day of October, 2026.

Honorable John J. Tuchi
United States District Judge